THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PORT OF SEATTLE, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. 2:22-cv-00993-RAJ <br><br> **DECLARATION OF MARK W. SCHNEIDER IN SUPPORT OF THE BOEING COMPANY'S MOTION TO STAY** |

I, Mark W. Schneider, hereby declare:

1. I have personal knowledge of the facts stated below and am competent to testify regarding the same. I am counsel for defendant The Boeing Company in this matter.

2. I have represented Boeing in connection with the Lower Duwamish Waterway since 1996. In 2000, I assisted Boeing in the negotiation of the administrative order on consent with EPA, the Port of Seattle, King County, and the City of Seattle for the performance of the remedial investigation/feasibility study. I have represented Boeing since that time in the implementation of the order and several amendments.

3. I assisted Boeing in the negotiation of the Alternative Dispute Resolution Memorandum of Agreement in 2013 and 2014, and I have served as Boeing's lead counsel in the eight-year Duwamish Allocation process. Attached as **Exhibit A** is a true and correct copy of the Alternative Dispute Resolution Memorandum of Agreement, which was signed in 2014. The schedule attached to the agreement has been updated several times.

DECLARATION OF MARK W. SCHNEIDER ISO
BOEING'S MOTION TO STAY
(No. 2:22-cv-00993-RAJ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4.     Exhibit A describes the selection of the allocator (in Section 4) and the process for conducting the Duwamish Allocation (in Section 5).

5.     The Port of Seattle, Boeing, and 43 other entities were "Participating Parties" (as that term is defined in Section 1.12 of Exhibit A) in the Duwamish Allocation process.

6.     The objective of the allocation process was to allocate, among the Participating Parties, 100% of past and estimated future costs for cleaning up the Duwamish Waterway. *See* Ex. A at 1 & Sections 1.2, 1.10. Consistent with this objective, the final allocation report allocates 100% of past and estimated future costs to the Participating Parties and the United States.

7.     As part of the Duwamish Allocation, the allocator issued his final allocation report. On July 11, 2022, Boeing accepted the share assigned to it in the final allocation report. Other Participating Parties also accepted their shares.

8.     Exhibit A (in Section 12.2) prohibits a Participating Party that remains in the Duwamish Allocation process from filing suit against another Participating Party. Boeing remains a Participating Party because it accepted its share. The Port of Seattle filed suit against Boeing on July 19, 2022.

9.     I have participated in many discussions with representatives of the Environmental Protection Agency, the Department of Justice, and other Participating Parties regarding the Duwamish Allocation, negotiation of cash-out agreements with Duwamish Allocation parties, and negotiation of a consent decree to complete the cleanup of the Lower Duwamish Waterway. These potential agreements are described in Sections 8.2 and 8.3 of Exhibit A and are a contemplated part of the Duwamish Allocation.

10.    Boeing accepted the share the allocator assigned to it in the Final Allocation Report so that it could move forward with negotiating settlement agreements with the remaining Participating Parties and a consent decree with EPA, consistent with Exhibit A. The remaining Participating Parties in the Duwamish Allocation process similarly wish to proceed with negotiating the cash-out settlements and a consent decree with EPA consistent with Exhibit A.

DECLARATION OF MARK W. SCHNEIDER ISO
BOEING'S MOTION TO STAY
(No. 2:22-cv-00993-RAJ) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

11.     I have participated in many discussions among counsel for EPA, DOJ and the Participating Parties in which EPA counsel said that EPA would defer issuing special notice letters and begin consent decree negotiations until after the final allocation report was issued. During those calls, EPA counsel said that special notice letters would be issued and consent decree negotiations would start in October 2022. Attached as **Exhibit B** is a true and correct copy of a July 15, 2022 email from EPA's counsel to all Duwamish Allocation Participating Parties stating that EPA would "initiate RD/RA negotiations in October." This quoted language is highlighted in Exhibit B. "RD/RA" means remedial design/remedial action, and the EPA consent decree will require the parties to conduct the remaining remedial design and remedial action to complete the cleanup of the Lower Duwamish Waterway.

12.     The remaining Participating Parties in the Duwamish Allocation have begun settlement negotiations in which parties with smaller assigned shares of responsibility, referred to as "cash-out" parties, will pay a lump sum amount to the "performing parties" that will perform the cleanup work. Those settlement discussions will continue. In addition to those settlement discussions among the remaining Participating Parties, the remaining Participating Parties and EPA will begin negotiations in October 2022 of a consent decree to complete the investigation and cleanup of the Lower Duwamish Waterway. In that consent decree, certain "performing parties" will agree to conduct the cleanup using their own funds and, in part, the funds they obtain in settlement from the cash-out parties. Boeing expects to be a performing party.

13.     Attached as **Exhibit C** is a true and correct copy of an email from counsel for the City of Seattle, a Participating Party, expressing the City's support for Boeing's motion to stay.

14.     Attached as **Exhibit D** is a true and correct copy of an email from counsel for Ash Grove Cement Company, a Participating Party, expressing the company's support for Boeing's motion to stay.

15.     Attached as **Exhibit E** is a true and correct copy of an email from counsel for Crowley Marine Services, Inc. and 8th Avenue Terminals Inc. expressing the companies' support

DECLARATION OF MARK W. SCHNEIDER ISO
BOEING'S MOTION TO STAY
(No. 2:22-cv-00993-RAJ) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

for Boeing's motion to stay. The companies jointly participate in the Duwamish Allocation as a single Participating Party.

16. Attached as **Exhibit F** is a true and correct copy of an email from counsel for Puget Sound Truck Lines, a Participating Party, expressing the company's support for Boeing's motion to stay.

17. Attached as **Exhibit G** is a true and correct copy of an email from counsel for Hurlen; Hurlen Construction Company; Hurlen Logistics, LLC; Six Twenty South Logistics, LLC; and Six Fourteenth South Logistics, LLC expressing the companies' support for Boeing's motion to stay. The companies jointly participate in the Duwamish Allocation as a single Participating Party.

18. Attached as **Exhibit H** is a true and correct copy of an email from counsel for Delta Marine Industries, a Participating Party, expressing the company's support for Boeing's motion to stay.

19. Attached as **Exhibit I** is a true and correct copy of an email from counsel for Chiyoda International Corporation, a Participating Party, expressing the company's support for Boeing's motion to stay.

20. Attached as **Exhibit J** is a true and correct copy of an email from counsel for Northwest Container Services, Inc., a Participating Party, expressing the company's support for Boeing's motion to stay.

21. Attached as **Exhibit K** is a true and correct copy of an email from counsel for Glacier Northwest, Inc., a Participating Party, expressing the company's support for Boeing's motion to stay.

22. Attached as **Exhibit L** is a true and correct copy of an email from an attorney at the law firm Esbrook P.C. informing Boeing that the firm's client, a Participating Party, supports Boeing's motion to stay.

DECLARATION OF MARK W. SCHNEIDER ISO
BOEING'S MOTION TO STAY
(No. 2:22-cv-00993-RAJ) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

23. Attached as **Exhibit M** is a true and correct copy of an email from counsel for Seattle Iron & Metals Corporation, a Participating Party, expressing the company's support for Boeing's motion to stay.

24. Attached as **Exhibit N** is a true and correct copy of an email from counsel for PACCAR Inc., a Participating Party, expressing the company's support for Boeing's motion to stay.

25. Attached as **Exhibit O** is a true and correct copy of an email from counsel for Manson Construction Co., a Participating Party, expressing the company's support for Boeing's motion to stay.

26. Attached as **Exhibit P** is a true and correct copy of an email from counsel for Lafarge North America Inc., a Participating Party, expressing the company's support for Boeing's motion to stay.

27. Attached as **Exhibit Q** is a true and correct copy of an email from counsel for Holcim (US) Inc., a Participating Party, expressing the company's support for Boeing's motion to stay.

28. Attached as **Exhibit R** is a true and correct copy of an email from counsel for SeaTac Marine Properties LLC and SeaTac Marine Services expressing the companies' support for Boeing's motion to stay. The companies jointly participate in the Duwamish Allocation as a single Participating Party.

29. Attached as **Exhibit S** is a true and correct copy of an email from counsel for Hanson Permanente Cement, Inc. and Kaiser Gypsum Co., Inc. expressing the companies' support for Boeing's motion to stay. The companies jointly participate in the Duwamish Allocation as a single Participating Party.

30. Attached as **Exhibit T** is a true and correct copy of an email sent on behalf of 12 separate Participating Parties expressing those parties' joint support for Boeing's motion to stay. The parties are Ardagh Glass Inc.; Ball Corporation; Boyer Towing, Inc. and Boyer Logistics, Inc.

DECLARATION OF MARK W. SCHNEIDER ISO  
BOEING'S MOTION TO STAY  
(No. 2:22-cv-00993-RAJ) – 5

Perkins Coie LLP  
1201 Third Avenue, Suite 4900  
Seattle, WA  98101-3099  
Phone:  206.359.8000  
Fax:  206.359.9000

(who participate in the Duwamish Allocation as a single Participating Party); Continental Holdings Inc.; Duwamish Shipyard, Inc.; Ford Motor Company; International Paper Company; The Lynden Parties; Puget Sound Energy; S&JA Hale Family Limited Partnership; Silver Bay Logging, Inc.; and Wells Fargo Bank, N.A.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of August, 2022, at Seattle, Washington.

*/s/ Mark W. Schneider*
Mark W. Schneider

DECLARATION OF MARK W. SCHNEIDER ISO
BOEING'S MOTION TO STAY
(No. 2:22-cv-00993-RAJ) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000