1

2

3          THE HONORABLE RICHARD A. JONES

4

5

6

7

8

9              UNITED STATES DISTRICT COURT
10             WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 11  PORT OF SEATTLE, | Case No. 2:22-cv-00993-RAJ |
| 12                    Plaintiff, | |
| 13      v. | **DECLARATION OF** |
| | **MAREN R. NORTON IN SUPPORT** |
| 14  THE BOEING COMPANY, | **OF PORT OF SEATTLE'S** |
| | **OPPOSITION TO BOEING'S** |
| 15                    Defendant. | **MOTION TO STAY** |
| 16 | |
| 17 | |

18   I, Maren R. Norton, hereby declare:

19        1.      I have personal knowledge of the facts stated below and am competent to testify

20   regarding the same.  I am counsel for plaintiff Port of Seattle (the "Port") in this matter.

21        2.      I have served as the Port's lead counsel in the eight-year Lower Duwamish

22   Waterway Superfund Site ("LDW" or "Site") Allocation process.

23        3.      Attached as **Exhibit A** is a true and correct copy of Figure 18 from the U.S.

24   Environmental Protection Agency's ("EPA") 2014 Record of Decision ("ROD") for the Site.

25        4.      Attached as **Exhibit B** is a true and correct copy of section 13 of the ROD, which

26   sets forth EPA's selected remedy for the Site, and provides context for Figure 18.

DECLARATION OF MAREN R. NORTON ISO
PORT'S OPPOSITION TO BOEING'S MOTION
TO STAY (No. 2:22-cv-00993-RAJ) - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1       5.      Attached as **Exhibit C** is a true and correct copy of Map 3-5a and Map 3-5b from

2  the LDW Data Evaluation Report ("DER") completed July 15, 2022, showing preliminary

3  locations for dredging and other remediation technologies to be applied in the "Upper Reach" of

4  the LDW (i.e., the most upstream of three reaches), based on new, post-ROD data taken for the

5  purpose of remedial design for the Upper Reach.

6       6.      Attached as **Exhibit D** is a true and correct copy of the main text of the DER,

7  which provides context for the maps in **Exhibit C**.

8       I declare under penalty of perjury that the foregoing is true and correct.

9       EXECUTED this 29th day of August, 2022, at Seattle, Washington.

10

11

12                         */s/ Maren R. Norton*

13                         Maren R. Norton

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MAREN R. NORTON ISO
PORT'S OPPOSITION TO BOEING'S MOTION
TO STAY (No. 2:22-cv-00993-RAJ) - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

# Exhibit A

Record of Decision — Lower Duwamish Waterway Superfund Site



**Figure 18. Selected Remedy**

# Exhibit B

# Record of Decision

## Lower Duwamish Waterway Superfund Site



United States
Environmental Protection Agency
Region 10

November 2014

Record of Decision — Lower Duwamish Waterway Superfund Site

# 13 Selected Remedy

Based on consideration of the requirements of CERCLA, the detailed analysis of remedial alternatives, and consideration of public comments, EPA has selected Alternative 5C Plus as the Selected Remedy, with modifications summarized in Section 12, for the In-waterway Portion of the Site. This section provides EPA's rationale for the Selected Remedy, and a description of its anticipated scope, how the remedy will be implemented, and its expected outcomes.

## 13.1 Summary of the Rationale for the Selected Remedy

The Selected Remedy is protective of human health and the environment, complies with ARARs, and provides the best balance of tradeoffs among the balancing criteria. It reduces risks within a reasonable time frame, is practicable and cost-effective, provides for long-term reliability of the remedy, and minimizes reliance on institutional controls. It will achieve substantial risk reduction by dredging and capping the most contaminated sediments, reduce remaining risks to the extent practicable through ENR and MNR, and manage remaining risks to human health through institutional controls.

EPA considered several options for surface sediment and subsurface sediment RALs that determine where active (dredging, capping, ENR) and passive (MNR) response actions will be applied. EPA selected the RALs listed in this ROD because alternatives with higher RALs would remove less subsurface contamination, resulting in less certainty in achieving cleanup goals. Alternatives with lower RALs and more emphasis on dredging would remove more subsurface contamination at higher cost and potentially greater short-term risks, with uncertain associated increases in long-term protectiveness. More than other alternatives, the Selected Remedy emphasizes a combined-technology approach, including removal of shallow subsurface sediments with higher concentrations of PCBs, while allowing MNR in areas with lower concentrations of other COCs. The Selected Remedy provides better long-term effectiveness than other alternatives by adding remediation of sediments in subtidal areas with high concentrations of PCBs in the top 2 ft below the surface of the sediment in Recovery Category 2 and 3 areas, whereas other alternatives propose remediation of subtidal contamination in the top 2 ft below the sediment surface only in Recovery Category 1 areas. This addition provides better protection for releases of contamination that may occur due to infrequent events, such as vessels traveling outside of frequent lanes of operation, vessels operating with excessive propeller power in berthing areas or elsewhere, barge groundings, emergency maneuverings, changes in the patterns of site use, and maintenance of overwater structures. It also addresses contamination in sediments in the navigation channel that may otherwise be released during maintenance dredging.

For all of these factors, the Selected Remedy provides greater permanence in comparison to other alternatives of similar cost and construction duration. Less costly alternatives rely on technologies such as ENR and MNR to address areas with higher COC concentrations, resulting in greater uncertainty as to their long-term effectiveness. In more costly alternatives, the additional costs are not proportional to the overall increase in long-term effectiveness.

The Selected Remedy provides the best balance of minimizing short-term risks due to a comparatively short 7-year construction period, while maximizing long-term effectiveness by dredging or capping the most contaminated sediments. The Selected Remedy will utilize treatment to reduce the toxicity and bioavailability of contaminants in the form of ENR with in situ amendments if pilot testing is successful.

Record of Decision — Lower Duwamish Waterway Superfund Site

## 13.2 Description of the Selected Remedy

The Selected Remedy addresses all areas where contaminant concentrations exceed the cleanup levels through a combination of active cleanup technologies, monitored natural recovery, and institutional controls. See Section 8 for a discussion of cleanup levels. The approximate areas that would be remediated through dredging, partial-dredging and capping, capping, or ENR and ENR/in situ treatment, and areas where COC concentrations would be reduced through MNR both above and below the benthic SCO, are shown in Figure 18 on page 137.

In summary, the Selected Remedy consists of the following elements:

**Apply active cleanup technologies in a total of 177 acres**, as described in Figure 19 and Figure 20:

- Dredge or partially-dredge and cap approximately 105 acres of highly contaminated sediments (approximately 960,000 cubic yards).

- Place engineered sediment caps on approximately 24 acres of highly contaminated sediments where there is sufficient water depth for a cap.

- Place a thin layer (6 to 9 inches) of clean material (referred to as enhanced natural recovery [ENR]) on approximately 48 acres of sediments in areas that meet the criteria for ENR.

- Apply location-specific cleanup technologies to areas with structural or access restrictions (e.g., under-pier areas and in the vicinity of dolphins/pilings, bulkheads, and riprapped or engineered shorelines).

**Implement monitored natural recovery (MNR) in approximately 235 acres** of sediments where surface sediment contaminant concentrations are predicted to be reduced over time through deposition of cleaner sediments from upstream. MNR will apply to those areas that are not subject to active remediation, using either MNR To Benthic SCO or MNR Below Benthic SCO, as described in Section 13.2.2 and in Figure 21.

**Sample the entire LDW (441 acres) as part of baseline, construction, post-construction, and long-term monitoring.** Conduct sampling and analysis to establish post-EAA cleanup baseline conditions during remedial design, and conduct construction, post-construction, and long-term monitoring, as described in Section 13.2.3.

**Provide effective and appropriate institutional controls (ICs) for the entire waterway** to reduce human exposure to contaminants, ensure remedy protectiveness, and protect the integrity of the remedy, while minimizing reliance on ICs, particularly seafood consumption-related ICs, to the extent practicable, as described in Section 13.2.4.

The estimates of areas, volumes, time to reach cleanup objectives, and cost for the Selected Remedy in this ROD are based on RI/FS data and other information included in the Administrative Record. Remedial design sampling will be conducted after cleanups are completed in the Early Action Areas. Results from remedial design sampling will be used to refine delineation of areas to be remediated by varying remediation technologies and the remediation technologies to be applied, and inform source control activities. This section describes how data collected in the future will be used to revise the delineation of areas requiring cleanup and the technologies applied to each area.

Record of Decision — Lower Duwamish Waterway Superfund Site

### 13.2.1    Application of Cleanup Technologies

The RALs listed in Figure 22 and Figure 23 (above) and Table 27 and Table 28 (page 125)will be applied in intertidal and subtidal areas in Recovery Category Areas 1, 2, and 3 to identify areas for active remediation, as described and in Figures 19 and 20. Recovery Category areas are shown in Figure 12. Figure 17 shows Recovery Category 1, and potential scour areas in Recovery Categories 2 and 3. All of this information will be used to determine the appropriate compliance depth for application of RALs and technology to be applied at a particular location, as described in this section.

**Table 27. Selected Remedy RAO 3 RALs**

| SMS Contaminant of Concern for RAO 3 | RAL for Recovery Category 1 Areas[a] (Benthic SCO) | RAL for Recovery Category 2 & 3 Areas (2 x Benthic SCO)[b] |
|---|---|---|
| **Metals (mg/kg dw)** | | |
| Arsenic | 57 | n/a |
| Cadmium | 5.1 | 10.2 |
| Chromium | 260 | 520 |
| Copper | 390 | 780 |
| Lead | 450 | 900 |
| Mercury | 0.41 | 0.82 |
| Silver | 6.1 | 12.2 |
| Zinc | 410 | 820 |
| **PAHs (mg/kg OC)** | | |
| 2-Methylnaphthalene | 38 | 76 |
| Acenaphthene | 16 | 32 |
| Anthracene | 220 | 440 |
| Benzo(a)anthracene | 110 | 220 |
| Benzo(a)pyrene | 99 | 198 |
| Benzo(g,h,i)perylene | 31 | 62 |
| Total benzofluoranthenes | 230 | 4650 |
| Chrysene | 110 | 220 |
| Dibenzo(a,h)anthracene | 12 | 24 |
| Dibenzofuran | 15 | 30 |
| Fluoranthene | 160 | 320 |
| Fluorene | 23 | 46 |
| Indeno(1,2,3-cd)pyrene | 34 | 68 |
| Naphthalene | 99 | 198 |
| Phenanthrene | 100 | 200 |
| Pyrene | 1,000 | 2,000 |
| Total HPAHs | 960 | 1,920 |
| Total LPAHs | 370 | 740 |

Exhibit B | 4

Record of Decision — Lower Duwamish Waterway Superfund Site

| SMS Contaminant of Concern for RAO 3 | RAL for Recovery Category 1 Areas[a] (Benthic SCO) | RAL for Recovery Category 2 & 3 Areas (2 x Benthic SCO)[b] |
|---|---|---|
| *Phthalates (mg/kg OC)* | | |
| Bis(2-ethylhexyl)phthalate | 47 | 94 |
| Butyl benzyl phthalate | 4.9 | 9.8 |
| Dimethyl phthalate | 53 | 106 |
| *Chlorobenzenes (mg/kg OC)* | | |
| 1,2,4-Trichlorobenzene | 0.81 | 1.62 |
| 1,2-Dichlorobenzene | 2.3 | 4.6 |
| 1,4-Dichlorobenzene | 3.1 | 6.2 |
| Hexachlorobenzene | 0.38 | 0.76 |
| *Other SVOCs and COCs, (µg/kg dw except as shown)* | | |
| 2,4-Dimethylphenol | 29 | 58 |
| 4-Methylphenol | 670 | 1,340 |
| Benzoic acid | 650 | 1,300 |
| Benzyl alcohol | 57 | 114 |
| n-Nitrosodiphenylamine, mg/kg OC | 11 | 22 |
| Pentachlorophenol | 360 | 720 |
| Phenol | 420 | 840 |
| *PCBs (mg/kg OC)* | | |
| Total PCBs | 12 | n/a |

Notes:
General:
- PCBs and arsenic are also human health COCs (see Table 28 for RALs for human health COCs), and RALs for the the human health category take precedence over RAO 3 RALs. The surface sediment (10 cm) Recovery Category 1 RALs for PCBs and arsenic are the same for human health and benthic invertebrates, but the 2 X SCO Recovery Category 2 and 3 criteria are not applicable to PCBs and arsenic. Figure 22 and Figure 23  list all RALs for human health COCs.
- Table 23 describes Recovery Categories and Figure 12 shows Recovery Category areas.
a.  The RAL applies to the 10 cm and 45 cm depth intervals for intertidal areas and to the 10 cm and 60 cm depth intervals for subtidal areas. See Figure 22 and Figure 23 .
b.  For Recovery Category 2 and 3 areas, the RAL applies to the 10 cm depth interval. See Figure 22 and Figure 23.

Record of Decision — Lower Duwamish Waterway Superfund Site

**Relationship Between RALs, ENR Upper Limits, and Cleanup Levels**

**Remedial Action Levels (RALs)** — RALs shown in Tables 27 and 28 will be used during remedial action to delineate areas that require active remediation (dredging, capping, or ENR). Exceedances of RALs are evaluated at each sampling station; they are not averaged over an area. RALs apply to specific locations and depths, as described in the tables.

**Enhanced Natural Recovery (ENR) Upper Limits** — ENR upper limits (Table 27) are higher concentrations than RALs. They will be used during remedial action to delineate the areas that require capping or dredging, but are not suitable for ENR.

**Cleanup Levels** — Cleanup levels shown in Table 19 for RAOs 1, 2, and 4, and Table 20 for RAO 3 are generally lower than RALs (but in some cases, RAO 3 RALs are the same as the cleanup levels). Cleanup levels are based on state or federal standards (whichever value is more stringent) and if no standard exists then risk-based concentrations are developed.  At this site cleanup levels for sediment are based on Sediment Cleanup Objectives (SCOs) from the State Sediment Management Standards (SMS). See text box on page 26 for more information about the SMS.  These levels must to be achieved post-construction, or after a period of monitored natural recovery (MNR). Achievement of cleanup levels for RAOs 1, 2, and 4 is measured by averaging sample results over specific areas using the UCL95 value (see Table 19). Achievement of cleanup levels for RAO 3 are measured at each sampling station (see Table 20).

### 13.2.1.1   Dredging and Capping

**Dredging or partially dredging and capping** will be used in areas that have a potential for erosion and where sediments are more highly contaminated (COC concentrations are higher than ENR upper limits; see Section 13.2.1.2 and Table 28), and where it is necessary to maintain water depth for human use and compatibility with current and reasonably anticipated future human use, or to maintain habitat,  as described below and presented as flow diagrams in Figure 19 and Figure 20. EPA will gather detailed information during remedial design about COC concentrations, potential for scour or disturbance, and waterway use in specific areas to determine locations for dredging, capping, and ENR. Dredging is required under the conditions described below:

- Shoaled areas in the navigation channel (where the bottom elevation is currently shallower than the authorized navigation depth) will be dredged if COC concentrations exceed human health RALs (for PCBs, cPAHs, arsenic or dioxins/furans) or the benthic SCO at any depth above the maintenance depth (defined as 2 ft below the authorized depth) (Table 28). [23]

- The post-dredging sediment surface must not exceed human health RALs (for PCBs, cPAHs, arsenic or dioxins/furans) or the benthic SCO. If these levels cannot be achieved through dredging, an ENR layer will be applied to the post-dredge surface.

- If the ENR upper limits are exceeded after dredging, the area must be capped. If 1 ft or less of contamination would remain at concentrations greater than the human health RALs or the benthic

---

[23] Shoaled areas in the navigation channel must be dredged during the implementation of the remdial action where contaminant concentrations in the top 2 ft exceed RALs. Where contaminant concentrations exceed RALs only at depths below the top 2 ft, cleanup may be deferred if USACE determines it is not currently an impediment to navigation, but must be dredged in the future if USACE determines that the area has become an impediment to navigation.

Record of Decision — Lower Duwamish Waterway Superfund Site

SCO after dredging to sufficient depth to accommodate a cap, all contaminated sediments will be dredged. If greater than 1 ft of contamination would remain after dredging to sufficient depth to accommodate a cap, sediments will be partially dredged and capped.

- All post-remedy surfaces within the federal navigation channel will be maintained at or below their current authorized depths. In order to avoid damage to a cap or ENR layer during federal maintenance dredging, the top of any ENR layer will be at least 2 ft and the top of any cap will be at least 4 ft below the authorized federal navigation channel depth.  For areas outside the navigation channel where depths are maintained by private or public entities (called berthing areas in this ROD, but could include slips, entrance channels, or restorations areas) the top of any cap or ENR layer will be a minimum of 2 ft below the operating depth.

- In habitat areas[24], post-remedy surfaces will be maintained at their current depth and backfilled or capped with suitable habitat materials.

- Dredging may be required in some areas that would otherwise be designated for capping if ICs required to prevent damage to a cap (such as prohibitions on tug maneuvering or use of spuds [vessel-mounted poles that are sunk into sediment for stabilizing vessels]) are not compatible with the current or reasonably anticipated future use of that area. See Sections 13.2.3 and 13.2.4. An additional 10 ft (lateral) of dredging outside of the federal navigation channel will be included to assure that side slopes are stable and do not slough into the channel.

Dredged materials will be transported via truck or rail for disposal at a permitted upland off-site landfill facility.[25]

**Engineered sediment caps** will be placed in areas where sediments are more highly contaminated (COC concentrations are higher than ENR upper limits; see Section 13.2.1.2, and Table 28) where there is sufficient water depth for a cap. Caps in intertidal clamming areas must include a minimum 45 cm clam habitat layer. EPA estimates that caps in intertidal clam habitat areas will generally be 4 ft thick. In other areas, cap thickness will generally be 3 ft. Cap  thickness will be evaluated during remedial design in accordance with EPA and USACE (1998).  In habitat areas, the uppermost layers of caps will be designed using suitable habitat materials. Other materials, such as activated carbon or other contaminant-sequestering agents, may be used to reduce the potential for contaminants to migrate through the cap.

---

[24] For the FS, all areas above -10 ft MLLW were assumed to be habitat areas for the purpose of developing remedial alternatives. As part of the remedial design, EPA, in coordination with natural resource agencies and Tribes, will determine what areas are considered habitat areas for the purpose of complying with ESA and Section 404 of the CWA (see Table 26). EPA will also determine what elevations and what substrate materials will be required for caps, ENR, or placement of backfill materials in any identified habitat area.

[25] Some clean materials may be dredged as part of the cleanup; for example, in order to maintain appropriate sideslopes at the edge of a dredge cut. Sediments that pass the Dredged Materials Management Program's criteria may be disposed at an open-water disposal site.

Record of Decision   Lower Duwamish Waterway Superfund Site

**Table 28. Remedial Action Levels, ENR Upper Limits, and Areas and Depths of Application**

| Risk Driver COC | Units | Action Levels | Intertidal Sediments (+11.3 ft MLLW to -4 ft MLLW) — Rec. Cat. 1 RALs, ENR ULs — Top 10 cm (4 in) | Intertidal — Rec. Cat. 1 — Top 45 cm (1.5 ft) | Intertidal — Rec. Cat. 2 and 3 RALs, ENR ULs — Top 10 cm (4 in) | Intertidal — Rec. Cat. 2 and 3 — Top 45 cm (1.5 ft) | Subtidal Sediments (<-4 ft MLLW and Deeper) — Rec. Cat. 1 RALs, ENR ULs — Top 10 cm (4 in) | Subtidal — Rec. Cat. 1 — Top 60 cm (2 ft) | Subtidal — Rec. Cat. 2 and 3 RALs, ENR ULs — Top 10 cm (4 in) | Subtidal — Rec. Cat. 2 and 3 — Top 60 cm (2 ft) | Shoaled Areas[b] in Federal Navigation Channel — Top to Authorized Navigation Depth Plus 2 ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Human Health Based RALs** | | | | | | | | | | | |
| PCBs (Total) | mg/kg OC | RAL | 12 | 12 | 12 | 65 | 12 | 12 | 12 | 195 | 12 |
| | | UL for ENR | - | - | 36 | 97 | - | - | 36 | 195 | - |
| Arsenic (Total) | mg/kg dw | RAL | 57 | 28 | 57 | 28 | 57 | 57 | 57 | 57 | 57 |
| | | UL for ENR | - | - | 171 | 42 | - | - | 171 | 171 | - |
| cPAH | μg TEQ/kg dw | RAL | 1000 | 900 | 1000 | 900 | 1000 | 1000 | 1000 | 1000 | 1000 |
| | | UL for ENR | - | - | 3000 | 1350 | - | - | 3000 | 3000 | - |
| Dioxins/Furans | ng TEQ/kg dw | RAL | 25 | 28 | 25 | 28 | 25 | 25 | 25 | 25 | 25 |
| | | UL for ENR | - | - | 75 | 42 | - | - | 75 | 75 | - |
| **Benthic Protection RALs** | | | | | | | | | | | |
| 39 SMS COCs[d] | Contaminant-specific | RAL | Benthic SCO | Benthic SCO | 2x Benthic SCO | Benthic SCO | Benthic SCO | Benthic SCO | 2x Benthic SCO | Benthic SCO | Benthic SCO |
| | | UL for ENR | - | - | 3x RAL | - | - | - | 3x RAL | - | - |

a. The ENR Upper Limit (UL) is the highest concentration that would allow for application of ENR in the areas described. For areas with no ENR limit listed, ENR is not a currently designated technology (see Section 13.2.1.2 for further discussion).

b. Shoaled areas are those areas in federal navigation channel with sediment accumulation above the authorized depth including ≥ 2 ft over-dredge depth that USACE uses to maintain the channel for navigation purposes. The authorized channel depths are (1) from RM 0 to 2 (from Harbor Island to the First Avenue South Bridge), 30 ft below MLLW, (2) from RM 2 to RM 2.8 (from the First Avenue South Bridge to Slip 4), 20 ft below MLLW, and (3) from RM 2.8 to 4.7 (Slip 4 to the Upper Turning Basin), 15 ft below MLLW. For shoaled areas, the compliance interval will be determined during Remedial Design. These are typically 2-4 ft core intervals. For areas in the channel that are not shoaled, Recovery Categories 1 or 2 & 3 RALs apply as indicated in the other subtidal columns.

c. Applied only in potential vessel scour areas. These are defined as subtidal areas (i.e., below -4 ft MLLW) that are above -24 ft MLLW north of the 1st Ave South Bridge, and above -18 ft MLLW south of the 1st Ave South Bridge (see Figure 17).

d. There are 41 SMS COCs, but total PCBs and arsenic ENR ULs are based upon human health based RALs only (see Table 20).

Exhibit B | 8

Record of Decision     Lower Duwamish Waterway Superfund Site

[This page left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site

**In Recovery Category 1 areas, dredging, capping, or a combination thereof** is required when any of the conditions listed below have been met:

- In intertidal and subtidal areas, in Recovery Category 1, any sediment COC concentration averaged over the top 10 cm is greater than any of the benthic protection RALs (benthic SCO criteria, see Table 27) or greater than any of the four human health RALs (PCBs, arsenic, cPAHs, dioxins/furans, see Table 28 and Figures 22 and 23).

- In intertidal areas in Recovery Category 1, sediment COC concentrations averaged over the top 45 cm are greater than any of the four human health RALs.

- In subtidal areas in Recovery Category 1, sediment COC concentrations averaged over the top 60 cm are greater than any of the benthic protection RALs or greater than any of the four human health RALs.

**In Recovery Category 2 and 3 areas, dredging, capping, or a combination thereof** is required when COC concentrations exceed the criteria for application of ENR described in Section 13.2.1.2. See Figure 19 and Figure 20.

### 13.2.1.2   ENR

A thin layer (6 to 9 inches) of clean material will be placed (referred to as enhanced natural recovery [ENR]) in areas that meet the criteria for ENR as described below. Suitable habitat materials will be used in habitat areas. ENR may include in situ treatment using activated carbon or other amendments, and engineered designs for sediment stability. The effectiveness and potential impacts of using in situ treatment or amendment technologies, as well as the areas best suited for these technologies, will be evaluated in pilot studies performed during remedial design.

**In Recovery Category 2 and 3 areas, ENR with or without in situ treatment** will be selected based on sediment COC concentrations and the potential for sediment scour (Table 28 and Figure 17):

- In intertidal areas in Recovery Categories 2 and 3, ENR will be applied when any sediment COC concentration averaged over the top 10 cm is between 1 and 3 times the top 10 cm intertidal RALs (e.g., 12 – 36 mg/kg OC PCBs), or when any sediment COC concentration averaged over the top 45 cm is between 1 and 1.5 times the intertidal RALs for the 45 cm interval (e.g., 65 – 97 mg/kg OC PCBs).

- In subtidal areas in Recovery Categories 2 and 3, ENR will be applied when any sediment COC concentration in the top 10 cm is between 1 and 3 times the top 10 cm subtidal RALs. In potential vessel scour areas[26] (Figure 17), sediment concentrations of PCBs averaged over the top 60 cm must also be less than 3 times the CSL chemical criterion (195 mg/kg OC). There are no RALs for the top 60 cm in Category 2 and 3 areas in deeper water depths; in these areas, RALs are applied only to the top 10 cm.

- Pilot testing will be performed to determine whether ENR/in situ treatment is effective in reducing toxicity and bioavailability of COCs while avoiding unacceptable impacts to biota. If pilot testing shows that ENR/in situ treatment can meet these objectives, EPA will consider, in coordination with the state and Tribes, the locations where ENR with in situ treatment will be applied. These areas may include some of the Recovery Category 1 areas where it can be

---

[26]  Subtidal areas in Recovery Categories 2 and 3 deemed to be potentially subject to vessel scour especially by tugboats are: north of the 1st Avenue South Bridge (located at approximately RM 2) in water depths from -4 to - 24 ft MLLW, and south of the 1st Avenue South Bridge, in water depths from -4 to -18 ft MLLW. These depths are based on the size of tugboats that normally operate in these areas.

Record of Decision — Lower Duwamish Waterway Superfund Site

demonstrated that ENR with in situ treatment will maintain its stability and effectiveness in these areas over time; for example, areas where vessel- and flood-related scour were shown by the STM and FS scour analysis to be minor. EPA may also consider ENR with in-situ treatment in areas with COC concentrations up to the CSL if it can be demonstrated that it will maintain its effectiveness over time.

- ENR will not be applied to Recovery Category 1 areas unless EPA approves it, as discussed above.

### 13.2.1.3    Other Considerations for Application of Cleanup Technologies

EPA will apply location-specific cleanup technologies to areas with structural or access restrictions (e.g., under-pier areas and in the vicinity of dolphins/pilings, bulkheads, and riprapped or engineered shorelines). Debris and pilings will be removed throughout the LDW as necessary or as required by EPA to implement the remedy, and materials will be disposed at a permitted off-site facility.

### *13.2.2    Monitored Natural Recovery*

MNR will be applied in all areas of the LDW that are not remediated through capping, dredging, or ENR. For all areas where MNR is applied, long-term monitoring of surface sediments (top 10 cm) will be implemented to evaluate whether the RAO 3 cleanup levels (benthic SCO criteria) are being achieved in a reasonable timeframe or are not met within 10 years after remediation. The STM and BCM, supported by data collected during the RI/FS, were used to estimate the amount of time required to reduce COC concentrations in sediments through natural recovery. The STM and BCM natural recovery predictions will be reevaluated using data collected during remedial design.

- MNR To Benthic SCO will be applied where the concentration of any of the 39 RAO 3 COCs (i.e., excluding the human health COCs PCBs and arsenic) is less than the RAL but greater than the RAO 3 cleanup levels (benthic SCO criteria; Table 27 and Figure 21), and modeling results indicate the COC will be reduced to the benthic SCO criteria within 10 years of the completion of remedial action. More intensive long-term monitoring will be conducted in these areas, and should MNR not achieve RAO 3 cleanup levels or progress sufficiently toward achieving them in 10 years, additional actions (dredging, capping, or ENR) will be implemented. Those actions will be determined using the same approach set forth in this decision document as described in Section 13.2.1 and illustrated in Figures 19 and 20.

- MNR Below Benthic SCO will be applied where the concentration of all COCs is less than the RAL and the RAO 3 cleanup levels (benthic SCO criteria), but greater than the human health-based (RAO 1 and 2) cleanup levels (which are measured on an LDW-wide or area-wide basis, see Table 19 and Figure 21). Less intensive monitoring will be conducted in these areas. If cleanup levels are not achieved, additional cleanup actions may be considered and selected in a future decision document, see Section 13.4.

### *13.2.3    Monitoring*

The entire LDW will be sampled as part of baseline, construction, post-construction, and long-term monitoring.

- **Remedial design sampling and analysis** will be conducted to establish post-EAA cleanup baseline conditions. Remedial design sampling data will be used to refine the cleanup footprint shown in Figure 18 using the decision criteria described in Figure 19 through Figure 22. Results will also be used to evaluate of the effectiveness of EAA cleanups and the degree to which natural recovery has occurred since the RI/FS sampling, to serve as a baseline for comparison to

Exhibit B | 11

Record of Decision — Lower Duwamish Waterway Superfund Site

post-cleanup data, and to aid in the evaluation of source control effectiveness. Remedial design sampling will include:

- o Establishing baseline contaminant concentrations in surface and subsurface sediments, surface water, and porewater. Sediment samples will be analyzed for all RAO 1, 2, 3, and 4 COCs (Table 19, Table 20, and Table 21); and a subset of sediment samples will be analyzed for other contaminants not selected as COCs but identified in the HHRA as posing an excess cancer risk of greater than $1 \times 10^{-6}$ or noncancer HQ of 1 at the adult Tribal RME consumption rate (see Table 14), to assess their reduction over time, as well as to determine conventional and engineering parameters. Biological testing (benthic community toxicity and abundance) will be included as determined during remedial design. Surface water samples will be initially analyzed for all analytes in Washington WQS (WAC173-201A), AWQC (CWA Section 304[a]) and NTR (40 CFR 131.36(b)(1) as applied to Washington, 40 CFR 131.36(d)(14)). Following the first few sampling rounds, the surface water analyte list will be reduced to the contaminants that exceeded AWQC, NTR, or Washington WQS values.
- o Sampling to better understand the concentrations of incoming suspended sediments from the Green/Duwamish River that deposit in the LDW, in order to refine the RI/FS BCM predictions and inform the long-term monitoring program.
- o Measuring contaminant concentrations in fish and shellfish tissue in the LDW to inform fish advisories and to provide a baseline to measure the success of the remedial action in reducing fish and shellfish tissue concentrations (RAO 1). Samples will be analyzed for PCBs, arsenic, cPAHs, and dioxins/furans; and a subset of tissue samples will be analyzed for other contaminants not selected as COCs but identified in the HHRA as posing an excess cancer risk of greater than $1 \times 10^{-6}$ or noncancer HQ of 1 at the adult Tribal RME consumption rates (see Table 14). Additional fish and shellfish tissue data will also be collected in non-urban areas in Puget Sound to refine the non-urban background values (see Table 4) that will be used for comparison to Site data to measure progress in reducing tissue concentrations.
- o Conducting research to further assess the relationship between arsenic and cPAH concentrations in sediment and in clam tissue, and to assess whether remedial action can reduce clam tissue concentrations to achieve RAO 1. EPA anticipates that implementation of the Selected Remedy, along with implementation of source control actions, will achieve the RAO 2 (direct contact) cleanup levels for arsenic and cPAHs, which will also result in lower clam inorganic arsenic and cPAH concentrations that will achieve RAO 1 the extent practicable; however, at this time, the amount of reduction is uncertain. If EPA determines, based on these studies, that additional remedial action is needed to reduce clam tissue arsenic and cPAH concentrations for the purpose of achieving RAO 1, EPA will document and select those actions in a future decision document.

- **Recovery Category areas will be re-evaluated during remedial design.** The criteria for Recovery Categories (Table 23) were applied in the FS (LDWG 2012a) based upon best available knowledge using best professional judgment.  EPA will use additional information and analysis and the criteria in Table 23 to change Recovery Category assignments in specific areas of the LDW where appropriate. Information EPA will consider in deciding whether to modify recovery categories include the following:

129

Record of Decision — Lower Duwamish Waterway Superfund Site

- o A survey of waterway users, including tribal members exercising their treaty rights, will be conducted to gather detailed information about waterway use, including tribal fishing; maneuvering and anchoring of ships, barges and tugs; use of spuds; and other activities such as berth and wharf maintenance. Information about such activities may change Recovery Categories of some areas.

- o EPA will also consider other information such as refined sedimentation rates and contaminant trends based upon new data. EPA will also reconsider areas where the Recovery Category designation in the FS appears to have deviated from the criteria in Table 23.

- **Monitoring during and after construction** will include environmental monitoring to ensure compliance with RALs and ARARs, and monitoring of physical as-built conditions (e.g., bathymetry) to ensure compliance with construction standards and project design documents.
- **Long-term monitoring** of sediments, surface water, porewater, fish and shellfish tissue and benthic community toxicity and abundance will be conducted to ensure protectiveness of human health and the environment, to ascertain attainment of cleanup levels and compliance with ARARs, to protect the integrity of the remedial actions, and to aid in the evaluation of source control effectiveness.
- If any habitat areas are constructed as part of the remedial action to comply with CWA Section 404, baseline and long-term monitoring will include appropriate habitat monitoring.

The details of long-term monitoring and maintenance, including performance standards, sampling density and frequency, interim benchmarks, and associated additional actions, as well as maintenance of remedy elements such as caps, ENR areas, and habitat areas, will be provided in a long-term monitoring and maintenance plan to be developed in remedial design. Samples will be analyzed for the analytes listed above for baseline sampling, with the list modified during remedial design based on baseline results.

### *13.2.4    Institutional Controls*

Institutional controls will be required for the entire waterway to reduce human exposure to contaminants, and protect the integrity of the remedy. However, reliance on ICs, particularly seafood consumption-related ICs, will be minimized to the extent practicable. ICs include proprietary controls in the form of Washington Uniform Environmental Covenants Act (UECA)-compliant environmental covenants, and informational devices including fish and shellfish consumption advisories to reduce human exposure from ingestion of contaminated resident fish and shellfish. EPA anticipates relying on the existing WDOH fish and shellfish consumption advisories (see Section 6.2),  and information obtained through the ongoing study of fishing and fish and shellfish consumption patterns (Fishers Study: LDWG 2014b) will be used to develop appropriate and effective ICs, which will include other measures to provide additional protectiveness, such as outreach and education programs.

As noted in Section 13.2.3, EPA will gather detailed information in remedial design about waterway use in specific areas, including impacts on tribal treaty rights. EPA will use that information to develop location-specific use restrictions (environmental covenants or governmental controls, such as restricted navigation areas designated by the Coast Guard) that would prohibit activities that may damage caps such as tug maneuvering and spudding. If such ICs interfere with waterway activities required for use of a particular area, dredging may be required instead of capping to allow for fewer restrictions on the use of the area.

Record of Decision — Lower Duwamish Waterway Superfund Site

### 13.2.5    Use of Green Remediation Practices

To the extent practicable, the remedial action should be carried out consistent with EPA Region 10's Clean and Green policy (EPA 2009b), including the following practices:

- Use renewable energy and energy conservation and efficiency approaches, including Energy Star equipment.

- Use cleaner fuels such as low-sulfur fuel or biodiesel, diesel emissions controls and retrofits, and emission reduction strategies.

- Use water conservation and efficiency approaches including Water Sense products.

- Use reused or recycled materials within regulatory requirements.

- Minimize transportation of materials and use rail rather than truck transport to the extent practicable.

### 13.2.6    Role of EAAs in the Selected Remedy

Dredging, capping, ENR, and MNR as described above apply to 412 acres of the LDW. An additional 29 acres of the most contaminated sediments in the LDW have been or will be addressed by cleanups in Early Action Areas (described in Sections 2.3 and 4.1). EPA has reviewed the EAA cleanup actions subject to implementation under EPA Consent Orders (for the Slip 4, Terminal 117, Boeing Plant 2, and Jorgensen Forge facilities), and has determined that the completed Slip 4 EAA is consistent with the Selected Remedy and requires no further active remediation. The other planned EAA cleanups conducted under EPA oversight are similarly expected to require no further active remediation if they achieve their stated objectives. For the cleanups conducted under the 1991 Natural Resource Damages Consent Decree (Norfolk CSO/SD and Duwamish/Diagonal CSO/SD), EPA will conduct a review during the remedial design phase to determine whether additional work is needed to make these cleanup actions consistent with the remedy selected in the ROD. EPA will review the IC plans and long-term monitoring plans for all of the EAAs and will require that the EAAs be incorporated into plans for the rest of the LDW as necessary to make them consistent with the Selected Remedy.

### 13.2.7    Role of Source Control in the Selected Remedy

The Selected Remedy will be implemented while a comprehensive source control program is managed by Ecology, as described in the Source Control Strategy, which will be updated after completion of the ROD. EPA and Ecology will coordinate before initiating active in-waterway cleanup to ensure that sources have been sufficiently controlled to prevent or minimize the likelihood that sediment will be recontaminated before initiating active remediation in any portion of the waterway (see Section 4.2). The coordination process is further explained in a 2014 Memorandum of Agreement (MOA), and in Ecology's Source Control Strategy. EPA's draft Implementation Plan, which was provided to Ecology in 2013, provides additional details on the coordination process among EPA offices and with Ecology.

This ROD addresses the In-waterway Portion of the Site only and does not impose requirements on or in any way limit Ecology in its implementation of source control under State law, including MTCA and the WPCA. Furthermore, this ROD does not limit Ecology's implementation of Clean Water Act delegated authorities. Over time, the integrated approach of CERCLA and longer-term clean water actions are expected to result in attainment of applicable surface water criteria and uses under the Clean Water Act.

Record of Decision — Lower Duwamish Waterway Superfund Site

### *13.2.8    Addressing Environmental Justice concerns*

Environmental Justice concerns will be addressed before, during, and after implementation of the remedy through means that include the following:

- Reducing human health risks as quickly as practicable, while also providing for long-term effectiveness and permanence.

- Conducting the Fishers Study (LDWG 2014b) to learn more about the affected community (those who consume LDW resident fish and shellfish) in order to enhance outreach efforts. As noted in Section 10.3.3, EPA has already started implementing this recommendation as part of the RI/FS.

- Continuing to engage the community throughout remedial design and implementation of the cleanup, including convening an advisory group as a means for the affected community and local agencies to work together on mitigating the impacts of the cleanup on the affected community.

- Continuing consultation with affected Tribes on recommendations for the remedy.

- Reducing the impacts of the cleanup on residents through green remediation techniques, as discussed in Section 13.2.5.

## 13.3 Cost Estimate for the Selected Remedy

The information presented in the cost estimate summary table for the Selected Remedy is based on the best available information regarding its anticipated scope. Changes in the cost elements are likely to occur as a result of the new information and data collected during remedial design. Major changes may be documented in the form of a memorandum to the Administrative Record file, an ESD, or a ROD amendment. This is an order-of-magnitude engineering cost estimate that is expected to be within +50 to -30 percent of the actual project cost. Table 25 compares costs for all alternatives and the Selected Remedy, using 0%, 2.3%, and 7% discount rates. Table 29 presents a detailed cost estimate for the Selected Remedy at the 2.3% discount rate.

Record of Decision — Lower Duwamish Waterway Superfund Site

**Table 29. Cost Estimate Summary for Selected Remedy**

| ELEMENT | UNIT COSTS | UNIT | QUANTITY / SUBTOTAL |
|---|---|---|---|
| **PRECONSTRUCTION** | | | |
| Mob, Demob & Site Restoration (project) | $ 800,000 | Lump Sum | 1 |
| Mob, Demob & Site Restoration (seasonal) | $ 120,000 | YEAR | 10.5 |
| Land Lease for Operations & Staging | $ 250,000 | YEAR | 10.5 |
| Contractor Work Plan Submittals | $ 100,000 | YEAR | 10.5 |
| Barge Protection | $ 80,000 | Lump Sum | 1 |
| Subtotal: | | | $ 5,813,932 |
| **PROJECT MANAGEMENT (CONTRACTOR)** | | | |
| Labor & Supervision | $ 62,000 | MONTH | 48.3 |
| Construction Office & Operating Expense | $ 21,600 | MONTH | 48.3 |
| Subtotal: | | | $ 4,037,006 |
| **DREDGING** | | | |
| Shift Rate | $ 25,963 | DAY | 924 |
| Gravity Dewatering (on the barge) | $ 10 | CY | 950,664 |
| Subtotal: | | | $ 33,496,452 |
| **SEDIMENT HANDLING & DISPOSAL** | | | |
| Transloading Area Setup | $ 1,000,000 | Lump Sum | 1 |
| Water Management | $ 10,000 | DAY | 924 |
| Transload, Railcar Transport to & Tipping at Subtitle D Landfill | $ 60 | TON | 1,425,997 |
| Subtotal: | | | $ 95,799,820 |
| **SEDIMENT CAPPING, DREDGE RESIDUALS, DREDGE BACKFILL** | | | |
| Debris Sweep | $ 30,000 | ACRE | 2 |
| Shift Rate (12 hours) | $ 12,500 | DAY | 501 |
| Cap Material Procurement & Delivery (sand) | $ 27 | CY | 548,103 |
| Subtotal: | | | $ 21,121,281 |
| **ENHANCED NATURAL RECOVERY** | | | |
| Debris Sweep | $ 30,000 | ACRE | 5 |
| Shift Rate (12 hours) | $ 12,500 | DAY | 46 |
| Material Procurement & Delivery (sand) | $ 27 | CY | 28,824 |
| Material Procurement & Delivery (carbon amended sand) | $ 161 | CY | 28,824 |
| Subtotal: | | | $ 6,143,912 |
| **CONSTRUCTION QA/QC** | | | |
| Construction Monitoring | $ 7,925 | DAY | 924 |
| Subtotal: | | | $ 7,322,700 |
| **POST-CONSTRUCTION PERFORMANCE MONITORING** | | | |
| Compliance Testing (Dredging) | | PROJECT | $ 1,445,267 |
| Compliance Testing (Capping) | | PROJECT | $ 1,141,320 |
| Compliance Testing (ENR) | | PROJECT | $ 1,221,569 |
| Subtotal: | | | $ 3,808,157 |
| **CAPITAL COSTS (base)** | | | $ 177,543,260 |
| **CAPITAL COSTS (present value)** | | | $ 159,745,069 |

Exhibit B | 16

Record of Decision — Lower Duwamish Waterway Superfund Site

| ELEMENT | UNIT COSTS | UNIT | QUANTITY / SUBTOTAL |
|---|---|---|---|
| Construction Contingency | 35% | PROJECT | $ 62,140,141 |
| Sales Tax | 9.5% | PROJECT | $ 16,866,610 |
| Project Management, Remedial Design & Baseline Monitoring | 30% | PROJECT | $ 53,262,978 |
| Construction Management | 10% | PROJECT | $ 17,754,326 |
| **TOTAL CAPITAL COST (base)** | | | **$ 327,567,314** |
| **TOTAL CAPITAL COST (present value)** | | | **$ 294,729,653** |
| **AGENCY OVERSIGHT, REPORTING, O&M, & MONITORING COSTS (base)** | | | |
| Agency Review & Oversight | | PROJECT | $ 10,200,000 |
| Reporting | | PROJECT | $ 1,900,000 |
| Operations & Maintenance (Dredging) | | PROJECT | $ 1,416,056 |
| Operations & Maintenance (Capping) | | PROJECT | $ 5,907,000 |
| Operations & Maintenance (ENR) | | PROJECT | $ 6,352,480 |
| Operations & Maintenance (MNR>SCO) | | PROJECT | $ 2,250,956 |
| Operations & Maintenance (MNR<SCO) | | PROJECT | $ 8,978,076 |
| Long-term Monitoring | | PROJECT | $ 5,775,580 |
| Institutional Controls | | PROJECT | $ 25,000,000 |
| **Subtotal (base):** | | | **$ 67,780,164** |
| **Subtotal (present value):** | | | **$ 47,504,279** |
| **TOTAL COST (Net Present Value) at 2.3% discount rate** | | | **$ 342,233,932** |

## 13.4 Estimated Outcomes of Selected Remedy

The intent of the Selected Remedy is, in conjunction with cleanup of the EAAs and with Ecology-led source control activities, to be protective of human health and the environment and to attain ARARs, although some ARARs may not be achieved for the foreseeable future. It is consistent with current and reasonably anticipated future uses of the waterway. It is intended to minimize reliance on fish and shellfish consumption-related institutional controls to the extent practicable; however, such controls will have to remain in effect to ensure protectiveness for the foreseeable future.

The goal of this CERCLA cleanup action and the Ecology-led source control program is to reduce in-waterway contamination and sources to the waterway to levels needed to achieve all cleanup levels and ARARs described in Section 8 and Table 19 and Table 20. RI/FS modeling results conclude that it may not be possible for any alternative to do so; however, as discussed in Sections 8 and 10, it is difficult to predict long-term Site conditions with any degree of accuracy.

The active remedy components of the Selected Remedy are expected to take 7 years to implement after completion of the EAAs and remedial design, and after sources have been sufficiently controlled to minimize recontamination (see Section 4.2). The Selected Remedy will be designed to maintain sufficient water depth for human use and habitat function and allow for future navigation dredging. During and after remediation current and anticipated future land and waterway uses, including industrial, residential, commercial and recreational uses, are expected to be able to continue, subject to the institutional controls and so long as sources of contamination are controlled or eliminated. EPA expects that direct contact risks (RAO 2) and risks to higher trophic level species (RAO 4) will be reduced to the cleanup levels (except as

134

Record of Decision — Lower Duwamish Waterway Superfund Site

noted in Section 10.1.2) and risks to benthic invertebrates (RAO 3) and human seafood consumers (RAO 1) will have been significantly reduced at the completion of active components of the remedy. EPA anticipates that another 10 years of natural recovery will be required to reduce COC concentrations sufficiently to meet RAO 3 and RAO 1 to the extent practicable.

The lowest contaminant concentrations in fish and shellfish tissue are predicted by modeling to be achieved in 17 years following the start of construction. EPA will review long-term monitoring data to assess the success of the remedy, including measuring contaminant concentrations in sediment, surface water, and fish and shellfish tissue. If long-term monitoring data show that RAO 3 cleanup levels (benthic SCO criteria) and human health-based RALs (see Table 27 and Table 28) are exceeded, additional actions will be taken to reduce COC concentrations to these levels. If monitoring shows that contaminant concentrations have reached a steady state at levels below the benthic SCO criteria or human health-based RALs but above the human health risk reduction or background-based cleanup levels, EPA will review the data and consider whether additional technically practicable cleanup actions would further reduce contaminant concentrations in sediments, tissue, or surface water.

EPA expects that, once the active components of the Selected Remedy (dredging, capping, ENR, and any additional actions needed to meet the benthic SCO criteria and human health-based RALs) have been completed and long-term monitoring shows COC concentrations have reached a steady state, COC concentrations will either be at cleanup levels for sediment and ARARs for water quality, or will represent practicable limitations in implementation of source control and active remediation. Data collection and analysis during long-term monitoring is intended to test this expectation.

However, if EPA determines that additional remedial action is appropriate for the In-waterway Portion of the Site, EPA will select such action in a ROD Amendment or ESD. If EPA or the State determines that further source control is appropriate, EPA or the State will address such sources with source control response action decisions separate from this ROD. If EPA determines that no additional practicable actions can be implemented under CERCLA to meet ARARs, EPA may issue a ROD Amendment or ESD providing the basis for a technical impracticability waiver for specified sediment and/or surface water quality based ARARs under Section 121(d)(4)(C) of CERCLA.

Implementation of the Selected Remedy, along with the EAA cleanups and source control, will substantially improve the quality of LDW sediments and surface water, reduce COC concentrations in waterway organisms, and result in an estimated 90% or greater reduction in seafood consumption risk. It should also address the key Environmental Justice concerns as discussed in Section 13.2.8.

Record of Decision — Lower Duwamish Waterway Superfund Site



**Figure 17. Recovery Category 1 and Potential Tug Scour Areas in LDW**

Record of Decision — Lower Duwamish Waterway Superfund Site



**Figure 18. Selected Remedy**

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]

Exhibit B | 21

Record of Decision — Lower Duwamish Waterway Superfund Site



| Box 1. Intertidal Sediments  (+11.3 ft MLLW to -4 ft MLLW) | | | | | | |
|---|---|---|---|---|---|---|
| **Remedial Action Levels (RALs) and Depth Interval to Which They Apply** | | | | | | |
| | | Recovery Category 1 Areas | | Recovery Category 2 and 3 Areas | | Risk Reduction Associated with RALs |
| Contaminant | Units | 4 in (10 cm) depth interval | 1.5 ft (45 cm) depth interval | 4 in (10 cm) depth interval | 1.5 ft (45 cm) depth interval | |
| PCBs (Total) | mg/kg-OC | 12 | 12 | 12 | 65 | Human Health a,b,c,e |
| cPAH | µg TEQ/kg-dw | 1000 | 900 | 1000 | 900 | |
| Dioxins/Furans | ng TEQ/kg-dw | 25 | 28 | 25 | 28 | |
| Arsenic (Total) | mg/kg-dw | 57 | 28 | 57 | 28 | |
| 39 SMS COCs | Varies by COC | SCO (see Table 27) | -- | 2xSCO (see Table 27) | -- | Ecological d,e |

| Notes: |
|---|
| 1. The average concentrations in depth interval (e.g., vertically composited samples) are compared to RALs. |
| 2. Human Health RALs and RAO 3 RALs must be met immediately following construction. |
| ᵃ RAO 1 - Human health seafood consumption |
| ᵇ RAO 2 - Human health direct contact includes beach play, clamming, and netfishing |
| ᶜ RAO 4 - Ecological protection for river otter (addressed by meeting human health PCB RAL) |
| ᵈ RAO 3 - Ecological protection of benthic community |
| ᵉ There are 41 SMS COCs, but PCB and arsenic are principally RAO 1 COCs.  SMS also lists toxicity test-out criteria using bioassays.  Test-out is not allowed for PCBs or arsenic. |

| Box 2.  Habitat Areas |
|---|
| Elevations of intertidal habitat areas are assumed to be unaffected by addition of 6-9" of suitable materials (i.e., ENR) |
| Cap,dredge and backfill,or partial dredge and cap to pre-construction grade; finish with suitable habitat layer |
| In clam habitat areas (Figure 6), caps will generally include 4 ft of suitable clean material including a minimum 45 cm clam habitat layer |

**Figure 19. Intertidal Areas – Remedial Technology Applications**

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site



**Box 1. Subtidal Sediments (-4 ft MLLW and Deeper)**

Remedial Action Levels (RALs) and Depth Interval for Application of RAL

| Contaminant | Units | Recovery Category 1 Areas | | Recovery Category 2 and 3 Areas | | Shoaled Areas of the Federal Channel | Risk Reduction Associated with RALs |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 4 in (10 cm) depth interval | 2 ft (60 cm) depth interval | 4 in (10 cm) depth interval | 2 ft (60 cm) depth interval-applied only at potential scour areas; see Footnote 2 and Figure 16 | See Footnote 3. To a depth of 2 ft below the authorized depth for waterway reach[3] | |
| PCBs (Total) | mg/kg-OC | 12 | 12 | 12 | 195 | 12 | Human Health[a,b,c] |
| cPAH | µg TEQ/kg-OC | 1000 | 1000 | 1000 | -- | 1000 | |
| Dioxins/Furans | ng TEQ/kg-dw | 25 | 25 | 25 | -- | 25 | |
| Arsenic (Total) | mg/kg-dw | 57 | 57 | 57 | -- | 57 | |
| 39 SMS COCs | Varies by COC | SCO (see Table 27) | SCO | 2xSCO (see Table 27) | -- | SCO (Table 27) | Ecological[d,e] |

Notes
1. The average concentrations in depth interval (e.g., vertically composited samples) are compared to RALs.
2. Potential Tug Scour Areas are Subtidal Elevations Potentially Susceptible to Propeller Wash (North of the 1st Avenue South Bridge located at approximately RM 2 in Water Depths from -4 to -24 ft MLLW, and South of the 1st Avenue S Bridge, in Water Depths from -4 to -18 ft MLLW).
3. Shoaled areas are those areas in federal navigation channel with sediment accumulation above the authorized depth including a 2 ft over-dredge depth; see Table 28. For areas in the navigation channel that are not shoaled, Recovery Categories 1 or 2 & 3 RALs apply.  Authorized depths are: (1) from RM 0 to 2, 30 ft below MLLW (from Harbor Island to the First Avenue South Bridge); (2) from RM 2 to RM 2.8, 20 ft below MLLW (from the First Avenue South Bridge to Slip 4); and (3) from 15 ft below MLLW from RM 2.8 to 4.7 (Slip 4 to the Upper Turning Basin).
4. Human Health RALs and RAO 3 PRGs (Benthic SCOs) Must Be Met immediately Following Construction.

[a] RAO 1 - Human health seafood consumption
[b] RAO 2 - Human health direct contact includes beach play, clamming, and netfishing
[c] RAO 4 - Ecological protection for river otter (addressed by meeting human health PCB RAL)
[d] RAO 3 - Ecological protection of benthic community
[e] There are 41 SMS COCs, but PCB and arsenic are principally RAO 1 COCs.  SMS Also lists toxicity test-out criteria using bioassays.  Test-out is not allowed for PCBs or arsenic.
[f] Depth intervals to determine compliance will be determined during Remedial Design; typically, 2-3 ft core intervals are used.
[g] Caps were assumed to be 3 ft for cost estimating purposes; cap thicknesses will be evaluated by EPA during Remedial Design in accordance with EPA and USACE (1998)

**Box 2. Habitat Areas (see Section 13.2.1.1)**

Elevations of intertidal habitat areas are assumed to be unaffected by addition of 6-9" materials (i.e., ENR).

Cap, dredge and backfill, or partial dredge and cap to pre-construction grade; finish with suitable habitat layer.

Figure 20. Subtidal Areas – Remedial Technology Application

141

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site



**Figure 21. Intertidal and Subtidal Areas – Natural Recovery Application**

Record of Decision — Lower Duwamish Waterway Superfund Site



**Intertidal Areas +11.3 ft to -4 ft MLLW**

**Recovery Category 1**
*Natural Recovery of Sediments Predicted to be Limited*

**Recovery Categories 2 and 3**
*Natural Recovery of Sediments Predicted to Occur*

**Remedial Action Levels:**

- 39 SMS at >SCO[b] (Table 20)
- 4 Human Health COC> RAL (Table 28):
  - PCB
  - Arsenic
  - cPAH
  - Dioxins/ Furans

- 4 Human Health COC > RAL (table 28):
  - PCB
  - Arsenic
  - cPAH
  - Dioxins/ Furans

**Remedial Action Levels:**

- 39 SMS at >2xSCO[b] (table 20)
- 4 Human Health COC > RAL (Table 28):
  - PCB
  - Arsenic
  - cPAH
  - Dioxins/ Furans

- 4 Human Health COC > RAL (Table 28):
  - PCB
  - Arsenic
  - cPAH
  - Dioxins / Furans

**Active Remediation** [a]

**Depth Interval:**

Mudline
4 In (10cm)
1.5 ft (45cm)

COC = Contaminant of Concern
SMS = Washington Sediment Management Standard
SCO = Benthic Sediment Cleanup Objective

**Notes:**
a)  Active remediation comprises dredging, partial dredging and capping, capping, or ENR. See remedial technology applications in flowcharts in Figures 19 and 20.
b)  This RAL for surface sediments is only used for 39 of the 41 RAO 3 COCs; that is, does not include PCBs and arsenic which are human health COCs

**Figure 22. Intertidal Areas - Remedial Action Levels Application**

144



Figure 23. Subtidal Areas – Remedial Action Levels Application

Exhibit B | 29

[This page intentionally left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site

# Exhibit C



Map 3-5a. Preliminary technology assignment options by RAL exceedance area, RM 3.0 to RM 4.0

PRE-DESIGN INVESTIGATION DATA EVALUATION REPORT FOR THE LDW UPPER REACH      JULY 15, 2022

Exhibit C | 1



Map 3-5b. Preliminary technology assignment options by RAL exceedance area, RM 4.0 to RM 5.0

PRE-DESIGN INVESTIGATION DATA EVALUATION REPORT FOR THE LDW UPPER REACH     JULY 15, 2022

Exhibit C | 2

# Exhibit D



FINAL

# *Lower Duwamish Waterway Group*
## *Port of Seattle / City of Seattle / King County / The Boeing Company*

# PRE-DESIGN INVESTIGATION
# DATA EVALUATION REPORT FOR THE
# LOWER DUWAMISH WATERWAY - UPPER REACH
## FINAL

For submittal to

**US Environmental Protection Agency**

Seattle, WA

**July 15, 2022**

**Prepared by:**



in association
with



1201 3rd Avenue ◆ Suite 2600
Seattle, Washington ◆ 98101

200 First Avenue West ◆ Suite 500
Seattle, Washington ◆ 98119



# TABLE OF CONTENTS

Table of Contents ........................................................................................................................ i

Abbreviations ........................................................................................................................... vi

1   Introduction ....................................................................................................................... 1
   1.1   Data Evaluation Report Objectives ............................................................................ 1
   1.2   Data Quality Objectives ............................................................................................. 3
   1.3   Report Organization ................................................................................................... 7

2   Pre-Design Investigation Summary .................................................................................... 9
   2.1   Sediment Sampling ..................................................................................................... 9
      2.1.1   Field Sampling Overview ................................................................................. 9
      2.1.2   Laboratory Testing Overview ........................................................................ 14
   2.2   Geotechnical Investigations ..................................................................................... 22
      2.2.1   Phase I Field Sampling Overview and Geotechnical Data Results.................. 22
      2.2.2   Phase II Field Sampling Overview ................................................................. 23
      2.2.3   Phase II Geotechnical Laboratory Testing Overview..................................... 26
      2.2.4   Phase II Geotechnical Data Results .............................................................. 26
      2.2.5   Phase II Subsurface Conditions .................................................................... 27
   2.3   Bank Visual Inspection ............................................................................................. 28
      2.3.1   Methods ....................................................................................................... 28
      2.3.2   Results .......................................................................................................... 30
   2.4   Structures Inspection ............................................................................................... 30
      2.4.1   Phase I Visual Inspection .............................................................................. 30
      2.4.2   Phase II Detailed Inspection ......................................................................... 32
   2.5   Surveying .................................................................................................................. 32
      2.5.1   Phase I Bathymetric Surveying ..................................................................... 32
      2.5.2   Phase II Topographic Surveying .................................................................... 33
      2.5.3   Phase II Bank Features Identification ............................................................ 34
   2.6   Sediment Thickness Over Armored Banks ................................................................ 35
      2.6.1   Methods ....................................................................................................... 35
      2.6.2   Results .......................................................................................................... 36
   2.7   Other Engineering Design Data................................................................................ 36
      2.7.1   Vegetation.................................................................................................... 36
      2.7.2   Waste Characterization for Disposal ............................................................ 37

FINAL

2.8   Inadvertent Discovery Plan Implementation ................................................................. 37

3   **Data Evaluation** ............................................................................................................ **39**
   3.1   Data Management Rules for the Design Dataset ...................................................... 39
   3.2   Comparison of Design Dataset with RALs ................................................................ 41
   3.3   Recovery Category Assessment ................................................................................ 43
      3.3.1   Methodology ................................................................................................. 43
      3.3.2   Recovery Category Evaluation RM 3.9 to RM 4.0 (East) ............................... 45
   3.4   Areas with RAL Exceedances and Preliminary Technology Assignments ................ 46
      3.4.1   Defining Areas with RAL Exceedances ......................................................... 46
      3.4.2   Preliminary Remedial Technology Assignments .......................................... 50

4   **Initial Identification of Phase III Data Gaps** .................................................................. **52**
   4.1   Further horizontal delineation (DQOs 9 and 10) ..................................................... 52
   4.2   Further vertical delineation (DQO 12) ..................................................................... 58
   4.3   Other engineering data (DQO 14) ........................................................................... 58
      4.3.1   Elutriate Testing ........................................................................................... 59
      4.3.2   Debris ........................................................................................................... 59

5   **Next Steps** ...................................................................................................................... **61**

6   **References** ...................................................................................................................... **62**

**TABLES**

Table 1-1   Areas to be Defined During the RD Process ............................................................. 3
Table 1-2   DQOs for Phase I PDI in the Upper Reach ................................................................ 4
Table 1-3   DQOs for Phase II PDI in the Upper Reach ............................................................... 5
Table 1-4   Survey DQOs for the Upper Reach ........................................................................... 7
Table 2-1   Summary of Upper Reach Locations Sampled for Chemical Analysis During the Phase I and II PDI .................................................................................................... 11
Table 2-2   Summary of Upper Reach Samples Collected and Analyzed for at Least One Analyte During the Phase I and II PDI ..................................................................... 13
Table 2-3   Analytical Methods for Sediment Analyses ............................................................ 14
Table 2-4   Total Number of Chemical Analyses by RAL Interval in Phases I and II .................. 17
Table 2-5   Summary of RAL Exceedances in the PDI Dataset .................................................. 20
Table 2-6   Toxicity Test Results Compared with Marine Biological Criteria of Sediment Management Standards ......................................................................................... 22

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

| Table 2-7 | Geotechnical Sampling Program Summary | 24 |
|---|---|---|
| Table 2-8 | Key Targets and Related Datums for Bathymetric Surveying | 33 |
| Table 2-9 | Key Targets and Related Datums for Topographic Surveying | 34 |
| Table 3-1 | Number of Upper Reach Design Dataset Locations with RAL Intervals by Data Source | 40 |
| Table 3-2 | Summary of RAL Exceedances in the Design Dataset | 41 |
| Table 3-3 | Re-occupied Surface Sediment Locations RM 3.9 to RM 4.0 | 45 |
| Table 4-1 | Locations with surface sediment COC concentrations > Benthic SCO and < RAL that are not within or immediately adjacent to RAL exceedance areas | 53 |
| Table 4-2 | Over-water Structures in the Upper Reach | 55 |

## FIGURES

| Figure 1-1 | Design Sampling Phases | 2 |
|---|---|---|
| Figure 2-1 | Federal Navigation Channel Design Sampling | 12 |

## APPENDICES

| Appendix A | PDI Dry Weight Concentration Maps, Mudline Elevations, Coordinates, and Data Replacement |
|---|---|
| Appendix B | cPAH Data and RAL Exceedance Areas Relative to 2014 ROD RALs |
| Appendix C | Relationship Between Surface and Subsurface COC Concentrations |
| Appendix D | Geotechnical Testing Results |
| Appendix E | Bank Inspection Results |
| Appendix F | Structures Inspection Forms |
| Appendix G | Topographic Survey Data Report and Bank Features |
| Appendix H | Sediment Thickness Inspection Results, Field Logs, and Pictures |
| Appendix I | Vegetation Observations |
| Appendix J | Inadvertent Discovery Plan Results |
| Appendix K | Interpolation Methods for Delineating Areas with RAL Exceedances |
| Appendix L | Updated Remedial Technology Assignment Options for Areas with RAL Exceedances |

## MAPS

| Map 2-1. | Upper reach of the LDW |
|---|---|



Lower Duwamish Waterway Group
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

Map 2-2a.      Phase I and II PDI surface sediment chemistry sample locations

Map 2-2b.      Phase I and II PDI subsurface sediment chemistry sample locations and intervals

Map 2-3        Phase I and II PDI shoal sample chemistry locations and intervals

Map 2-4a.      RAL exceedances and vertical extent core results in the design dataset, RM 3.0 to RM 3.2

Map 2-4b.      RAL exceedances and vertical extent core results in the design dataset, RM 3.2 to RM 3.5

Map 2-4c.      RAL exceedances and vertical extent core results in the design dataset, RM 3.5 to RM 3.7

Map 2-4d.      RAL exceedances and vertical extent core results in the design dataset, RM 3.7 to RM 3.85

Map 2-4e.      RAL exceedances and vertical extent core results in the design dataset, RM 3.85 to RM 4.05

Map 2-4f.      RAL exceedances and vertical extent core results in the design dataset, RM 4.05 to RM 4.3

Map 2-4g.      RAL exceedances and vertical extent core results in the design dataset, Slip 6

Map 2-4h.      RAL exceedances and vertical extent core results in the design dataset, RM 4.3 to RM 4.55

Map 2-4i.      RAL exceedances and vertical extent core results in the design dataset, RM 4.55 to RM 4.8

Map 2-4j.      RAL exceedances and vertical extent core results, RM 4.8 to RM 5.0

Map 2-5a.      Phase I Geotechnical data locations, RM 3.0 to RM 4.0

Map 2-5b.      Phase I Geotechnical data locations, RM 4.0 to RM 5.0

Map 2-5c.      Phase II Geotechnical data locations, RM 3.0 to RM 4.0

Map 2-5d.      Phase II Geotechnical data locations, RM 4.0 to RM 5.0

Map 2-6a       Phase I visual bank and structures inspections overview, RM 3.0 to RM 3.35

Map 2-6b       Phase I visual bank and structures inspections overview, RM 3.35 to RM 3.75

Map 2-6c       Phase I visual bank and structures inspections overview, RM 3.75 to RM 4.1

Map 2-6d       Phase I visual bank and structures inspections overview, RM 4.1 to RM 4.3

Map 2-6e       Phase I visual bank and structures inspections overview, RM 4.3 to RM 4.7

Map 2-6f       Phase I visual bank and structures inspections overview, RM 4.7 to RM 5.0

Map 2-7a.      Phase II PDI structure and outfall inspection locations, RM 3.0 to 4.0

Map 2-7b.      Phase II PDI structures and outfall inspection locations, RM 4.0 to 5.0



FINAL

Map 2-8.     Bathymetric survey extents

Map 2-9.     Topographic survey extents

Map 2-10     Sediment thickness measurement transect areas

Map 3-1.     New Recovery Category 1 area, RM 3.9 to RM 4.0 (East)

Map 3-2.     Final recovery categories for the upper reach

Map 3-3.     RAL exceedance areas in the upper reach

Map 3-4a.    RAL exceedance areas from RM 3.0 to RM 3.2 with RAL exceedances and vertical extent data in the design dataset

Map 3-4b.    RAL exceedance areas from RM 3.2 to RM 3.5 with RAL exceedances and vertical extent data in the design dataset.

Map 3-4c.    RAL exceedance areas from RM 3.5 to RM 3.7 with RAL exceedances and vertical extent data in the design dataset

Map 3-4d.    RAL exceedance areas from RM 3.7 to RM 3.85 with RAL exceedances and vertical extent data in the design dataset

Map 3-4e.    RAL exceedance areas from RM 3.85 to RM 4.05 with RAL exceedances and vertical extent data in the design dataset

Map 3-4f.    RAL exceedance areas from RM 4.05 to RM 4.3 with RAL exceedances and vertical extent data in the design dataset

Map 3-4g.    RAL exceedance areas in Slip 6 with RAL exceedances and vertical extent data in the design dataset

Map 3-4h.    RAL exceedance areas from RM 4.3 to RM 4.55 with RAL exceedances and vertical extent data in the design dataset

Map 3-4i.    RAL exceedance areas from RM 4.55 to RM 4.8 with RAL exceedances and vertical extent data in the design dataset

Map 3-4j.    RAL exceedance areas from RM 4.8 to RM 5.0 with RAL exceedances and vertical extent data in the design dataset

Map 3-5a.    Preliminary technology assignment options by RAL exceedance area, RM 3.0 to RM 4.0

Map 3-5b.    Preliminary technology assignment options by RAL exceedance area, RM 4.0 to RM 5.0

Map 4-1.     Locations in the upper reach with surface sediment concentrations > benthic SCO and < RAL

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

## ABBREVIATIONS

| | |
|---|---|
| AC | activated carbon |
| ARI | Analytical Resources, Inc. |
| ASTM | American Society for Testing and Materials |
| BBP | butyl benzyl phthalate |
| BEHP | bis(2-ethylhexyl) phthalate |
| COC | contaminant of concern |
| cPAH | carcinogenic polycyclic aromatic hydrocarbon |
| CPT | cone penetrometer testing |
| CSL | cleanup screening level |
| DCP | dynamic cone penetrometer |
| DER | Data Evaluation Report |
| DQO | data quality objective |
| DRET | dredge elutriate testing |
| Ecology | Washington State Department of Ecology |
| EF | exceedance factor |
| ENR | enhanced natural recovery |
| EPA | US Environmental Protection Agency |
| ESD | explanation of significant differences |
| FFP | full flow penetrometer |
| FNC | federal navigation channel |
| FS | Feasibility Study |
| GPS | global positioning system |
| HPAH | high-molecular-weight polycyclic aromatic hydrocarbon |
| ID | identification |
| IDW | inverse distance weighting |
| LDW | Lower Duwamish Waterway |
| LDWG | Lower Duwamish Waterway Group |
| LPAH | low-molecular-weight polycyclic aromatic hydrocarbons |
| MHHW | mean higher high water |
| MLLW | mean lower low water |
| MNR | monitored natural recovery |
| OC | organic carbon |
| PAH | polycyclic aromatic hydrocarbon |
| PCB | polychlorinated biphenyl |
| PDI | Pre-Design Investigation |
| QAPP | Quality Assurance Project Plan |

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

| | |
|---|---|
| QC | quality control |
| RAA | remedial action area |
| RAL | remedial action level |
| RAO | remedial action objective |
| RD | remedial design |
| RDWP | Remedial Design Work Plan |
| RI | Remedial Investigation |
| RM | river mile |
| RTK | real time kinematic |
| ROD | Record of Decision |
| SCO | sediment cleanup objective |
| SEF | *Sediment Evaluation Framework for the Pacific Northwest* |
| SMS | Washington State Sediment Management Standards |
| SPT | standard penetration test |
| SVOC | semivolatile organic compound |
| TEQ | toxic equivalent |
| TOC | total organic carbon |
| USACE | US Army Corps of Engineers |
| VST | vane shear testing |
| WUS | Waterway User Survey |



# 1    Introduction

This document is the Data Evaluation Report (DER) created per the fourth amendment to the Administrative Order on Consent in support of remedial design (RD) for the upper reach (river mile [RM] 3.0 to RM 5.0) of the Lower Duwamish Waterway (LDW) Superfund site in King County, Washington. The DER presents the combined results of the Phase I and Phase II Pre-Design Investigation (PDI),[1] which was implemented in accordance with the US Environmental Protection Agency (EPA)-approved PDI QAPP (Windward and Anchor QEA 2020) and Addendum to the PDI QAPP for Phase II (Phase II QAPP Addendum) (Anchor QEA and Windward 2021a).

This DER also defines areas in the upper reach with exceedances of the RALs,[2] lists preliminary technology assignment options for these areas, and identifies initial data gaps for the Phase III PDI. The Phase III data gaps will be further defined at 30% design and addressed through an Addendum to the PDI QAPP for Phase III, herein referred to as the Phase III QAPP Addendum. This DER has been prepared on behalf of the City of Seattle, King County, the Port of Seattle, and The Boeing Company, collectively referred to as the Lower Duwamish Waterway Group (LDWG) under the oversight of EPA.

Additional Phase I and Phase II information and results are included in the Phase I and Phase II PDI data packages provided separately to EPA and posted on https://ldwg.org. These packages include maps and coordinates of sediment sampling locations, field notes and forms, chain of custody forms, laboratory and validation reports, photographs, and validated analytical results for all tiers of Phase I and Phase II chemical analysis.

## 1.1    Data Evaluation Report Objectives

Per the Remedial Design Work Plan (RDWP) (Anchor QEA and Windward 2019), design sampling is being done in phases (Figure 1-1). Phase I focused on defining the horizontal extent of RAL exceedance areas and considered technology assignment options to identify Phase II PDI data gaps. Phase II involved the collection of data to further delineate the areas with RAL exceedances in surface sediment (0–10 cm), subsurface sediment (0–45 cm in the intertidal and 0–60 cm in the subtidal), and shoaling areas, and to assess the vertical extent of contamination (i.e., the overall depth of contamination) in dredge or partial dredge and cap areas. Phase II also

---

[1] All elements from the Phase I DER are included in this DER except for the following items: 1) field notes, photos, forms, laboratory and validation reports, and data files, which were included in the Phase I data package posted to https://ldwg.org; and 2) bathymetry surveys, data rules, and recovery category assessments, as well as dry weight concentration and non-remedial action level (RAL) interval data and maps, which were included in the Quality Assurance Project Plan (QAPP) Addendum for Phase II) (Anchor QEA and Windward 2021a).

[2] RALs are defined in Table 28, titled *Remedial Action Levels, ENR Upper Limits, and Areas and Depths of Application*, of EPA's November 2014 Record of Decision (ROD) (EPA 2014) and in the explanation of significant differences (ESD) for carcinogenic polycyclic aromatic hydrocarbons (cPAHs) (EPA 2021). As stated in the ROD, a RAL is a contaminant concentration above which remedial action is required.

FINAL

involved collection of characterization data in bank areas within areas with RAL exceedances, geotechnical data, and area-specific engineering data needed for RD. Phase III PDI will be conducted to address data gaps that remain following Phase II and any additional data gaps identified at 30% RD.



**Figure 1-1**
**Design Sampling Phases**

| Pre-Phase I | Phase I | Phase II | Phase III |
| April/May 2019 | Spring 2020 | 2021 | 2022 |
| • Bathymetric survey | • Remedial Action Level exceedance delineation | • Structures detailed inspection | • Fill any remaining data gaps |
| | | • Refined Remedial Action Level exceedance delineation | |
| | | • Vertical extent in dredging areas | |
| | | • Topographic survey and bank features identification | |
| | | • Geotechnical data collection | |
| | | • Other engineering data collection | |

Per the RDWP and PDI Work Plans (Windward and Anchor QEA 2019; Anchor QEA and Windward 2019), this DER meets the following objectives in the overall design process:

- Summarize the results of the Phase I PDI, including results from the sediment chemistry analyses (Tiers 1, 2, and 3), bank visual inspection, and structures visual inspection.
- Summarize the results of the Phase II PDI, including results from the sediment chemistry analyses (Tiers 1 and 2), geotechnical investigation, structures detailed inspection, topographic surveying, sediment thickness over armored banks, and other engineering data.
- Refine areas with RAL exceedances using the interpolation method developed for the PDI in coordination with EPA and the updated design dataset.
- Identify technology assignment options for each area with RAL exceedances, consistent with the decision trees in the ROD (Figure 19 and updated Figure 20 of the ROD).
- Finalize the recovery category areas in the upper reach based on additional Phase II contaminant trend data.
- Identify Phase III data gaps to set the stage for the Phase III QAPP Addendum.

Based on the RAL exceedance areas presented in this DER and other engineering considerations, remedial action areas (RAAs) will be defined at 30% design and refined and grouped into sediment

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

management areas at 60% design, as discussed in the RDWP (Anchor QEA and Windward 2019) (Table 1-1).

**Table 1-1**
**Areas to be Defined During the RD Process**

| Area | Definition | Where Defined |
|---|---|---|
| RAL exceedance area | Area where RAL is exceeded by at least one contaminant based on comparison of interpolated concentrations to RALs in 2014 ROD Table 28 and Table 3 in the 2021 cPAH ESD | See Section 3.4.1, Map 3-3, Maps 3-4a-j, and Appendix K of this document |
| RAA | Area developed by considering how the selected remedial technologies are constructed and overlaying engineering considerations; RAA boundaries are set at or beyond the final interpolated boundaries of the RAL exceedance areas | 30% RD |
| Sediment management area | Area organized by grouping or dividing RAAs by remedial technology, site physical conditions, or operational restrictions | 60% RD |

Notes:
cPAH: carcinogenic polycyclic aromatic hydrocarbon
DER: Data Evaluation Report
ESD: explanation of significant differences
PDI: Pre-Design Investigation
RAA: remedial action area
RAL: remedial action level
RD: remedial design
ROD: Record of Decision

The areas with RAL exceedances delineated in this document will differ to varying degrees from the RAAs to be identified in 30% design, because the RAAs will include engineering considerations, such as geotechnical, slope and structural stability, sediment stability, and constructability considerations.

The main text of this DER identifies the RAL exceedance areas based on the RALs in the 2014 ROD and the RAL for carcinogenic polycyclic aromatic hydrocarbons (cPAHs) in EPA's 2021 explanation of significant differences (ESD). Additionally, Appendix B of this DER identifies the incremental areas where the original ROD cPAH RALs are exceeded.

## 1.2    Data Quality Objectives

The Phase II QAPP Addendum (Anchor QEA and Windward 2021a) presented data quality objectives (DQOs) for Phase I and Phase II. Phase I DQOs are summarized in Table 1-2. DQOs 1 through 7 were met through the collection and chemical analysis of sediment from 212 Phase I locations in June 2020. These data, combined with pre-PDI sediment data from the Remedial Investigation (RI)/Feasibility Study (FS) and post-FS data, provided a preliminary horizontal footprint of RAL exceedance areas that was used to identify Phase II data gaps. DQO 8 was met through visual surveys conducted during a series of low tides in June through August 2020.



FINAL

**Table 1-2**
**DQOs for Phase I PDI in the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO[1] |
|---|---|---|
| DQO1 | Delineate 0–10-cm RAL exceedances in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 178 surface sediment (0–10-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO2 | Delineate 0–10-cm RAL exceedances in Recovery Category 1. | |
| DQO3 | Delineate 0–45-cm intertidal RAL exceedances in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 92 subsurface intertidal sediment (0–45-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO4 | Delineate 0–45-cm intertidal RAL exceedances in Recovery Category 1. | |
| DQO5 | Delineate 0–60-cm PCB RAL exceedances in potential vessel scour areas in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 71 subsurface subtidal sediment (0–60-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO6 | Delineate 0–60-cm RAL exceedances in Recovery Category 1. | |
| DQO7 | Delineate RAL exceedances in shoaling areas. | DQO was met through the collection and chemical analysis of 52 shoaling interval samples from 29 locations in June 2020 (see Section 2.1.1.3). |
| DQO8 | Conduct a visual inspection of the banks in the upper reach to identify features relevant to design, such as the presence/absence of bank armoring, and to plan how to access banks and areas under structures for sampling purposes. | DQO was met through the visual bank inspection conducted throughout the upper reach in June 2020 (see Section 2.3). |

Notes:
1. All DQOs were sufficiently addressed to support 30% design; additional data collected may be recommended in Phase III for further refinement (see Section 4).
DQO: data quality objective
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level

Phase II DQOs are summarized in Table 1-3. DQOs 9 through 12 were met through the collection and chemical analysis of sediment from 202 Phase II locations in June and July 2021. These data, combined with Phase I and pre-PDI sediment data, provided a refined horizontal footprint of RAL exceedances. Vertical extent cores collected and chemically analyzed from 78 locations during Phase II will inform the remedial approach for areas where dredge and partial dredge and cap remedial technologies will be used. DQOs 13 and 14 were met by performing geotechnical investigations at 64 sample locations and collecting applicable engineering data (e.g., structures inspection, utility location verification, thickness of sediment on top of riprap layers) within and near the preliminary footprint of RAL exceedances defined by Phase I and pre-PDI data.



**Table 1-3**
**DQOs for Phase II PDI in the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO[1] |
|---|---|---|
| DQO9 | If feasible, delineate RAL exceedances in areas under overwater structures. | DQO was met through Phase I and Phase II sampling, confirming that contamination does not extend under any overwater structures in the upper reach (see Section 4.1), with the exception of the South Park Bridge. |
| DQO10 | Further delineate RAL exceedances,[2] as needed for unbounded areas. | An additional 80 0–10-, 59 0–45-, 63 0–60-cm and 26 shoaling interval samples from 13 locations were analyzed in Phase II to partially meet this DQO; most of which were collected in July 2021 (see Section 2.1.1.3). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO11 | Assess chemical and physical characteristics of banks (including topographic survey), as needed, depending on remedial technology selected for adjacent sediment and whether bank is erosional. | DQO was partially met through sampling and surveying of banks during Phase II within Phase I RAL exceedance areas (see Section 2.1 and 2.5.2). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO12 | Delineate vertical elevation of RAL exceedances in dredge (and partial dredge and cap) areas and collect subsurface sediment chemistry data in cap areas where contamination under caps will remain.[3] | DQO was partially met through analysis of a total of 293 vertical extent samples from 78 locations (see Section 2.1.1.3). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO13 | Collect geotechnical data as needed depending on technology proposed and/or physical characteristics of RAL exceedance areas. | DQO was met through geotechnical investigations at 64 sample locations (see Section 2.2). |
| DQO14 | Collect other engineering-applicable data as needed (e.g., structures inspection, utility location verification, thickness of sediment on top of riprap layers, groundwater velocities[4]). | DQO was met through the following efforts during Phase I and Phase II PDI:<br>• Inspecting structures and outfalls near Phase I RAL exceedance areas (see Section 2.4)<br>• Measuring the thickness of sediment on top of armored banks to estimate the volume of sediment over armoring and identified the toe of armored slopes (where applicable) at 9 locations (see Section 2.6).<br>• Assessing extent of vegetation along banks to inform engineering design (see Section 2.7.1)<br>• Archiving samples for waste characterization to inform disposal options for engineering design (see Section 2.7.2 of this document and Section 5.3.3 of the Phase II QAPP Addendum) |

Notes:
1. All DQOs were sufficiently addressed to support 30% design; additional data collected may be recommended in Phase III for further refinement (see Section 4).
2. Benthic toxicity testing may be used to override chemical data in RAL delineation (DQO 10), per the ROD (EPA 2014).
3. Vertical delineation includes an assessment of whether an additional 1 ft of dredging in partial dredge and cap areas would be sufficient to achieve complete removal, as shown in ROD Figure 20.

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



4. Groundwater velocity data were not collected during the Phase II PDI. Existing information will be evaluated in 30% design. Data collection will be recommended for Phase III PDI if groundwater velocity data are identified as a data gap during 30% design.
DQO: data quality objective
PDI: Pre-Design Investigation
RAL: remedial action level
ROD: Record of Decision

In addition to the Phase I and Phase II DQOs defined in the QAPP and Phase II QAPP Addendum, DQOs specific to surveying activities were included in the Survey QAPP (Anchor and Windward 2019) and Survey QAPP Addendum (Anchor QEA and Windward 2021b). The nomenclature for these DQOs has been modified for clarity in this DER by adding "Survey" to the DQO to differentiate them from the Phase I and Phase II PDI DQOs (Table 1-4). A summary of how these survey DQOs were met is provided in Section 2.5.



**Table 1-4**
**Survey DQOs for the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO |
|---|---|---|
| Survey DQO1[1] | Provide the bathymetric data to generate new sun illumination maps that identify areas with scour from propellers and other vessel interactions with the sediment; this information will be used to potentially modify recovery category area designations. | DQO was met by conducting the 2019 and 2020 bathymetric surveys for the upper reach and generating sun illumination maps (see Section 2.5.1 and Phase II QAPP Addendum). |
| Survey DQO2[1] | Define the current bathymetry of the LDW upper reach with sufficient confidence (as presented in the accuracy discussion in this section) to inform selection of sampling locations for PDI data collection to support the RD. | DQO was met by conducting the 2019 and 2020 bathymetric surveys within the entire upper reach to inform study design. |
| Survey DQO3 (revised)[2] | Complete the base map for RD by providing topographic data of sufficient quality and sufficient areal extent to tie into the bathymetric three-dimensional surface created from prior surveys and extend the surface up the bank to support RD in areas where RAL exceedances indicate the need for remedial action on bank areas. | DQO was met by conducting the 2021 topographic survey, extending the coverage of the three-dimensional surface beyond the limits provided by the bathymetric survey (see Section 2.5.2). |
| Survey DQO4[2] | Define the extent of features (including structures, bank armoring, woody vegetation, utilities, and debris) that may have a bearing on RD and construction of potential remedial actions. | DQO was met during Phase II PDI through identification of critical features at the beginning of the field work for the topographic survey (see Section 2.5.3). Surveyors collected location information to delineate the spatial limits of the features identified by the engineers. |

Notes:
1. Survey DQO1 and Survey DQO2 are presented in the Survey QAPP (Anchor QEA and Windward 2021b).
2. Survey DQO3 (revised) and Survey DQO4 are presented in the Survey QAPP Addendum (Anchor QEA and Windward 2021b).
DQO: data quality objective
LDW: Lower Duwamish Waterway
PDI: Pre-Design Investigation
QAPP: Quality Assurance Project Plan
RAL: remedial action level
RD: remedial design

## 1.3    Report Organization

The remainder of this DER is organized into the following sections:

- Section 2: PDI Summary
- Section 3: Data Evaluations
- Section 4: Phase III Data Gaps
- Section 5: Next Steps
- Section 6: References





The following appendices are attached to this document:

- Appendix A: PDI Dry Weight Concentration Maps, Mudline Elevations, Coordinates, and Data Replacement
- Appendix B: cPAH Data and RAL Exceedance Areas Relative to 2014 ROD RALs
- Appendix C: Relationship Between Surface and Subsurface COC Concentrations
- Appendix D: Geotechnical Testing Results
- Appendix E: Bank Inspection Results
- Appendix F: Structures Inspection Results
- Appendix G: Topographic Survey Data Report and Bank Features
- Appendix H: Sediment Thickness Probing Data
- Appendix I: Vegetation Observations
- Appendix J: Inadvertent Discovery Plan Results
- Appendix K: Interpolation Methods for Delineating Areas with RAL Exceedances
- Appendix L: Updated Remedial Technology Assignment Options for Areas with RAL Exceedances



**FINAL**

# 2   Pre-Design Investigation Summary

This section presents the results from the LDW upper reach (Map 2-1) Phase I and Phase II PDI. In combination with pre-PDI chemistry data, the PDI sediment sampling results presented in this section are evaluated in Section 3 to identify areas with RAL exceedances. In addition, this section presents results from the geotechnical investigation, bank inspection, structures inspection, bathymetry and topography surveys, sediment thickness survey, and discusses other engineering data. These data will support the RD. The implementation of the inadvertent discovery plan is also discussed.

## 2.1   Sediment Sampling

### 2.1.1   Field Sampling Overview

The sediment sampling and analysis activities described in this section were performed to address Phase I DQOs 1 through 7 in Table 1-2 and Phase II DQOs 9 through 12 in Table 1-3. During the Phase I sampling in June 2020, sediment samples were collected from 266 locations. Specifically, surface sediment grab samples were collected at 249 locations from June 5 through 30, 2020, and subsurface sediment cores (including shoaling cores) were collected at 247 locations from June 1 through 26, 2020 (Maps 2-2a, 2-2b, and 2-3); surface and subsurface samples were often collected at the same locations.

During the Phase II sampling from late June 2021 through early August 2021, sediment samples were collected from 208 additional locations throughout the upper reach of the LDW. Specifically, surface sediment grab samples were collected from 82 locations from June 28 through July 22, 2021, and subsurface sediment cores (including shoaling cores and deeper vertical extent cores) were collected from 180 locations from June 28 through August 3, 2021 (Maps 2-2a, 2-2b, and 2-3); some surface and subsurface samples were collected at the same locations.

Target and actual sampling coordinates and mudline elevations for the sampling locations (both surface and subsurface) are provided in Appendix A. Maps of the target vs. actual sampling locations are available in the Phase I and Phase II data packages provided to EPA and posted to https://ldwg.org. The data packages also include validated data, field forms and logbooks, chain of custody forms, and photographs and videos.

#### 2.1.1.1   Field Methods

Surface grab samples and subsurface sediment cores were collected and processed following the standard operating procedures described in Appendix F of the QAPP and Appendix J of the Phase II QAPP Addendum (Windward and Anchor QEA 2020; Anchor QEA and Windward 2021a). Generally, sediment samples were collected from the target depths using a pneumatic grab sampler (for surface





sediment) or a vibracorer (for subsurface cores and deeper vertical cores). The rotary sonic drill rig was also used to collect deep vertical extent cores at two locations within Slip 6.

Mudline elevations were recorded for all locations. For surface sediment samples, mudline elevations were estimated using the GPS coordinates and bathymetry survey data. For subsurface sediment samples, because of the need to know the mudline elevation for sample processing, mudline elevations were calculated in the field using field-measured tidal stage and water depth information (referred to as the real time kinematic [RTK] tide elevation). For the subsurface sediment sampling locations, a table comparing RTK and bathymetry mudline elevations is presented in Appendix A. A review of this comparison indicates that while the RTK-estimated mudline elevation is more often deeper than the elevation estimated from the bathymetry survey, the RTK elevation is sometimes higher and sometimes lower than the bathymetry elevation. Given that there is uncertainty in both of these measurements, there does not appear to be a systematic error in either method for estimating mudline elevation.

### 2.1.1.2   Field Deviations

Deviations from the QAPP and Phase II QAPP Addendum involved modifications to sediment core acceptance criteria at some locations. EPA was notified of all modifications when the samples were collected. These field deviations did not affect the data quality. The core acceptance criteria deviations for Phase I were as follows:

- The intertidal core from location 127 was accepted with 52.5% (64.0 cm) recovery after hitting refusal during five attempts. EPA approved retaining and processing the core with the best recovery.
- The subtidal core from location 214 was accepted with 74.1% (101.6 cm) recovery after three attempts. EPA approved retaining and processing the core with the best recovery.
- The subtidal core from location 380 was accepted with 100% (49.5 cm) recovery after hitting refusal at that depth during 12 attempts. The target depth for this location was 60 cm. EPA was consulted and authorized retaining the best core sample while remaining within the targeted Recovery Category 1 boundary.
- Coring was not successful at location 417. The target depth for this location was 45 cm. A reconnaissance of the area during sampling revealed riprap armoring throughout the targeted area. EPA was consulted and authorized manual sample collection (e.g., with a spoon and bowl) to obtain the sample. The sample for this location was collected from the 0–29-cm depth interval.
- Z-layer samples (-17 ft to -18 ft mean lower low water [MLLW]) were not collected at subtidal (shoaling) core locations[3] 148 and 201. The cores were driven to refusal at -17 ft

---

[3] Sample depths to be collected at shoaling locations were defined in Figure 4-1 in the PDI QAPP (Windward and Anchor QEA 2020).



FINAL

MLLW during three attempts at location 148 and seven attempts at location 201 and Z-layer samples could not be collected.

The core acceptance criteria deviations for Phase II were as follows:

- The subtidal core from location 550 was accepted with 72.5% (88.4 cm) recovery after eight attempts. EPA was notified of this deviation in the weekly updates.
- In consultation with EPA, the sampling approach for core collection along the eastern shoreline around RM 4.9 was changed to allow the collection of up to three cores at each location (designated as X, Y and Z) due to sampling conditions (i.e., difficulty achieving the desired penetration and recovery).[4]
  - The intertidal core from location 698X was accepted with 74.4% (204.2 cm) recovery.
  - Intertidal cores from archived Tier 2 locations 703X and 703Y were accepted with 65.0% (79.2 cm) and 53.1% (129.5 cm) recoveries.

### 2.1.1.3    Counts of Samples Collected and Analyzed

The numbers of sampling locations for the Phase I and Phase II PDI sampling efforts are presented in Table 2-1. Sediment was collected from a total of 474 locations during these two sampling efforts (Maps 2-2a and 2-2b). The sediment depth intervals collected at each location were specified in the QAPP and in the Phase II QAPP Addendum, based on the bathymetry of the sample location (intertidal, subtidal, or shoaling area) and the recovery category, consistent with ROD Table 28 (Windward and Anchor QEA 2020; Anchor QEA and Windward 2021a). Targeted depth intervals in the federal navigation channel (FNC) shoaling areas are shown in Figure 2-1; Map 2-3 shows the intervals sampled at each shoaling location during the PDI.

**Table 2-1**
**Summary of Upper Reach Locations Sampled for Chemical Analysis During the Phase I and II PDI**

| Phase | Total Locations[1] | No. of Surface Sediment Locations (0–10 cm) | No. of Subsurface Sediment Locations | | No. of Shoal Core Locations | Vertical Extent Core Locations |
|---|---|---|---|---|---|---|
| | | | Intertidal (0–45 cm) | Subtidal[2] (0–60 cm) | | |
| Phase I (Summer 2020) | 266 | 249 | 120 | 88[3] | 39[3] | 0 |
| Phase II[4] (Summer 2021) | 208 | 82 | 87 | 83[5] | 10[5] | 86 |
| **Total** | **474** | **331** | **207** | **171** | **49** | **86** |

Notes:

[4] A total of 11 cores were collected at the 5 vertical extent sampling locations in the area near RM 4.9 (2 cores at location 698, 3 cores at location 699, 1 core at location 701, 2 cores at location 702, and 3 cores at location 703).



FINAL

1. The total locations count is lower than the sum of the counts by location type because many locations have results for multiple intervals.
2. The number of 0–60-cm locations does not include shoal core locations.
3. No shoaling material was present at one Phase I location (217) proposed for the collection of shoaling intervals. Instead, this location is counted as a 0–60-cm subtidal subsurface location (i.e., rather than a shoaling location, as proposed in the QAPP).
4. Phase II counts do not include the nine Phase I archive locations included as Tier 1 or Tier 2 samples in Phase II; these locations are included in the Phase I counts.
5. No shoaling material was present at two Phase II locations (548 and 549) proposed for the collection of shoaling intervals. Instead, these locations are counted as 0–60-cm subtidal subsurface locations (i.e., rather than a shoaling location, as proposed in the QAPP Addendum) (Anchor QEA and Windward 2021a).
QAPP: Quality Assurance Project Plan
PDI: Pre-Design Investigation



**Figure 2-1**
**Federal Navigation Channel Design Sampling**

① When thickness of shoal material is greater than or equal to 90 cm, then the core will be taken to -18 ft MLLW and three samples will be collected. Two samples will represent the shoal material and will be archived (Tier 2) and one sample will represent material between -15 ft and -17 ft MLLW and will be analyzed (Tier 1). A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

② When thickness of shoal material is greater than or equal to 30 cm and less than 90 cm, then the core will be taken to -18 ft MLLW and two samples will be collected. One sample will represent the shoal material and will be Tier 2 and the other sample will represent material between -15 ft and -17 ft MLLW and will be Tier 1. A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

③ When thickness of shoal material is less than 30 cm, then the core will be taken to -18 ft MLLW and one sample will represent both the shoal material and the material between -15 ft and -17 ft MLLW. A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

④ In the portions of the FNC that are not shoaled (deeper than -15 ft MLLW) a 0-60 cm sample will be collected. A 0-10 cm sample will also be collected (not shown).

**Note:** The shoal thickness will be measured in the field based on field bathymetry at each location. The shoal thickness values provided here are approximate.

The numbers of samples collected and analyzed for Phases I and II are presented in Table 2-2. Field duplicates are not included in the sample counts. For many locations, multiple samples were collected, and thus the location counts and sample counts do not match. For example, in Phase I, in the intertidal areas, a surface sediment (0–10-cm) sample and/or a subsurface intertidal sediment (0–

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

45-cm) sample were collected at each location, and in the subtidal areas, a surface sediment (0–10 cm) sample and/or a subsurface sediment (0–60 cm) sample was collected at each location. In the shoaling areas within the FNC, cores were collected to characterize the shoal material above the authorized navigation depth at -15 ft MLLW in this reach of the LDW, as well as the 60-cm interval below the authorized depth (the allowable overdredge interval between -15 and -17 ft MLLW) and Z-samples below the overdredge interval (Map 2-3). In addition, vertical extent cores (which included the appropriate subsurface RAL interval) were collected in Phase II where vertical delineation information was needed.

**Table 2-2**
**Summary of Upper Reach Samples Collected and Analyzed for at Least One Analyte During the Phase I and II PDI**

| Phase | Category | No. of Samples[1] | | | | Samples Below RAL Interval (Z-Layer and Vertical Extent) |
|---|---|---|---|---|---|---|
| | | RAL Interval Samples | | | | |
| | | Surface Sediment (0–10 cm) | Subsurface Sediment | | Shoal Intervals[3] | |
| | | | Intertidal (0–45 cm) | Subtidal (0–60 cm)[2] | | |
| Phase I | Total collected | 249 | 120 | 88 | 78 | 38 |
| | Total analyzed (Phase I) | 178[4] | 92 | 71[4] | 52 | 0 |
| | Total analyzed (Phase II)[5] | 3 | 2 | 1 | 8 | 21 |
| | Total archived | 68 | 26 | 16 | 18 | 17 |
| Phase II[6, 7] | Total collected | 82 | 87[9] | 83 | 23 | 589 |
| | Total analyzed | 77[8] | 52[9] | 62 | 18 | 303 |
| | Total archived | 5 | 35 | 21 | 5 | 286 |
| PDI Dataset Total | Total collected | 331 | 207 | 171 | 101 | 627 |
| | Total analyzed | 258 | 146 | 134 | 78 | 324 |
| | Total archived | 73 | 61 | 37 | 23 | 303 |

Notes:
1. Sample counts include all samples submitted for analysis through January 24, 2022. Field duplicates are not included in sample counts.
2. The number of 0–60-cm samples does not include shoal core samples.
3. Sample depths and number of samples collected per location for subsurface samples in shoaling areas varied depending on the depth of the shoal at each location (see QAPP Figure 4-1) (Windward and Anchor QEA 2020). Shoal interval samples counted herein include shoaled material (i.e., sediment above -15 ft MLLW) and sediment from the -15 to -17-ft interval. Details for each shoaling location are presented on Map 2-3.
4. At one Phase I location, samples (SS164 and SC164) were analyzed only for TOC to supplement PCB data collected by another party. These samples are not included in the counts presented here.
5. Counts in this row enumerate Phase I samples that were analyzed as part of Phase II.
6. The Phase II counts do not include seven surface (0–10 cm), three intertidal subsurface (0–45 cm), and four subtidal subsurface (0–60 cm) field duplicates that were analyzed as part of Phase I.
7. Counts in these rows only include samples collected during Phase II.
8. At one Phase II location, the surface sediment sample (SS682) was analyzed only for TOC/total solids and toxicity conventionals (i.e., ammonia, sulfides, and grain size). This sample is not included in the counts presented here.
9. At five locations in the ENR/AC Pilot Study intertidal plot (locations 615, 617, 618, 624, 626), samples were either collected or available to characterize the 0–45-cm interval from the mudline as well as the 0–45 cm interval below the ENR layer (see Figure 4-1 in the Phase II QAPP Addendum) (Anchor QEA and Windward 2021a). These locations are counted as one sample in this table.

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



AC: activated carbon
ENR: enhanced natural recovery
MLLW: mean lower low water
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
QAPP: Quality Assurance Project Plan
RAL: remedial action level
TOC: total organic carbon

In addition to chemical analysis, samples from two locations were sampled in Phase II for toxicity testing per the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). At location 682, 0–10-cm and 0–45-cm samples were collected, and at location 688, a 0–10-cm sample was collected for toxicity testing. Both of the location 682 samples were tested for toxicity. The sample from location 688 was not tested for toxicity because it was inadvertently analyzed for chemistry and did not have any exceedances of Washington State Sediment Management Standards (SMS) criteria. The samples from 682 were not analyzed for chemistry, per the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

In addition to the above analyses conducted per the QAPP and Phase II QAPP Addendum, cPAHs were analyzed in samples from six locations (677, 678, 681, 683, 684, and 703X). These analyses were conducted because cPAH toxic equivalents (TEQs) at or near these locations in pre-PDI or PDI samples were less than RALs in the cPAH ESD but greater than the RALs in the 2014 ROD. These data are presented in Appendix B and are included in the sample counts in the DER tables in this section.

## 2.1.2    Laboratory Testing Overview

### 2.1.2.1    Chemical Analysis Methods

The methods and procedures used to chemically analyze the sediment samples are described briefly in this section and in detail in the QAPP (Windward and Anchor QEA 2020). This section also discusses laboratory deviations from the QAPP. Laboratory and validation reports and the full chemistry results for Phase I and Phase II are provided in the data packages provided to EPA and posted on https://ldwg.org.

Analytical Resources, Inc. (ARI) performed polychlorinated biphenyl (PCB) Aroclor, cPAH, semivolatile organic compound (SVOC), dioxin/furan, arsenic and other metals including mercury, total organic carbon (TOC), and total solids analyses. Sediment samples were analyzed according to the methods presented in Table 2-3.

**Table 2-3**
**Analytical Methods for Sediment Analyses**

| Analyte | Method | Reference | Extraction Solvent | Laboratory |
|---------|--------|-----------|-------------------|------------|
| PCB Aroclors | Gas chromatography/ electron capture detector | EPA 3546/EPA 8082A | Hexane/acetone | ARI |

FINAL

| Analyte | Method | Reference | Extraction Solvent | Laboratory |
|---|---|---|---|---|
| PAHs/SVOCs[1] | Gas chromatography/mass spectrometry | EPA 3546/EPA 8270E | Dichloromethane/ acetone | ARI |
| cPAHs/SVOCs | Gas chromatography/mass spectrometry | EPA 3546/EPA 8270E-select ion monitoring | Dichloromethane/ acetone | ARI |
| Hexachlorobenzene | Gas chromatography/ electron capture detector | EPA 3546/EPA 8081B | Hexane/acetone | ARI |
| Dioxins/furans | High-resolution gas chromatography/high-resolution mass spectrometry | EPA 1613B | 80:20 toluene: acetone extraction | ARI |
| Metals | Inductively coupled plasma-mass spectrometry | EPA 3050B EPA 6020A universal cell technology-kinetic energy discrimination | Not applicable | ARI |
| Mercury | Cold vapor-atomic fluorescence spectrometry | EPA 7471B | Not applicable | ARI |
| TOC | High-temperature combustion | EPA 9060A | Not applicable | ARI |
| Total solids | Drying oven | Standard Method 2540G | Not applicable | ARI |
| Ammonia[2] | Flow injection | SM 4500-NH3 H-97 | Not applicable | ARI |
| Total sulfides[2] | Colorimetric | SM 4500-S2 D-0 PSEP prep | Not applicable | ARI |

Notes:
1. The SVOC analysis of a subset of PDI sediment samples included the analysis of benzyl alcohol, which is an aromatic organic alcohol found in a wide variety of plants and other materials, as discussed in Appendix A to the PDI work plan (Windward and Anchor QEA 2019). The benzyl alcohol data obtained through routine SVOC analysis of PDI samples were provided to EPA per its request. These data are not part of the DER because benzyl alcohol is not a CERCLA hazardous substance, and thus benzyl alcohol was not included in defining the remedial design footprint (Windward and Anchor QEA 2020).
2. Ammonia and total sulfide analyses conducted only on the sediment locations targeted for possible toxicity testing.

ARI: Analytical Resources, Inc.
CERCLA: Comprehensive Environmental Response, Compensation, and Liability Act
cPAH: carcinogenic polycyclic aromatic hydrocarbon
DER: data evaluation report
EPA: US Environmental Protection Agency
PAH: polycyclic aromatic hydrocarbon
PDI: Pre-Design Investigation
PCB: polychlorinated biphenyl
SVOC: semivolatile organic compound
TOC: total organic carbon

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

For both Phase I and Phase II, samples were chemically analyzed in tiers. In Phase I, samples were analyzed in three tiers (Tiers 1, 2, and 3). Tier 1 samples (263 samples) were analyzed for all applicable analytes, with a subset of samples analyzed for dioxins/furans (62 samples). Following a review of the unvalidated Tier 1 data and in consultation with EPA, Tier 2 analyses were conducted for 141 samples, 22 of which were analyzed in Tier 1 for at least one other analyte. The Tier 2 analyses included selected analytes that exceeded the RALs in nearby Tier 1 samples or were analyzed for additional spatial coverage. The unvalidated Tier 2 data were then reviewed in consultation with EPA to determine the Tier 3 samples to be analyzed. Using the same rationale for Tier 2 sample analysis selection, 13 samples were selected and analyzed for PCBs in Tier 3.

In Phase II, samples were analyzed in two tiers (Tier 1 and 2). Tier 1 samples (418 samples) were analyzed for selected analytes, as described in the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). As in Phase I, following a review of the unvalidated Tier 1 data and in consultation with EPA, Tier 2 analyses were conducted for 135 samples (1 of which was analyzed in Tier 1 for at least one other analyte). The Tier 2 analyses included selected analytes that exceeded the RALs, had exceedance factors (EFs) of > 0.9 in adjacent samples, or were analyzed in response to other PDI questions, as described in Section 4.1.4 of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

A summary of the total number of samples analyzed for each contaminant of concern (COC) in Phase I and II is presented in Table 2-4. Field duplicate samples are not included in the sample counts. Key takeaways from this table include the following:

- For Phase I Tier 1, samples were analyzed for all COCs (with the exception of dioxins/furans) for which there was an applicable RAL. Samples analyzed as part of Phase I Tiers 2 and 3 and as part of Phase II (all tiers) were analyzed for a subset of chemicals that exceeded the RALs in nearby samples or as requested to address other PDI questions.
- Over 95% of the Phase I and II PDI samples were analyzed for PCBs.
- For the other human health risk drivers, arsenic was analyzed in 50% of PDI samples, cPAHs were analyzed in 44% of PDI samples, and dioxins/furans were analyzed in 20% of PDI samples.
- About a third of the Phase I and II PDI samples were analyzed for one or more of the other benthic risk drivers.
- All samples analyzed in any tier (with the exception of a few Phase II Tier 2 samples analyzed for cPAHs) were also analyzed for TOC and total solids.

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



**Table 2-4**
**Total Number of Chemical Analyses by RAL Interval in Phases I and II**

| Sediment Type | Depth Interval | Total Samples Analyzed | No. of RAL Interval Samples Analyzed | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Human Health Risk Drivers | | | | Other Benthic Risk Drivers[2,3] | | | | TOC/ Total Solids | Grain Size |
| | | | PCB Aroclors | Dioxins/ Furans | Arsenic | cPAHs | Other Metals | PAHs | Phthalates | Other SVOCs | | |
| **Phase I PDI** | | | | | | | | | | | | |
| Surface | 0–10 cm | 178 | 175 | 43 | 133 | 135 | 138 | 135 | 134 | 135 | 178 | 129 |
| Subsurface | Intertidal (0–45 cm) | 92 | 92 | 38 | 76 | 54 | 9 | 9 | 9 | 9 | 92 | 66 |
| Subsurface | Subtidal (0–60 cm) | 71 | 70 | 7 | 25 | 27 | 27 | 27 | 25 | 25 | 71 | 47 |
| Shoal intervals (depth varies)[4] | | 52 | 52 | 4 | 22 | 21 | 23 | 21 | 20 | 20 | 52 | 20 |
| **Phase II PDI[5]** | | | | | | | | | | | | |
| Surface | 0–10 cm | 77 | 71 | 12 | 19 | 18 | 19 | 18 | 22 | 9 | 77 | 7 |
| Subsurface | Intertidal (0–45 cm) | 52[6] | 48[6] | 12 | 18[6] | 7 | 0 | 1 | 0 | 1 | 52 | 0 |
| Subsurface | Subtidal (0–60 cm) | 63 | 61 | 1 | 8 | 5 | 8 | 5 | 11 | 1 | 62 | 0 |
| Shoal intervals (depth varies)[4] | | 26 | 26 | 3 | 2 | 0 | 2 | 0 | 0 | 0 | 26 | 0 |
| **Total PDI Samples[7]** | | | | | | | | | | | | |
| Surface | 0–10 cm | 255 | 246 | 55 | 152 | 153 | 157 | 153 | 156 | 144 | 257 | 136 |
| Subsurface | Intertidal (0–45 cm) | 144 | 140 | 50 | 94 | 61 | 9 | 9 | 9 | 10 | 144 | 66 |
| Subsurface | Subtidal (0–60 cm) | 134 | 131 | 8 | 33 | 32 | 35 | 32 | 36 | 26 | 133 | 47 |
| Shoal intervals (depth varies)[4] | | 78 | 78 | 7 | 24 | 21 | 25 | 21 | 20 | 20 | 78 | 20 |

Notes:
1. Field duplicates are not included in the counts presented in this table.
2. Other benthic risk drivers include RAO 3 COCs. PCBs and arsenic are counted separately. Other metals (cadmium, chromium, copper, lead, mercury, silver, and zinc), phthalates (bis[2-ethylhexyl]phthalate, BBP, and dimethyl phthalate), PAHs (2-methylnaphthalene, acenaphthene, anthracene, benzo(a)anthracene, benzo(a)pyrene, benzo(g,h,i)perylene, chrysene, dibenzo(a,h)anthracene, dibenzofuran, fluoranthene, fluorene, indeno(1,2,3-cd)pyrene, naphthalene, phenanthrene, pyrene, total benzofluoranthenes, total HPAHs, total LPAHs), and SVOCs (1,2,4-trichlorobenzene, 1,2-dichlorobenzene, 1,4-dichlorobenzene, 2,4-dimethylphenol, 4-methylphenol, benzoic acid, hexachlorobenzene, n-nitrosodiphenylamine, pentachlorophenol, and phenol) are counted if at least one of the analytes in this group was analyzed.
3. Most Phase I Tier 2 and Phase II samples were analyzed for a specific subset of benthic risk drivers, as determined by Tier 1 RAL exceedances or to address spatial coverage.
4. Shoal intervals consisted of shoaled material in the FNC (i.e., sediment above -15 ft MLLW in this reach of the LDW) and sediment from the -15 to -17-ft interval (see Map 2-3).
5. Counts for Phase II include Phase I samples analyzed as part of Phase II. Sample counts include all samples submitted for analysis through January 24, 2022.



FINAL

6. At five locations in the ENR/AC Pilot Study intertidal plot (locations 615, 617, 618, 624, 626), two samples at each location were compared with the 0-45 cm RAL for PCBs and arsenic. These included the 0-45-cm interval from the mudline and that interval below the ENR or ENR/AC layer. These locations are each counted as one sample in this table.

7. This table presents only the PDI dataset; the full design dataset is summarized in Section 3.

AC: activated carbon
BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
ENR: enhanced natural recovery
FNC: Federal Navigation Channel
HPAH: high-molecular-weight polycyclic aromatic hydrocarbons
LDW: Lower Duwamish Waterway
LPAH: low-molecular-weight polycyclic aromatic hydrocarbons
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
RAO: remedial action objective
SVOC: semivolatile organic compound
TOC: total organic carbon

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



### 2.1.2.2    Analytical Laboratory Deviations from the QAPP

Deviations from the methods and procedures described in the QAPP (Windward and Anchor QEA 2020) that occurred in the analytical laboratory are described below. Data were determined to be acceptable for use as qualified.

Phase I deviations included the following:

- A different PCB standard reference material (CRM911-50g) than the standard reference material listed in the QAPP (Puget Sound reference material) was analyzed for sample delivery group (SDG) 20F0288. The recovery was within quality control (QC) limits.
- Hexachlorobenzene was missing from the EPA 8081 initial calibration verification standard in SDG 20F0109. The continuing calibration recoveries were within QC limits.
- The grain size sample jar for location LDW20-SS113 was inadvertently disposed of by the laboratory. There is no grain size result for this location.

Phase II deviations included the following:

- Phase I samples analyzed during Phase II were analyzed outside of hold time for SDGs 21G0430 and 21H0263. Sample results were qualified as estimated for metals, SVOCs, TOC, and total solids. PCB results were not qualified by the validator based on professional judgment.
- Phase II samples for ammonia and sulfide were analyzed outside of hold time, with the exception of ammonia in SDG 21G0269. Sample results were qualified as estimated.
- PCB samples for SDG 21G0321 were extracted outside of hold time. The results were not qualified by the validator based on professional judgment.

### 2.1.2.3    Data Validation Results

Independent data validation was performed on all analytical chemistry results by Laboratory Data Consultants. Stage 4 validation was performed on a minimum of 10% of the data or a single SDG, as specified in the QAPP (Windward and Anchor QEA 2020). Stage 2B validation review was conducted on the remaining datasets.

The data validation reports, which are included in the data packages provided to EPA and posted to https://ldwg.org/https://ldwg.org, include detailed information regarding all data qualifiers. No data were rejected. The issues that resulted in the greatest number of J-qualified (estimated concentration) results are summarized as follows for Phase I and Phase II.

- Phase I data validation:

  - Calibration verification percent differences >20% for individual EPA 8082A PCB Aroclors (37 of 39 SDGs) and EPA 8270E SIM SVOC compounds (32 of 34 SDGs).



FINAL

- – Laboratory control sample (or certified reference material) percent recoveries outside of QC limits for EPA 8270 SVOC compounds (20 of 32 SDGs) and EPA 8270E SIM SVOC compounds (15 of 34 SDGs).
- Phase II data validation:
  - – Calibration verification percent differences > 20% for individual EPA 8082A PCB Aroclors (10 of 46 SDGs) and EPA 8270E SIM SVOC compounds (10 of 12 SDGs).
  - – Matrix spike percent recoveries outside of QC limits for individual EPA 6020 metals (6 of 23 SDGs), EPA 8270E SVOC compounds (5 of 22 SDGs), and EPA 8270E SIM SVOC compounds (5 of 12 SDGs).

All data presented in this report were determined to be acceptable for use as qualified.

### 2.1.2.4    Sediment Chemistry Results

Sediment data in the PDI dataset were compared with RALs presented in ROD Table 28 (EPA 2014), and cPAH results were compared with RALs presented in the cPAH ESD (EPA 2021), in order to delineate RAL exceedance areas. A summary of RAL exceedances in the PDI dataset is presented in Table 2-5, and these exceedances are shown by location on Maps 2-4a through 2-4j. A discussion of the full design dataset is presented in Section 3.2. Concentrations of the human health COCs in co-located surface and subsurface samples are compared in Appendix C.

**Table 2-5**
**Summary of RAL Exceedances in the PDI Dataset**

| COC | Counts by Interval in the PDI Dataset[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Surface (0–10 cm) | | Subsurface (0–45 cm) | | Subsurface (0–60 cm) | | Shoal intervals (depth varies)[2] | |
| | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % |
| **Human Health COCs** | | | | | | | | |
| PCBs | 27/246 | 11 | 19/140 | 14 | 36/131 | 27 | 0/78 | 0 |
| Dioxin/furan TEQ | 3/55 | 5 | 5/50 | 10 | 0/8 | 0 | 0/7 | 0 |
| Arsenic | 0/152 | 0 | 1/94 | 1 | 0/33 | 0 | 0/24 | 0 |
| cPAHs[3] | 0/153 | 0 | 0/61 | 0 | 0/32 | 0 | 0/21 | 0 |
| **Benthic COCs (with RAL Exceedances)[4]** | | | | | | | | |
| Mercury | 1/155 | 0.6 | 0/9 | 0 | 0/32 | 0 | 1/25 | 4 |
| PAHs | 2/153 | 1 | 1/10 | 10 | 0/32 | 0 | 1/21 | 5 |
| Benzoic acid | 1/142 | 0.7 | 0/9 | 0 | 0/25 | 0 | 0/20 | 0 |
| Phenol | 1/140 | 0.7 | 0/9 | 0 | 0/25 | 0 | 0/20 | 0 |
| BBP | 3/154 | 2 | 0/9 | 0 | 1/36 | 3 | 0/20 | 0 |

Notes:

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

1. Counts are up to date as of April 2022 and do not include field duplicates. Sample counts include PDI samples submitted for analysis through January 24, 2022.
2. Shoal interval samples consisted of shoaled material from the FNC (i.e., sediment above -15 ft MLLW in this reach of the LDW) and sediment from the -15 to -17-ft interval (see Map 2-3).
3. cPAH results are compared with the RALs presented in the cPAH ESD (EPA 2021).
4. PCBs and arsenic are also benthic COCs but are counted separately under human health COCs. Benthic COCs shown here are those with RAL exceedances in the design dataset.
BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
EPA: US Environmental Protection Agency
ESD: explanation of significant differences
FNC: Federal Navigation Channel
LDW: Lower Duwamish Waterway
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
TEQ: toxic equivalent

## 2.1.2.5    Toxicity Testing Methods and Deviations

The methods to toxicity test sediment samples were outlined in the QAPP (Windward and Anchor QEA 2020). The following three standard Puget Sound Estuary Program (PSEP) sediment toxicity tests were conducted by EcoAnalysts, Inc., on the 0–10-cm and 0–45-cm samples from location 682:

- Acute 10-day amphipod mortality test (*Eohaustorius estuarius*)
- Acute 48-hour bivalve larvae combined mortality and abnormality test (*Mytilus galloprovincialis*)
- Chronic 20-day juvenile polychaete survival and growth test (*Neanthes arenaceodentata*)

Toxicity testing was conducted according to *Recommended Guidelines for Conducting Laboratory Bioassays on Puget Sound Sediments* (PSEP 1995), consistent with the updated protocols in (Ecology 2017). The laboratory standard operating procedures for the sediment toxicity tests were provided in Appendix F of the QAPP.

No deviations were reported for the toxicity testing. The toxicity testing laboratory report is included in the Phase II data package at http://ldwg.org.

The results of the toxicity testing at location 682 are presented in Table 2-6. In summary, the 0–10-cm interval failed the acute 48-hour bivalve larvae test based on the SCO biological criteria, and the 0–45-cm interval passed all biological criteria for toxicity tests. This location will be included in a RAL exceedance area based on the toxicity test failure in the surface sediment.



**Table 2-6**
**Toxicity Test Results Compared with Marine Biological Criteria of Sediment Management Standards**

| Sample | COC | 10-day Amphipod Mortality Test | | | Chronic 20-day Juvenile Polychaete Survival and Growth Test | | | Acute 48-hour Bivalve Larvae Combined Mortality and Abnormality Test | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $M_T - M_R$ [1] (%) | SCO (>25%) | CSL (>30%) | $MIG_T/MIG_R$ [2] | SCO (<0.70) | CSL (<0.50) | $N_T/N_R$ [3] | SCO (<0.85) | CSL (<0.70) |
| SS682 | PAHs [4] | 3 | Pass | Pass | 0.81 | Pass | Pass | 0.78 | Fail [5] | Pass |
| IT682 | PAHs [4] | 4 | Pass | Pass | 0.77 | Pass | Pass | 1.00 | Pass | Pass |

Notes:
1. Test mean mortality ($M_T$) comparison to reference mean mortality ($M_R$).
2. Test mean individual growth ($MIG_T$) relative to reference individual growth ($MIG_R$).
3. Test normal survival ($N_T$) relative to reference normal survival ($N_R$).
4. Concentrations of acenaphthene, benzo(a)anthracene, benzo(a)pyrene, benzo(g,h,i)perylene, total benzofluoranthenes, chrysene, dibenzo(a,h)anthracene, fluoranthene, fluorene, indeno(1,2,3-cd)pyrene, phenanthrene, total LPAHs, and total HPAHs exceeded the RALs.
5. Ammonia and sulfide levels were below trigger values throughout the test and would not be expected to have contributed to the adverse biological effects.
COC: chemical of concern
CSL: cleanup screening level
HPAH: high-molecular-weight polycyclic aromatic hydrocarbons
LPAH: low-molecular-weight polycyclic aromatic hydrocarbons
PAH: polycyclic aromatic hydrocarbon
RAL: remedial action level
SCO: sediment cleanup objective

## 2.2   Geotechnical Investigations

This section provides an overview of the geotechnical investigations, including grain size determinations, conducted during Phase I and Phase II of the PDI. Phase I was completed in June 2020, and Phase II was completed in July and August 2021. The sampling activities described in this section were performed to address DQO 13 (Table 1-3). The Phase I geotechnical investigation was completed in accordance with the QAPP, and the Phase II geotechnical investigation was completed in accordance with the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). Deviations and adjustments are described in Section 2.2.2.1.

### 2.2.1   Phase I Field Sampling Overview and Geotechnical Data Results

This section provides a summary of the findings associated with grain size testing results from Phase I PDI sediment samples throughout the upper reach. Phase I geotechnical investigations included grain size determinations only; no other geotechnical investigations or geotechnical laboratory analyses were performed as part of the Phase I investigation program. Grain size data and observations inform basic geotechnical characteristics of the materials tested, such as overall soil classification as described in American Society for Testing and Materials (ASTM) D2487 *Standard*

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

*Practice for Classification of Soils for Engineering Purposes (Unified Classification System)* (ASTM 2018). Phase I geotechnical grain size sample locations are shown on Maps 2-2a and 2-2b.

Field observations of the surface samples and subsurface sediment cores collected during Phase I are provided in the Phase I data package available on http://ldwg.org. Visually distinct layers of silt and sand were observed in 27 of 120 (23%) intertidal subsurface samples (0–45 cm) and in 15 of 87 (17%) subtidal subsurface samples (0–60 cm). In general, the cores were homogenous. In the FNC, deeper cores with more sample intervals were collected to characterize the shoaled material above the authorized FNC depth of -15 ft MLLW (in this reach of the LDW), as well as the 2-ft interval below this depth. The depositional material in the shoal cores was also generally homogeneous; visually distinct layers of silt and sand were observed in 7 of the 40 (18%) shoal cores.

Grain size testing was completed by Harold L. Benny & Associates on 262 Phase I surface and subsurface sediment samples, as well as on 14 field duplicates using the 1986 grain size method from the Puget Sound Estuary Program (PSEP).

In general, grain size data indicated that surface (0–10-cm) and subsurface (0–45-cm and 0–60-cm) samples are predominantly sand and silt, with varying gravel and clay compositions. Specific percentage ranges of gravel, sand, silt, and clay detected in Phase I samples analyzed for grain size were as follows:

- Gravel: 0–38%
- Sand: 4–99%
- Silt: 4–80%
- Clay: 1–26%

Appendix D presents the Phase I grain size results.

## 2.2.2   Phase II Field Sampling Overview

This section provides a summary of the findings associated with geotechnical sampling and testing results from the Phase II PDI geotechnical investigation locations throughout the upper reach. Phase II geotechnical investigation locations are shown on Maps 2-5c and 2-5d. Per the Phase II QAPP Addendum, surface and subsurface geotechnical sampling and data collection were conducted using several methods (Anchor QEA and Windward 2021a). Geotechnical samples were collected with split spoon samplers and thin-walled samplers (Shelby tubes). *In situ* geotechnical testing was performed using standard penetration testing (SPT), cone penetrometer testing (CPT), full flow penetrometer (FFP) testing, and downhole vane shear testing (VST). Geotechnical borings were advanced using rotary sonic drilling methods from a barge-mounted drill rig and upland truck-mounted drill rig.

Land-based, hand-operated investigations were also conducted to collect geotechnical data, including dynamic cone penetrometer (DCP) testing and hand auger sampling. Two small

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

hand-operated devices were used during core processing: a torvane and a pocket penetrometer to further classify soil strength parameters. Torvane and pocket penetrometer testing was completed on subsamples from each geotechnical boring.

Table 2-7 displays the number of locations investigated using each method. Actual sampling coordinates and mudline elevations for the locations are provided in Appendix D-1 summary tables.

**Table 2-7**
**Geotechnical Sampling Program Summary**

| Investigation Method | Total Locations | Count of Locations by Area Type[1] | | | |
|---|---|---|---|---|---|
| | | FNC | Between FNC and Toe of Bank | Within Bank | Upland |
| Rotosonic Borings | 29 | 9 | 18 | - | 2 |
| CPTs | 20 | - | 20 | - | - |
| VSTs | 5 | - | 5 | - | - |
| FFPs | 7 | 4 | 3 | - | - |
| Hand augers | 2 | - | - | 2 | - |
| DCPs | 2 | - | 2 | - | - |

Notes:
1. Banks are defined as the transition area from the LDW subtidal or intertidal bed to the upland areas above MHHW. Upland is defined as landward of MHHW.
CPT: cone penetrometer testing
DCP: dynamic cone penetrometer
FFP: full flow penetrometer
FNC: federal navigation channel
MHHW: mean higher high water
VST: vane shear testing

The primary goal of the geotechnical boring and hand auger program was to identify subsurface lithology and collect samples for laboratory testing including index parameters, consolidation, and strength properties. The geotechnical drilling subcontractor (Holocene Drilling) used a rotary sonic drill rig to complete the geotechnical borings. SPTs were performed at 5-ft depth intervals to assess material density until the boring termination elevation was achieved, and material samples were collected for laboratory testing using a split spoon sampler. Shelby tube (undisturbed) samples were also collected at the discretion of the Anchor QEA field engineer for laboratory testing. Collection methods and boring logs from the geotechnical boring program are provided in Appendix D, with a summary of data collection information provided in Table D-1.

*In situ* penetration testing (CPTs and FFPs) was conducted to measure penetration resistance, sleeve friction, and pore pressure in order to collect subsurface data that will be used in development of geotechnical design parameters (e.g., sediment strength, permeability, and consolidation properties). Results of *in-situ* penetration testing are provided in Appendix D.

FINAL

DCP tests were conducted at two locations within the intertidal portion of the upper reach to provide subsurface density information for development of geotechnical engineering design parameters. Logs for DCP tests are presented in Appendix D.

### 2.2.2.1    Field Deviations and Adjustments

Two deviations from the approved QAPP and Phase II QAPP Addendum occurred during implementation of the Phase II geotechnical investigation, as follows:

- Sample location coordinates were not successfully transferred from the global positioning system (GPS) device to the export log at the following four locations: LDW21-GT3-GB, LDW21-GT20-GC, LDW21-GT26-FFP/-GV, and LDW21-GT32/34-FFP. Field notes indicate that these locations were collected using the GPS system at the target location per the standard operating procedure; however, an unknown data transfer error occurred, resulting in the loss of these coordinates at the time of download. The approximate locations were developed using field notes and are shown on Maps 2-5c and 2-5d. The accuracy of these locations is considered acceptable because geotechnical data are intended to be extrapolated over distance from a location to represent surface and subsurface geotechnical conditions.
- CPT investigations at the following three locations were terminated prior to reaching the target elevation of -20 ft MLLW: LDW21-GT46-GC, LDW21-GT50-GC, and LDW21-GT51-GC. Practical refusal of the testing equipment was realized at each of these locations when the probe no longer penetrated the subsurface and observations of the barge lifting were noted in the field logs. Equipment refusal is considered an acceptable reason to discontinue advancement of a geotechnical investigation and can be attributed to presence of debris or dense subsurface conditions.

In addition to the two deviations listed above, three field adjustments from the approved QAPP and Phase II QAPP Addendum occurred during implementation of the Phase II geotechnical investigation, as follows:

- FFP testing was implemented at seven locations to characterize strength properties of low-strength near-surface silt material because the SPT approach was not able to measure sediment strength. These additional tests were completed to improve data resolution and to generate strength data for the low-strength surface silt material.
- CPTs were implemented at locations LDW21-GT20 and LDW21-GT27 to determine if near-surface sediments were cohesive (i.e., fine-grained silt or clay) or non-cohesive (i.e., sand or gravel) prior to conducting VST, which is only applicable for testing within cohesive materials. Non-cohesive sediment was encountered at location LDW21-GT27; therefore, the planned VST at this location was not conducted. Cohesive sediment was encountered at location LDW21-GT20 and a VST was completed at multiple depth intervals at that location.

FINAL

- Geotechnical investigation approaches were adjusted at the following locations: LDW21-GT8 and LDW21-GT40. LDW21-GT8 was completed using a DCP instead of a CPT due to equipment access limitations within the South Park Marina. LDW21-GT40 was completed using a CPT due to shallow water conditions that prevented sonic drill rig and barge access.

The field deviations and adjustments described above did not result in adverse effect to data quality or generate additional geotechnical data gaps. The geotechnical data collected as part of the Phase II investigation effort is suitable for fulfilling DQO 13.

### 2.2.3    Phase II Geotechnical Laboratory Testing Overview

Geotechnical laboratory testing was completed on 222 field-collected samples from 29 locations to measure sediment and upland soil index parameters, strength, and consolidation properties. Testing was conducted by Materials Testing and Consulting, Inc. (MTC) on select samples to generate a sufficient dataset that would capture the range of subsurface geotechnical conditions observed and support development geotechnical engineering design recommendations.

Specific geotechnical laboratory testing included the following:

- Moisture content (ASTM D2216): 222 tests
- Specific gravity of soils (ASTM D854): 48 tests
- Atterberg limits (ASTM D4318): 47 tests
- Grain size analysis (ASTM D6913): 64 tests
- Grain size and hydrometer analysis (ASTM D6913 and D7928): 29 tests
- One-dimensional consolidation (ASTM D2435): 3 tests
- Consolidated-undrained triaxial shear strength (ASTM D4767): 3 tests
- Direct shear strength (ASTM D3080): 27 tests

Results of the geotechnical laboratory testing are presented in Appendix D including all laboratory data reports. Additionally, per the Phase II QAPP Addendum, geotechnical engineers considered the need for additional grain size testing from composite samples collected from the environmental cores and determined no additional grain size testing was necessary (Anchor QEA and Windward 2021a).

### 2.2.4    Phase II Geotechnical Data Results

Specific geotechnical engineering data collected during the Phase II investigation program include SPT and DCP blow counts, *in situ* CPT, FFP, and VST data (all collected in the field), and the laboratory testing data summarized previously. Key points about these types of data are as follows:

- The SPT and DCP blow count data are used to measure the relative density of the soil and sediment units in the subsurface. These data are presented on the geotechnical boring logs (Appendix D) and in the subsurface descriptions presented in Section 2.2.5.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- CPT and FFP *in situ* penetration test results are presented as plots of corrected cone tip resistance, sleeve friction, undrained shear strength, and pore pressure versus depth. These plots are included in reports provided by the *in situ* testing contractor (ConeTec) and presented in Appendix D.
- VST data provide a field measurement of the undrained shear strength of the cohesive sediments. Both undisturbed (peak) and remolded (residual) VST readings were collected in the field to evaluate the sediment strength sensitivity (degradation with disturbance). Data are presented in tables included in Appendix D.
- Samples designated for laboratory testing (as summarized in Section 2.2.3) are identified on the geotechnical boring logs. Associated data are presented in the laboratory data reports included in Appendix D.

Geotechnical industry standard relationships have been developed to correlate SPT-, CPT-, FFP-, DCP-collected data and laboratory testing data with geotechnical design parameters such as material type, unit weight, undrained shear strength, and frictional strength. These correlations will be used to evaluate the geotechnical data as part of the engineering design phase of the project, and results of the evaluations will be presented in the Basis of Design Report.

## 2.2.5   Phase II Subsurface Conditions

This section provides a description of the four major geologic units encountered during the Phase II geotechnical investigation and sampling at locations within the upper reach. The descriptions include initial interpretations and references to geotechnical laboratory testing data to describe each sediment or soil unit. Subsurface conditions encountered during the Phase II geotechnical investigation program are in general agreement with those presented in the RI/FS, consisting of recent sediments overlying alluvium within the waterway. Fill material is also noted to be present, and overlying the alluvium unit, at the upland locations, and based on the history of river realignment, is expected to be present in some bank areas.

**Fill:** Fill material was encountered at the two upland locations, LDW21-GT24-GB and LDW21-GT36-GB (located on CenterPoint Properties and Boeing 9725 E Marginal Way S [i.e., Slip 6 upland], respectively). Fill material was observed to a depth of 9.5 to 13.6 ft below the ground surface, and is described as consisting of relatively dry, dense to very dense, brown silty sand with varying amounts of gravel, organics, and debris. From laboratory tests, this material generally had moisture contents ranging from 6% to 28%.

**Recent Sediments:** Recent sediments include very soft silt deposits located within the intertidal and subtidal environments, and soft silt deposits with varying amounts of sand located within the navigation channel. This material is described as non-plastic, wet, dark brown to black silt, with



**_Lower Duwamish Waterway Group_**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

varying amounts of fine-grained sand, clay, shell hash, and organics. Atterberg Limits testing indicates this material is non-plastic with moisture contents ranging from 34% to 97%.

**Alluvium** Underlying the recent sediments is an alluvial unit which has been historically referred as having an upper and lower layer. For the purposes of this report and analysis to follow, these two units have been combined into one singular reference unit. The Alluvium at the Site consists of primarily sand with varying amounts of silt, as well as silt, clay, and poorly graded sand interbedded lenses and layers throughout. The upper 2 to 17 ft of this unit, where disturbed, contain significant wood and sometimes anthropogenic debris as well as laminations of shell hash. Moisture content ranges from 14% to 78% within this unit.

## 2.3     Bank Visual Inspection

### 2.3.1    Methods

The Phase I bank visual inspection was conducted to address DQO 8 (Table 1-2), building upon the existing LDW Waterway User Survey (Integral et al. 2018) by collecting additional detail to support engineering design.

Based on visual observations, banks along the entire upper reach were broadly classified as armored, unarmored, or bulkheaded, consistent with the Waterway User Survey (Integral et al. 2018). Maps 2-6a through 2-6f show updated bank type classifications based on Phase I visual observations. Consistent with Section 2.1.7 of the RDWP (Anchor QEA and Windward 2019), "armored banks" are banks that have engineered surface armoring, while banks that have no armoring, discontinuous armoring, or poorly placed/maintained armoring are considered "unarmored." Vegetated banks are also classified as "unarmored."

Because what constitutes the toe of a bank can be subjective, for this DER, the toe of an armored bank is defined as the start of the armor material; for bulkheads, the toe is defined as the point at which the vertical bulkhead meets the adjacent sediment or soil surface below the bulkhead. The toe of an unarmored bank was previously defined as "where the relatively flat waterway bed (which will vary in elevation) begins to steeply slope to the top of bank." Although the Waterway User Survey also defined "dock faces" as a fourth type of bank (Integral et al. 2018), the dock faces classification is not being carried forward to characterize banks for RD. "Dock faces" herein refer to docks, which are covered in Section 2.4.

FINAL

In addition to the broad bank type classifications, detailed observations were collected to note the presence of the following features (as applicable[5]), per the QAPP (Windward and Anchor QEA 2020):

- Type of armor material
- Estimated slope/grade
- Presence of sediment accumulated on armored slopes
- Observed bank erosion
- Observed utility crossings
- Observed outfalls/pipes
- Observed discharge flowing from outfalls
- Navigational obstructions
- Access points
- Vegetation

One field deviation from the QAPP (Windward and Anchor QEA 2020) occurred during the bank visual inspection. The method of documenting visual observations (Appendix D-3 of the QAPP) included a shoreline visual inspection form that proved to be too rigid to adequately allow documenting detailed observations of shoreline features, which vary significantly along the upper reach. The alternative method of field data collection included the use of a tablet and ArcGIS Collector, supplemented by field notes handwritten directly on figures to better tie observations to locations. The field data entered into the ArcGIS Collector were continually uploaded to a project database. This field deviation did not affect the data quality and allowed the field team to more accurately and efficiently collect field data.

A shoreline stationing system was developed as a reference for the bank and structures visual inspections to provide reference points for visual observations. The stationing system for the upper reach follows the Waterway User Survey (Integral et al. 2018) shoreline structure boundary, which applies to the entire upper reach. As such, the stationing begins on the LDW eastern bank at RM 0.0 (south of Harbor Island) and follows the top-of-bank line running upstream along the east bank to RM 5.0; it then continues downstream along the western shoreline top-of-bank line back to RM 0.0 (i.e., clockwise; see Maps 2-6a through 2-6f for reference) at 100-ft intervals. The first interval shown on Map 2-6a is location 247.

---

[5] While the visual bank inspection was conducted at low tide to maximize observations, this timing also limited the ability of the inspection vessel to get close to the shoreline, and some features were difficult to document during Phase I. These features were further investigated in areas with RAL exceedances during Phase II PDI, as presented in Section 2.5.2.

FINAL

The bank type classifications were not updated during Phase II of the PDI, although bank features within each RAL exceedance area were documented as part of the topographic survey activities, as discussed in Section 2.5.2.

## 2.3.2   Results

The Phase I bank inspection was conducted primarily by boat around daytime low tides (2 hours before and 2 hours after) on June 11, 16, 18, 23, and 26 and August 4, 2020. At the time of the Phase I PDI, approximately 41% of the upper reach bank areas were observed to be armored, 46% were observed to be unarmored, and 13% were observed to be bulkheaded.

Subsequent to the Phase I bank visual inspection, habitat restoration work was conducted by the Port of Seattle at the Duwamish River People's Park and Shoreline Habitat site (located adjacent to The Boeing Company's South Park property) along the western shoreline from approximately RM 3.68 to RM 3.9, above a toe elevation ranging from +4 to +8 ft MLLW. Other shoreline work has also been completed along the west shoreline between RM 4.8 and 5.0. The Phase I bank classifications in these areas have been removed from the maps, since the Phase I data are no longer representative of current bank conditions. Despite these recent changes (as well as any future changes that may occur), the information collected during the Phase I bank inspection is judged to be useful for RD. As-built drawings and survey data will be obtained for recently constructed areas adjacent to areas requiring remedial action. For example, data from the Duwamish River People's Park and Shoreline Habitat site as-built survey, which is scheduled for completion in June 2022, will be incorporated into 30% RD.

Detailed observations are documented for each discrete shoreline segment in Attachments E-1a and E-1b in Appendix E. Shoreline segments are shown on Maps 2-6a through 2-6f. Photographs and videos from the bank visual inspection are included in the Phase I data package on http://ldwg.org.

## 2.4   Structures Inspection

### 2.4.1   Phase I Visual Inspection

The Phase I structures visual inspection was conducted to support DQO 8 (as described in Section 5.2 of the QAPP; (Windward and Anchor QEA 2020)) and to confirm and supplement the identified structures and observations in the existing Waterway User Survey (Integral et al. 2018) along the upper reach. The inspection also provided additional information to support engineering design, including changed conditions that may have occurred between the time when the Waterway User Survey was completed and the field work for the Phase I structures visual inspection occurred.

The inspected structures consisted of overwater structures (wharfs, piers, docks, etc.), in-water structures (piles, pile groups, dolphins, etc.), and shoreline structures and utilities (outfalls, bulkheads, wing walls, etc.).



**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

For the Phase I structures inspection, each unique structure was classified as a Structure, noted on Maps 2-6a through 2-6f and Appendix F as "ST-##" (i.e., shoreline, overwater, and in-water structures) or an Outfall (i.e., shoreline utility). Structures were numbered sequentially clockwise, starting at RM 3.0E, based on the shoreline stationing system described in Section 2.3.1. For uniformity and correlation with previous studies, references to existing nomenclature were used where applicable. On the DER maps, reference to the Waterway User Survey (WUS) (Integral et al. 2018) identification (ID) is shown in addition to the Phase I PDI label. However, several structures identified during the Phase I PDI were not included in the Waterway User Survey and do not have a corresponding WUS ID label. Therefore, the Phase I PDI classification is shown as the primary structure designation on Maps 2-6a through 2-6f.

Outfalls have been substantially documented in previous studies, including the *Lower Duwamish Waterway Outfall Inventory Update: January 2012 – February 2014*[6] (Leidos 2014) and Appendix H of the LDW RI report (Windward 2010), and all outfalls observed during the Phase I PDI have been previously documented. Therefore, the outfall nomenclature from the existing studies has been adopted as the sole designation for outfalls identified during this investigation on Maps 2-6a through 2-6f.

Structural visual inspection was conducted by boat during low tides the morning of June 15, 2020, and the afternoon of July 17, 2020. The inspection was limited to boat-accessible areas. Information collected during the structural visual inspection included the following:

- General observations of structure condition, visible physical damage, and surface deterioration or defects of structure component materials
- Information to supplement existing data in the Waterway User Survey (Integral et al. 2018), including structure identification numbers, physical descriptions of the structures observed, and notations of any discrepancies or changed conditions
- Visual assessments of access or safety concerns that may be important considerations for chemistry or geotechnical sampling in the vicinity of or beneath the structure during Phase II PDI.

Details of the general observations, information to supplement existing data in the Waterway User Survey (Integral et al. 2018), and accessibility/safety concerns are included in Appendix F.[7]

---

[6] The Washington State Department of Ecology (Ecology) completed an updated outfall inventory in 2020 (Leidos 2020), the information from which will be incorporated into the Basis of Design Report maps, following agreement with EPA and Ecology that the information in the outfall base layer is up-to-date.

[7] The Phase I PDI visual bank and structures inspections documented observations for outfalls that were visible from the inspection vessel and did not locate every known outfall previously identified in the upper reach. The Phase II PDI inspection was focused on


**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*



### 2.4.2    Phase II Detailed Inspection

The Phase II inspection included a more detailed investigation of the structures and outfalls located in the areas with RAL exceedances, based on Phase I PDI data, and their immediate vicinity. The inspections were conducted during low and high tides the mornings of July 12, July 14, and July 29, 2021, from the boat and/or on the riverbank where it was possible and safe to disembark. Information collected included the following:

- Close observation of condition, visible damage, or defects
- Impact or sounding of relevant concrete/rigid member components to verify soundness and lack of cavity
- Spike/nail penetration of wood, rubber, or soft materials to verify soundness and/or depth of decay or deterioration
- Vertical/horizontal measurement of clearances around the structures for accessibility
- Diameter measurements of outfall, invert elevation (where available), and support condition, including aprons and/or pipe protection

Information from the observations and survey notes supplement the Phase I reports and is included on Maps 2-7a and 2-7b and Appendix F for the structures and outfalls. Some outfalls could not be closely observed or located due to heavy vegetated embankment and unfavorable tide conditions. The contents of the facility condition assessment reports for these outfalls are based on alternative photographs or data collected by the team during Phases I and II. These outfalls include 2076, 2097, BDC-2, and BDC-5.

## 2.5    Surveying

### 2.5.1    Phase I Bathymetric Surveying

To complete bathymetric survey coverage of the upper reach, a 2020 bathymetric survey was performed to fill data gaps remaining from the Phase I 2019 bathymetric survey. No bathymetry coverage data gaps remain for the upper reach. The 2019 bathymetric survey results were presented in the QAPP (Windward and Anchor QEA 2020). Northwest Hydro's report for the supplemental 2020 bathymetric survey was provided in Attachment B of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

The 2020 bathymetric survey was performed on June 15 and 16, 2020, by Northwest Hydro, which also performed the 2019 bathymetric survey. The equipment and methods used to perform the 2020 survey were the same as those used for the 2019 bathymetric survey, per the approved Survey QAPP

---

outfalls near areas with RAL exceedances. Information for outfalls not included in Appendix F is available in the *Lower Duwamish Waterway Outfall Inventory Update: January 2012 – February 2014* (Leidos 2014).



FINAL

(Anchor and Windward 2019). The precision and accuracy of the two surveys are the same and yielded compatible data. There were no deviations from the Survey QAPP. The key targets and related data for the 2019 and 2020 surveys are summarized in Table 2-8.

**Table 2-8**
**Key Targets and Related Datums for Bathymetric Surveying**

| Description | Quantity or Datum |
|---|---|
| Horizontal positioning accuracy | 1.6 ft minimum |
| Horizontal survey accuracy | 3 ft at a 95% confidence interval |
| Horizontal datum | North American Datum of 1983/1991 Washington North Zone |
| Vertical survey accuracy | +/- 0.5 ft at a 95% confidence interval |
| Vertical datum | MLLW |

Notes:
Source: Table 3 of the Survey QAPP (Anchor and Windward 2019).
MLLW: mean lower low water

An updated three-dimensional bathymetric surface for the upper reach was created by combining the 2019 and 2020 Northwest Hydro bathymetric surveys and part of the January 2020 US Army Corps of Engineers (USACE) FNC survey. USACE conducted maintenance dredging within the FNC from approximately RM 4.05 to RM 4.71 from December 2019 to January 2020. The January 2020 survey results reflect the post-dredge condition within the dredged portion of the FNC. The combined bathymetric survey limits of each of the three surveys are presented in Map 2-8. The results of the 2022 USACE bathymetric survey of the FNC will be included in 30% RD.

The three-dimensional bathymetric surface and elevation contours were presented in the Phase II QAPP Addendum prior to performing the topographic survey as part of the Phase II PDI (Anchor QEA and Windward 2021a). One survey anomaly was noted in the 2020 Northwest Hydro survey at the head of Slip 6, where the surveyor interpreted an underwater log with a root ball to be floating above the sediment bed. The bathymetric survey data from 2019 did not show this underwater feature; therefore, the 2019 survey data were retained in this Slip 6 area instead of being replaced by the 2020 data, as the presence of an underwater tree and root ball is judged to represent a transient condition.

## 2.5.2    Phase II Topographic Surveying

Topographic surveying was performed to complete data gathering to address Survey DQO 3 (revised) and Survey DQO 4 (Table 1-4) following the methods in Survey QAPP Addendum (Anchor QEA and Windward 2021b). The specific areas where topographic surveying was performed are shown on Map 2-9. The topographic survey began on June 30, 2021, and was completed on August 10, 2021. The equipment and methods used to perform this survey were selected to obtain data with

FINAL

precision and accuracy at least comparable to that of the data from the bathymetric surveys. The key targets and related data for the topographic surveys are summarized in Table 2-9.

**Table 2-9**
**Key Targets and Related Datums for Topographic Surveying**

| Description | Quantity or Datum |
|---|---|
| GPS horizontal positioning accuracy | +/- 0.3 ft minimum |
| Total location horizontal survey accuracy | +/- 0.1 ft minimum |
| Horizontal datum | North American Datum of 1983/1991 Washington North Zone |
| GPS vertical survey accuracy | +/- 0.2 ft minimum |
| Total location vertical survey accuracy | +/- 0.02 ft minimum |
| Vertical datum | MLLW |

Notes:
Source: Table 2 of the Survey QAPP Addendum (Anchor QEA and Windward 2021b).
MLLW: mean lower low water

The report for True North Land Surveying's 2021 topographic survey is provided in Appendix G.

### 2.5.2.1    Field Deviations and Adjustments

In accordance with the Survey QAPP Addendum, the topographic survey generally extended approximately 50 ft landward of the mean higher high water (MHHW) elevation (Anchor QEA and Windward 2021b). The landward limit of the survey was reduced in two areas (near RM 4.7W and RM 4.9E) to minimize disturbance of restored habitat and due to the presence of a walkway structure that impeded access further upland. One other location where data coverage did not extend to the planned coverage extent included a point near RM 4.1E where the field surveyor was unable to determine their location in dense blackberry bushes. The field deviations and adjustments described above did not result in adverse effect to data quality or generate additional survey data gaps.

### 2.5.3    Phase II Bank Features Identification

The project engineers performed site visits on June 30 and July 13, 2021, to address Survey DQO 4 by documenting bank features of interest that will be relevant during 30% RD. The engineers spent the first visit working closely with the surveyors to communicate the features that needed to be documented during the surveying activity. The topographic surveyors noted locations and extents of bank features that were encountered during surveying activities. Features documented included horizontal extents of vegetation and armoring, locations of aboveground utilities (e.g., outfalls, storm drains), large surface debris, and structures (e.g., corner points of structures, fence lines, paved surface).

Bank features are presented in Attachment G-2 in Appendix G.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*



## 2.6    Sediment Thickness Over Armored Banks

Some areas with RAL exceedances were classified as armored banks during the Phase I PDI. In these areas, as noted in the Phase II QAPP Addendum, confirming the presence of armor, measuring the thickness of sediment over the armor layer, and determining the location of the buried toe of the armored bank are necessary to support RD (Anchor QEA and Windward 2021a). These measurements were part of addressing DQO 14 (Table 1-3). Sediment thickness over armored banks was measured from July 19 through July 23, 2021, in areas with RAL exceedances based on Phase I PDI results. The areas where sediment thickness was measured are referenced per river mile and survey location number in this report.

### 2.6.1    Methods

In most areas, the toe of bank armoring location was accessible by foot at low tide. The method to collect sediment thickness measurements involved hand probing the sediment in coordination with recording measurements and locations using differential GPS equipment. For this method, a rod marked with measurement ticks was used to determine the thickness of sediment over the armor layer.

In areas where the toe of bank armoring was located below the waterline during low tide, or was not accessible by foot, a sediment jet probe was deployed from a vessel during a moderate or high tide to measure sediment thickness and attempt to locate the toe of bank armoring. The sediment jet probe consisted of a push rod with a pneumatic jet nozzle and a penetrometer depth sensor.

Sediment probing occurred along transects extending perpendicular to the shoreline and spaced between 50 and 100 ft apart. Data were collected approximately every 5 ft along the transect from the top of the armored bank (if accessible) to the toe of the armored bank. Prior to probing at each location along the transect, descriptions were recorded to include the following (as applicable):

- Location identification
- Water depth measurement in feet and time of measurement (if applicable)
- Coordinates of each probe point
- Observed surface substrate type (e.g., rock, sand, silt, shell) and color
- Other observations of note (e.g., description of visible surface debris)

After documenting the surface conditions at the location, probing commenced. The field crew performing probing documented the following:

- Sediment thickness, depth of layers penetrated, refusal depth
- Subsurface debris or obstructions encountered during probing
- Any other relevant observations noted during probing

FINAL

When obstructions were encountered during probing, the field crew considered surface debris in the surrounding area, the firmness of the obstruction, and the sound produced when the probe made contact with the obstruction. For example, there was a significantly different sound when the probe contacted a piece of wood than when it contacted riprap or armoring. Additionally, a compacted sand or gravel layer made a different sound than a solid object and could typically be penetrated with additional force.

No deviations from the proposed procedures in the Phase II QAPP Addendum (Anchor QEA and Windward 2021a) were required during this portion of the investigation.

## 2.6.2    Results

Hand probing was completed along transects in nine bank areas in the upper reach based on Phase I RAL exceedance areas, as shown on Map 2-10. Observations were noted from the top of the transect, typically at the top of the armored bank where accessible, and continuing downslope toward the water. The initial sediment thickness measurement at each transect was collected at the waterward extent of visible armoring or the vegetation line when no surface armoring was present. The depth to refusal and suspected reason for refusal were noted in the field forms, included in Appendix H. Typical reasons for refusal generally included the presence of buried dense material such as riprap, gravel, concrete debris, or wood. In some cases, it was suspected that consolidated layers of sand may have caused refusal, and such instances were noted in the field forms. At each transect, the first probe location where no refusal was encountered was noted as the toe of armoring. The toe of armor material was identified at all locations where armoring was present. Sediment over armoring and distance down the slope to the edge of armoring varied significantly.

Jet probing was completed at the transects within Slip 6. Two transects were completed within the area, both of which met refusal on a dense layer interpreted to be gravel and riprap. Within Slip 6, refusal was met at thicknesses ranging from 7.1 to 7.8 ft deep and more than 20 ft downgradient on the transect line.

Detailed results and field forms for the bank areas where sediment and jet probing was conducted are included as Appendix H.

## 2.7    Other Engineering Design Data

This section describes other data that were collected during the PDI to support engineering design, including vegetation and waste characterization data.

## 2.7.1    Vegetation

As part of the bank visual inspection conducted during Phase I (Section 2.3), information was collected regarding the presence of vegetation along the shoreline. During Phase II, additional



FINAL

information was documented for the banks of Phase I RAL exceedance areas using the same methodology as that used during Phase I. Vegetation species composition data in the areas inspected were similar to the information collected during Phase I. Several areas within the Phase I RAL exceedance areas lacked vegetation or had very sparse vegetation. Detailed information from the visual inspection of vegetation is documented in Appendix I.

## 2.7.2   Waste Characterization for Disposal

Commercial landfills typically require waste characterization testing to confirm that the material proposed for disposal meets any facility-specific design or permit limitations. Waste characterization testing will be performed after 30% RD using archived samples collected during the Phase II vertical extent delineation. Waste characterization for disposal will be conducted as follows:

- A minimum of two regional commercial landfills will be contacted by the design team to confirm their facility-specific testing requirements.
- Representative samples from within an RAA dredge prism will be selected to produce an average concentration for the RAA; samples will be selected based on spatial and concentration results. Not every RAA will be analyzed for waste characterization, but representative RAAs will be selected based on bulk chemistry results from the design dataset.
- The representative samples from a representative RAA will be composited into a single test sample, which will be tested for the suite of analytes identified by the landfill. The results of the testing will be documented in the Basis of Design Report.

The results of the testing will be evaluated to confirm compatibility with commercial landfill requirements. This information will be incorporated into the RD specifications as reference material to be used by the construction contractor.

## 2.8   Inadvertent Discovery Plan Implementation

An archaeological monitoring and inadvertent discovery plan was developed for Phase II PDI to address the potential for unanticipated discovery of cultural resources, artifacts, or other archaeological features during sampling activities. The plan, included as Attachment G of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a), described the locations where archaeological monitoring was required and provided direction, contact information, and procedures to follow should an inadvertent discovery occur.

Prior to implementation of the field program, Stell Environmental Enterprises conducted a literature review of the Washington Information System for Architectural and Archaeological Records Data, as well as other cultural and environmental documents. During this review, 11 cultural resource surveys, 7 archaeological sites, 5 cemeteries, 6 registered historic properties, and 3,083 structures were identified within 1 mile of the upper reach.



FINAL

During the Phase II PDI, archaeological monitoring was performed by Stell Environmental Enterprises from June 28 to August 3, 2021. No significant cultural resources were encountered during monitoring. Detailed information on the monitoring program and documentation of field oversight are included in Appendix J.



# 3    Data Evaluation

This section presents the data management rules used to derive the design dataset, a count of RAL exceedances in the design dataset, the final recovery category assessment, and the RAL exceedance areas based on the design dataset.

## 3.1    Data Management Rules for the Design Dataset

The LDW database includes all sediment data that have been collected for the LDW. The subset of the sediment chemistry data used in geostatistical models to delineate areas with RAL exceedances in the upper reach (see Section 3.3) is referred to as the design dataset. This dataset will be expanded throughout the design process as additional data become available (e.g., Phase III data).

The design dataset has been constructed in accordance with the data management rules provided in Appendix D of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). This dataset includes pre-PDI data (RI/FS data, post-FS data)[8] and the Phase I and II PDI data; it has been posted to https://ldwg.org. The steps followed in creating the design dataset are as follows:

1. Identify all samples that have been analyzed for chemicals with RALs.
2. Exclude any samples that are:

    - Located within early action areas[9]
    - Located within an area that has been dredged since the sample was collected
    - Collected as part of a monitoring program and superseded by newer data (e.g., data from monitoring year 1 are superseded by those from monitoring year 2)
    - Collected from a depth interval shallower than 5 cm (e.g., 0–2 cm)

3. For subtidal locations with multiple sample depths within the 0–60-cm RAL interval, average the results to create a single concentration per contaminant that represents the 0–60-cm interval (i.e., results from a 0–30-cm sample and a 30–60-cm sample are averaged to represent the 0–60-cm interval).
4. Exclude composite samples, as they do not provide location-specific information.

---

[8] The data management rules that were used to construct the RI/FS database are described in Appendix E of the LDW RI (Windward 2003). These rules have also been applied to the post-FS data.

[9] Monitoring data for early action areas were summarized in the PDI work plan (Windward and Anchor QEA 2019); an updated dataset has been provided to EPA and Ecology. Monitoring data from within early action areas were not included in developing RAL exceedance areas.



FINAL

5. Where sampling locations have been re-occupied, select more recent data (if collected within 10 ft[10]) to represent current conditions. If an older sample includes data for contaminants not analyzed in the newer sample, retain the older chemistry in the dataset. This rule has remained consistent since the establishment of the RI dataset (LDW RI Appendix E (Windward 2003)). The purpose of this rule is to include the most current result available for the 0–10-cm interval for comparison to RALs, since surface sediments can change over time as new sediment is deposited. In rare instances, subsurface sample locations have also been re-occupied to address specific questions. These data have been included on a case-by-case basis in consultation with EPA.

The only data rules that are new for the design dataset since the RI/FS involve field duplicates and PCBs. With respect to field duplicates, parent sample results are selected when both parent and field duplicate results are reported, except when a RAL exceedance occurs only in the field duplicate and not in the parent. In such a case, the field duplicate results are selected for all analytes. For PCBs, both PCB Aroclor and congener sums are compared to the PCB RAL. When a sample is analyzed for both, the greater of the two sums is selected for the design dataset.

Table 3-1 shows how many sampling locations were contributed by the RI/FS, post-FS, and Phase I and II PDI to the design dataset for each of the RAL sediment depth intervals.

**Table 3-1**
**Number of Upper Reach Design Dataset Locations with RAL Intervals by Data Source**

| Dataset | Date Range | No. of Surface Sediment Locations (0–10 cm) | Subsurface Sediment Locations | | No. of Shoal Core Locations |
|---|---|---|---|---|---|
| | | | No. of Intertidal (0–45 cm) | No. of Subtidal (0–60 cm) | |
| RI/FS | 1990–2010 | 354 | 0 | 15 | 0 |
| Post-FS | 2010–2019 | 230 | 0 | 0 | 7[1] |
| PDI (Phase I)[2] | 2020 | 178 | 92 | 71 | 29[3] |
| PDI (Phase II)[2] | 2021 | 80 | 54 | 63 | 13[4] |
| **Total** | | **842** | **146** | **149** | **49** |

Notes:
1. The 7 post-FS shoal locations include a total of 18 discrete depth interval samples. Six of these cores were collected in 2012 as part of the USACE sampling effort and one core was collected in 2016 as part of sampling done at South Park Marina.
2. PDI location counts presented here are not intended to match those in Section 2. This table presents counts of locations where various RAL intervals were analyzed; Table 2-1 presents counts of locations where samples were collected (i.e., not necessarily analyzed) and Table 2-2 presents sample counts, which may be higher than the values presented here because, in some cases, there are multiple samples per location.

---

[10] The 10-ft rule is consistent with inherent measurement inaccuracies in the differential global positioning systems (GPSs) used in sampling surveys for the Phase I PDI and past sampling efforts. The differential GPS used for Phase I surface sediment sampling has a measurement accuracy of approximately 3–6 ft. Given the inherent measurement accuracy, it is not possible to definitively distinguish different sampling locations within 10 ft of one another for samples collected after 2001. Prior to 2001, GPS technology was less accurate, so measurement inaccuracies may have been greater. If a re-occupied location was more than 10 ft away from the old location, it was considered a separate sample location and the older data were retained.





FINAL

3. PDI Phase I shoal locations have a total of 52 discreet depth interval samples.
4. PDI Phase II shoal locations have a total of 26 discreet depth interval samples.
PDI: Pre-Design Investigation
RAL: remedial action level
RI/FS: Remedial Investigation/Feasibility Study
USACE: US Army Corps of Engineers

## 3.2    Comparison of Design Dataset with RALs

Sediment data in the design dataset were compared with RALs presented in ROD Table 28 (EPA 2014), and cPAH results were compared with RALs presented in the cPAH ESD (EPA 2021), in order to delineate RAL exceedance areas. A summary of RAL exceedances in the design dataset is presented in Table 3-2. RAL exceedances are shown by location on Maps 2-4a through 2-4j. The design dataset includes the Phase I and Phase II PDI data as well as the pre-PDI data from the RI/FS and post-FS sampling events.

**Table 3-2**
**Summary of RAL Exceedances in the Design Dataset**

| COC | Surface (0–10 cm) No. > RAL/ Total | % | Subsurface (0–45 cm) No. > RAL/ Total | % | Subsurface (0–60 cm) No. > RAL/ Total | % | Shoal Intervals (depth varies)[2] No. > RAL/ Total | % | Total Counts No. > RAL/ Total | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Human Health COCs** | | | | | | | | | | |
| PCBs | 67/767 | 9 | 18/139 | 13 | 39/145 | 27 | 4/96 | 4 | 128/1147 | 11 |
| Dioxin/furan TEQ | 3/137 | 2 | 5/50 | 10 | 0/9 | 0 | 0/22 | 0 | 8/218 | 4 |
| Arsenic | 8/569 | 1 | 1/94 | 1 | 0/38 | 0 | 0/39 | 0 | 9/740 | 1 |
| cPAHs[3] | 1/507 | 0.2 | 0/61 | 0 | 0/36 | 0 | 0/36 | 0 | 1/640 | 0.2 |
| **Benthic COCs (with RAL Exceedances)[4]** | | | | | | | | | | |
| Lead | 1/562 | 0.2 | 0/9 | 0 | 0/32 | 0 | 0/39 | 0 | 1/642 | 0.2 |
| Mercury | 3/567 | 0.5 | 0/9 | 0 | 0/37 | 0 | 1/40 | 3 | 4/653 | 0.6 |
| Zinc | 1/531 | 0.2 | 0/9 | 0 | 0/35 | 0 | 0/39 | 0 | 1/614 | 0.2 |
| PAHs | 3/513 | 0.6 | 1/10 | 10 | 0/37 | 0 | 1/36 | 3 | 5/596 | 0.8 |
| 4-Methylphenol | 1/463 | 0.2 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 1/537 | 0.2 |
| Benzoic acid | 2/465 | 0.4 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 2/539 | 0.4 |
| Phenol | 1/471 | 0.2 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 1/545 | 0.2 |
| BBP | 8/474 | 2 | 0/9 | 0 | 1/41 | 2 | 0/35 | 0 | 9/559 | 2 |

Notes:
1. The design dataset includes samples from the pre-PDI and PDI datasets; counts are updated as of April 2022. Sample counts include PDI samples submitted for analysis through January 24, 2022.
2. Shoal interval samples consisted of shoaled material from the FNC (i.e., sediment above -15 ft MLLW in this reach of the LDW) and sediment from the -15 to -17-ft interval (see Map 2-3).
3. cPAH results are compared with the RALs presented in the cPAH ESD (EPA 2021). See Appendix B for a comparison of cPAH results with the 2014 ROD RALs.



4. PCBs and arsenic are also benthic COCs but are counted separately under human health COCs. Benthic COCs shown here are those with RAL exceedances in the design dataset.

BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
EPA: US Environmental Protection Agency
ESD: explanation of significant differences
LDW: Lower Duwamish Waterway
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
RAO: remedial action objective
ROD: Record of Decision
TEQ: toxic equivalent

Key takeaways from Table 3-2 include the following:

- **PCBs** – PCBs were the primary COC in the upper reach with the most RAL exceedances. Concentrations of PCBs were greater than the RAL in 11% of samples in the design dataset across all sample types.
- **Other COCs** – Additional COCs with at least one RAL exceedance in the design dataset include dioxins/furans, arsenic, cPAHs, lead, mercury, zinc, polycyclic aromatic hydrocarbons (PAHs), 4-methylphenol, benzoic acid, phenol, and butyl benzyl phthalate (BBP). These COCs exceeded the RAL in 0.2% to 4% of the design dataset samples. No PDI locations had cPAH TEQs greater than the RALs in the EPA ESD (EPA 2021); one pre-PDI surface sediment sample had a concentration exceeding the ESD RAL at a location where other PAHs and BBP also exceeded their respective RALs.
- **Surface samples** – The majority of surface RAL exceedances were for PCBs; there were PCB RAL exceedances in 9% of surface sediment samples in the design dataset. Other COCs exceeded the RAL in surface sediment in 0% to 2% of the design dataset.
- **Subsurface samples** – The majority of subsurface RAL exceedances were for PCBs; there were PCB RAL exceedances in 20% of the subsurface samples (both intertidal and subtidal areas, not including shoaling cores). Dioxins/furans exceeded the RAL in 9% of subsurface samples (all exceedances in intertidal areas). Other COCs exceeded the subsurface RALs in 0% to 2% of the design dataset. Other COCs with concentrations greater than subsurface RALs were arsenic (one intertidal subsurface sample), PAHs (one intertidal subsurface sample), and BBP (one subtidal subsurface sample).
- **Shoaling samples** – There were no RAL exceedances in the majority of the shoaling samples. The exceptions were for PCBs (four samples from three locations), mercury (one sample), and PAHs (one sample).

In addition, there were some Z-sample results from shoaling locations in the FNC at depth intervals below where ROD RALs apply (i.e., -17 to -18 ft MLLW in this reach of LDW). Locations with



FINAL

Z-samples (or deeper intervals) with concentrations greater than shoaling RALs are shown in purple on Map 2-3. These data provide vertical extent of contamination information to be used in 30% RD within RAL exceedance areas. Outside of RAL exceedance areas, remedial action is not required for contamination buried deeper than the subsurface RAL intervals, according to the ROD (EPA 2014). The ROD requirements are based on analyses presented in a supplemental technical memorandum to the LDW FS (AECOM 2012) that determined that buried contamination at these depths is stable and will not be exposed. As discussed in the LDW FS (Section 5 and Appendix G), the maximum depth of scour from high-flow events in the LDW is 22 cm (approximately 9 in.) at a single location and up to 36 cm (approximately 14 in.) in isolated spots from propeller wash from vessels. Maintenance dredging in the navigation channel, if performed, may expose the Z-layer (-17 to -18 ft MLLW in the upper reach) in portions of the FNC where the contractor removes the full allowable overdredge depth of 2 ft. Post-construction monitoring will be conducted throughout the LDW following the remedy, as will be described in the Long-Term Maintenance and Monitoring Plan, with contingency actions if needed.

## 3.3    Recovery Category Assessment

This section presents the final recovery category assessment using the design dataset. Recovery categories are used as one of the conditions for the spatial application of RALs and remedial technologies (EPA 2014). Recovery category areas were developed in the FS (AECOM 2012) and subsequently re-assessed and revised, as new information became available, in the *Recovery Category Recommendations Report* (Integral et al. 2019), in Appendix B of the PDI QAPP (Anchor and Windward 2019), and most recently in Attachment C of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). The most recent recovery category assessment recommended a re-occupation of three locations between RM 3.9 to RM 4.0 on the east side of the LDW. This sampling was conducted as part of Phase II PDI sampling to further evaluate the recovery category designation for this area. This section presents the results of re-occupied locations in this area (two re-occupied in the Phase I PDI and three re-occupied in the Phase II PDI) and reassesses the recovery category designations in this area.

### 3.3.1    Methodology

The LDW ROD (EPA 2014) describes the recovery category definitions and how areas are delineated. Recovery categories are defined as follows:

FINAL

- Category 1: Recovery presumed to be limited
- Category 2: Recovery less certain
- Category 3: Predicted to recover

Recovery category areas were delineated in the ROD based on the following physical and chemical criteria:

1. Identification of vessel-induced scour areas based on a visual review of sun-illuminated bathymetric survey maps
2. Identification of berthing areas based on berthing area information and documentation
3. Identification of sediment transport model-predicted 100-year high-flow event high-scour areas and net-scour areas
4. Empirical contaminant trends over time, used on a case-by-case basis to adjust recovery categories based on physical criteria (1 through 3)

The purpose of the analysis presented herein is to assess whether any recovery category modifications from RM 3.9 to RM 4.0 on the east side of the LDW are warranted based on a comparison of Phase I and II PDI chemistry data to pre-PDI data (i.e., criterion 4). Surface sediment (0–10 cm) data from the PDI are compared with pre-PDI surface sediment data at re-occupied locations (i.e., locations within 10 ft of each other) using the methodology previously employed in the *Recovery Category Recommendations Report* (Integral et al. 2019) and Attachment C of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

Concentration changes for PCBs, cPAHs, arsenic, and bis(2-ethylhexyl)phthalate (BEHP) in each location were mapped in one of four color categories:

- **Red**: Contaminant concentration **increased** more than 50% over previous concentration.
- **Gray**: **No concentration trend** (defined as less than a 50% change relative to previous concentration).
- **Blue**: Contaminant concentration **decreased** more than 50% from previous concentration.
- **Green**: Concentrations in both samples in the pair **were less than** the SMS benthic SCO or lowest ESD RAL for cPAHs and were considered too low to assess any trend.[11]

Next, the data for the re-occupied locations were interpreted in the context of potential recovery category modifications consistent with the ROD:

- Areas with increasing concentrations of PCBs or increasing concentrations of other detected COCs (red) are considered for adjustment to Recovery Category 1.

---

[11] Assessing trends at re-occupied locations was discussed in Section F.4.1.1 of Appendix F of the FS (AECOM 2012).



FINAL

- Areas with mixed results by COC or concentration changes less than 50% are considered for adjustment to Recovery Category 2.
- Areas with more than 50% decreases or a mix of 50% decreases and changes of less than 50% are considered for adjustment to Recovery Category 3.
- Areas with concentrations less than the benthic SCO or RAL (green) are considered for adjustment to Recovery Category 3, because these areas have historically recovered or have not been historically impacted by concentrations exceeding the benthic SCO or RAL.

The final recovery category designations are made considering all lines of evidence, including surrounding sediment concentration data and physical site conditions. Additionally, point sample comparisons are interpreted in light of potential sources of variability, such as spatial heterogeneity; different sampling and analytical events; and analytical variance, which can be up to 25% in a concentration measurement (an acceptability criterion in data validation).

### 3.3.2   Recovery Category Evaluation RM 3.9 to RM 4.0 (East)

Five locations were re-occupied between RM 3.9 and RM 4.0 on the east side of the waterway in recovery category 2. For PCBs, two locations showed increasing concentrations (SS257 and SS266, coded red), two locations showed decreasing concentrations (SS631 and SS633, coded blue), and one location was in equilibrium (SS645, coded gray) (Table 3-3 and Map 3-1). For arsenic, cPAHs and BEHP, all samples were less than RALs (coded green).

**Table 3-3**
**Re-occupied Surface Sediment Locations RM 3.9 to RM 4.0**

| Current Location | Location Identification | Year | PCBs (µg/kg) | Arsenic (mg/kg) | cPAHs TEQ (µg/kg) | BEHP (µg/kg) |
|---|---|---|---|---|---|---|
| SS257 | AN-019 | 2006 | 770 | 8.6 | 67 | 86 U |
|  | **SS257** | **2020** | **3,380 J** | **10.5** | **46.8 J** | **84.3** |
| SS631 | LDW-B9b | 2004 | 210 | 8.85 J | 94 | 69 J |
|  | **SS631** | **2021** | **93.2** | **8.12** | **65.7** | **121** |
| SS633 | AN-018 | 2006 | 350 J | 8.1 | 310 | 210 |
|  | **SS633** | **2021** | **146** | **7.34** | **125** | **11.9 J** |
| SS266 | EST145 | 1997 | 170 | na | na | na |
|  | **SS266** | **2020** | **271** | **8.26** | **177** | **247** |
| SS645 | AN-011 | 2006 | 250 | 8.3 | 120 J | 120 U |
|  | **SS645** | **2021** | **151** | **13** | **54.1** | **67.4** |

Notes:
**Bold**: Resampled location
For context, surface sediment RALs are as follows: 12 mg/kg OC PCBs (or 130 µg/kg if TOC is < 0.5 or > 3.5%), 57 mg/kg arsenic, 5,500 µg/kg cPAH TEQ, and 47 and 94 mg/kg OC BEHP in Recovery Category 1 and 2 areas, respectively (or 1,300 and 3,100 µg/kg if TOC is < 0.5 or > 3.5%).
Red: Contaminant concentration increased more than 50% over previous concentration.



Lower Duwamish Waterway Group
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

Gray: No trend occurred in concentration (defined as less than a 50% change relative to previous concentration).
Blue: Contaminant concentration decreased more than 50% from previous concentration.
Green: Both samples in the pair were less than the SMS benthic SCO or lowest ESD RAL for cPAHs.
BEHP: bis(2-ethylhexyl)phthalate
cPAH: carcinogenic polycyclic aromatic hydrocarbon
ESD: Explanation of significant differences
J: estimated concentration
na: not analyzed
OC: organic carbon
PCB: polychlorinated biphenyl
RAL: remedial action level
RM: river mile
ROD: Record of Decision
SCO: sediment cleanup objective
SMS: Washington State Sediment Management Standards
TOC: total organic carbon
U: non-detected

The broad area shows mixed trends, consistent with the current Recovery Category 2 designation. Location 257 had the greatest increase in surface sediment PCB concentrations and coincided with a localized area of deepening bathymetry (>6 in. over 16 years; Appendix B of the Phase I QAPP, Map B-3 (Anchor QEA and Windward 2021a)). In this localized area, the recovery category designation has been changed to Recovery Category 1. Outside of this localized area, no recovery category modifications are recommended. The recovery category designations are shown on Map 3-2.

## 3.4 Areas with RAL Exceedances and Preliminary Technology Assignments

This section presents a summary of the updated data interpolation process used to identify areas with RAL exceedances in the upper reach. It also presents the preliminary technology assignment options for each area that will be considered in 30% RD. Details of the data interpolation and the technology assignment options are presented in Appendices K and L, respectively.

### 3.4.1 Defining Areas with RAL Exceedances

Spatial data interpolation methods were used to delineate areas with RAL exceedances to serve as the foundation for 30% design to establish the initial horizontal extent of the RD footprint. RAL interval data in the design dataset were used in the data interpolations. Interpolation uses a local neighborhood of surrounding data points to estimate the values at all unsampled points in the map domain. Interpolation is a standard method used in RD to define areas requiring remedial action (e.g., Anchor QEA 2014; Anchor QEA and Tetra Tech 2016; City of Tacoma 2002; Thornburg et al. 2005). Interpolation method selection and application were developed through a series of technical meetings with LDWG and EPA statisticians. This section provides a summary of the interpolation analyses and results.

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

Appendix K provides a detailed presentation of statistical data characteristics, spatial correlation structures, interpolation method evaluation and selection, RAL exceedance area maps, and uncertainty analysis using multiple lines-of-evidence to assess the uncertainty in the RAL exceedance area boundaries. Section 4.3.2 in Appendix K also discusses why the interpolation was not extrapolated into the intertidal ENR/activated carbon (AC) pilot plot, where approximately 25 cm of clean ENR material was placed in 2017. In brief, the pilot study PCB monitoring data (Wood et al. 2021) and PDI Phase II data indicated that COC concentrations in surface (0–10-cm) and subsurface (0–45-cm) sediment are less than RALs in the areas with ENR material, and three years of chemical and physical monitoring have demonstrated that ENR has been effective during that time. This area, like other areas where ENR technology is applied, will be monitored as will be described in the Long-Term Maintenance and Monitoring Plan.

This rest of this section provides a summary of the analyses and results detailed in Appendix K.

### 3.4.1.1    Interpolation Methods

PCBs were selected as the primary COC for detailed numerical data interpolation because PCBs delineate a large majority[12] of the RAL exceedance areas in the upper reach. Other COCs exceeding RALs in localized areas were evaluated separately, and the results for all COCs were combined with the PCB results in the final RAL exceedance area footprint.

Interpolations were performed on two sediment depth-defined datasets applicable to RALs: surface sediment, defined as 0 to 10 cm; and subsurface sediment, defined as 0 to 45 cm in intertidal areas, 0 to 60 cm in subtidal areas, and shoaling intervals in the FNC.[13] Using a GIS raster computation, the interpolations of surface and subsurface sediment were merged into a single map showing the combined exceedance footprint of both surface and subsurface layers.

Several interpolation methods were evaluated for use in the upper reach using exploratory spatial data analysis, including ordinary kriging, indicator kriging, inverse distance weighting (IDW), and Thiessen polygons. Based on these evaluations, two interpolation methods were selected by the EPA/LDWG technical team to define areas of RAL exceedances for use in RD:

- Indicator Kriging (PCBs)

- Thiessen Polygons (Other COCs)

---

[12] Based on the results of the interpolation work described in this section, PCBs were estimated to account for 88% of the RAL exceedance area in the upper reach. This percentage was calculated as the ratio of interpolated RAL exceedance area circumscribed by PCBs (in acres or square ft) to the total RAL exceedance area circumscribed by all COCs (see Map K-4a).

[13] The maximum concentration in any shoaling interval or the -15 to -17 ft MLLW interval (i.e., 2 ft below authorized FNC depth in this reach of LDW) was selected for each shoaling core location.



FINAL

Ordinary kriging, like other kriging methods, provides useful information regarding underlying data correlation structure and estimation uncertainty, and it provides a direct assessment of concentration distributions. However, ordinary kriging is complicated by: a) high skewness of concentration data, which must be log-transformed and back-transformed to control the effects of extreme values; and b) mixture of OC-normalized and dry weight measurement units.

IDW is another viable method to assess concentration distributions. However, IDW is subject to many of the same limitations as ordinary kriging. In addition, a laborious cross-validation analysis is generally required to calibrate an optimal IDW weighting parameter.

**Indicator Kriging**. Indicator kriging was selected as the preferred method for PCB interpolation for several reasons: a) indicator kriging provides quantitative estimates of the uncertainty of the RAL exceedance area boundaries; b) indicator kriging is a nonparametric method that does not require the data to conform to a normal distribution; c) indicator kriging can readily accommodate mixed units, specifically, mixed OC-normalized and dry weight concentrations and RALs; and d) indicator kriging has been successfully applied to support RD and remedial action on other large sediment sites (Anchor QEA and Tetra Tech 2016; Thornburg et al. 2005).

**Thiessen Polygons**. Although PCB exceedances delineate the majority of contamination in the upper reach, in localized areas the PCB RAL exceedance area boundaries were expanded where other COCs exceeded RALs but PCBs did not. Because these areas are small and more localized, the RAL exceedance area boundaries for COCs other than PCBs were established using Thiessen polygons, a simpler geometric and deterministic interpolation method. Other COCs that locally determine the RAL exceedance area boundary include metals, polycyclic aromatic hydrocarbons (PAHs), other semivolatile organic compounds (BBP, benzoic acid, 4-methylphenol, phenol), and dioxins/furans, depending on the area.

### 3.4.1.2    Interpolation Results and Uncertainty Analysis

RAL exceedance area maps based on indicator kriging for PCBs and Thiessen polygons for other COCs are presented on Map 3-3, Maps 3-4a through 3-4j, and Appendix K. In Appendix K, Maps K-3a through K-3c show the surface sediment, subsurface sediment, and combined surface and subsurface sediment PCB RAL exceedance areas. The indicator kriging contours represent the probabilities of exceeding the applicable RALs, expressed in units of percent. The 50% probability of exceedance contour represents the median or central tendency estimate of the horizontal RAL exceedance boundary. Other contours are provided for comparison, including the 20%, 30%, 40%, 50% (median), 60%, 70%, and 80% probabilities of exceedance. Maps K4-a through K-4d show the median (50%) PCB RAL exceedance boundary overlain with Thiessen polygons for other COCs that extend beyond the median PCB boundary.

FINAL

Indicator kriging provides quantitative, probabilistic information directly in the interpolation output, and it is the primary line of evidence for assessing the uncertainty of the PCB RAL boundary. In addition, the uncertainty of the PCB RAL exceedance area boundary is being assessed using three independent lines of evidence, which include, in order of priority: (1) indicator kriging probability contours, (2) cross-validation prediction errors, and (3) kriging standard errors. These lines of evidence, which are further discussed in Appendix K, show that the interpolations are unbiased and more precise in areas of more dense sample coverage, and that spatial correlations among neighboring samples help to control variance and uncertainty in the interpolated values.

The median indicator kriging boundary, corresponding to the 50% probability of exceedance, is recommended as the beginning basis for RD. On the Fox River and Hudson River sediment cleanup sites (Anchor QEA and Tetra Tech 2016; Kern et al. 2008; Wolfe and Kern 2008; QEA 2007), the median kriging estimate was used to define the remediation boundary for RD and was shown to provide a reasonable balance between effectively removing contaminated sediment with concentrations above the RALs and excluding sediment with concentrations below the RALs. During the design process, the remediation footprint can be expanded beyond the median boundary to address engineering and constructability considerations. Thus, a greater level of confidence will be achieved after design.

Locations with greater uncertainty may be addressed through the application of best professional engineering judgment to adjust RAA boundaries during RD and/or by identifying the need for Phase III data to reduce uncertainties in particular areas. Additional spatial analysis of cross-validation errors will be performed and summarized in a technical memorandum. This analysis will be used in the Phase III QAPP Addendum to help identify particular areas of greater uncertainty, where additional sampling may be warranted to help refine the delineation of the remediation boundary. Additional sampling may be conducted in areas where significant overprediction, underprediction, or classification errors (i.e., false negative or false positive errors) tend to occur. Specifically, the following maps and tables will be prepared as part of the technical memorandum to support the Phase III QAPP Addendum in determining Phase III sampling locations to reduce the uncertainty of the RAL exceedance area boundary:

- **Summary tables of cross-validation errors**. Cross-validation errors—including root mean squared errors, mean absolute deviations, prediction biases, and classification errors—will be calculated in surface and subsurface sediment in RAL=12 mg/kg OC and RAL=65 mg/kg OC areas. False negative (i.e., sensitivity) and false positive (i.e., efficiency) error rates, as well as other reliability metrics, will be calculated for various probability thresholds (p=0.5, 0.4, 0.3, and 0.2). A balanced RD will strive to control both types of errors and maximize the percentage of correct predictions.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- **Maps of cross-validation errors**. The cross-validation errors at each sample location will be mapped, including positive or negative errors representing a tendency toward overprediction or underprediction, respectively.

- **Maps of classification errors**. Cross-validation output files will be processed to flag the locations of false positive and false negative errors at the 50%, 40%, 30%, and 20% probability of exceedance boundaries. False positive and false negative errors will be mapped to their corresponding sampling locations to identify particular areas that may be more susceptible to misclassification.

In total, as a result of interpolation, 35 RAL exceedance areas were identified (Map 3-3); these areas are shown relative to the design dataset in Maps 3-4a through 3-4j. These areas include areas with RAL exceedances and interpolation-only areas.[14]

### 3.4.2    Preliminary Remedial Technology Assignments

Figures 19 and 20[15] in the ROD describe the process by which remedial technologies are to be assigned during the design process. A variety of factors govern the preliminary selection of applicable remedial technologies, including mudline elevation, RAL EF, depth of contamination, and recovery category designation.

As described in Appendix L, more than one remedial technology may be applicable in an area with RAL exceedances, and these may conflict with each other from a constructability standpoint. Therefore, the final remedial technology assignment within each area without data gaps will be determined during 30% and 60% RD by factoring in engineering and constructability considerations, in order to develop a constructable, stable, and protective design. There are other areas that have not yet been vertically bounded, so a final technology cannot be selected at this time. For these seven areas (Areas 1, 3, 11, 16, 18, 22, and 31; see Table L-1), the final remedial technology assignment will be determined during 90% RD based on Phase III data. Additional vertical data will help determine if the remedy will be dredging or partial dredge and cap. For 30% RD, a single technology will be assumed for each area (or subarea) based on available data, site condition information, and engineering considerations.

Potential remedial technologies identified in the ROD for intertidal and subtidal areas include the following:

---

[14] Included interpolation-only areas are defined as areas greater than 250 sq ft that do not include a sample location with a RAL exceedance.

[15] Figure 20 was corrected after the ROD had been published. Reference to Figure 20 herein refers to the corrected version, which was published in a memorandum from EPA dated August 26, 2015.



**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- Intertidal:
    - Monitored natural recovery (MNR) to benthic SCO
    - Area-specific technology[16]
    - ENR
    - Partial dredge and cap
    - Dredge and backfill
- Subtidal:
    - MNR
    - Area-specific technology
    - ENR
    - Dredge (with backfill in habitat areas)[17]
    - Cap or armored cap

Preliminary technology assignments for each area with RAL exceedances are shown on Maps 3-5a and 3-5b. Technology assignments for the majority of RAL exceedance areas are well defined, although some areas still have more than one technology option that may be applied (dredging vs. partial dredge and cap). In addition, some areas may have subareas with different technology assignments. Details are presented in Appendix L.

Section 4 discusses the data gaps that have been identified for all applicable remedial technologies in each RAL exceedance area. Engineering considerations evaluated during 30% and 60% RD and additional data collected during the Phase III PDI will be used to select final remedial technologies.

---

[16] In areas with structural or access restrictions, location-specific cleanup technologies will be applied in accordance with ROD Section 13.2.1.3 (EPA 2014).

[17] Habitat areas were defined in the FS as all areas above -10 ft MLLW.





FINAL

# 4    Initial Identification of Phase III Data Gaps

This section identifies initial types of data gaps to be filled by Phase III PDI to address data needed for RD. Additional data gaps will be identified during 30% design, as some data gaps are expected to be encountered while making design decisions and during design review. The approach for data gaps identification in this document is discussed generally for each type of data needed. Three types of data have been identified to support the DQOs presented in Table 1-3.

- Further horizontal delineation (DQOs 9 and 10)
- Further vertical delineation (DQO 12)
- Other engineering data (DQO 14)

Detailed information regarding sediment sampling locations, depth intervals, and analytes to support DQOs 10 and 12 will be provided in a Phase III QAPP Addendum, which will combine the data gaps identified in this DER with any data gaps identified during the preparation and review of 30% design. The Phase III QAPP Addendum will also include any updates to the inadvertent discovery plan to describe actions that will be performed during the Phase III investigations related to cultural resources. The Phase III sampling event will occur in late 2022 following receipt of EPA comments on the 30% design and EPA approval of the Phase III QAPP Addendum.

## 4.1    Further horizontal delineation (DQOs 9 and 10)

The results of the Phase I and II PDI, in combination with pre-PDI data, delineate where a remedy will be needed. Following 30% RD, to further refine some remediation areas, focused data gaps will be identified in the Phase III QAPP Addendum. The data gaps fall into the following general categories:

- In select areas, bound RAL exceedances identified in Phase II sampling (e.g., west of locations 705 and 706 at RM 4.9 W [Map 3-4j]).
- Investigate areas that are > 250 sq ft where RAL exceedances are defined using only the PCB data interpolation (e.g., RM 3.19 W of the FNC [Map 3-4a]).
- Investigate areas with greater uncertainty in the data interpolation (see Appendix K for a description of the uncertainty analysis).
- Investigate "MNR to benthic SCO" areas as needed (i.e., areas with chemical concentrations greater than the benthic SCO but less than the RAL for Recovery Category 2/3).

With respect to "MNR to benthic SCO" areas, Map 4-1 shows the 33 locations where benthic risk driver concentrations are > SCO and < RAL. Of these locations, 24 are either within RAL exceedance areas or immediately adjacent to such areas. Locations within RAL exceedance areas will be remediated; MNR to benthic SCO locations immediately adjacent to exceedance areas may also be remediated depending on the RAA boundaries to be identified in 30% RD. The remaining nine surface sediment locations are not within or immediately adjacent to a RAL exceedance area; they





are summarized in Table 4-1. As stated in the ROD, "Areas with MNR would require the most monitoring to determine if surface sediment COC concentrations are reducing over time as projected by the natural recovery model...should MNR not achieve RAO 3 cleanup levels or progress sufficiently toward achieving them in 10 years, additional actions (dredging, capping, or ENR) will be implemented" (EPA 2014).

**Table 4-1**
**Locations with surface sediment COC concentrations > Benthic SCO and < RAL that are not within or immediately adjacent to RAL exceedance areas**

| Sample (Year Sampled) | Location | COC | EF Relative to Benthic SCO | EF Relative to RAL[1] |
|---|---|---|---|---|
| DR203 (1998) | RM 3.28 W | Phenol | 1.7 | 0.85 |
| LDW20-SS156 (2020) | RM 3.4 in FNC | Mercury | 1.1 | 0.56 |
| DR209 (1998) | RM 3.71 W | Phenol | 1.0 | 0.51 |
| 04-intsed-3 (1996) | Slip 6 N | Mercury | 1.6 | 0.8 |
| LDWSS383 (2020) | West side of Turning Basin | Dibenzofuran | 1.3 | 0.67 |
| LDWSS384 (2020) | West side of Turning Basin | Individual PAHs | 1.2–1.3 | 0.58–0.63 |
| R79 (1997) | East side of Turning Basin | Individual PAH | 1.3 | 0.63 |
| DR254 (1998) | East side of Turning Basin | Lead | 1.4 | 0.69 |
| NFK005 (1994) | RM 4.94 E | BEHP | 1.4 | 0.71 |

Notes:
1. The RAL is twice the benthic SCO in Recovery Category 2/3 areas, so the exceedance factor relative to the RAL is one-half that relative to the benthic SCO.
BEHP: bis(2-ethylhexyl) phthalate
COC: chemical of concern
EF: exceedance factor
FNC: federal navigation channel
PAH: polycyclic aromatic hydrocarbon
RAL: remedial action level
RM: river mile
SCO: sediment cleanup objective

In the Phase III QAPP Addendum, an analysis will be presented to determine if data are needed in the vicinity of or at the locations listed in Table 4-1 (and any others not included in RAAs in 30% design). The weight-of-evidence analysis will consider the density and years of data in these areas, temporal trends based on these data, and information related to sedimentation rates (e.g., bathymetry comparisons, sediment transport model-predicted rates) and potential sources. Additional data at these locations will be used to determine if surface sediment COC concentrations are reducing over time as projected by natural recovery models.

With respect to DQO 9 (sampling under overwater structures), the QAPP Addendum identified two upper reach overwater structures as having RAL exceedance areas (based on Phase I data) extending into the footprint of the structure: the South Park Bridge and one of the piers in Slip 6. The decision was made to collect samples under the South Park Bridge and reassess the need for additional

FINAL

sampling under overwater structures following the Phase II PDI. The Phase II PDI data collected in Slip 6 and the RAL exceedance area interpolation indicated that the contamination of adjacent sediments does not extend to the edge of the structure.

In addition to reviewing COC concentrations in adjacent sediment, LDWG has previously evaluated the types of structures in the upper reach, their uses, and the potential presence of outfalls under existing overwater structures. Based on this review, none of the overwater structures in the upper reach have a pathway (e.g., open hatches in the decking, older creosote piling, outfalls or storm drains located under the overwater structure) to a potential discrete contaminant source; more information on each upper reach overwater structure is presented in Table 4-2. Because upper reach overwater structures do not have a discrete contaminant source pathway, the results from sediment sampling locations close to the overwater structure are considered representative of the under-structure sediment condition. Thus, no additional sampling under an overwater structure is needed. Photographs associated with overwater structures are included in Table 4-2.

FINAL

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

Table 4-2
Over-water Structures in the Upper Reach

| Over-water Structure | WUS Information[1] | | | | | Other Information | | | | Phase I/Phase II PDI | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | River Mile | WUS ID | Phase I ID | Over-Water Structure Description | Operational History | Overwater Coverage (sf) | Accessibility | Structure Condition Assessment | Armoring Under structure? | Reference Photographs for Visual Bank/Under-pier Observation[1] | Debris or Waste Area that Identified Based on Visual Observations | RAL Exceedance Extends to Over-water structure Footprint? | Are Samples Near Under structure Sediment? | Under-structure Sample(s) Collected |
| South Park Bridge | 3.3–3.4 | 57 | ST02 | Bascule bridge | Current bridge built in 2014, just north of the former bridge alignment. | 44,565 | Elements around the bascule piers are accessible but may be limited outside the navigable channel. | Good | No |  | None (naturally occurring logs) | Yes | Yes, see Maps 3-4b and 3-4c | Yes, additional samples were collected as part of Phase II PDI |
| South Park Marina floats | 3.4 | 39 | ST20 | Marina with timber floating docks and timber guide piles | Moorage of commercial and recreational vessels | 17,404 | Floating docks are accessible on all sides. Access to under-float areas is only by diver. | Fair | No |  | None observable | No, but adjacent | Yes, see Map 3-4e | No, considered similar to surrounding sediments |
| National Industrial Holdings pier | 4.0 | 40 | ST16 | Concrete pile, concrete-decked finger pier | Deck used to load and berth barges | 3,634 | Accessible on south and north sides (but limited depth); access to east side is obstructed by fender piles. | Fair | Yes |  | Mound of debris (Photo 150) | No | Yes, see Map 3-4b | No, considered similar to surrounding sediments |
| Duwamish Yacht Club floats | 4.1 | 42 | ST15 | Marina with covered moorage, timber guide piles, and concrete floats | Moorage of recreational vessels | 68,354 | Limited space between floats, clearance width limited, and overhead covers on floats. Access to under-float areas is only by diver. | Fair | Discontinuous /non-engineered |  | None observable | No | Yes, see Map 3-4h | No, considered similar to surrounding sediments |

FINAL

| Over-water Structure | River Mile | WUS ID | Phase I ID | Over-Water Structure Description | Operational History | Overwater Coverage (sf) | Accessibility | Structure Condition Assessment | Armoring Under structure? | Reference Photographs for Visual Rank/ Under-pier Observation | Debris or Waste Identified Based on Visual Observations | RAL Exceedance Area that Extends to Over-water structure Footprint? | Are Samples Under-structure Near-structure Sediments? | Under-structure Sample(s) Collected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WUS Information[1] | | | | | Other Information | | | | | Phase I/Phase II PDI | | | | |
| Delta Marine Industries floats | 4.2 | 43 | ST12 | Floating dock with steel guide piles | Mooring vessels for outfitting and repair; fiberglass vessels manufactured on site | 4,901 | Floating docks are generally accessible from all sides except when large vessels are present. Access to under-float areas is only by diver. | Good | No |  | None observable | No | Yes, see Map 3-4f | No, considered similar to surrounding sediments |
| The Boeing Company Seattle Wharf (Slip 6) | 4.3 | 44 | ST05 | Six concrete pile, concrete-decked, asphalt surfaced loading piers | Barge moorage | 11,089 | Each of the piers are accessible along the east and west sides; access to the north sides is obstructed by fender piles. | Fair to poor | Yes |  | None (naturally occurring sticks and logs, rope in use) | No | Yes, see Map 3-4g | No, considered similar to surrounding sediments |
| Boeing Platform | 4.7 | 66 | ST07 | Timber pile-supported concrete wharf | Unknown | 794 | There is limited access to areas under the wharf. | Poor | No |  | Concrete slabs, (naturally occurring logs) | No, but adjacent | Yes, see Map 3-4i | No, considered similar to surrounding sediments, access and safety concerns exist |
| S 98th Street Bridge | 4.8 | na | ST08 | Bridge | Unknown | 14,222 | There is limited accessibility between piers and abutments. | Good | Yes |  | Concrete slabs | No | Yes, see Map 3-4j | No, considered similar to surrounding sediments |

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

Notes:
1. Information from Table 3 of the WUS (Integral et al. 2018); information confirmed during the Phase I and Phase II PDI for the LDW upper reach.
2. Photographs were also submitted as part of the Phase I data package and posted on https://ldwg.org.
ID: identification
LDW: Lower Duwamish Waterway
na: not applicable
PDI: Pre-Design Investigation

FINAL

RAL remedial action level
WUS Waterway User Survey

**L**ower **D**uvamish **W**aterway **G**roup
Port of Seattle / City of Seattle / King County / The Boeing Company



## 4.2    Further vertical delineation (DQO 12)

Information from the Phase II PDI on the vertical extent of contamination, presented in vertical core diagrams in Maps 3-4a through 3-4i, provides most of the data needed to design the remedy where dredging is needed. However, some focused data gaps remain that will be addressed in the Phase III PDI. Specifically, additional vertical data may need to be collected in RAL exceedance areas that will likely require dredging if the data interpolation expanded the preliminary RAL exceedance area footprint, resulting in portions of the interpolated RAL exceedance areas with insufficient vertical data coverage (e.g., west side of RAL exceedance area at RM 3.12 as shown on Map 3-4a). Additional vertical data will also be collected in the vicinity of shoaling cores collected by USACE in 2012 (LDW13, LDW14, LDW17)[18] and near shoaling location 148 within RAL exceedance area 11,[19] where data could not be collected previously to define the vertical extent of contamination. Additional vertical data needs may be identified during 30% RD in unarmored bank areas within interpolated RAL exceedance areas.

## 4.3    Other engineering data (DQO 14)

Data for the RAL exceedance areas shown on Map 3-3 were reviewed to determine if there are any new data gaps for geotechnical data, topography, sediment thickness, or detailed structural inspection since Phase I RAL exceedance area boundaries were delineated. No data gaps were identified. However, engineering data gaps may potentially be identified during 30% design. Examples of engineering data gaps that could be identified during 30% design review include:

- Supplemental topographic bank data
- Supplemental utility location information
- Supplemental habitat and vegetation information, particularly in areas where bank construction may have occurred following Phase I and II PDI and where remedial actions include removal on or near such banks
- Supplemental design criteria data for cap design
- Supplemental data to support quantification and/or limits of debris
- Supplemental geotechnical and/or structural condition data to support structural stability and/or demolition evaluations

---

[18] See Map 3-4b for the location of LDW13 and SC558, Map 3-4c for the location of LDW14 and SC564, and Map 3-4d for the location of LDW17 and SC629.

[19] This location is the only shoaling location in the FNC where contaminant concentrations exceeded RALs only at depths below the top 2 ft (60 cm). At these locations, cleanup may be deferred if USACE determines it is not currently an impediment to navigation, but must be dredged in the future if USACE determines that the area has become an impediment to navigation, per the ROD (EPA 2014).

FINAL

In addition, the RDWP (Anchor QEA and Windward 2019) stated that if specific dredged material treatment studies were determined to be necessary, a QAPP addendum for treatment studies would be developed for the Phase III PDI and summarized in the Phase III PDI Data Evaluation Report to be appended to the 90% design document. Based on the chemistry results in the design dataset, dredged material treatment studies are not anticipated to be necessary, and thus, this element is not considered to be a data gap. The chemistry results in the design dataset are consistent with the range of concentrations and analytes that have been disposed of at commercial landfills during other regional dredging projects without requiring treatment.

## 4.3.1    Elutriate Testing

Dredge elutriate testing (DRET) is a laboratory-scale simulation of the release of chemicals into the water column that occurs during dredging of contaminated sediments. In some cases, DRET can inform the specific needs of the water quality monitoring program during construction. The potential need for DRET (DiGiano et al. 1995) was also evaluated as a potential data gap.

In place of DRET, contaminant partitioning calculations will be used during 30% design to calculate dissolved phase concentrations, similar to the calculation procedures outlined in the *Sediment Evaluation Framework for the Pacific Northwest* (RSET 2016) (SEF). The SEF developed elutriate test triggers based on general partitioning assumptions; these triggers can be used to approximate water quality impacts at the point of dredging and identify the potential need for elutriate testing (SEF Table 9-2). Additional transport and mixing calculations can be used to estimate concentrations at the water quality point of compliance.

Recent projects have favored partitioning calculations over DRET (e.g., LDW early action areas) because partitioning calculations have provided reasonable estimates of dissolved concentrations. There is also a great deal of project experience of monitoring the actual water quality effects of dredging in Puget Sound, and that experience will directly inform the water quality monitoring approach. Therefore, elutriate testing is not considered a data gap.

## 4.3.2    Debris

In areas with RAL exceedances, large surface debris may need to be removed and disposed of during remedial construction. The photographs collected during the Phase I bank visual inspection provide useful information regarding the general locations of shoreline debris above the water line at the time the photographs were taken. During the Phase II PDI topographic survey, location data for large debris (e.g., concrete rubble) observed during low tides in the intertidal areas were collected. The general description of observed debris is presented on Maps 2-6a through 2-6f. The topographic surveyor provided general location and extent information for observed debris in the surveyor's notes; this information has been translated into approximate locations and is shown on the Maps 2-6. However, individual locations were only identified for large debris that may require special

FINAL

construction methods to remove. 60% RD will include a drawing indicating the locations of large debris within or adjacent to RAAs that require specific call out.

Multibeam bathymetric data collected during the Phase I PDI (Section 2.4) are of sufficient resolution to allow for the identification and location of large surface debris for 30% RD in areas where remedial action will occur below MLLW. The bathymetric survey did not indicate any large surface debris below MLLW. Therefore, identification of large surface debris below the MLLW elevation is not considered a data gap. Buried debris may be encountered in any dredge area, and the design specifications will require the contractor be prepared with equipment and procedures to handle debris wherever it is encountered during the remedial action.



# 5   Next Steps

Per the schedule outlined in the RDWP (Anchor QEA and Windward 2019), 30% RD has begun and is expected to be submitted to EPA in August 2022. The 30% RD will include preliminary designs for remediation technologies to be used in each RAL exceedance area. The 30% RD will also delineate RAA boundaries, including those adjacent to early action areas, restoration areas, and upland cleanup areas, and those within, overlapping, or adjacent to the FNC and its 10-ft buffer. Cross sections will be prepared as needed for design and will also depict the interface between remedial actions and adjacent areas.

The DER identified general data gaps to be addressed in the Phase III PDI. During 30% design, additional data gaps may be identified that will also be addressed in the Phase III PDI and incorporated into the Phase III QAPP Addendum. Specific details regarding this data collection, including chemistry and other engineering information, will be described in the Phase III QAPP Addendum following EPA comments on the 30% design.

After the Phase III QAPP Addendum is approved by EPA, LDWG will conduct the Phase III PDI. Phase III PDI data collection is planned for November 2022. Following the Phase III PDI, the design dataset will be supplemented with the Phase III data and used in RD. The Phase III data will be incorporated into 90% design and presented in an appendix to the 90% design document.[20]

---

[20] The PDI work plan (Windward and Anchor QEA 2019) stated that if Phase III design sampling is conducted, a Phase III DER will be submitted to EPA 45 days after submittal of all Phase III data. Because the validated Phase III data will not be available until mid-March 2023 at the earliest, they will not be available for 60% design, which will be submitted in February 2023, and comments on a Phase III DER (if one were prepared) would not be available prior to 90% design, which will be submitted in June 2023. Therefore, the Phase III DER elements describing the results of and deviations from the Phase III PDI will be appended to the 90% design, and a separate Phase III DER will not be submitted. In addition, when validated Phase III chemistry data are submitted to EPA, preliminary maps will also be included to facilitate the review and a meeting will be scheduled to discuss how the results may affect design.



# 6   References

AECOM. 2012. Final feasibility study, Lower Duwamish Waterway. Prepared for Lower Duwamish Waterway Group. AECOM, Seattle, WA.

Anchor, Windward. 2019. Quality assurance project plan: pre-design surveys of the Lower Duwamish Waterway upper reach. Final. Submitted to EPA April 11, 2019. Anchor QEA and Windward Environmental LLC, Seattle, WA.

Anchor QEA. 2014. Draft remedial action plan/ basis of design report, A/B Jetty sediment remediation, Esquimalt Harbour, British Columbia, prepared for Public Works and Government Services Canada, Department of National Defence, and Defence Construction Canada.

Anchor QEA, Tetra Tech. 2016. Localized remodeling of contamination in OUs 4 and 5 of the Lower Fox River, prepared for Boldt Oversight Team, Wisconsin Department of Natural Resources, and Kern Statistical. Document Control No. LFRR-15-0345A-R1.

Anchor QEA, Windward. 2019. Remedial design work plan for the Lower Duwamish Waterway upper reach. Final. Submitted to EPA December 16, 2019. Anchor QEA, Inc. and Windward Environmental LLC, Seattle, WA.

Anchor QEA, Windward. 2021a. Quality assurance project plan addendum for the Lower Duwamish Waterway Upper Reach: Pre-Design Investigation Phase II. Final. Submitted to EPA June 25, 2021. Anchor QEA and Windward Environmental LLC, Seattle, WA.

Anchor QEA, Windward. 2021b. Quality assurance project plan addendum: pre-design surveys of the Lower Duwamish Waterway upper reach. Final. Submitted to EPA June 25, 2021. Anchor QEA and Windward Environmental LLC, Seattle, WA.

City of Tacoma. 2002. Final design analysis report, Thea Foss and Wheeler-Osgood Waterways.

DiGiano FA, Miller CT, Yoon J. 1995. Dredging elutriate test (DRET) development. Contract Report D-95-1. US Army Corps of Engineers.

Ecology. 2017. Sediment cleanup user's manual II. Guidance for implementing the cleanup provisions of the sediment management standards, Chapter 173-204 WAC. Draft for review and comment through July 7, 2017. Pub. No. 12-09-057. Revised April 2017. Toxics Cleanup Program, Washington State Department of Ecology, Olympia, WA.

EPA. 2014. Record of Decision. Lower Duwamish Waterway Superfund Site. US Environmental Protection Agency.

EPA. 2021. Proposed explanation of significant differences. Draft for public comment. Lower Duwamish Waterway Superfund site. US Environmental Protection Agency Region 10, Seattle, WA.

Integral, Anchor QEA, Windward. 2019. Recovery category recommendations report. Final. Integral Consulting Inc., Anchor QEA, and Windward Environmental LLC, Seattle, WA.

Integral, Moffat & Nichol, Windward. 2018. Waterway user survey and assessment of in-water structures - data report. Integral Consulting Inc., Moffan & Nichol, and Windward Environmental LLC, Seattle, WA.

Kern J, Wolfe J, Barabas N. 2008. Evaluation of increased sampling density for refinement of 30% dredge prism design in Upper OU3 in Attachment C to Appendix D. Lower Fox River remedial design 100 percent design report. Construction quality assurance project plan for 2009 remedial actions. For submittal to Wisconsin Department of Natural Resources and US Environmental Protection Agency. Kern Statistical Services and LimnoTech.

Leidos. 2014. Lower Duwamish Waterway outfall inventory update, January 2012 - February 2014. Leidos, Bothell, WA. SC_00035548.

Leidos. 2020. Lower Duwamish Waterway outfall inventory update August 2020. Prepared for Washington State Department of Ecology. Leidos, Bothell, WA.



FINAL

PSEP. 1995. Recommended guidelines for conducting laboratory bioassays on Puget Sound sediments. Final Report. Prepared for the Puget Sound Estuary Program, U.S. Environmental Protection Agency, Region 10, Office of Puget Sound, and U.S. Army Corps of Engineers, Seattle District, Seattle, WA. PTI Environmental Services, Inc., Seattle, WA.

QEA. 2007. Hudson River PCBs site Phase 2 dredge area delineation report. Prepared for General Electric Company. Quantitative Environmental Analysis, LLC, Glen Falls, NY.

RSET. 2016. Sediment evaluation framework for the Pacific Northwest. Northwest Regional Sediment Evaluation Team.

Thornburg T, Wolfe J, Barabas N. 2005. Comparative Evaluation of Geostatistical Methods for delineating PCB Remediation Areas and Volumes, Lower Fox River. Society of Environmental Toxicologists and Chemists, 26th Annual North American Meeting, Baltimore, MD, November 13-17, 2005.

Windward. 2003. Lower Duwamish Waterway remedial investigation. Phase 1 remedial investigation report. Prepared for Lower Duwamish Waterway Group. Windward Environmental LLC, Seattle, WA.

Windward. 2010. Lower Duwamish Waterway remedial investigation. Remedial investigation report. Final. Prepared for Lower Duwamish Waterway Group. Windward Environmental LLC, Seattle, WA.

Windward, Anchor QEA. 2019. Pre-design investigation work plan for the Lower Duwamish Waterway upper reach. Final. Submitted to EPA December 16, 2019. Windward Environmental LLC and Anchor QEA, Seattle, WA.

Windward, Anchor QEA. 2020. Lower Duwamish Waterway quality assurance project plan for remedial design of Upper Reach: pre-design investigation. Final. Submitted to EPA May 19, 2020. Windward Environmental LLC and Anchor QEA, Seattle, WA.

Wolfe J, Kern J. 2008. Ground rules for evaluating extent of vertical and horizontal remedial coverage. Attachment A-8 to Appendix A. Dredging and materials handling design support documentation in the Lower Fox River remedial design 100 percent design report for 2009 remedial actions. For submittal to Wisconsin Department of Natural Resources and US Environmental Protection Agency. Kern Statistical Services and LimnoTech.

Wood, Ramboll, Floyd|Snider, GeoSyntec, Integral. 2021. Draft Year 3 monitoring report enhanced natural recovery/activated carbon pilot study, Lower Duwamish Waterway. Prepared for Lower Duwamish Waterway Group for submittal to the US EPA and WA State Dept of Ecology. . Wood Environment & Infrastructure Solutions, Inc., Ramboll, Floyd|Snider, Geosyntec Consultants, and Integral Consulting.

# Exhibit A

Record of Decision — Lower Duwamish Waterway Superfund Site



Figure 18. Selected Remedy

137

# Exhibit B

# Record of Decision

## Lower Duwamish Waterway Superfund Site



United States
Environmental Protection Agency
Region 10

November 2014

Record of Decision — Lower Duwamish Waterway Superfund Site

# 13 Selected Remedy

Based on consideration of the requirements of CERCLA, the detailed analysis of remedial alternatives, and consideration of public comments, EPA has selected Alternative 5C Plus as the Selected Remedy, with modifications summarized in Section 12, for the In-waterway Portion of the Site. This section provides EPA's rationale for the Selected Remedy, and a description of its anticipated scope, how the remedy will be implemented, and its expected outcomes.

## 13.1 Summary of the Rationale for the Selected Remedy

The Selected Remedy is protective of human health and the environment, complies with ARARs, and provides the best balance of tradeoffs among the balancing criteria. It reduces risks within a reasonable time frame, is practicable and cost-effective, provides for long-term reliability of the remedy, and minimizes reliance on institutional controls. It will achieve substantial risk reduction by dredging and capping the most contaminated sediments, reduce remaining risks to the extent practicable through ENR and MNR, and manage remaining risks to human health through institutional controls.

EPA considered several options for surface sediment and subsurface sediment RALs that determine where active (dredging, capping, ENR) and passive (MNR) response actions will be applied. EPA selected the RALs listed in this ROD because alternatives with higher RALs would remove less subsurface contamination, resulting in less certainty in achieving cleanup goals. Alternatives with lower RALs and more emphasis on dredging would remove more subsurface contamination at higher cost and potentially greater short-term risks, with uncertain associated increases in long-term protectiveness. More than other alternatives, the Selected Remedy emphasizes a combined-technology approach, including removal of shallow subsurface sediments with higher concentrations of PCBs, while allowing MNR in areas with lower concentrations of other COCs. The Selected Remedy provides better long-term effectiveness than other alternatives by adding remediation of sediments in subtidal areas with high concentrations of PCBs in the top 2 ft below the surface of the sediment in Recovery Category 2 and 3 areas, whereas other alternatives propose remediation of subtidal contamination in the top 2 ft below the sediment surface only in Recovery Category 1 areas. This addition provides better protection for releases of contamination that may occur due to infrequent events, such as vessels traveling outside of frequent lanes of operation, vessels operating with excessive propeller power in berthing areas or elsewhere, barge groundings, emergency maneuverings, changes in the patterns of site use, and maintenance of overwater structures. It also addresses contamination in sediments in the navigation channel that may otherwise be released during maintenance dredging.

For all of these factors, the Selected Remedy provides greater permanence in comparison to other alternatives of similar cost and construction duration. Less costly alternatives rely on technologies such as ENR and MNR to address areas with higher COC concentrations, resulting in greater uncertainty as to their long-term effectiveness. In more costly alternatives, the additional costs are not proportional to the overall increase in long-term effectiveness.

The Selected Remedy provides the best balance of minimizing short-term risks due to a comparatively short 7-year construction period, while maximizing long-term effectiveness by dredging or capping the most contaminated sediments. The Selected Remedy will utilize treatment to reduce the toxicity and bioavailability of contaminants in the form of ENR with in situ amendments if pilot testing is successful.

119

Record of Decision — Lower Duwamish Waterway Superfund Site

## 13.2 Description of the Selected Remedy

The Selected Remedy addresses all areas where contaminant concentrations exceed the cleanup levels through a combination of active cleanup technologies, monitored natural recovery, and institutional controls. See Section 8 for a discussion of cleanup levels. The approximate areas that would be remediated through dredging, partial-dredging and capping, capping, or ENR and ENR/in situ treatment, and areas where COC concentrations would be reduced through MNR both above and below the benthic SCO, are shown in Figure 18 on page 137.

In summary, the Selected Remedy consists of the following elements:

**Apply active cleanup technologies in a total of 177 acres**, as described in Figure 19 and Figure 20:

- Dredge or partially-dredge and cap approximately 105 acres of highly contaminated sediments (approximately 960,000 cubic yards).

- Place engineered sediment caps on approximately 24 acres of highly contaminated sediments where there is sufficient water depth for a cap.

- Place a thin layer (6 to 9 inches) of clean material (referred to as enhanced natural recovery [ENR]) on approximately 48 acres of sediments in areas that meet the criteria for ENR.

- Apply location-specific cleanup technologies to areas with structural or access restrictions (e.g., under-pier areas and in the vicinity of dolphins/pilings, bulkheads, and riprapped or engineered shorelines).

**Implement monitored natural recovery (MNR) in approximately 235 acres** of sediments where surface sediment contaminant concentrations are predicted to be reduced over time through deposition of cleaner sediments from upstream. MNR will apply to those areas that are not subject to active remediation, using either MNR To Benthic SCO or MNR Below Benthic SCO, as described in Section 13.2.2 and in Figure 21.

**Sample the entire LDW (441 acres) as part of baseline, construction, post-construction, and long-term monitoring.** Conduct sampling and analysis to establish post-EAA cleanup baseline conditions during remedial design, and conduct construction, post-construction, and long-term monitoring, as described in Section 13.2.3.

**Provide effective and appropriate institutional controls (ICs) for the entire waterway** to reduce human exposure to contaminants, ensure remedy protectiveness, and protect the integrity of the remedy, while minimizing reliance on ICs, particularly seafood consumption-related ICs, to the extent practicable, as described in Section 13.2.4.

The estimates of areas, volumes, time to reach cleanup objectives, and cost for the Selected Remedy in this ROD are based on RI/FS data and other information included in the Administrative Record. Remedial design sampling will be conducted after cleanups are completed in the Early Action Areas. Results from remedial design sampling will be used to refine delineation of areas to be remediated by varying remediation technologies and the remediation technologies to be applied, and inform source control activities. This section describes how data collected in the future will be used to revise the delineation of areas requiring cleanup and the technologies applied to each area.

Record of Decision — Lower Duwamish Waterway Superfund Site

### 13.2.1    Application of Cleanup Technologies

The RALs listed in Figure 22 and Figure 23 (above) and Table 27 and Table 28 (page 125)will be applied in intertidal and subtidal areas in Recovery Category Areas 1, 2, and 3 to identify areas for active remediation, as described and in Figures 19 and 20. Recovery Category areas are shown in Figure 12. Figure 17 shows Recovery Category 1, and potential scour areas in Recovery Categories 2 and 3. All of this information will be used to determine the appropriate compliance depth for application of RALs and technology to be applied at a particular location, as described in this section.

**Table 27.  Selected Remedy RAO 3 RALs**

| SMS Contaminant of Concern for RAO 3 | RAL for Recovery Category 1 Areas[a] (Benthic SCO) | RAL for Recovery Category 2 & 3 Areas (2 x Benthic SCO)[b] |
|---|---|---|
| **Metals (mg/kg dw)** | | |
| Arsenic | 57 | n/a |
| Cadmium | 5.1 | 10.2 |
| Chromium | 260 | 520 |
| Copper | 390 | 780 |
| Lead | 450 | 900 |
| Mercury | 0.41 | 0.82 |
| Silver | 6.1 | 12.2 |
| Zinc | 410 | 820 |
| **PAHs (mg/kg OC)** | | |
| 2-Methylnaphthalene | 38 | 76 |
| Acenaphthene | 16 | 32 |
| Anthracene | 220 | 440 |
| Benzo(a)anthracene | 110 | 220 |
| Benzo(a)pyrene | 99 | 198 |
| Benzo(g,h,i)perylene | 31 | 62 |
| Total benzofluoranthenes | 230 | 4650 |
| Chrysene | 110 | 220 |
| Dibenzo(a,h)anthracene | 12 | 24 |
| Dibenzofuran | 15 | 30 |
| Fluoranthene | 160 | 320 |
| Fluorene | 23 | 46 |
| Indeno(1,2,3-cd)pyrene | 34 | 68 |
| Naphthalene | 99 | 198 |
| Phenanthrene | 100 | 200 |
| Pyrene | 1,000 | 2,000 |
| Total HPAHs | 960 | 1,920 |
| Total LPAHs | 370 | 740 |

Exhibit B | 4

Record of Decision — Lower Duwamish Waterway Superfund Site

| SMS Contaminant of Concern for RAO 3 | RAL for Recovery Category 1 Areas[a] (Benthic SCO) | RAL for Recovery Category 2 & 3 Areas (2 x Benthic SCO)[b] |
|---|---|---|
| **Phthalates (mg/kg OC)** | | |
| Bis(2-ethylhexyl)phthalate | 47 | 94 |
| Butyl benzyl phthalate | 4.9 | 9.8 |
| Dimethyl phthalate | 53 | 106 |
| **Chlorobenzenes (mg/kg OC)** | | |
| 1,2,4-Trichlorobenzene | 0.81 | 1.62 |
| 1,2-Dichlorobenzene | 2.3 | 4.6 |
| 1,4-Dichlorobenzene | 3.1 | 6.2 |
| Hexachlorobenzene | 0.38 | 0.76 |
| **Other SVOCs and COCs, (μg/kg dw except as shown)** | | |
| 2,4-Dimethylphenol | 29 | 58 |
| 4-Methylphenol | 670 | 1,340 |
| Benzoic acid | 650 | 1,300 |
| Benzyl alcohol | 57 | 114 |
| n-Nitrosodiphenylamine, mg/kg OC | 11 | 22 |
| Pentachlorophenol | 360 | 720 |
| Phenol | 420 | 840 |
| **PCBs (mg/kg OC)** | | |
| Total PCBs | 12 | n/a |

Notes:
General:
- PCBs and arsenic are also human health COCs (see Table 28 for RALs for human health COCs), and RALs for the the human health category take precedence over RAO 3 RALs. The surface sediment (10 cm) Recovery Category 1 RALs for PCBs and arsenic are the same for human health and benthic invertebrates, but the 2 X SCO Recovery Category 2 and 3 criteria are not applicable to PCBs and arsenic. Figure 22 and Figure 23 list all RALs for human health COCs.
- Table 23 describes Recovery Categories and Figure 12 shows Recovery Category areas.
a. The RAL applies to the 10 cm and 45 cm depth intervals for intertidal areas and to the 10 cm and 60 cm depth intervals for subtidal areas. See Figure 22 and Figure 23 .
b. For Recovery Category 2 and 3 areas, the RAL applies to the 10 cm depth interval. See Figure 22 and Figure 23.

Exhibit B | 5

Record of Decision — Lower Duwamish Waterway Superfund Site

**Relationship Between RALs, ENR Upper Limits, and Cleanup Levels**

**Remedial Action Levels (RALs)** — RALs shown in Tables 27 and 28 will be used during remedial action to delineate areas that require active remediation (dredging, capping, or ENR). Exceedances of RALs are evaluated at each sampling station; they are not averaged over an area. RALs apply to specific locations and depths, as described in the tables.

**Enhanced Natural Recovery (ENR) Upper Limits** — ENR upper limits (Table 27) are higher concentrations than RALs. They will be used during remedial action to delineate the areas that require capping or dredging, but are not suitable for ENR.

**Cleanup Levels** — Cleanup levels shown in Table 19 for RAOs 1, 2, and 4, and Table 20 for RAO 3 are generally lower than RALs (but in some cases, RAO 3 RALs are the same as the cleanup levels). Cleanup levels are based on state or federal standards (whichever value is more stringent) and if no standard exists then risk-based concentrations are developed. At this site cleanup levels for sediment are based on Sediment Cleanup Objectives (SCOs) from the State Sediment Management Standards (SMS). See text box on page 26 for more information about the SMS. These levels must to be achieved post-construction, or after a period of monitored natural recovery (MNR). Achievement of cleanup levels for RAOs 1, 2, and 4 is measured by averaging sample results over specific areas using the UCL95 value (see Table 19). Achievement of cleanup levels for RAO 3 are measured at each sampling station (see Table 20).

#### 13.2.1.1    Dredging and Capping

**Dredging or partially dredging and capping** will be used in areas that have a potential for erosion and where sediments are more highly contaminated (COC concentrations are higher than ENR upper limits; see Section 13.2.1.2 and Table 28), and where it is necessary to maintain water depth for human use and compatibility with current and reasonably anticipated future human use, or to maintain habitat, as described below and presented as flow diagrams in Figure 19 and Figure 20. EPA will gather detailed information during remedial design about COC concentrations, potential for scour or disturbance, and waterway use in specific areas to determine locations for dredging, capping, and ENR. Dredging is required under the conditions described below:

- Shoaled areas in the navigation channel (where the bottom elevation is currently shallower than the authorized navigation depth) will be dredged if COC concentrations exceed human health RALs (for PCBs, cPAHs, arsenic or dioxins/furans) or the benthic SCO at any depth above the maintenance depth (defined as 2 ft below the authorized depth) (Table 28). [23]

- The post-dredging sediment surface must not exceed human health RALs (for PCBs, cPAHs, arsenic or dioxins/furans) or the benthic SCO. If these levels cannot be achieved through dredging, an ENR layer will be applied to the post-dredge surface.

- If the ENR upper limits are exceeded after dredging, the area must be capped. If 1 ft or less of contamination would remain at concentrations greater than the human health RALs or the benthic

---

[23] Shoaled areas in the navigation channel must be dredged during the implementation of the remdial action where contaminant concentrations in the top 2 ft exceed RALs. Where contaminant concentrations exceed RALs only at depths below the top 2 ft, cleanup may be deferred if USACE determines it is not currently an impediment to navigation, but must be dredged in the future if USACE determines that the area has become an impediment to navigation.

123

Exhibit B | 6

Record of Decision — Lower Duwamish Waterway Superfund Site

SCO after dredging to sufficient depth to accommodate a cap, all contaminated sediments will be dredged. If greater than 1 ft of contamination would remain after dredging to sufficient depth to accommodate a cap, sediments will be partially dredged and capped.

- All post-remedy surfaces within the federal navigation channel will be maintained at or below their current authorized depths. In order to avoid damage to a cap or ENR layer during federal maintenance dredging, the top of any ENR layer will be at least 2 ft and the top of any cap will be at least 4 ft below the authorized federal navigation channel depth.  For areas outside the navigation channel where depths are maintained by private or public entities (called berthing areas in this ROD, but could include slips, entrance channels, or restorations areas) the top of any cap or ENR layer will be a minimum of 2 ft below the operating depth.

- In habitat areas[24], post-remedy surfaces will be maintained at their current depth and backfilled or capped with suitable habitat materials.

- Dredging may be required in some areas that would otherwise be designated for capping if ICs required to prevent damage to a cap (such as prohibitions on tug maneuvering or use of spuds [vessel-mounted poles that are sunk into sediment for stabilizing vessels]) are not compatible with the current or reasonably anticipated future use of that area. See Sections 13.2.3 and 13.2.4. An additional 10 ft (lateral) of dredging outside of the federal navigation channel will be included to assure that side slopes are stable and do not slough into the channel.

Dredged materials will be transported via truck or rail for disposal at a permitted upland off-site landfill facility.[25]

**Engineered sediment caps** will be placed in areas where sediments are more highly contaminated (COC concentrations are higher than ENR upper limits; see Section 13.2.1.2, and Table 28) where there is sufficient water depth for a cap. Caps in intertidal clamming areas must include a minimum 45 cm clam habitat layer. EPA estimates that caps in intertidal clam habitat areas will generally be 4 ft thick. In other areas, cap thickness will generally be 3 ft. Cap  thickness will be evaluated during remedial design in accordance with EPA and USACE (1998).  In habitat areas, the uppermost layers of caps will be designed using suitable habitat materials. Other materials, such as activated carbon or other contaminant-sequestering agents, may be used to reduce the potential for contaminants to migrate through the cap.

---

[24] For the FS, all areas above -10 ft MLLW were assumed to be habitat areas for the purpose of developing remedial alternatives. As part of the remedial design, EPA, in coordination with natural resource agencies and Tribes, will determine what areas are considered habitat areas for the purpose of complying with ESA and Section 404 of the CWA (see Table 26). EPA will also determine what elevations and what substrate materials will be required for caps, ENR, or placement of backfill materials in any identified habitat area.

[25] Some clean materials may be dredged as part of the cleanup; for example, in order to maintain appropriate sideslopes at the edge of a dredge cut. Sediments that pass the Dredged Materials Management Program's criteria may be disposed at an open-water disposal site.

Record of Decision                                     Lower Duwamish Waterway Superfund Site

Table 28. Remedial Action Levels, ENR Upper Limits, and Areas and Depths of Application

| Risk Driver COC | Units | Action Levels | Intertidal Sediments (+11.3 ft MLLW to -4 ft MLLW) — Recovery Category 1 RALs, ENR ULs, and Application Depths — Top 10 cm (4 in) | — Top 45 cm (1.5 ft) | Recovery Category 2 and 3 RALs, ENR ULs, and Application Depths — Top 10 cm (4 in) | — Top 45 cm (1.5 ft) | Subtidal Sediments (-4 ft MLLW and Deeper) — Recovery Category 1 RALs, ENR ULs, and Application Depths — Top 10 cm (4 in) | — Top 60 cm (2 ft) | Recovery Category 2 and 3 RALs, ENR ULs, and Application Depths — Top 10 cm (4 in) | — Top 60 cm (2 ft)[c] | Shoaled Areas[b] in Federal Navigation Channel — Top to Authorized Navigation Depth Plus 2 ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Human Health Based RALs** | | | | | | | | | | | |
| PCBs (Total) | mg/kg OC | RAL | 12 | 12 | 12 | 65 | 12 | 12 | 12 | 12 | 12 |
| | | UL* for ENR | – | – | 36 | 97 | – | 36 | – | 195 | – |
| Arsenic (Total) | mg/kg dw | RAL | 57 | – | 57 | 28 | 57 | 57 | 57 | 57 | 57 |
| | | UL* for ENR | – | 28 | 57 | 42 | – | 57 | – | 171 | – |
| cPAH | μg TEQ/kg dw | RAL | 1000 | 900 | 1000 | 900 | 1000 | 1000 | 1000 | 1000 | 1000 |
| | | UL* for ENR | – | – | 3000 | 1350 | – | 3000 | – | 3000 | – |
| Dioxins/Furans | ng TEQ/kg dw | RAL | 25 | – | 25 | 28 | 25 | 25 | 25 | 25 | 25 |
| | | UL* for ENR | – | 28 | 75 | 42 | – | 75 | – | 75 | – |
| **Benthic Protection RALs** | | | | | | | | | | | |
| 39 SMS COCs[d] | Contaminant-specific | RAL | Benthic SCO | Benthic SCO | 3x RAL | 2x Benthic SCO | Benthic SCO | Benthic SCO | 2x Benthic SCO | 3x Benthic SCO | Benthic SCO |
| | | UL* for ENR | – | – | 2x Benthic SCO | Benthic SCO | – | 2x Benthic SCO | – | 3x Benthic SCO | – |

a. The ENR Upper Limit (UL) is the highest concentration that would allow for application of ENR in the areas described. For areas with no ENR limit listed, ENR is not a currently designated technology (see Section 13.2.1.2 for further discussion).

b. Shoaled areas are those areas in federal navigation channel with sediment accumulation above the authorized depth including a 2 ft over-dredge depth that USACE uses to maintain the channel for navigation purposes. The authorized channel depths are (1) from RM 0 to 2.2 (from Harbor Island to the First Avenue South Bridge) 30 ft below MLLW, (2) from RM 2.2 to 4.1 (from the First Avenue South Bridge to Slip 4), 20 ft below MLLW, and (3) from RM 4.1 to 4.7 (Slip 4 to the Upper Turning Basin), 15 ft below MLLW. For shoaled areas, the compliance intervals will be determined during Remedial Design. These are typically -2-4 ft core intervals. For areas in the channel that are not shoaled, Recovery Categories 1 or 2 & 3 RALs apply as indicated in the other subtidal columns.

c. Applied only in potential vessel scour areas. These are defined as subtidal areas (i.e., below -4 ft MLLW) that are above -24 ft MLLW north of the 1st Ave South Bridge, and above -18 ft MLLW south of the 1st Ave South Bridge (see Figure 17).

d. There are 41 SMS COCs, but total PCBs and arsenic ENR ULs are based upon human health based RALs only (see Table 20).

[This page left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site

**In Recovery Category 1 areas, dredging, capping, or a combination thereof** is required when any of the conditions listed below have been met:

- In intertidal and subtidal areas, in Recovery Category 1, any sediment COC concentration averaged over the top 10 cm is greater than any of the benthic protection RALs (benthic SCO criteria, see Table 27) or greater than any of the four human health RALs (PCBs, arsenic, cPAHs, dioxins/furans, see Table 28 and Figures 22 and 23).

- In intertidal areas in Recovery Category 1, sediment COC concentrations averaged over the top 45 cm are greater than any of the four human health RALs.

- In subtidal areas in Recovery Category 1, sediment COC concentrations averaged over the top 60 cm are greater than any of the benthic protection RALs or greater than any of the four human health RALs.

**In Recovery Category 2 and 3 areas, dredging, capping, or a combination thereof** is required when COC concentrations exceed the criteria for application of ENR described in Section 13.2.1.2. See Figure 19 and Figure 20.

### 13.2.1.2      ENR

A thin layer (6 to 9 inches) of clean material will be placed (referred to as enhanced natural recovery [ENR]) in areas that meet the criteria for ENR as described below. Suitable habitat materials will be used in habitat areas. ENR may include in situ treatment using activated carbon or other amendments, and engineered designs for sediment stability. The effectiveness and potential impacts of using in situ treatment or amendment technologies, as well as the areas best suited for these technologies, will be evaluated in pilot studies performed during remedial design.

**In Recovery Category 2 and 3 areas, ENR with or without in situ treatment** will be selected based on sediment COC concentrations and the potential for sediment scour (Table 28 and Figure 17):

- In intertidal areas in Recovery Categories 2 and 3, ENR will be applied when any sediment COC concentration averaged over the top 10 cm is between 1 and 3 times the top 10 cm intertidal RALs (e.g., 12 – 36 mg/kg OC PCBs), or when any sediment COC concentration averaged over the top 45 cm is between 1 and 1.5 times the intertidal RALs for the 45 cm interval (e.g., 65 – 97 mg/kg OC PCBs).

- In subtidal areas in Recovery Categories 2 and 3, ENR will be applied when any sediment COC concentration in the top 10 cm is between 1 and 3 times the top 10 cm subtidal RALs. In potential vessel scour areas[26] (Figure 17), sediment concentrations of PCBs averaged over the top 60 cm must also be less than 3 times the CSL chemical criterion (195 mg/kg OC). There are no RALs for the top 60 cm in Category 2 and 3 areas in deeper water depths; in these areas, RALs are applied only to the top 10 cm.

- Pilot testing will be performed to determine whether ENR/in situ treatment is effective in reducing toxicity and bioavailability of COCs while avoiding unacceptable impacts to biota. If pilot testing shows that ENR/in situ treatment can meet these objectives, EPA will consider, in coordination with the state and Tribes, the locations where ENR with in situ treatment will be applied. These areas may include some of the Recovery Category 1 areas where it can be

---

[26].   Subtidal areas in Recovery Categories 2 and 3 deemed to be potentially subject to vessel scour especially by tugboats are: north of the 1st Avenue South Bridge (located at approximately RM 2) in water depths from -4 to -24 ft MLLW, and south of the 1st Avenue South Bridge, in water depths from -4 to -18 ft MLLW. These depths are based on the size of tugboats that normally operate in these areas.

Exhibit B | 10

demonstrated that ENR with in situ treatment will maintain its stability and effectiveness in these areas over time; for example, areas where vessel- and flood-related scour were shown by the STM and FS scour analysis to be minor. EPA may also consider ENR with in-situ treatment in areas with COC concentrations up to the CSL if it can be demonstrated that it will maintain its effectiveness over time.

- ENR will not be applied to Recovery Category 1 areas unless EPA approves it, as discussed above.

### 13.2.1.3    Other Considerations for Application of Cleanup Technologies

EPA will apply location-specific cleanup technologies to areas with structural or access restrictions (e.g., under-pier areas and in the vicinity of dolphins/pilings, bulkheads, and riprapped or engineered shorelines). Debris and pilings will be removed throughout the LDW as necessary or as required by EPA to implement the remedy, and materials will be disposed at a permitted off-site facility.

### 13.2.2    *Monitored Natural Recovery*

MNR will be applied in all areas of the LDW that are not remediated through capping, dredging, or ENR. For all areas where MNR is applied, long-term monitoring of surface sediments (top 10 cm) will be implemented to evaluate whether the RAO 3 cleanup levels (benthic SCO criteria) are being achieved in a reasonable timeframe or are not met within 10 years after remediation. The STM and BCM, supported by data collected during the RI/FS, were used to estimate the amount of time required to reduce COC concentrations in sediments through natural recovery. The STM and BCM natural recovery predictions will be reevaluated using data collected during remedial design.

- MNR To Benthic SCO will be applied where the concentration of any of the 39 RAO 3 COCs (i.e., excluding the human health COCs PCBs and arsenic) is less than the RAL but greater than the RAO 3 cleanup levels (benthic SCO criteria; Table 27 and Figure 21), and modeling results indicate the COC will be reduced to the benthic SCO criteria within 10 years of the completion of remedial action. More intensive long-term monitoring will be conducted in these areas, and should MNR not achieve RAO 3 cleanup levels or progress sufficiently toward achieving them in 10 years, additional actions (dredging, capping, or ENR) will be implemented. Those actions will be determined using the same approach set forth in this decision document as described in Section 13.2.1 and illustrated in Figures 19 and 20.

- MNR Below Benthic SCO will be applied where the concentration of all COCs is less than the RAL and the RAO 3 cleanup levels (benthic SCO criteria), but greater than the human health-based (RAO 1 and 2) cleanup levels (which are measured on an LDW-wide or area-wide basis, see Table 19 and Figure 21). Less intensive monitoring will be conducted in these areas. If cleanup levels are not achieved, additional cleanup actions may be considered and selected in a future decision document, see Section 13.4.

### 13.2.3    *Monitoring*

The entire LDW will be sampled as part of baseline, construction, post-construction, and long-term monitoring.

- **Remedial design sampling and analysis** will be conducted to establish post-EAA cleanup baseline conditions. Remedial design sampling data will be used to refine the cleanup footprint shown in Figure 18 using the decision criteria described in Figure 19 through Figure 22. Results will also be used to evaluate of the effectiveness of EAA cleanups and the degree to which natural recovery has occurred since the RI/FS sampling, to serve as a baseline for comparison to

Record of Decision — Lower Duwamish Waterway Superfund Site

post-cleanup data, and to aid in the evaluation of source control effectiveness. Remedial design sampling will include:

- o Establishing baseline contaminant concentrations in surface and subsurface sediments, surface water, and porewater. Sediment samples will be analyzed for all RAO 1, 2, 3, and 4 COCs (Table 19, Table 20, and Table 21); and a subset of sediment samples will be analyzed for other contaminants not selected as COCs but identified in the HHRA as posing an excess cancer risk of greater than $1 \times 10^{-6}$ or noncancer HQ of 1 at the adult Tribal RME consumption rate (see Table 14), to assess their reduction over time, as well as to determine conventional and engineering parameters. Biological testing (benthic community toxicity and abundance) will be included as determined during remedial design. Surface water samples will be initially analyzed for all analytes in Washington WQS (WAC173-201A), AWQC (CWA Section 304[a]) and NTR (40 CFR 131.36(b)(1) as applied to Washington, 40 CFR 131.36(d)(14)). Following the first few sampling rounds, the surface water analyte list will be reduced to the contaminants that exceeded AWQC, NTR, or Washington WQS values.
- o Sampling to better understand the concentrations of incoming suspended sediments from the Green/Duwamish River that deposit in the LDW, in order to refine the RI/FS BCM predictions and inform the long-term monitoring program.
- o Measuring contaminant concentrations in fish and shellfish tissue in the LDW to inform fish advisories and to provide a baseline to measure the success of the remedial action in reducing fish and shellfish tissue concentrations (RAO 1). Samples will be analyzed for PCBs, arsenic, cPAHs, and dioxins/furans; and a subset of tissue samples will be analyzed for other contaminants not selected as COCs but identified in the HHRA as posing an excess cancer risk of greater than $1 \times 10^{-6}$ or noncancer HQ of 1 at the adult Tribal RME consumption rates (see Table 14). Additional fish and shellfish tissue data will also be collected in non-urban areas in Puget Sound to refine the non-urban background values (see Table 4) that will be used for comparison to Site data to measure progress in reducing tissue concentrations.
- o Conducting research to further assess the relationship between arsenic and cPAH concentrations in sediment and in clam tissue, and to assess whether remedial action can reduce clam tissue concentrations to achieve RAO 1. EPA anticipates that implementation of the Selected Remedy, along with implementation of source control actions, will achieve the RAO 2 (direct contact) cleanup levels for arsenic and cPAHs, which will also result in lower clam inorganic arsenic and cPAH concentrations that will achieve RAO 1 the extent practicable; however, at this time, the amount of reduction is uncertain. If EPA determines, based on these studies, that additional remedial action is needed to reduce clam tissue arsenic and cPAH concentrations for the purpose of achieving RAO 1, EPA will document and select those actions in a future decision document.

- **Recovery Category areas will be re-evaluated during remedial design.** The criteria for Recovery Categories (Table 23) were applied in the FS (LDWG 2012a) based upon best available knowledge using best professional judgment. EPA will use additional information and analysis and the criteria in Table 23 to change Recovery Category assignments in specific areas of the LDW where appropriate. Information EPA will consider in deciding whether to modify recovery categories include the following:

129

Exhibit B | 12

Record of Decision — Lower Duwamish Waterway Superfund Site

- o A survey of waterway users, including tribal members exercising their treaty rights, will be conducted to gather detailed information about waterway use, including tribal fishing; maneuvering and anchoring of ships, barges and tugs; use of spuds; and other activities such as berth and wharf maintenance. Information about such activities may change Recovery Categories of some areas.
- o EPA will also consider other information such as refined sedimentation rates and contaminant trends based upon new data. EPA will also reconsider areas where the Recovery Category designation in the FS appears to have deviated from the criteria in Table 23.

- **Monitoring during and after construction** will include environmental monitoring to ensure compliance with RALs and ARARs, and monitoring of physical as-built conditions (e.g., bathymetry) to ensure compliance with construction standards and project design documents.
- **Long-term monitoring** of sediments, surface water, porewater, fish and shellfish tissue and benthic community toxicity and abundance will be conducted to ensure protectiveness of human health and the environment, to ascertain attainment of cleanup levels and compliance with ARARs, to protect the integrity of the remedial actions, and to aid in the evaluation of source control effectiveness.
- If any habitat areas are constructed as part of the remedial action to comply with CWA Section 404, baseline and long-term monitoring will include appropriate habitat monitoring.

The details of long-term monitoring and maintenance, including performance standards, sampling density and frequency, interim benchmarks, and associated additional actions, as well as maintenance of remedy elements such as caps, ENR areas, and habitat areas, will be provided in a long-term monitoring and maintenance plan to be developed in remedial design. Samples will be analyzed for the analytes listed above for baseline sampling, with the list modified during remedial design based on baseline results.

### 13.2.4    Institutional Controls

Institutional controls will be required for the entire waterway to reduce human exposure to contaminants, and protect the integrity of the remedy. However, reliance on ICs, particularly seafood consumption-related ICs, will be minimized to the extent practicable. ICs include proprietary controls in the form of Washington Uniform Environmental Covenants Act (UECA)-compliant environmental covenants, and informational devices including fish and shellfish consumption advisories to reduce human exposure from ingestion of contaminated resident fish and shellfish. EPA anticipates relying on the existing WDOH fish and shellfish consumption advisories (see Section 6.2),  and information obtained through the ongoing study of fishing and fish and shellfish consumption patterns (Fishers Study: LDWG 2014b) will be used to develop appropriate and effective ICs, which will include other measures to provide additional protectiveness, such as outreach and education programs.

As noted in Section 13.2.3, EPA will gather detailed information in remedial design about waterway use in specific areas, including impacts on tribal treaty rights. EPA will use that information to develop location-specific use restrictions (environmental covenants or governmental controls, such as restricted navigation areas designated by the Coast Guard) that would prohibit activities that may damage caps such as tug maneuvering and spudding. If such ICs interfere with waterway activities required for use of a particular area, dredging may be required instead of capping to allow for fewer restrictions on the use of the area.

Record of Decision — Lower Duwamish Waterway Superfund Site

### 13.2.5   Use of Green Remediation Practices

To the extent practicable, the remedial action should be carried out consistent with EPA Region 10's Clean and Green policy (EPA 2009b), including the following practices:

- Use renewable energy and energy conservation and efficiency approaches, including Energy Star equipment.

- Use cleaner fuels such as low-sulfur fuel or biodiesel, diesel emissions controls and retrofits, and emission reduction strategies.

- Use water conservation and efficiency approaches including Water Sense products.

- Use reused or recycled materials within regulatory requirements.

- Minimize transportation of materials and use rail rather than truck transport to the extent practicable.

### 13.2.6   Role of EAAs in the Selected Remedy

Dredging, capping, ENR, and MNR as described above apply to 412 acres of the LDW. An additional 29 acres of the most contaminated sediments in the LDW have been or will be addressed by cleanups in Early Action Areas (described in Sections 2.3 and 4.1). EPA has reviewed the EAA cleanup actions subject to implementation under EPA Consent Orders (for the Slip 4, Terminal 117, Boeing Plant 2, and Jorgensen Forge facilities), and has determined that the completed Slip 4 EAA is consistent with the Selected Remedy and requires no further active remediation. The other planned EAA cleanups conducted under EPA oversight are similarly expected to require no further active remediation if they achieve their stated objectives. For the cleanups conducted under the 1991 Natural Resource Damages Consent Decree (Norfolk CSO/SD and Duwamish/Diagonal CSO/SD), EPA will conduct a review during the remedial design phase to determine whether additional work is needed to make these cleanup actions consistent with the remedy selected in the ROD. EPA will review the IC plans and long-term monitoring plans for all of the EAAs and will require that the EAAs be incorporated into plans for the rest of the LDW as necessary to make them consistent with the Selected Remedy.

### 13.2.7   Role of Source Control in the Selected Remedy

The Selected Remedy will be implemented while a comprehensive source control program is managed by Ecology, as described in the Source Control Strategy, which will be updated after completion of the ROD. EPA and Ecology will coordinate before initiating active in-waterway cleanup to ensure that sources have been sufficiently controlled to prevent or minimize the likelihood that sediment will be recontaminated before initiating active remediation in any portion of the waterway (see Section 4.2). The coordination process is further explained in a 2014 Memorandum of Agreement (MOA), and in Ecology's Source Control Strategy. EPA's draft Implementation Plan, which was provided to Ecology in 2013, provides additional details on the coordination process among EPA offices and with Ecology.

This ROD addresses the In-waterway Portion of the Site only and does not impose requirements on or in any way limit Ecology in its implementation of source control under State law, including MTCA and the WPCA. Furthermore, this ROD does not limit Ecology's implementation of Clean Water Act delegated authorities. Over time, the integrated approach of CERCLA and longer-term clean water actions are expected to result in attainment of applicable surface water criteria and uses under the Clean Water Act.

Record of Decision — Lower Duwamish Waterway Superfund Site

### 13.2.8    Addressing Environmental Justice concerns

Environmental Justice concerns will be addressed before, during, and after implementation of the remedy through means that include the following:

- Reducing human health risks as quickly as practicable, while also providing for long-term effectiveness and permanence.

- Conducting the Fishers Study (LDWG 2014b) to learn more about the affected community (those who consume LDW resident fish and shellfish) in order to enhance outreach efforts. As noted in Section 10.3.3, EPA has already started implementing this recommendation as part of the RI/FS.

- Continuing to engage the community throughout remedial design and implementation of the cleanup, including convening an advisory group as a means for the affected community and local agencies to work together on mitigating the impacts of the cleanup on the affected community.

- Continuing consultation with affected Tribes on recommendations for the remedy.

- Reducing the impacts of the cleanup on residents through green remediation techniques, as discussed in Section 13.2.5.

## 13.3 Cost Estimate for the Selected Remedy

The information presented in the cost estimate summary table for the Selected Remedy is based on the best available information regarding its anticipated scope. Changes in the cost elements are likely to occur as a result of the new information and data collected during remedial design. Major changes may be documented in the form of a memorandum to the Administrative Record file, an ESD, or a ROD amendment. This is an order-of-magnitude engineering cost estimate that is expected to be within +50 to -30 percent of the actual project cost. Table 25 compares costs for all alternatives and the Selected Remedy, using 0%, 2.3%, and 7% discount rates. Table 29 presents a detailed cost estimate for the Selected Remedy at the 2.3% discount rate.

Record of Decision — Lower Duwamish Waterway Superfund Site

## Table 29. Cost Estimate Summary for Selected Remedy

| ELEMENT | UNIT COSTS | UNIT | QUANTITY / SUBTOTAL |
|---|---|---|---|
| **PRECONSTRUCTION** | | | |
| Mob, Demob & Site Restoration (project) | $ 800,000 | Lump Sum | 1 |
| Mob, Demob & Site Restoration (seasonal) | $ 120,000 | YEAR | 10.5 |
| Land Lease for Operations & Staging | $ 250,000 | YEAR | 10.5 |
| Contractor Work Plan Submittals | $ 100,000 | YEAR | 10.5 |
| Barge Protection | $ 80,000 | Lump Sum | 1 |
| Subtotal: | | | $ 5,813,932 |
| **PROJECT MANAGEMENT (CONTRACTOR)** | | | |
| Labor & Supervision | $ 62,000 | MONTH | 48.3 |
| Construction Office & Operating Expense | $ 21,600 | MONTH | 48.3 |
| Subtotal: | | | $ 4,037,006 |
| **DREDGING** | | | |
| Shift Rate | $ 25,963 | DAY | 924 |
| Gravity Dewatering (on the barge) | $ 10 | CY | 950,664 |
| Subtotal: | | | $ 33,496,452 |
| **SEDIMENT HANDLING & DISPOSAL** | | | |
| Transloading Area Setup | $ 1,000,000 | Lump Sum | 1 |
| Water Management | $ 10,000 | DAY | 924 |
| Transload, Railcar Transport to & Tipping at Subtitle D Landfill | $ 60 | TON | 1,425,997 |
| Subtotal: | | | $ 95,799,820 |
| **SEDIMENT CAPPING, DREDGE RESIDUALS, DREDGE BACKFILL** | | | |
| Debris Sweep | $ 30,000 | ACRE | 2 |
| Shift Rate (12 hours) | $ 12,500 | DAY | 501 |
| Cap Material Procurement & Delivery (sand) | $ 27 | CY | 548,103 |
| Subtotal: | | | $ 21,121,281 |
| **ENHANCED NATURAL RECOVERY** | | | |
| Debris Sweep | $ 30,000 | ACRE | 5 |
| Shift Rate (12 hours) | $ 12,500 | DAY | 46 |
| Material Procurement & Delivery (sand) | $ 27 | CY | 28,824 |
| Material Procurement & Delivery (carbon amended sand) | $ 161 | CY | 28,824 |
| Subtotal: | | | $ 6,143,912 |
| **CONSTRUCTION QA/QC** | | | |
| Construction Monitoring | $ 7,925 | DAY | 924 |
| Subtotal: | | | $ 7,322,700 |
| **POST-CONSTRUCTION PERFORMANCE MONITORING** | | | |
| Compliance Testing (Dredging) | | PROJECT | $ 1,445,267 |
| Compliance Testing (Capping) | | PROJECT | $ 1,141,320 |
| Compliance Testing (ENR) | | PROJECT | $ 1,221,569 |
| Subtotal: | | | $ 3,808,157 |
| **CAPITAL COSTS (base)** | | | $ 177,543,260 |
| **CAPITAL COSTS (present value)** | | | $ 159,745,069 |

Record of Decision — Lower Duwamish Waterway Superfund Site

| ELEMENT | UNIT COSTS | UNIT | QUANTITY / SUBTOTAL |
|---|---|---|---|
| Construction Contingency | 35% | PROJECT | $ 62,140,141 |
| Sales Tax | 9.5% | PROJECT | $ 16,866,610 |
| Project Management, Remedial Design & Baseline Monitoring | 30% | PROJECT | $ 53,262,978 |
| Construction Management | 10% | PROJECT | $ 17,754,326 |
| **TOTAL CAPITAL COST (base)** | | | **$ 327,567,314** |
| **TOTAL CAPITAL COST (present value)** | | | **$ 294,729,653** |
| **AGENCY OVERSIGHT, REPORTING, O&M, & MONITORING COSTS (base)** | | | |
| Agency Review & Oversight | | PROJECT | $ 10,200,000 |
| Reporting | | PROJECT | $ 1,900,000 |
| Operations & Maintenance (Dredging) | | PROJECT | $ 1,416,056 |
| Operations & Maintenance (Capping) | | PROJECT | $ 5,907,000 |
| Operations & Maintenance (ENR) | | PROJECT | $ 6,352,496 |
| Operations & Maintenance (MNR>SCO) | | PROJECT | $ 2,250,956 |
| Operations & Maintenance (MNR<SCO) | | PROJECT | $ 8,978,076 |
| Long-term Monitoring | | PROJECT | $ 5,775,580 |
| Institutional Controls | | PROJECT | $ 25,000,000 |
| **Subtotal (base):** | | | **$ 67,780,164** |
| **Subtotal (present value):** | | | **$ 47,504,279** |
| **TOTAL COST (Net Present Value) at 2.3% discount rate** | | | **$ 342,233,932** |

## 13.4 Estimated Outcomes of Selected Remedy

The intent of the Selected Remedy is, in conjunction with cleanup of the EAAs and with Ecology-led source control activities, to be protective of human health and the environment and to attain ARARs, although some ARARs may not be achieved for the foreseeable future. It is consistent with current and reasonably anticipated future uses of the waterway. It is intended to minimize reliance on fish and shellfish consumption-related institutional controls to the extent practicable; however, such controls will have to remain in effect to ensure protectiveness for the foreseeable future.

The goal of this CERCLA cleanup action and the Ecology-led source control program is to reduce in-waterway contamination and sources to the waterway to levels needed to achieve all cleanup levels and ARARs described in Section 8 and Table 19 and Table 20. RI/FS modeling results conclude that it may not be possible for any alternative to do so; however, as discussed in Sections 8 and 10, it is difficult to predict long-term Site conditions with any degree of accuracy.

The active remedy components of the Selected Remedy are expected to take 7 years to implement after completion of the EAAs and remedial design, and after sources have been sufficiently controlled to minimize recontamination (see Section 4.2). The Selected Remedy will be designed to maintain sufficient water depth for human use and habitat function and allow for future navigation dredging. During and after remediation current and anticipated future land and waterway uses, including industrial, residential, commercial and recreational uses, are expected to be able to continue, subject to the institutional controls and so long as sources of contamination are controlled or eliminated. EPA expects that direct contact risks (RAO 2) and risks to higher trophic level species (RAO 4) will be reduced to the cleanup levels (except as

134

Record of Decision — Lower Duwamish Waterway Superfund Site

noted in Section 10.1.2) and risks to benthic invertebrates (RAO 3) and human seafood consumers (RAO 1) will have been significantly reduced at the completion of active components of the remedy. EPA anticipates that another 10 years of natural recovery will be required to reduce COC concentrations sufficiently to meet RAO 3 and RAO 1 to the extent practicable.

The lowest contaminant concentrations in fish and shellfish tissue are predicted by modeling to be achieved in 17 years following the start of construction. EPA will review long-term monitoring data to assess the success of the remedy, including measuring contaminant concentrations in sediment, surface water, and fish and shellfish tissue. If long-term monitoring data show that RAO 3 cleanup levels (benthic SCO criteria) and human health-based RALs (see Table 27 and Table 28) are exceeded, additional actions will be taken to reduce COC concentrations to these levels. If monitoring shows that contaminant concentrations have reached a steady state at levels below the benthic SCO criteria or human health-based RALs but above the human health risk reduction or background-based cleanup levels, EPA will review the data and consider whether additional technically practicable cleanup actions would further reduce contaminant concentrations in sediments, tissue, or surface water.

EPA expects that, once the active components of the Selected Remedy (dredging, capping, ENR, and any additional actions needed to meet the benthic SCO criteria and human health-based RALs) have been completed and long-term monitoring shows COC concentrations have reached a steady state, COC concentrations will either be at cleanup levels for sediment and ARARs for water quality, or will represent practicable limitations in implementation of source control and active remediation. Data collection and analysis during long-term monitoring is intended to test this expectation.

However, if EPA determines that additional remedial action is appropriate for the In-waterway Portion of the Site, EPA will select such action in a ROD Amendment or ESD. If EPA or the State determines that further source control is appropriate, EPA or the State will address such sources with source control response action decisions separate from this ROD. If EPA determines that no additional practicable actions can be implemented under CERCLA to meet ARARs, EPA may issue a ROD Amendment or ESD providing the basis for a technical impracticability waiver for specified sediment and/or surface water quality based ARARs under Section 121(d)(4)(C) of CERCLA.

Implementation of the Selected Remedy, along with the EAA cleanups and source control, will substantially improve the quality of LDW sediments and surface water, reduce COC concentrations in waterway organisms, and result in an estimated 90% or greater reduction in seafood consumption risk. It should also address the key Environmental Justice concerns as discussed in Section 13.2.8.

Record of Decision — Lower Duwamish Waterway Superfund Site



**Figure 17. Recovery Category 1 and Potential Tug Scour Areas in LDW**

Exhibit B | 19

Record of Decision — Lower Duwamish Waterway Superfund Site



Figure 18. Selected Remedy

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site



**Box 1. Intertidal Sediments  (+11.3 ft MLLW to -4 ft MLLW)**

**Remedial Action Levels (RALs) and Depth Interval to Which They Apply**

| Contaminant | Units | Recovery Category 1 Areas | | Recovery Category 2 and 3 Areas | | Risk Reduction Associated with RALs |
| --- | --- | --- | --- | --- | --- | --- |
| | | 4 in (10 cm) depth interval | 1.5 ft (45 cm) depth interval | 4 in (10 cm) depth interval | 1.5 ft (45 cm) depth interval | |
| PCBs (Total) | mg/kg-OC | 12 | 12 | 12 | 65 | Human Health [a,b,c,e] |
| cPAH | µg TEQ/kg-dw | 1000 | 900 | 1000 | 900 | |
| Dioxins/Furans | ng TEQ/kg-dw | 25 | 28 | 25 | 28 | |
| Arsenic (Total) | mg/kg-dw | 57 | 28 | 57 | 28 | |
| 39 SMS COCs | Varies by COC | SCO (see Table 27) | -- | 2xSCO (see Table 27) | -- | Ecological [d,e] |

Notes:

1. The average concentrations in depth interval (e.g., vertically composited samples) are compared to RALs.

2. Human Health RALs and RAO 3 RALs must be met immediately following construction.

[a] RAO 1 - Human health seafood consumption

[b] RAO 2 - Human health direct contact includes beach play, clamming, and netfishing

[c] RAO 4 - Ecological protection for river otter (addressed by meeting human health PCB RAL)

[d] RAO 3 - Ecological protection of benthic community

[e] There are 41 SMS COCs, but PCB and arsenic are principally RAO 1 COCs. SMS also lists toxicity test-out criteria using bioassays.  Test-out is not allowed for PCBs or arsenic.

**Box 2. Habitat Areas**

Elevations of intertidal habitat areas are assumed to be unaffected by addition of 6-9" of suitable materials (i.e., ENR)

Cap,dredge and backfill,or partial dredge and cap to pre-construction grade; finish with suitable habitat layer

In clam habitat areas (Figure 6), caps will generally include 4 ft of suitable clean material including a minimum 45 cm clam habitat layer

Figure 19. Intertidal Areas – Remedial Technology Applications

Exhibit B | 22

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]

Record of Decision — Lower Duwamish Waterway Superfund Site



**Box 1. Subtidal Sediments (-4 ft MLLW and Deeper)**

Remedial Action Levels (RALs) and Depth Interval for Application of RAL

| Contaminant | Units | Recovery Category 1 Areas 4 in (10 cm) depth interval | Recovery Category 1 Areas 2 ft (60 cm) depth interval | Recovery Category 2 and 3 Areas 4 in (10 cm) depth interval | Recovery Category 2 and 3 Areas 2 ft (60 cm) depth interval-applied only at potential tug scour areas; see Footnote 2 and Figure 18 | Shoaled Areas of the Federal Channel See Footnote 3. To a depth of 2 ft below the authorized depth for waterway reach[f] | Risk Reduction Associated with RALs |
|---|---|---|---|---|---|---|---|
| PCBs (Total) | mg/kg-OC | 12 | 12 | 12 | 195 | 12 | Human Health [a,b,c] |
| cPAH | μg TEQ/kg-dw | 1000 | 1000 | 1000 | -- | 1000 | |
| Dioxins/Furans | ng TEQ/kg-dw | 25 | 25 | 25 | -- | 25 | |
| Arsenic (Total) | mg/kg-dw | 57 | 57 | 57 | -- | 57 | |
| 39 SMS COCs | Varies by COC | SCO (see Table 27) | SCO | 2xSCO (see Table 27) | -- | SCO (see Table 27) | Ecological [d,e] |

**Notes**

1. The average concentrations in depth interval (e.g., vertically composited samples) are compared to RALs.

2. Potential Tug Scour Areas are Subtidal Elevations Potentially Susceptible to Propeller Wash (North of the 1st Avenue South bridge located at approximately RM 2 in Water Depths from -4 to -24 ft MLLW, and South of the 1st Avenue S Bridge, in Water Depths from -4 to -18 ft MLLW).

3. Shoaled areas are those areas in federal navigation channel with sediment accumulation above the authorized depth including a 2 ft over-dredge depth; see Table 28. For areas in the navigation channel that are not shoaled, Recovery Categories 1 or 2 & 3 RALs apply. Authorized depths are: (1) from RM 0 to 2, 30 ft below MLLW (from Harbor Island to the First Avenue South Bridge); (2) from RM 2 to 2.8, 20 ft below MLLW (from the First Avenue South Bridge to Slip 4); and (3) from 15 ft below MLLW from RM 2.8 to 4.7 (Slip 4 to the Upper Turning Basin).

4. Human Health RALs and RAO 3 PRGs (Benthic SCOs) Must Be Met Immediately Following Construction.

[a] RAO 1 - Human health seafood consumption

[b] RAO 2 - Human health direct contact includes beach play, clamming, and netfishing

[c] RAO 4 - Ecological protection for river otter (addressed by meeting human health PCB RAL)

[d] RAO 3 - Ecological protection of benthic community

[e] There are 41 SMS COCs, but PCB and arsenic are principally RAO 1 COCs. SMS Also lists toxicity test-out criteria using bioassays. Test-out not allowed for PCBs or arsenic.

[f] Depth intervals to determine compliance will be determined during Remedial Design; typically, 2-3 ft core intervals are used.

[g] Caps were assumed to be 3 ft for cost estimating purposes; cap thicknesses will be evaluated by EPA during Remedial Design in accordance with EPA and USACE (1998)

**Box 2. Habitat Areas (see Section 13.2.1.1)**

Elevations of intertidal habitat areas are assumed to be unaffected by addition of 6-9" materials (i.e., ENR)

Cap, dredge and backfill, or partial dredge and cap to pre-construction grade; finish with suitable habitat layer.

Figure 20. Subtidal Areas – Remedial Technology Application

Exhibit B | 24

Record of Decision — Lower Duwamish Waterway Superfund Site

[This page intentionally left blank for double-sided printing.]



**Figure 21. Intertidal and Subtidal Areas – Natural Recovery Application**



**Figure 22: Intertidal Areas - Remedial Action Levels Application**



Figure 23. Subtidal Areas – Remedial Action Levels Application

146

[This page intentionally left blank for double-sided printing.]

# Exhibit C



Map 3-5a. Preliminary technology assignment options by RAL exceedance area, RM 3.0 to RM 4.0

Exhibit C | 1



Map 3-5b. Preliminary technology assignment options by RAL exceedance area, RM 4.0 to RM 5.0

PRE-DESIGN INVESTIGATION DATA EVALUATION
REPORT FOR THE LDW UPPER REACH      JULY 15, 2022

Exhibit C | 2

# Exhibit D



# *Lower Duwamish Waterway Group*

### *Port of Seattle / City of Seattle / King County / The Boeing Company*

## PRE-DESIGN INVESTIGATION
## DATA EVALUATION REPORT FOR THE
## LOWER DUWAMISH WATERWAY – UPPER REACH

### FINAL

For submittal to

**US Environmental Protection Agency**

Seattle, WA

**July 15, 2022**

**Prepared by:**

ANCHOR QEA

1201 3rd Avenue ♦ Suite 2600
Seattle, Washington ♦ 98101

in association
with



200 First Avenue West ♦ Suite 500
Seattle, Washington ♦ 98119



# TABLE OF CONTENTS

Table of Contents ........................................................................................................................... i

Abbreviations ............................................................................................................................... vi

1   Introduction ........................................................................................................................... 1
  1.1   Data Evaluation Report Objectives ................................................................................. 1
  1.2   Data Quality Objectives ................................................................................................... 3
  1.3   Report Organization ........................................................................................................ 7

2   Pre-Design Investigation Summary ....................................................................................... 9
  2.1   Sediment Sampling ......................................................................................................... 9
    2.1.1   Field Sampling Overview ...................................................................................... 9
    2.1.2   Laboratory Testing Overview .............................................................................. 14
  2.2   Geotechnical Investigations .......................................................................................... 22
    2.2.1   Phase I Field Sampling Overview and Geotechnical Data Results ..................... 22
    2.2.2   Phase II Field Sampling Overview ....................................................................... 23
    2.2.3   Phase II Geotechnical Laboratory Testing Overview .......................................... 26
    2.2.4   Phase II Geotechnical Data Results .................................................................... 26
    2.2.5   Phase II Subsurface Conditions .......................................................................... 27
  2.3   Bank Visual Inspection .................................................................................................. 28
    2.3.1   Methods .............................................................................................................. 28
    2.3.2   Results ................................................................................................................. 30
  2.4   Structures Inspection .................................................................................................... 30
    2.4.1   Phase I Visual Inspection .................................................................................... 30
    2.4.2   Phase II Detailed Inspection ............................................................................... 32
  2.5   Surveying ...................................................................................................................... 32
    2.5.1   Phase I Bathymetric Surveying ........................................................................... 32
    2.5.2   Phase II Topographic Surveying .......................................................................... 33
    2.5.3   Phase II Bank Features Identification .................................................................. 34
  2.6   Sediment Thickness Over Armored Banks .................................................................... 35
    2.6.1   Methods .............................................................................................................. 35
    2.6.2   Results ................................................................................................................. 36
  2.7   Other Engineering Design Data ..................................................................................... 36
    2.7.1   Vegetation ........................................................................................................... 36
    2.7.2   Waste Characterization for Disposal ................................................................... 37

FINAL

2.8    Inadvertent Discovery Plan Implementation .................................................................. 37

**3    Data Evaluation ................................................................................................. 39**

3.1    Data Management Rules for the Design Dataset .......................................................... 39

3.2    Comparison of Design Dataset with RALs .................................................................... 41

3.3    Recovery Category Assessment .................................................................................... 43

    3.3.1    Methodology ...................................................................................................... 43

    3.3.2    Recovery Category Evaluation RM 3.9 to RM 4.0 (East) ................................... 45

3.4    Areas with RAL Exceedances and Preliminary Technology Assignments .................... 46

    3.4.1    Defining Areas with RAL Exceedances ............................................................. 46

    3.4.2    Preliminary Remedial Technology Assignments .............................................. 50

**4    Initial Identification of Phase III Data Gaps .................................................... 52**

4.1    Further horizontal delineation (DQOs 9 and 10) ........................................................ 52

4.2    Further vertical delineation (DQO 12) ......................................................................... 58

4.3    Other engineering data (DQO 14) ............................................................................... 58

    4.3.1    Elutriate Testing ............................................................................................... 59

    4.3.2    Debris ................................................................................................................ 59

**5    Next Steps ......................................................................................................... 61**

**6    References ......................................................................................................... 62**

**TABLES**

Table 1-1    Areas to be Defined During the RD Process ..................................................... 3

Table 1-2    DQOs for Phase I PDI in the Upper Reach ........................................................ 4

Table 1-3    DQOs for Phase II PDI in the Upper Reach ....................................................... 5

Table 1-4    Survey DQOs for the Upper Reach .................................................................... 7

Table 2-1    Summary of Upper Reach Locations Sampled for Chemical Analysis During the
Phase I and II PDI ............................................................................................. 11

Table 2-2    Summary of Upper Reach Samples Collected and Analyzed for at Least One
Analyte During the Phase I and II PDI .............................................................. 13

Table 2-3    Analytical Methods for Sediment Analyses ..................................................... 14

Table 2-4    Total Number of Chemical Analyses by RAL Interval in Phases I and II .......... 17

Table 2-5    Summary of RAL Exceedances in the PDI Dataset .......................................... 20

Table 2-6    Toxicity Test Results Compared with Marine Biological Criteria of Sediment
Management Standards ................................................................................... 22

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

| | | |
|---|---|---|
| Table 2-7 | Geotechnical Sampling Program Summary | 24 |
| Table 2-8 | Key Targets and Related Datums for Bathymetric Surveying | 33 |
| Table 2-9 | Key Targets and Related Datums for Topographic Surveying | 34 |
| Table 3-1 | Number of Upper Reach Design Dataset Locations with RAL Intervals by Data Source | 40 |
| Table 3-2 | Summary of RAL Exceedances in the Design Dataset | 41 |
| Table 3-3 | Re-occupied Surface Sediment Locations RM 3.9 to RM 4.0 | 45 |
| Table 4-1 | Locations with surface sediment COC concentrations > Benthic SCO and < RAL that are not within or immediately adjacent to RAL exceedance areas | 53 |
| Table 4-2 | Over-water Structures in the Upper Reach | 55 |

## FIGURES

| | | |
|---|---|---|
| Figure 1-1 | Design Sampling Phases | 2 |
| Figure 2-1 | Federal Navigation Channel Design Sampling | 12 |

## APPENDICES

| | |
|---|---|
| Appendix A | PDI Dry Weight Concentration Maps, Mudline Elevations, Coordinates, and Data Replacement |
| Appendix B | cPAH Data and RAL Exceedance Areas Relative to 2014 ROD RALs |
| Appendix C | Relationship Between Surface and Subsurface COC Concentrations |
| Appendix D | Geotechnical Testing Results |
| Appendix E | Bank Inspection Results |
| Appendix F | Structures Inspection Forms |
| Appendix G | Topographic Survey Data Report and Bank Features |
| Appendix H | Sediment Thickness Inspection Results, Field Logs, and Pictures |
| Appendix I | Vegetation Observations |
| Appendix J | Inadvertent Discovery Plan Results |
| Appendix K | Interpolation Methods for Delineating Areas with RAL Exceedances |
| Appendix L | Updated Remedial Technology Assignment Options for Areas with RAL Exceedances |

## MAPS

| | |
|---|---|
| Map 2-1. | Upper reach of the LDW |



FINAL

Map 2-2a.    Phase I and II PDI surface sediment chemistry sample locations

Map 2-2b.    Phase I and II PDI subsurface sediment chemistry sample locations and intervals

Map 2-3      Phase I and II PDI shoal sample chemistry locations and intervals

Map 2-4a.    RAL exceedances and vertical extent core results in the design dataset, RM 3.0 to RM 3.2

Map 2-4b.    RAL exceedances and vertical extent core results in the design dataset, RM 3.2 to RM 3.5

Map 2-4c.    RAL exceedances and vertical extent core results in the design dataset, RM 3.5 to RM 3.7

Map 2-4d.    RAL exceedances and vertical extent core results in the design dataset, RM 3.7 to RM 3.85

Map 2-4e.    RAL exceedances and vertical extent core results in the design dataset, RM 3.85 to RM 4.05

Map 2-4f.    RAL exceedances and vertical extent core results in the design dataset, RM 4.05 to RM 4.3

Map 2-4g.    RAL exceedances and vertical extent core results in the design dataset, Slip 6

Map 2-4h.    RAL exceedances and vertical extent core results in the design dataset, RM 4.3 to RM 4.55

Map 2-4i.    RAL exceedances and vertical extent core results in the design dataset, RM 4.55 to RM 4.8

Map 2-4j.    RAL exceedances and vertical extent core results, RM 4.8 to RM 5.0

Map 2-5a.    Phase I Geotechnical data locations, RM 3.0 to RM 4.0

Map 2-5b.    Phase I Geotechnical data locations, RM 4.0 to RM 5.0

Map 2-5c.    Phase II Geotechnical data locations, RM 3.0 to RM 4.0

Map 2-5d.    Phase II Geotechnical data locations, RM 4.0 to RM 5.0

Map 2-6a     Phase I visual bank and structures inspections overview, RM 3.0 to RM 3.35

Map 2-6b     Phase I visual bank and structures inspections overview, RM 3.35 to RM 3.75

Map 2-6c     Phase I visual bank and structures inspections overview, RM 3.75 to RM 4.1

Map 2-6d     Phase I visual bank and structures inspections overview, RM 4.1 to RM 4.3

Map 2-6e     Phase I visual bank and structures inspections overview, RM 4.3 to RM 4.7

Map 2-6f     Phase I visual bank and structures inspections overview, RM 4.7 to RM 5.0

Map 2-7a.    Phase II PDI structure and outfall inspection locations, RM 3.0 to 4.0

Map 2-7b.    Phase II PDI structures and outfall inspection locations, RM 4.0 to 5.0



FINAL

Map 2-8.     Bathymetric survey extents

Map 2-9.     Topographic survey extents

Map 2-10    Sediment thickness measurement transect areas

Map 3-1.     New Recovery Category 1 area, RM 3.9 to RM 4.0 (East)

Map 3-2.     Final recovery categories for the upper reach

Map 3-3.     RAL exceedance areas in the upper reach

Map 3-4a.    RAL exceedance areas from RM 3.0 to RM 3.2 with RAL exceedances and vertical extent data in the design dataset

Map 3-4b.    RAL exceedance areas from RM 3.2 to RM 3.5 with RAL exceedances and vertical extent data in the design dataset.

Map 3-4c.    RAL exceedance areas from RM 3.5 to RM 3.7 with RAL exceedances and vertical extent data in the design dataset

Map 3-4d.    RAL exceedance areas from RM 3.7 to RM 3.85 with RAL exceedances and vertical extent data in the design dataset

Map 3-4e.    RAL exceedance areas from RM 3.85 to RM 4.05 with RAL exceedances and vertical extent data in the design dataset

Map 3-4f.    RAL exceedance areas from RM 4.05 to RM 4.3 with RAL exceedances and vertical extent data in the design dataset

Map 3-4g.    RAL exceedance areas in Slip 6 with RAL exceedances and vertical extent data in the design dataset

Map 3-4h.    RAL exceedance areas from RM 4.3 to RM 4.55 with RAL exceedances and vertical extent data in the design dataset

Map 3-4i.    RAL exceedance areas from RM 4.55 to RM 4.8 with RAL exceedances and vertical extent data in the design dataset

Map 3-4j.    RAL exceedance areas from RM 4.8 to RM 5.0 with RAL exceedances and vertical extent data in the design dataset

Map 3-5a.    Preliminary technology assignment options by RAL exceedance area, RM 3.0 to RM 4.0

Map 3-5b.    Preliminary technology assignment options by RAL exceedance area, RM 4.0 to RM 5.0

Map 4-1.     Locations in the upper reach with surface sediment concentrations > benthic SCO and < RAL

FINAL

## ABBREVIATIONS

| | |
|---|---|
| AC | activated carbon |
| ARI | Analytical Resources, Inc. |
| ASTM | American Society for Testing and Materials |
| BBP | butyl benzyl phthalate |
| BEHP | bis(2-ethylhexyl) phthalate |
| COC | contaminant of concern |
| cPAH | carcinogenic polycyclic aromatic hydrocarbon |
| CPT | cone penetrometer testing |
| CSL | cleanup screening level |
| DCP | dynamic cone penetrometer |
| DER | Data Evaluation Report |
| DQO | data quality objective |
| DRET | dredge elutriate testing |
| Ecology | Washington State Department of Ecology |
| EF | exceedance factor |
| ENR | enhanced natural recovery |
| EPA | US Environmental Protection Agency |
| ESD | explanation of significant differences |
| FFP | full flow penetrometer |
| FNC | federal navigation channel |
| FS | Feasibility Study |
| GPS | global positioning system |
| HPAH | high-molecular-weight polycyclic aromatic hydrocarbon |
| ID | identification |
| IDW | inverse distance weighting |
| LDW | Lower Duwamish Waterway |
| LDWG | Lower Duwamish Waterway Group |
| LPAH | low-molecular-weight polycyclic aromatic hydrocarbons |
| MHHW | mean higher high water |
| MLLW | mean lower low water |
| MNR | monitored natural recovery |
| OC | organic carbon |
| PAH | polycyclic aromatic hydrocarbon |
| PCB | polychlorinated biphenyl |
| PDI | Pre-Design Investigation |
| QAPP | Quality Assurance Project Plan |

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

| | |
|---|---|
| QC | quality control |
| RAA | remedial action area |
| RAL | remedial action level |
| RAO | remedial action objective |
| RD | remedial design |
| RDWP | Remedial Design Work Plan |
| RI | Remedial Investigation |
| RM | river mile |
| RTK | real time kinematic |
| ROD | Record of Decision |
| SCO | sediment cleanup objective |
| SEF | *Sediment Evaluation Framework for the Pacific Northwest* |
| SMS | Washington State Sediment Management Standards |
| SPT | standard penetration test |
| SVOC | semivolatile organic compound |
| TEQ | toxic equivalent |
| TOC | total organic carbon |
| USACE | US Army Corps of Engineers |
| VST | vane shear testing |
| WUS | Waterway User Survey |



# 1    Introduction

This document is the Data Evaluation Report (DER) created per the fourth amendment to the Administrative Order on Consent in support of remedial design (RD) for the upper reach (river mile [RM] 3.0 to RM 5.0) of the Lower Duwamish Waterway (LDW) Superfund site in King County, Washington. The DER presents the combined results of the Phase I and Phase II Pre-Design Investigation (PDI),[1] which was implemented in accordance with the US Environmental Protection Agency (EPA)-approved PDI QAPP (Windward and Anchor QEA 2020) and Addendum to the PDI QAPP for Phase II (Phase II QAPP Addendum) (Anchor QEA and Windward 2021a).

This DER also defines areas in the upper reach with exceedances of the RALs,[2] lists preliminary technology assignment options for these areas, and identifies initial data gaps for the Phase III PDI. The Phase III data gaps will be further defined at 30% design and addressed through an Addendum to the PDI QAPP for Phase III, herein referred to as the Phase III QAPP Addendum. This DER has been prepared on behalf of the City of Seattle, King County, the Port of Seattle, and The Boeing Company, collectively referred to as the Lower Duwamish Waterway Group (LDWG) under the oversight of EPA.

Additional Phase I and Phase II information and results are included in the Phase I and Phase II PDI data packages provided separately to EPA and posted on https://ldwg.org. These packages include maps and coordinates of sediment sampling locations, field notes and forms, chain of custody forms, laboratory and validation reports, photographs, and validated analytical results for all tiers of Phase I and Phase II chemical analysis.

## 1.1    Data Evaluation Report Objectives

Per the Remedial Design Work Plan (RDWP) (Anchor QEA and Windward 2019), design sampling is being done in phases (Figure 1-1). Phase I focused on defining the horizontal extent of RAL exceedance areas and considered technology assignment options to identify Phase II PDI data gaps. Phase II involved the collection of data to further delineate the areas with RAL exceedances in surface sediment (0–10 cm), subsurface sediment (0–45 cm in the intertidal and 0–60 cm in the subtidal), and shoaling areas, and to assess the vertical extent of contamination (i.e., the overall depth of contamination) in dredge or partial dredge and cap areas. Phase II also

---

[1] All elements from the Phase I DER are included in this DER except for the following items: 1) field notes, photos, forms, laboratory and validation reports, and data files, which were included in the Phase I data package posted to https://ldwg.org; and 2) bathymetry surveys, data rules, and recovery category assessments, as well as dry weight concentration and non-remedial action level (RAL) interval data and maps, which were included in the Quality Assurance Project Plan (QAPP) Addendum for Phase II) (Anchor QEA and Windward 2021a).

[2] RALs are defined in Table 28, titled *Remedial Action Levels, ENR Upper Limits, and Areas and Depths of Application*, of EPA's November 2014 Record of Decision (ROD) (EPA 2014) and in the explanation of significant differences (ESD) for carcinogenic polycyclic aromatic hydrocarbons (cPAHs) (EPA 2021). As stated in the ROD, a RAL is a contaminant concentration above which remedial action is required.

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

involved collection of characterization data in bank areas within areas with RAL exceedances, geotechnical data, and area-specific engineering data needed for RD. Phase III PDI will be conducted to address data gaps that remain following Phase II and any additional data gaps identified at 30% RD.



**Figure 1-1**
**Design Sampling Phases**

| Pre-Phase I | Phase I | Phase II | Phase III |
|---|---|---|---|
| April/May 2019 | Spring 2020 | 2021 | 2022 |
| • Bathymetric survey | • Remedial Action Level exceedance delineation | • Structures detailed inspection<br>• Refined Remedial Action Level exceedance delineation<br>• Vertical extent in dredging areas<br>• Topographic survey and bank features identification<br>• Geotechnical data collection<br>• Other engineering data collection | • Fill any remaining data gaps |

Per the RDWP and PDI Work Plans (Windward and Anchor QEA 2019; Anchor QEA and Windward 2019), this DER meets the following objectives in the overall design process:

- Summarize the results of the Phase I PDI, including results from the sediment chemistry analyses (Tiers 1, 2, and 3), bank visual inspection, and structures visual inspection.
- Summarize the results of the Phase II PDI, including results from the sediment chemistry analyses (Tiers 1 and 2), geotechnical investigation, structures detailed inspection, topographic surveying, sediment thickness over armored banks, and other engineering data.
- Refine areas with RAL exceedances using the interpolation method developed for the PDI in coordination with EPA and the updated design dataset.
- Identify technology assignment options for each area with RAL exceedances, consistent with the decision trees in the ROD (Figure 19 and updated Figure 20 of the ROD).
- Finalize the recovery category areas in the upper reach based on additional Phase II contaminant trend data.
- Identify Phase III data gaps to set the stage for the Phase III QAPP Addendum.

Based on the RAL exceedance areas presented in this DER and other engineering considerations, remedial action areas (RAAs) will be defined at 30% design and refined and grouped into sediment

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

management areas at 60% design, as discussed in the RDWP (Anchor QEA and Windward 2019) (Table 1-1).

**Table 1-1**
**Areas to be Defined During the RD Process**

| Area | Definition | Where Defined |
|---|---|---|
| RAL exceedance area | Area where RAL is exceeded by at least one contaminant based on comparison of interpolated concentrations to RALs in 2014 ROD Table 28 and Table 3 in the 2021 cPAH ESD | See Section 3.4.1, Map 3-3, Maps 3-4a-j, and Appendix K of this document |
| RAA | Area developed by considering how the selected remedial technologies are constructed and overlaying engineering considerations; RAA boundaries are set at or beyond the final interpolated boundaries of the RAL exceedance areas | 30% RD |
| Sediment management area | Area organized by grouping or dividing RAAs by remedial technology, site physical conditions, or operational restrictions | 60% RD |

Notes:
cPAH: carcinogenic polycyclic aromatic hydrocarbon
DER: Data Evaluation Report
ESD: explanation of significant differences
PDI: Pre-Design Investigation
RAA: remedial action area
RAL: remedial action level
RD: remedial design
ROD: Record of Decision

The areas with RAL exceedances delineated in this document will differ to varying degrees from the RAAs to be identified in 30% design, because the RAAs will include engineering considerations, such as geotechnical, slope and structural stability, sediment stability, and constructability considerations.

The main text of this DER identifies the RAL exceedance areas based on the RALs in the 2014 ROD and the RAL for carcinogenic polycyclic aromatic hydrocarbons (cPAHs) in EPA's 2021 explanation of significant differences (ESD). Additionally, Appendix B of this DER identifies the incremental areas where the original ROD cPAH RALs are exceeded.

## 1.2 Data Quality Objectives

The Phase II QAPP Addendum (Anchor QEA and Windward 2021a) presented data quality objectives (DQOs) for Phase I and Phase II. Phase I DQOs are summarized in Table 1-2. DQOs 1 through 7 were met through the collection and chemical analysis of sediment from 212 Phase I locations in June 2020. These data, combined with pre-PDI sediment data from the Remedial Investigation (RI)/Feasibility Study (FS) and post-FS data, provided a preliminary horizontal footprint of RAL exceedance areas that was used to identify Phase II data gaps. DQO 8 was met through visual surveys conducted during a series of low tides in June through August 2020.

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*



**Table 1-2**
**DQOs for Phase I PDI in the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO[1] |
|---|---|---|
| DQO1 | Delineate 0–10-cm RAL exceedances in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 178 surface sediment (0–10-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO2 | Delineate 0–10-cm RAL exceedances in Recovery Category 1. | |
| DQO3 | Delineate 0–45-cm intertidal RAL exceedances in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 92 subsurface intertidal sediment (0–45-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO4 | Delineate 0–45-cm intertidal RAL exceedances in Recovery Category 1. | |
| DQO5 | Delineate 0–60-cm PCB RAL exceedances in potential vessel scour areas in Recovery Category 2/3. | DQO was met through the collection and chemical analysis of 71 subsurface subtidal sediment (0–60-cm) samples in June 2020 (see Section 2.1.1.3). |
| DQO6 | Delineate 0–60-cm RAL exceedances in Recovery Category 1. | |
| DQO7 | Delineate RAL exceedances in shoaling areas. | DQO was met through the collection and chemical analysis of 52 shoaling interval samples from 29 locations in June 2020 (see Section 2.1.1.3). |
| DQO8 | Conduct a visual inspection of the banks in the upper reach to identify features relevant to design, such as the presence/absence of bank armoring, and to plan how to access banks and areas under structures for sampling purposes. | DQO was met through the visual bank inspection conducted throughout the upper reach in June 2020 (see Section 2.3). |

Notes:
1. All DQOs were sufficiently addressed to support 30% design; additional data collected may be recommended in Phase III for further refinement (see Section 4).
DQO: data quality objective
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level

Phase II DQOs are summarized in Table 1-3. DQOs 9 through 12 were met through the collection and chemical analysis of sediment from 202 Phase II locations in June and July 2021. These data, combined with Phase I and pre-PDI sediment data, provided a refined horizontal footprint of RAL exceedances. Vertical extent cores collected and chemically analyzed from 78 locations during Phase II will inform the remedial approach for areas where dredge and partial dredge and cap remedial technologies will be used. DQOs 13 and 14 were met by performing geotechnical investigations at 64 sample locations and collecting applicable engineering data (e.g., structures inspection, utility location verification, thickness of sediment on top of riprap layers) within and near the preliminary footprint of RAL exceedances defined by Phase I and pre-PDI data.



**Table 1-3**
**DQOs for Phase II PDI in the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO[1] |
|-----|----------------|-------------------------------------|
| DQO9 | If feasible, delineate RAL exceedances in areas under overwater structures. | DQO was met through Phase I and Phase II sampling, confirming that contamination does not extend under any overwater structures in the upper reach (see Section 4.1), with the exception of the South Park Bridge. |
| DQO10 | Further delineate RAL exceedances,[2] as needed for unbounded areas. | An additional 80 0–10-, 59 0–45-, 63 0–60-cm and 26 shoaling interval samples from 13 locations were analyzed in Phase II to partially meet this DQO; most of which were collected in July 2021 (see Section 2.1.1.3). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO11 | Assess chemical and physical characteristics of banks (including topographic survey), as needed, depending on remedial technology selected for adjacent sediment and whether bank is erosional. | DQO was partially met through sampling and surveying of banks during Phase II within Phase I RAL exceedance areas (see Section 2.1 and 2.5.2). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO12 | Delineate vertical elevation of RAL exceedances in dredge (and partial dredge and cap) areas and collect subsurface sediment chemistry data in cap areas where contamination under caps will remain.[3] | DQO was partially met through analysis of a total of 293 vertical extent samples from 78 locations (see Section 2.1.1.3). Additional data will be collected as part of Phase III to fully meet this DQO. |
| DQO13 | Collect geotechnical data as needed depending on technology proposed and/or physical characteristics of RAL exceedance areas. | DQO was met through geotechnical investigations at 64 sample locations (see Section 2.2). |
| DQO14 | Collect other engineering-applicable data as needed (e.g., structures inspection, utility location verification, thickness of sediment on top of riprap layers, groundwater velocities[4]). | DQO was met through the following efforts during Phase I and Phase II PDI:<br>• Inspecting structures and outfalls near Phase I RAL exceedance areas (see Section 2.4)<br>• Measuring the thickness of sediment on top of armored banks to estimate the volume of sediment over armoring and identified the toe of armored slopes (where applicable) at 9 locations (see Section 2.6).<br>• Assessing extent of vegetation along banks to inform engineering design (see Section 2.7.1)<br>• Archiving samples for waste characterization to inform disposal options for engineering design (see Section 2.7.2 of this document and Section 5.3.3 of the Phase II QAPP Addendum) |

Notes:
1. All DQOs were sufficiently addressed to support 30% design; additional data collected may be recommended in Phase III for further refinement (see Section 4).
2. Benthic toxicity testing may be used to override chemical data in RAL delineation (DQO 10), per the ROD (EPA 2014).
3. Vertical delineation includes an assessment of whether an additional 1 ft of dredging in partial dredge and cap areas would be sufficient to achieve complete removal, as shown in ROD Figure 20.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

4. Groundwater velocity data were not collected during the Phase II PDI. Existing information will be evaluated in 30% design. Data collection will be recommended for Phase III PDI if groundwater velocity data are identified as a data gap during 30% design.

DQO: data quality objective
PDI: Pre-Design Investigation
RAL: remedial action level
ROD: Record of Decision

In addition to the Phase I and Phase II DQOs defined in the QAPP and Phase II QAPP Addendum, DQOs specific to surveying activities were included in the Survey QAPP (Anchor and Windward 2019) and Survey QAPP Addendum (Anchor QEA and Windward 2021b). The nomenclature for these DQOs has been modified for clarity in this DER by adding "Survey" to the DQO to differentiate them from the Phase I and Phase II PDI DQOs (Table 1-4). A summary of how these survey DQOs were met is provided in Section 2.5.



**Table 1-4**
**Survey DQOs for the Upper Reach**

| DQO | DQO Description | Activities Conducted to Address DQO |
|---|---|---|
| Survey DQO1[1] | Provide the bathymetric data to generate new sun illumination maps that identify areas with scour from propellers and other vessel interactions with the sediment; this information will be used to potentially modify recovery category area designations. | DQO was met by conducting the 2019 and 2020 bathymetric surveys for the upper reach and generating sun illumination maps (see Section 2.5.1 and Phase II QAPP Addendum). |
| Survey DQO2[1] | Define the current bathymetry of the LDW upper reach with sufficient confidence (as presented in the accuracy discussion in this section) to inform selection of sampling locations for PDI data collection to support the RD. | DQO was met by conducting the 2019 and 2020 bathymetric surveys within the entire upper reach to inform study design. |
| Survey DQO3 (revised)[2] | Complete the base map for RD by providing topographic data of sufficient quality and sufficient areal extent to tie into the bathymetric three-dimensional surface created from prior surveys and extend the surface up the bank to support RD in areas where RAL exceedances indicate the need for remedial action on bank areas. | DQO was met by conducting the 2021 topographic survey, extending the coverage of the three-dimensional surface beyond the limits provided by the bathymetric survey (see Section 2.5.2). |
| Survey DQO4[2] | Define the extent of features (including structures, bank armoring, woody vegetation, utilities, and debris) that may have a bearing on RD and construction of potential remedial actions. | DQO was met during Phase II PDI through identification of critical features at the beginning of the field work for the topographic survey (see Section 2.5.3). Surveyors collected location information to delineate the spatial limits of the features identified by the engineers. |

Notes:
1. Survey DQO1 and Survey DQO2 are presented in the Survey QAPP (Anchor QEA and Windward 2021b).
2. Survey DQO3 (revised) and Survey DQO4 are presented in the Survey QAPP Addendum (Anchor QEA and Windward 2021b).
DQO: data quality objective
LDW: Lower Duwamish Waterway
PDI: Pre-Design Investigation
QAPP: Quality Assurance Project Plan
RAL: remedial action level
RD: remedial design

# 1.3   Report Organization

The remainder of this DER is organized into the following sections:

- Section 2: PDI Summary
- Section 3: Data Evaluations
- Section 4: Phase III Data Gaps
- Section 5: Next Steps
- Section 6: References

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

The following appendices are attached to this document:

- Appendix A: PDI Dry Weight Concentration Maps, Mudline Elevations, Coordinates, and Data Replacement
- Appendix B: cPAH Data and RAL Exceedance Areas Relative to 2014 ROD RALs
- Appendix C: Relationship Between Surface and Subsurface COC Concentrations
- Appendix D: Geotechnical Testing Results
- Appendix E: Bank Inspection Results
- Appendix F: Structures Inspection Results
- Appendix G: Topographic Survey Data Report and Bank Features
- Appendix H: Sediment Thickness Probing Data
- Appendix I: Vegetation Observations
- Appendix J: Inadvertent Discovery Plan Results
- Appendix K: Interpolation Methods for Delineating Areas with RAL Exceedances
- Appendix L: Updated Remedial Technology Assignment Options for Areas with RAL Exceedances



## 2   Pre-Design Investigation Summary

This section presents the results from the LDW upper reach (Map 2-1) Phase I and Phase II PDI. In combination with pre-PDI chemistry data, the PDI sediment sampling results presented in this section are evaluated in Section 3 to identify areas with RAL exceedances. In addition, this section presents results from the geotechnical investigation, bank inspection, structures inspection, bathymetry and topography surveys, sediment thickness survey, and discusses other engineering data. These data will support the RD. The implementation of the inadvertent discovery plan is also discussed.

## 2.1   Sediment Sampling

### 2.1.1   Field Sampling Overview

The sediment sampling and analysis activities described in this section were performed to address Phase I DQOs 1 through 7 in Table 1-2 and Phase II DQOs 9 through 12 in Table 1-3. During the Phase I sampling in June 2020, sediment samples were collected from 266 locations. Specifically, surface sediment grab samples were collected at 249 locations from June 5 through 30, 2020, and subsurface sediment cores (including shoaling cores) were collected at 247 locations from June 1 through 26, 2020 (Maps 2-2a, 2-2b, and 2-3); surface and subsurface samples were often collected at the same locations.

During the Phase II sampling from late June 2021 through early August 2021, sediment samples were collected from 208 additional locations throughout the upper reach of the LDW. Specifically, surface sediment grab samples were collected from 82 locations from June 28 through July 22, 2021, and subsurface sediment cores (including shoaling cores and deeper vertical extent cores) were collected from 180 locations from June 28 through August 3, 2021 (Maps 2-2a, 2-2b, and 2-3); some surface and subsurface samples were collected at the same locations.

Target and actual sampling coordinates and mudline elevations for the sampling locations (both surface and subsurface) are provided in Appendix A. Maps of the target vs. actual sampling locations are available in the Phase I and Phase II data packages provided to EPA and posted to https://ldwg.org. The data packages also include validated data, field forms and logbooks, chain of custody forms, and photographs and videos.

### 2.1.1.1   Field Methods

Surface grab samples and subsurface sediment cores were collected and processed following the standard operating procedures described in Appendix F of the QAPP and Appendix J of the Phase II QAPP Addendum (Windward and Anchor QEA 2020; Anchor QEA and Windward 2021a). Generally, sediment samples were collected from the target depths using a pneumatic grab sampler (for surface

FINAL

sediment) or a vibracorer (for subsurface cores and deeper vertical cores). The rotary sonic drill rig was also used to collect deep vertical extent cores at two locations within Slip 6.

Mudline elevations were recorded for all locations. For surface sediment samples, mudline elevations were estimated using the GPS coordinates and bathymetry survey data. For subsurface sediment samples, because of the need to know the mudline elevation for sample processing, mudline elevations were calculated in the field using field-measured tidal stage and water depth information (referred to as the real time kinematic [RTK] tide elevation). For the subsurface sediment sampling locations, a table comparing RTK and bathymetry mudline elevations is presented in Appendix A. A review of this comparison indicates that while the RTK-estimated mudline elevation is more often deeper than the elevation estimated from the bathymetry survey, the RTK elevation is sometimes higher and sometimes lower than the bathymetry elevation. Given that there is uncertainty in both of these measurements, there does not appear to be a systematic error in either method for estimating mudline elevation.

### 2.1.1.2    Field Deviations

Deviations from the QAPP and Phase II QAPP Addendum involved modifications to sediment core acceptance criteria at some locations. EPA was notified of all modifications when the samples were collected. These field deviations did not affect the data quality. The core acceptance criteria deviations for Phase I were as follows:

- The intertidal core from location 127 was accepted with 52.5% (64.0 cm) recovery after hitting refusal during five attempts. EPA approved retaining and processing the core with the best recovery.
- The subtidal core from location 214 was accepted with 74.1% (101.6 cm) recovery after three attempts. EPA approved retaining and processing the core with the best recovery.
- The subtidal core from location 380 was accepted with 100% (49.5 cm) recovery after hitting refusal at that depth during 12 attempts. The target depth for this location was 60 cm. EPA was consulted and authorized retaining the best core sample while remaining within the targeted Recovery Category 1 boundary.
- Coring was not successful at location 417. The target depth for this location was 45 cm. A reconnaissance of the area during sampling revealed riprap armoring throughout the targeted area. EPA was consulted and authorized manual sample collection (e.g., with a spoon and bowl) to obtain the sample. The sample for this location was collected from the 0–29-cm depth interval.
- Z-layer samples (-17 ft to -18 ft mean lower low water [MLLW]) were not collected at subtidal (shoaling) core locations[3] 148 and 201. The cores were driven to refusal at -17 ft

---

[3] Sample depths to be collected at shoaling locations were defined in Figure 4-1 in the PDI QAPP (Windward and Anchor QEA 2020).



FINAL

MLLW during three attempts at location 148 and seven attempts at location 201 and Z-layer samples could not be collected.

The core acceptance criteria deviations for Phase II were as follows:

- The subtidal core from location 550 was accepted with 72.5% (88.4 cm) recovery after eight attempts. EPA was notified of this deviation in the weekly updates.
- In consultation with EPA, the sampling approach for core collection along the eastern shoreline around RM 4.9 was changed to allow the collection of up to three cores at each location (designated as X, Y and Z) due to sampling conditions (i.e., difficulty achieving the desired penetration and recovery).[4]
  - The intertidal core from location 698X was accepted with 74.4% (204.2 cm) recovery.
  - Intertidal cores from archived Tier 2 locations 703X and 703Y were accepted with 65.0% (79.2 cm) and 53.1% (129.5 cm) recoveries.

### 2.1.1.3    Counts of Samples Collected and Analyzed

The numbers of sampling locations for the Phase I and Phase II PDI sampling efforts are presented in Table 2-1. Sediment was collected from a total of 474 locations during these two sampling efforts (Maps 2-2a and 2-2b). The sediment depth intervals collected at each location were specified in the QAPP and in the Phase II QAPP Addendum, based on the bathymetry of the sample location (intertidal, subtidal, or shoaling area) and the recovery category, consistent with ROD Table 28 (Windward and Anchor QEA 2020; Anchor QEA and Windward 2021a). Targeted depth intervals in the federal navigation channel (FNC) shoaling areas are shown in Figure 2-1; Map 2-3 shows the intervals sampled at each shoaling location during the PDI.

**Table 2-1**
**Summary of Upper Reach Locations Sampled for Chemical Analysis During the Phase I and II PDI**

| Phase | Total Locations[1] | No. of Surface Sediment Locations (0–10 cm) | No. of Subsurface Sediment Locations | | No. of Shoal Core Locations | Vertical Extent Core Locations |
|---|---|---|---|---|---|---|
| | | | Intertidal (0–45 cm) | Subtidal[2] (0–60 cm) | | |
| Phase I (Summer 2020) | 266 | 249 | 120 | 88[3] | 39[3] | 0 |
| Phase II[4] (Summer 2021) | 208 | 82 | 87 | 83[5] | 10[5] | 86 |
| **Total** | **474** | **331** | **207** | **171** | **49** | **86** |

Notes:

[4] A total of 11 cores were collected at the 5 vertical extent sampling locations in the area near RM 4.9 (2 cores at location 698, 3 cores at location 699, 1 core at location 701, 2 cores at location 702, and 3 cores at location 703).





1. The total locations count is lower than the sum of the counts by location type because many locations have results for multiple intervals.
2. The number of 0–60-cm locations does not include shoal core locations.
3. No shoaling material was present at one Phase I location (217) proposed for the collection of shoaling intervals. Instead, this location is counted as a 0–60-cm subtidal subsurface location (i.e., rather than a shoaling location, as proposed in the QAPP).
4. Phase II counts do not include the nine Phase I archive locations included as Tier 1 or Tier 2 samples in Phase II; these locations are included in the Phase I counts.
5. No shoaling material was present at two Phase II locations (548 and 549) proposed for the collection of shoaling intervals. Instead, these locations are counted as 0–60-cm subtidal subsurface locations (i.e., rather than a shoaling location, as proposed in the QAPP Addendum) (Anchor QEA and Windward 2021a).
QAPP: Quality Assurance Project Plan
PDI: Pre-Design Investigation



**Figure 2-1**
**Federal Navigation Channel Design Sampling**

① When thickness of shoal material is greater than or equal to 90 cm, then the core will be taken to -18 ft MLLW and three samples will be collected. Two samples will represent the shoal material and will be archived (Tier 2) and one sample will represent material between -15 ft and -17 ft MLLW and will be analyzed (Tier 1). A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

② When thickness of shoal material is greater than or equal to 30 cm and less than 90 cm, then the core will be taken to -18 ft MLLW and two samples will be collected. One sample will represent the shoal material and will be Tier 2 and the other sample will represent material between -15 ft and -17 ft MLLW and will be Tier 1. A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

③ When thickness of shoal material is less than 30 cm, then the core will be taken to -18 ft MLLW and one sample will represent both the shoal material and the material between -15 ft and -17 ft MLLW. A 1 ft Z-sample (-17 ft to -18 ft MLLW) will be collected and archived. A 0-10 cm sample will also be collected (not shown).

④ In the portions of the FNC that are not shoaled (deeper than -15 ft MLLW) a 0-60 cm sample will be collected. A 0-10 cm sample will also be collected (not shown).

Note: The shoal thickness will be measured in the field based on field bathymetry at each location. The shoal thickness values provided here are approximate.

The numbers of samples collected and analyzed for Phases I and II are presented in Table 2-2. Field duplicates are not included in the sample counts. For many locations, multiple samples were collected, and thus the location counts and sample counts do not match. For example, in Phase I, in the intertidal areas, a surface sediment (0–10-cm) sample and/or a subsurface intertidal sediment (0–

FINAL

45-cm) sample were collected at each location, and in the subtidal areas, a surface sediment (0–10 cm) sample and/or a subsurface sediment (0–60 cm) sample was collected at each location. In the shoaling areas within the FNC, cores were collected to characterize the shoal material above the authorized navigation depth at -15 ft MLLW in this reach of the LDW, as well as the 60-cm interval below the authorized depth (the allowable overdredge interval between -15 and -17 ft MLLW) and Z-samples below the overdredge interval (Map 2-3). In addition, vertical extent cores (which included the appropriate subsurface RAL interval) were collected in Phase II where vertical delineation information was needed.

**Table 2-2**
**Summary of Upper Reach Samples Collected and Analyzed for at Least One Analyte During the Phase I and II PDI**

| Phase | Category | No. of Samples[1] | | | | |
|---|---|---|---|---|---|---|
| | | RAL Interval Samples | | | | Samples Below RAL Interval (Z-Layer and Vertical Extent) |
| | | Surface Sediment (0–10 cm) | Subsurface Sediment | | Shoal Intervals[3] | |
| | | | Intertidal (0–45 cm) | Subtidal (0–60 cm)[2] | | |
| Phase I | Total collected | 249 | 120 | 88 | 78 | 38 |
| | Total analyzed (Phase I) | 178[4] | 92 | 71[4] | 52 | 0 |
| | Total analyzed (Phase II)[5] | 3 | 2 | 1 | 8 | 21 |
| | Total archived | 68 | 26 | 16 | 18 | 17 |
| Phase II[6, 7] | Total collected | 82 | 87[9] | 83 | 23 | 589 |
| | Total analyzed | 77[8] | 52[9] | 62 | 18 | 303 |
| | Total archived | 5 | 35 | 21 | 5 | 286 |
| PDI Dataset Total | Total collected | 331 | 207 | 171 | 101 | 627 |
| | Total analyzed | 258 | 146 | 134 | 78 | 324 |
| | Total archived | 73 | 61 | 37 | 23 | 303 |

Notes:
1. Sample counts include all samples submitted for analysis through January 24, 2022. Field duplicates are not included in sample counts.
2. The number of 0–60-cm samples does not include shoal core samples.
3. Sample depths and number of samples collected per location for subsurface samples in shoaling areas varied depending on the depth of the shoal at each location (see QAPP Figure 4-1) (Windward and Anchor QEA 2020). Shoal interval samples counted herein include shoaled material (i.e., sediment above -15 ft MLLW) and sediment from the -15 to -17-ft interval. Details for each shoaling location are presented on Map 2-3.
4. At one Phase I location, samples (SS164 and SC164) were analyzed only for TOC to supplement PCB data collected by another party. These samples are not included in the counts presented here.
5. Counts in this row enumerate Phase I samples that were analyzed as part of Phase II.
6. The Phase II counts do not include seven surface (0–10 cm), three intertidal subsurface (0–45 cm), and four subtidal subsurface (0–60 cm) field duplicates that were analyzed as part of Phase I.
7. Counts in these rows only include samples collected during Phase II.
8. At one Phase II location, the surface sediment sample (SS682) was analyzed only for TOC/total solids and toxicity conventionals (i.e., ammonia, sulfides, and grain size). This sample is not included in the counts presented here.
9. At five locations in the ENR/AC Pilot Study intertidal plot (locations 615, 617, 618, 624, 626), samples were either collected or available to characterize the 0–45-cm interval from the mudline as well as the 0–45 cm interval below the ENR layer (see Figure 4-1 in the Phase II QAPP Addendum) (Anchor QEA and Windward 2021a). These locations are counted as one sample in this table.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*



AC: activated carbon
ENR: enhanced natural recovery
MLLW: mean lower low water
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
QAPP: Quality Assurance Project Plan
RAL: remedial action level
TOC: total organic carbon

In addition to chemical analysis, samples from two locations were sampled in Phase II for toxicity testing per the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). At location 682, 0–10-cm and 0–45-cm samples were collected, and at location 688, a 0–10-cm sample was collected for toxicity testing. Both of the location 682 samples were tested for toxicity. The sample from location 688 was not tested for toxicity because it was inadvertently analyzed for chemistry and did not have any exceedances of Washington State Sediment Management Standards (SMS) criteria. The samples from 682 were not analyzed for chemistry, per the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

In addition to the above analyses conducted per the QAPP and Phase II QAPP Addendum, cPAHs were analyzed in samples from six locations (677, 678, 681, 683, 684, and 703X). These analyses were conducted because cPAH toxic equivalents (TEQs) at or near these locations in pre-PDI or PDI samples were less than RALs in the cPAH ESD but greater than the RALs in the 2014 ROD. These data are presented in Appendix B and are included in the sample counts in the DER tables in this section.

## 2.1.2    Laboratory Testing Overview

### 2.1.2.1    Chemical Analysis Methods

The methods and procedures used to chemically analyze the sediment samples are described briefly in this section and in detail in the QAPP (Windward and Anchor QEA 2020). This section also discusses laboratory deviations from the QAPP. Laboratory and validation reports and the full chemistry results for Phase I and Phase II are provided in the data packages provided to EPA and posted on https://ldwg.org.

Analytical Resources, Inc. (ARI) performed polychlorinated biphenyl (PCB) Aroclor, cPAH, semivolatile organic compound (SVOC), dioxin/furan, arsenic and other metals including mercury, total organic carbon (TOC), and total solids analyses. Sediment samples were analyzed according to the methods presented in Table 2-3.

**Table 2-3**
**Analytical Methods for Sediment Analyses**

| Analyte | Method | Reference | Extraction Solvent | Laboratory |
|---|---|---|---|---|
| PCB Aroclors | Gas chromatography/ electron capture detector | EPA 3546/EPA 8082A | Hexane/acetone | ARI |

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

| Analyte | Method | Reference | Extraction Solvent | Laboratory |
|---|---|---|---|---|
| PAHs/SVOCs[1] | Gas chromatography/mass spectrometry | EPA 3546/EPA 8270E | Dichloromethane/ acetone | ARI |
| cPAHs/SVOCs | Gas chromatography/mass spectrometry | EPA 3546/EPA 8270E-select ion monitoring | Dichloromethane/ acetone | ARI |
| Hexachlorobenzene | Gas chromatography/ electron capture detector | EPA 3546/EPA 8081B | Hexane/acetone | ARI |
| Dioxins/furans | High-resolution gas chromatography/high-resolution mass spectrometry | EPA 1613B | 80:20 toluene: acetone extraction | ARI |
| Metals | Inductively coupled plasma-mass spectrometry | EPA 3050B EPA 6020A universal cell technology-kinetic energy discrimination | Not applicable | ARI |
| Mercury | Cold vapor-atomic fluorescence spectrometry | EPA 7471B | Not applicable | ARI |
| TOC | High-temperature combustion | EPA 9060A | Not applicable | ARI |
| Total solids | Drying oven | Standard Method 2540G | Not applicable | ARI |
| Ammonia[2] | Flow injection | SM 4500-NH3 H-97 | Not applicable | ARI |
| Total sulfides[2] | Colorimetric | SM 4500-S2 D-0 PSEP prep | Not applicable | ARI |

Notes:

1. The SVOC analysis of a subset of PDI sediment samples included the analysis of benzyl alcohol, which is an aromatic organic alcohol found in a wide variety of plants and other materials, as discussed in Appendix A to the PDI work plan (Windward and Anchor QEA 2019), The benzyl alcohol data obtained through routine SVOC analysis of PDI samples were provided to EPA per its request. These data are not part of the DER because benzyl alcohol is not a CERCLA hazardous substance, and thus benzyl alcohol was not included in defining the remedial design footprint (Windward and Anchor QEA 2020).

2. Ammonia and total sulfide analyses conducted only on the sediment locations targeted for possible toxicity testing.

ARI: Analytical Resources, Inc.
CERCLA: Comprehensive Environmental Response, Compensation, and Liability Act
cPAH: carcinogenic polycyclic aromatic hydrocarbon
DER: data evaluation report
EPA: US Environmental Protection Agency
PAH: polycyclic aromatic hydrocarbon
PDI: Pre-Design Investigation
PCB: polychlorinated biphenyl
SVOC: semivolatile organic compound
TOC: total organic carbon

FINAL

For both Phase I and Phase II, samples were chemically analyzed in tiers. In Phase I, samples were analyzed in three tiers (Tiers 1, 2, and 3). Tier 1 samples (263 samples) were analyzed for all applicable analytes, with a subset of samples analyzed for dioxins/furans (62 samples). Following a review of the unvalidated Tier 1 data and in consultation with EPA, Tier 2 analyses were conducted for 141 samples, 22 of which were analyzed in Tier 1 for at least one other analyte. The Tier 2 analyses included selected analytes that exceeded the RALs in nearby Tier 1 samples or were analyzed for additional spatial coverage. The unvalidated Tier 2 data were then reviewed in consultation with EPA to determine the Tier 3 samples to be analyzed. Using the same rationale for Tier 2 sample analysis selection, 13 samples were selected and analyzed for PCBs in Tier 3.

In Phase II, samples were analyzed in two tiers (Tier 1 and 2). Tier 1 samples (418 samples) were analyzed for selected analytes, as described in the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). As in Phase I, following a review of the unvalidated Tier 1 data and in consultation with EPA, Tier 2 analyses were conducted for 135 samples (1 of which was analyzed in Tier 1 for at least one other analyte). The Tier 2 analyses included selected analytes that exceeded the RALs, had exceedance factors (EFs) of > 0.9 in adjacent samples, or were analyzed in response to other PDI questions, as described in Section 4.1.4 of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

A summary of the total number of samples analyzed for each contaminant of concern (COC) in Phase I and II is presented in Table 2-4. Field duplicate samples are not included in the sample counts. Key takeaways from this table include the following:

- For Phase I Tier 1, samples were analyzed for all COCs (with the exception of dioxins/furans) for which there was an applicable RAL. Samples analyzed as part of Phase I Tiers 2 and 3 and as part of Phase II (all tiers) were analyzed for a subset of chemicals that exceeded the RALs in nearby samples or as requested to address other PDI questions.
- Over 95% of the Phase I and II PDI samples were analyzed for PCBs.
- For the other human health risk drivers, arsenic was analyzed in 50% of PDI samples, cPAHs were analyzed in 44% of PDI samples, and dioxins/furans were analyzed in 20% of PDI samples.
- About a third of the Phase I and II PDI samples were analyzed for one or more of the other benthic risk drivers.
- All samples analyzed in any tier (with the exception of a few Phase II Tier 2 samples analyzed for cPAHs) were also analyzed for TOC and total solids.

FINAL

**Table 2-4**
**Total Number of Chemical Analyses by RAL Interval in Phases I and II**

| Sediment Type | Depth Interval | Total Samples Analyzed | No. of RAL Interval Samples Analyzed[1] | | | | | | | | | |
| | | | Human Health Risk Drivers | | | | Other Benthic Risk Drivers[2,3] | | | | TOC/ Total Solids | Grain Size |
| | | | PCB Aroclors | Dioxins/ Furans | Arsenic | cPAHs | Other Metals | PAHs | Phthalates | Other SVOCs | | |
| **Phase I PDI** | | | | | | | | | | | | |
| Surface | 0–10 cm | 178 | 175 | 43 | 133 | 135 | 138 | 135 | 134 | 135 | 178 | 129 |
| Subsurface | Intertidal (0–45 cm) | 92 | 92 | 38 | 76 | 54 | 9 | 9 | 9 | 9 | 92 | 66 |
| Subsurface | Subtidal (0–60 cm) | 71 | 70 | 7 | 25 | 27 | 27 | 27 | 25 | 25 | 71 | 47 |
| | Shoal intervals (depth varies)[4] | 52 | 52 | 4 | 22 | 21 | 23 | 21 | 20 | 20 | 52 | 20 |
| **Phase II PDI[5]** | | | | | | | | | | | | |
| Surface | 0–10 cm | 77 | 71 | 12 | 19 | 18 | 19 | 18 | 22 | 9 | 77 | 7 |
| Subsurface | Intertidal (0–45 cm) | 52[6] | 48[6] | 12 | 18[6] | 7 | 0 | 1 | 0 | 1 | 52 | 0 |
| Subsurface | Subtidal (0–60 cm) | 63 | 61 | 1 | 8 | 5 | 8 | 5 | 11 | 1 | 62 | 0 |
| | Shoal intervals (depth varies)[4] | 26 | 26 | 3 | 2 | 2 | 2 | 0 | 0 | 0 | 26 | 0 |
| **Total PDI Samples[7]** | | | | | | | | | | | | |
| Surface | 0–10 cm | 255 | 246 | 55 | 152 | 153 | 157 | 153 | 156 | 135 | 257 | 136 |
| Subsurface | Intertidal (0–45 cm) | 144 | 140 | 50 | 94 | 61 | 9 | 10 | 9 | 10 | 144 | 66 |
| Subsurface | Subtidal (0–60 cm) | 134 | 131 | 8 | 33 | 32 | 35 | 32 | 36 | 26 | 133 | 47 |
| | Shoal intervals (depth varies)[4] | 78 | 78 | 7 | 24 | 21 | 25 | 21 | 20 | 20 | 78 | 20 |

Notes:
1. Field duplicates are not included in the counts presented in this table.
2. Other benthic risk drivers include RAO 3 COCs. PCBs and arsenic are counted separately. Other metals (cadmium, chromium, copper, lead, mercury, silver, and zinc), phthalates (bis[2-ethylhexyl]phthalate, BBP, and dimethyl phthalate), PAHs (2-methylnaphthalene, acenaphthene, anthracene, benzo(a)anthracene, benzo(g,h,i)perylene, chrysene, dibenzo(a,h)anthracene, dibenzofuran, fluoranthene, fluorene, indeno(1,2,3-cd)pyrene, naphthalene, phenanthrene, pyrene, total benzofluoranthenes, total HPAHs, total LPAHs), and SVOCs (1,2,4-trichlorobenzene, 1,2-dichlorobenzene, 2,4-dichlorobenzene, 2,4-dimethylphenol, 4-methylphenol, benzoic acid, hexachlorobenzene, n-nitrosodiphenylamine, pentachlorophenol, and phenol) are counted if at least one of the analytes in this group was analyzed.
3. Most Phase I Tier 2 and Phase II samples were analyzed for a specific subset of benthic risk drivers, as determined by Tier 1 RAL exceedances or to address spatial coverage.
4. Shoal interval samples consisted of shoaled material in the FNC (i.e., sediment above ~15 ft MLLW in this reach of the LDW) and sediment from the ~15 to ~17-ft interval (see Map 2-3).
5. Counts for Phase II include Phase I samples analyzed as part of Phase II. Sample counts include all samples submitted for analysis through January 24, 2017.



FINAL

6. At five locations in the ENR/AC Pilot Study intertidal plot (locations 615, 617, 618, 624, 626), two samples at each location were compared with the 0-45-cm RAL for PCBs and arsenic. These included the 0-45-cm interval from the mudline and that interval below the ENR or ENR/AC layer. These locations are each counted as one sample in this table.

7. This table presents only the PDI dataset; the full design dataset is summarized in Section 3.

AC: activated carbon
BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
ENR: enhanced natural recovery
FNC: Federal Navigation Channel
HPAH: high-molecular-weight polycyclic aromatic hydrocarbons
LDW: Lower Duwamish Waterway
LPAH: low-molecular-weight polycyclic aromatic hydrocarbons
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
RAO: remedial action objective
SVOC: semivolatile organic compound
TOC: total organic carbon

FINAL

### 2.1.2.2    Analytical Laboratory Deviations from the QAPP

Deviations from the methods and procedures described in the QAPP (Windward and Anchor QEA 2020) that occurred in the analytical laboratory are described below. Data were determined to be acceptable for use as qualified.

Phase I deviations included the following:

- A different PCB standard reference material (CRM911-50g) than the standard reference material listed in the QAPP (Puget Sound reference material) was analyzed for sample delivery group (SDG) 20F0288. The recovery was within quality control (QC) limits.
- Hexachlorobenzene was missing from the EPA 8081 initial calibration verification standard in SDG 20F0109. The continuing calibration recoveries were within QC limits.
- The grain size sample jar for location LDW20-SS113 was inadvertently disposed of by the laboratory. There is no grain size result for this location.

Phase II deviations included the following:

- Phase I samples analyzed during Phase II were analyzed outside of hold time for SDGs 21G0430 and 21H0263. Sample results were qualified as estimated for metals, SVOCs, TOC, and total solids. PCB results were not qualified by the validator based on professional judgment.
- Phase II samples for ammonia and sulfide were analyzed outside of hold time, with the exception of ammonia in SDG 21G0269. Sample results were qualified as estimated.
- PCB samples for SDG 21G0321 were extracted outside of hold time. The results were not qualified by the validator based on professional judgment.

### 2.1.2.3    Data Validation Results

Independent data validation was performed on all analytical chemistry results by Laboratory Data Consultants. Stage 4 validation was performed on a minimum of 10% of the data or a single SDG, as specified in the QAPP (Windward and Anchor QEA 2020). Stage 2B validation review was conducted on the remaining datasets.

The data validation reports, which are included in the data packages provided to EPA and posted to https://ldwg.org/https://ldwg.org, include detailed information regarding all data qualifiers. No data were rejected. The issues that resulted in the greatest number of J-qualified (estimated concentration) results are summarized as follows for Phase I and Phase II.

- Phase I data validation:
  - Calibration verification percent differences >20% for individual EPA 8082A PCB Aroclors (37 of 39 SDGs) and EPA 8270E SIM SVOC compounds (32 of 34 SDGs).

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- Laboratory control sample (or certified reference material) percent recoveries outside of QC limits for EPA 8270 SVOC compounds (20 of 32 SDGs) and EPA 8270E SIM SVOC compounds (15 of 34 SDGs).
- Phase II data validation:
  - Calibration verification percent differences > 20% for individual EPA 8082A PCB Aroclors (10 of 46 SDGs) and EPA 8270E SIM SVOC compounds (10 of 12 SDGs).
  - Matrix spike percent recoveries outside of QC limits for individual EPA 6020 metals (6 of 23 SDGs), EPA 8270E SVOC compounds (5 of 22 SDGs), and EPA 8270E SIM SVOC compounds (5 of 12 SDGs).

All data presented in this report were determined to be acceptable for use as qualified.

## 2.1.2.4    Sediment Chemistry Results

Sediment data in the PDI dataset were compared with RALs presented in ROD Table 28 (EPA 2014), and cPAH results were compared with RALs presented in the cPAH ESD (EPA 2021), in order to delineate RAL exceedance areas. A summary of RAL exceedances in the PDI dataset is presented in Table 2-5, and these exceedances are shown by location on Maps 2-4a through 2-4j. A discussion of the full design dataset is presented in Section 3.2. Concentrations of the human health COCs in co-located surface and subsurface samples are compared in Appendix C.

**Table 2-5**
**Summary of RAL Exceedances in the PDI Dataset**

| COC | Counts by Interval in the PDI Dataset[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Surface (0–10 cm) | | Subsurface (0–45 cm) | | Subsurface (0–60 cm) | | Shoal intervals (depth varies)[2] | |
| | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % |
| **Human Health COCs** | | | | | | | | |
| PCBs | 27/246 | 11 | 19/140 | 14 | 36/131 | 27 | 0/78 | 0 |
| Dioxin/furan TEQ | 3/55 | 5 | 5/50 | 10 | 0/8 | 0 | 0/7 | 0 |
| Arsenic | 0/152 | 0 | 1/94 | 1 | 0/33 | 0 | 0/24 | 0 |
| cPAHs[3] | 0/153 | 0 | 0/61 | 0 | 0/32 | 0 | 0/21 | 0 |
| **Benthic COCs (with RAL Exceedances)[4]** | | | | | | | | |
| Mercury | 1/155 | 0.6 | 0/9 | 0 | 0/32 | 0 | 1/25 | 4 |
| PAHs | 2/153 | 1 | 1/10 | 10 | 0/32 | 0 | 1/21 | 5 |
| Benzoic acid | 1/142 | 0.7 | 0/9 | 0 | 0/25 | 0 | 0/20 | 0 |
| Phenol | 1/140 | 0.7 | 0/9 | 0 | 0/25 | 0 | 0/20 | 0 |
| BBP | 3/154 | 2 | 0/9 | 0 | 1/36 | 3 | 0/20 | 0 |

Notes:

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

1. Counts are up to date as of April 2022 and do not include field duplicates. Sample counts include PDI samples submitted for analysis through January 24, 2022.
2. Shoal interval samples consisted of shoaled material from the FNC (i.e., sediment above -15 ft MLLW in this reach of the LDW) and sediment from the -15 to -17-ft interval (see Map 2-3).
3. cPAH results are compared with the RALs presented in the cPAH ESD (EPA 2021).
4. PCBs and arsenic are also benthic COCs but are counted separately under human health COCs. Benthic COCs shown here are those with RAL exceedances in the design dataset.
BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
EPA: US Environmental Protection Agency
ESD: explanation of significant differences
FNC: Federal Navigation Channel
LDW: Lower Duwamish Waterway
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
TEQ: toxic equivalent

## 2.1.2.5    Toxicity Testing Methods and Deviations

The methods to toxicity test sediment samples were outlined in the QAPP (Windward and Anchor QEA 2020). The following three standard Puget Sound Estuary Program (PSEP) sediment toxicity tests were conducted by EcoAnalysts, Inc., on the 0–10-cm and 0–45-cm samples from location 682:

- Acute 10-day amphipod mortality test (*Eohaustorius estuarius*)
- Acute 48-hour bivalve larvae combined mortality and abnormality test (*Mytilus galloprovincialis*)
- Chronic 20-day juvenile polychaete survival and growth test (*Neanthes arenaceodentata*)

Toxicity testing was conducted according to *Recommended Guidelines for Conducting Laboratory Bioassays on Puget Sound Sediments* (PSEP 1995), consistent with the updated protocols in (Ecology 2017). The laboratory standard operating procedures for the sediment toxicity tests were provided in Appendix F of the QAPP.

No deviations were reported for the toxicity testing. The toxicity testing laboratory report is included in the Phase II data package at http://ldwg.org.

The results of the toxicity testing at location 682 are presented in Table 2-6. In summary, the 0–10-cm interval failed the acute 48-hour bivalve larvae test based on the SCO biological criteria, and the 0–45-cm interval passed all biological criteria for toxicity tests. This location will be included in a RAL exceedance area based on the toxicity test failure in the surface sediment.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

**Table 2-6**
**Toxicity Test Results Compared with Marine Biological Criteria of Sediment Management Standards**

| Sample | COC | 10-day Amphipod Mortality Test | | | Chronic 20-day Juvenile Polychaete Survival and Growth Test | | | Acute 48-hour Bivalve Larvae Combined Mortality and Abnormality Test | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $M_T$-$M_R$[1] (%) | SCO (>25%) | CSL (>30%) | $MIG_T$/$MIG_R$[2] | SCO (<0.70) | CSL (<0.50) | $N_T$/$N_R$[3] | SCO (<0.85) | CSL (<0.70) |
| SS682 | PAHs[4] | 3 | Pass | Pass | 0.81 | Pass | Pass | 0.78 | Fail[5] | Pass |
| IT682 | PAHs[4] | 4 | Pass | Pass | 0.77 | Pass | Pass | 1.00 | Pass | Pass |

Notes:
1. Test mean mortality ($M_T$) comparison to reference mean mortality ($M_R$).
2. Test mean individual growth ($MIG_T$) relative to reference individual growth ($MIG_R$).
3. Test normal survival ($N_T$) relative to reference normal survival ($N_R$).
4. Concentrations of acenaphthene, benzo(a)anthracene, benzo(a)pyrene, benzo(g,h,i)perylene, total benzofluoranthenes, chrysene, dibenzo(a,h)anthracene, fluoranthene, fluorene, indeno(1,2,3-cd)pyrene, phenanthrene, total LPAHs, and total HPAHs exceeded the RALs.
5. Ammonia and sulfide levels were below trigger values throughout the test and would not be expected to have contributed to the adverse biological effects.
COC: chemical of concern
CSL: cleanup screening level
HPAH: high-molecular-weight polycyclic aromatic hydrocarbons
LPAH: low-molecular-weight polycyclic aromatic hydrocarbons
PAH: polycyclic aromatic hydrocarbon
RAL: remedial action level
SCO: sediment cleanup objective

## 2.2    Geotechnical Investigations

This section provides an overview of the geotechnical investigations, including grain size determinations, conducted during Phase I and Phase II of the PDI. Phase I was completed in June 2020, and Phase II was completed in July and August 2021. The sampling activities described in this section were performed to address DQO 13 (Table 1-3). The Phase I geotechnical investigation was completed in accordance with the QAPP, and the Phase II geotechnical investigation was completed in accordance with the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). Deviations and adjustments are described in Section 2.2.2.1.

### 2.2.1    Phase I Field Sampling Overview and Geotechnical Data Results

This section provides a summary of the findings associated with grain size testing results from Phase I PDI sediment samples throughout the upper reach. Phase I geotechnical investigations included grain size determinations only; no other geotechnical investigations or geotechnical laboratory analyses were performed as part of the Phase I investigation program. Grain size data and observations inform basic geotechnical characteristics of the materials tested, such as overall soil classification as described in American Society for Testing and Materials (ASTM) D2487 *Standard*

FINAL

*Practice for Classification of Soils for Engineering Purposes (Unified Classification System)* (ASTM 2018). Phase I geotechnical grain size sample locations are shown on Maps 2-2a and 2-2b.

Field observations of the surface samples and subsurface sediment cores collected during Phase I are provided in the Phase I data package available on http://ldwg.org. Visually distinct layers of silt and sand were observed in 27 of 120 (23%) intertidal subsurface samples (0–45 cm) and in 15 of 87 (17%) subtidal subsurface samples (0–60 cm). In general, the cores were homogenous. In the FNC, deeper cores with more sample intervals were collected to characterize the shoaled material above the authorized FNC depth of -15 ft MLLW (in this reach of the LDW), as well as the 2-ft interval below this depth. The depositional material in the shoal cores was also generally homogeneous; visually distinct layers of silt and sand were observed in 7 of the 40 (18%) shoal cores.

Grain size testing was completed by Harold L. Benny & Associates on 262 Phase I surface and subsurface sediment samples, as well as on 14 field duplicates using the 1986 grain size method from the Puget Sound Estuary Program (PSEP).

In general, grain size data indicated that surface (0–10-cm) and subsurface (0–45-cm and 0–60-cm) samples are predominantly sand and silt, with varying gravel and clay compositions. Specific percentage ranges of gravel, sand, silt, and clay detected in Phase I samples analyzed for grain size were as follows:

- Gravel: 0–38%
- Sand: 4–99%
- Silt: 4–80%
- Clay: 1–26%

Appendix D presents the Phase I grain size results.

## 2.2.2   Phase II Field Sampling Overview

This section provides a summary of the findings associated with geotechnical sampling and testing results from the Phase II PDI geotechnical investigation locations throughout the upper reach. Phase II geotechnical investigation locations are shown on Maps 2-5c and 2-5d. Per the Phase II QAPP Addendum, surface and subsurface geotechnical sampling and data collection were conducted using several methods (Anchor QEA and Windward 2021a). Geotechnical samples were collected with split spoon samplers and thin-walled samplers (Shelby tubes). *In situ* geotechnical testing was performed using standard penetration testing (SPT), cone penetrometer testing (CPT), full flow penetrometer (FFP) testing, and downhole vane shear testing (VST). Geotechnical borings were advanced using rotary sonic drilling methods from a barge-mounted drill rig and upland truck-mounted drill rig.

Land-based, hand-operated investigations were also conducted to collect geotechnical data, including dynamic cone penetrometer (DCP) testing and hand auger sampling. Two small

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

hand-operated devices were used during core processing: a torvane and a pocket penetrometer to further classify soil strength parameters. Torvane and pocket penetrometer testing was completed on subsamples from each geotechnical boring.

Table 2-7 displays the number of locations investigated using each method. Actual sampling coordinates and mudline elevations for the locations are provided in Appendix D-1 summary tables.

**Table 2-7**
**Geotechnical Sampling Program Summary**

| Investigation Method | Total Locations | Count of Locations by Area Type[1] | | | |
|---|---|---|---|---|---|
| | | FNC | Between FNC and Toe of Bank | Within Bank | Upland |
| Rotosonic Borings | 29 | 9 | 18 | - | 2 |
| CPTs | 20 | - | 20 | - | - |
| VSTs | 5 | - | 5 | - | - |
| FFPs | 7 | 4 | 3 | - | - |
| Hand augers | 2 | - | - | 2 | - |
| DCPs | 2 | - | 2 | - | - |

Notes:
1. Banks are defined as the transition area from the LDW subtidal or intertidal bed to the upland areas above MHHW. Upland is defined as landward of MHHW.
CPT: cone penetrometer testing
DCP: dynamic cone penetrometer
FFP: full flow penetrometer
FNC: federal navigation channel
MHHW: mean higher high water
VST: vane shear testing

The primary goal of the geotechnical boring and hand auger program was to identify subsurface lithology and collect samples for laboratory testing including index parameters, consolidation, and strength properties. The geotechnical drilling subcontractor (Holocene Drilling) used a rotary sonic drill rig to complete the geotechnical borings. SPTs were performed at 5-ft depth intervals to assess material density until the boring termination elevation was achieved, and material samples were collected for laboratory testing using a split spoon sampler. Shelby tube (undisturbed) samples were also collected at the discretion of the Anchor QEA field engineer for laboratory testing. Collection methods and boring logs from the geotechnical boring program are provided in Appendix D, with a summary of data collection information provided in Table D-1.

*In situ* penetration testing (CPTs and FFPs) was conducted to measure penetration resistance, sleeve friction, and pore pressure in order to collect subsurface data that will be used in development of geotechnical design parameters (e.g., sediment strength, permeability, and consolidation properties). Results of *in-situ* penetration testing are provided in Appendix D.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

DCP tests were conducted at two locations within the intertidal portion of the upper reach to provide subsurface density information for development of geotechnical engineering design parameters. Logs for DCP tests are presented in Appendix D.

### 2.2.2.1    Field Deviations and Adjustments

Two deviations from the approved QAPP and Phase II QAPP Addendum occurred during implementation of the Phase II geotechnical investigation, as follows:

- Sample location coordinates were not successfully transferred from the global positioning system (GPS) device to the export log at the following four locations: LDW21-GT3-GB, LDW21-GT20-GC, LDW21-GT26-FFP/-GV, and LDW21-GT32/34-FFP. Field notes indicate that these locations were collected using the GPS system at the target location per the standard operating procedure; however, an unknown data transfer error occurred, resulting in the loss of these coordinates at the time of download. The approximate locations were developed using field notes and are shown on Maps 2-5c and 2-5d. The accuracy of these locations is considered acceptable because geotechnical data are intended to be extrapolated over distance from a location to represent surface and subsurface geotechnical conditions.
- CPT investigations at the following three locations were terminated prior to reaching the target elevation of -20 ft MLLW: LDW21-GT46-GC, LDW21-GT50-GC, and LDW21-GT51-GC. Practical refusal of the testing equipment was realized at each of these locations when the probe no longer penetrated the subsurface and observations of the barge lifting were noted in the field logs. Equipment refusal is considered an acceptable reason to discontinue advancement of a geotechnical investigation and can be attributed to presence of debris or dense subsurface conditions.

In addition to the two deviations listed above, three field adjustments from the approved QAPP and Phase II QAPP Addendum occurred during implementation of the Phase II geotechnical investigation, as follows:

- FFP testing was implemented at seven locations to characterize strength properties of low-strength near-surface silt material because the SPT approach was not able to measure sediment strength. These additional tests were completed to improve data resolution and to generate strength data for the low-strength surface silt material.
- CPTs were implemented at locations LDW21-GT20 and LDW21-GT27 to determine if near-surface sediments were cohesive (i.e., fine-grained silt or clay) or non-cohesive (i.e., sand or gravel) prior to conducting VST, which is only applicable for testing within cohesive materials. Non-cohesive sediment was encountered at location LDW21-GT27; therefore, the planned VST at this location was not conducted. Cohesive sediment was encountered at location LDW21-GT20 and a VST was completed at multiple depth intervals at that location.

FINAL

- Geotechnical investigation approaches were adjusted at the following locations: LDW21-GT8 and LDW21-GT40. LDW21-GT8 was completed using a DCP instead of a CPT due to equipment access limitations within the South Park Marina. LDW21-GT40 was completed using a CPT due to shallow water conditions that prevented sonic drill rig and barge access.

The field deviations and adjustments described above did not result in adverse effect to data quality or generate additional geotechnical data gaps. The geotechnical data collected as part of the Phase II investigation effort is suitable for fulfilling DQO 13.

## 2.2.3    Phase II Geotechnical Laboratory Testing Overview

Geotechnical laboratory testing was completed on 222 field-collected samples from 29 locations to measure sediment and upland soil index parameters, strength, and consolidation properties. Testing was conducted by Materials Testing and Consulting, Inc. (MTC) on select samples to generate a sufficient dataset that would capture the range of subsurface geotechnical conditions observed and support development geotechnical engineering design recommendations.

Specific geotechnical laboratory testing included the following:

- Moisture content (ASTM D2216): 222 tests
- Specific gravity of soils (ASTM D854): 48 tests
- Atterberg limits (ASTM D4318): 47 tests
- Grain size analysis (ASTM D6913): 64 tests
- Grain size and hydrometer analysis (ASTM D6913 and D7928): 29 tests
- One-dimensional consolidation (ASTM D2435): 3 tests
- Consolidated-undrained triaxial shear strength (ASTM D4767): 3 tests
- Direct shear strength (ASTM D3080): 27 tests

Results of the geotechnical laboratory testing are presented in Appendix D including all laboratory data reports. Additionally, per the Phase II QAPP Addendum, geotechnical engineers considered the need for additional grain size testing from composite samples collected from the environmental cores and determined no additional grain size testing was necessary (Anchor QEA and Windward 2021a).

## 2.2.4    Phase II Geotechnical Data Results

Specific geotechnical engineering data collected during the Phase II investigation program include SPT and DCP blow counts, *in situ* CPT, FFP, and VST data (all collected in the field), and the laboratory testing data summarized previously. Key points about these types of data are as follows:

- The SPT and DCP blow count data are used to measure the relative density of the soil and sediment units in the subsurface. These data are presented on the geotechnical boring logs (Appendix D) and in the subsurface descriptions presented in Section 2.2.5.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- CPT and FFP *in situ* penetration test results are presented as plots of corrected cone tip resistance, sleeve friction, undrained shear strength, and pore pressure versus depth. These plots are included in reports provided by the *in situ* testing contractor (ConeTec) and presented in Appendix D.
- VST data provide a field measurement of the undrained shear strength of the cohesive sediments. Both undisturbed (peak) and remolded (residual) VST readings were collected in the field to evaluate the sediment strength sensitivity (degradation with disturbance). Data are presented in tables included in Appendix D.
- Samples designated for laboratory testing (as summarized in Section 2.2.3) are identified on the geotechnical boring logs. Associated data are presented in the laboratory data reports included in Appendix D.

Geotechnical industry standard relationships have been developed to correlate SPT-, CPT-, FFP-, DCP-collected data and laboratory testing data with geotechnical design parameters such as material type, unit weight, undrained shear strength, and frictional strength. These correlations will be used to evaluate the geotechnical data as part of the engineering design phase of the project, and results of the evaluations will be presented in the Basis of Design Report.

## 2.2.5    Phase II Subsurface Conditions

This section provides a description of the four major geologic units encountered during the Phase II geotechnical investigation and sampling at locations within the upper reach. The descriptions include initial interpretations and references to geotechnical laboratory testing data to describe each sediment or soil unit. Subsurface conditions encountered during the Phase II geotechnical investigation program are in general agreement with those presented in the RI/FS, consisting of recent sediments overlying alluvium within the waterway. Fill material is also noted to be present, and overlying the alluvium unit, at the upland locations, and based on the history of river realignment, is expected to be present in some bank areas.

**Fill:** Fill material was encountered at the two upland locations, LDW21-GT24-GB and LDW21-GT36-GB (located on CenterPoint Properties and Boeing 9725 E Marginal Way S [i.e., Slip 6 upland], respectively). Fill material was observed to a depth of 9.5 to 13.6 ft below the ground surface, and is described as consisting of relatively dry, dense to very dense, brown silty sand with varying amounts of gravel, organics, and debris. From laboratory tests, this material generally had moisture contents ranging from 6% to 28%.

**Recent Sediments:** Recent sediments include very soft silt deposits located within the intertidal and subtidal environments, and soft silt deposits with varying amounts of sand located within the navigation channel. This material is described as non-plastic, wet, dark brown to black silt, with



FINAL

varying amounts of fine-grained sand, clay, shell hash, and organics. Atterberg Limits testing indicates this material is non-plastic with moisture contents ranging from 34% to 97%.

**Alluvium** Underlying the recent sediments is an alluvial unit which has been historically referred as having an upper and lower layer. For the purposes of this report and analysis to follow, these two units have been combined into one singular reference unit. The Alluvium at the Site consists of primarily sand with varying amounts of silt, as well as silt, clay, and poorly graded sand interbedded lenses and layers throughout. The upper 2 to 17 ft of this unit, where disturbed, contain significant wood and sometimes anthropogenic debris as well as laminations of shell hash. Moisture content ranges from 14% to 78% within this unit.

## 2.3   Bank Visual Inspection

### 2.3.1   Methods

The Phase I bank visual inspection was conducted to address DQO 8 (Table 1-2), building upon the existing LDW Waterway User Survey (Integral et al. 2018) by collecting additional detail to support engineering design.

Based on visual observations, banks along the entire upper reach were broadly classified as armored, unarmored, or bulkheaded, consistent with the Waterway User Survey (Integral et al. 2018). Maps 2-6a through 2-6f show updated bank type classifications based on Phase I visual observations. Consistent with Section 2.1.7 of the RDWP (Anchor QEA and Windward 2019), "armored banks" are banks that have engineered surface armoring, while banks that have no armoring, discontinuous armoring, or poorly placed/maintained armoring are considered "unarmored." Vegetated banks are also classified as "unarmored."

Because what constitutes the toe of a bank can be subjective, for this DER, the toe of an armored bank is defined as the start of the armor material; for bulkheads, the toe is defined as the point at which the vertical bulkhead meets the adjacent sediment or soil surface below the bulkhead. The toe of an unarmored bank was previously defined as "where the relatively flat waterway bed (which will vary in elevation) begins to steeply slope to the top of bank." Although the Waterway User Survey also defined "dock faces" as a fourth type of bank (Integral et al. 2018), the dock faces classification is not being carried forward to characterize banks for RD. "Dock faces" herein refer to docks, which are covered in Section 2.4.

FINAL

In addition to the broad bank type classifications, detailed observations were collected to note the presence of the following features (as applicable[5]), per the QAPP (Windward and Anchor QEA 2020):

- Type of armor material
- Estimated slope/grade
- Presence of sediment accumulated on armored slopes
- Observed bank erosion
- Observed utility crossings
- Observed outfalls/pipes
- Observed discharge flowing from outfalls
- Navigational obstructions
- Access points
- Vegetation

One field deviation from the QAPP (Windward and Anchor QEA 2020) occurred during the bank visual inspection. The method of documenting visual observations (Appendix D-3 of the QAPP) included a shoreline visual inspection form that proved to be too rigid to adequately allow documenting detailed observations of shoreline features, which vary significantly along the upper reach. The alternative method of field data collection included the use of a tablet and ArcGIS Collector, supplemented by field notes handwritten directly on figures to better tie observations to locations. The field data entered into the ArcGIS Collector were continually uploaded to a project database. This field deviation did not affect the data quality and allowed the field team to more accurately and efficiently collect field data.

A shoreline stationing system was developed as a reference for the bank and structures visual inspections to provide reference points for visual observations. The stationing system for the upper reach follows the Waterway User Survey (Integral et al. 2018) shoreline structure boundary, which applies to the entire upper reach. As such, the stationing begins on the LDW eastern bank at RM 0.0 (south of Harbor Island) and follows the top-of-bank line running upstream along the east bank to RM 5.0; it then continues downstream along the western shoreline top-of-bank line back to RM 0.0 (i.e., clockwise; see Maps 2-6a through 2-6f for reference) at 100-ft intervals. The first interval shown on Map 2-6a is location 247.

---

[5] While the visual bank inspection was conducted at low tide to maximize observations, this timing also limited the ability of the inspection vessel to get close to the shoreline, and some features were difficult to document during Phase I. These features were further investigated in areas with RAL exceedances during Phase II PDI, as presented in Section 2.5.2.

*Lower Duwamish Waterway Group*
*Port of Seattle / City of Seattle / King County / The Boeing Company*



The bank type classifications were not updated during Phase II of the PDI, although bank features within each RAL exceedance area were documented as part of the topographic survey activities, as discussed in Section 2.5.2.

## 2.3.2    Results

The Phase I bank inspection was conducted primarily by boat around daytime low tides (2 hours before and 2 hours after) on June 11, 16, 18, 23, and 26 and August 4, 2020. At the time of the Phase I PDI, approximately 41% of the upper reach bank areas were observed to be armored, 46% were observed to be unarmored, and 13% were observed to be bulkheaded.

Subsequent to the Phase I bank visual inspection, habitat restoration work was conducted by the Port of Seattle at the Duwamish River People's Park and Shoreline Habitat site (located adjacent to The Boeing Company's South Park property) along the western shoreline from approximately RM 3.68 to RM 3.9, above a toe elevation ranging from +4 to +8 ft MLLW. Other shoreline work has also been completed along the west shoreline between RM 4.8 and 5.0. The Phase I bank classifications in these areas have been removed from the maps, since the Phase I data are no longer representative of current bank conditions. Despite these recent changes (as well as any future changes that may occur), the information collected during the Phase I bank inspection is judged to be useful for RD. As-built drawings and survey data will be obtained for recently constructed areas adjacent to areas requiring remedial action. For example, data from the Duwamish River People's Park and Shoreline Habitat site as-built survey, which is scheduled for completion in June 2022, will be incorporated into 30% RD.

Detailed observations are documented for each discrete shoreline segment in Attachments E-1a and E-1b in Appendix E. Shoreline segments are shown on Maps 2-6a through 2-6f. Photographs and videos from the bank visual inspection are included in the Phase I data package on http://ldwg.org.

## 2.4    Structures Inspection

### 2.4.1    Phase I Visual Inspection

The Phase I structures visual inspection was conducted to support DQO 8 (as described in Section 5.2 of the QAPP; (Windward and Anchor QEA 2020)) and to confirm and supplement the identified structures and observations in the existing Waterway User Survey (Integral et al. 2018) along the upper reach. The inspection also provided additional information to support engineering design, including changed conditions that may have occurred between the time when the Waterway User Survey was completed and the field work for the Phase I structures visual inspection occurred.

The inspected structures consisted of overwater structures (wharfs, piers, docks, etc.), in-water structures (piles, pile groups, dolphins, etc.), and shoreline structures and utilities (outfalls, bulkheads, wing walls, etc.).



FINAL

For the Phase I structures inspection, each unique structure was classified as a Structure, noted on Maps 2-6a through 2-6f and Appendix F as "ST-##" (i.e., shoreline, overwater, and in-water structures) or an Outfall (i.e., shoreline utility). Structures were numbered sequentially clockwise, starting at RM 3.0E, based on the shoreline stationing system described in Section 2.3.1. For uniformity and correlation with previous studies, references to existing nomenclature were used where applicable. On the DER maps, reference to the Waterway User Survey (WUS) (Integral et al. 2018) identification (ID) is shown in addition to the Phase I PDI label. However, several structures identified during the Phase I PDI were not included in the Waterway User Survey and do not have a corresponding WUS ID label. Therefore, the Phase I PDI classification is shown as the primary structure designation on Maps 2-6a through 2-6f.

Outfalls have been substantially documented in previous studies, including the *Lower Duwamish Waterway Outfall Inventory Update: January 2012 – February 2014*[6] (Leidos 2014) and Appendix H of the LDW RI report (Windward 2010), and all outfalls observed during the Phase I PDI have been previously documented. Therefore, the outfall nomenclature from the existing studies has been adopted as the sole designation for outfalls identified during this investigation on Maps 2-6a through 2-6f.

Structural visual inspection was conducted by boat during low tides the morning of June 15, 2020, and the afternoon of July 17, 2020. The inspection was limited to boat-accessible areas. Information collected during the structural visual inspection included the following:

- General observations of structure condition, visible physical damage, and surface deterioration or defects of structure component materials
- Information to supplement existing data in the Waterway User Survey (Integral et al. 2018), including structure identification numbers, physical descriptions of the structures observed, and notations of any discrepancies or changed conditions
- Visual assessments of access or safety concerns that may be important considerations for chemistry or geotechnical sampling in the vicinity of or beneath the structure during Phase II PDI.

Details of the general observations, information to supplement existing data in the Waterway User Survey (Integral et al. 2018), and accessibility/safety concerns are included in Appendix F.[7]

---

[6] The Washington State Department of Ecology (Ecology) completed an updated outfall inventory in 2020 (Leidos 2020), the information from which will be incorporated into the Basis of Design Report maps, following agreement with EPA and Ecology that the information in the outfall base layer is up-to-date.

[7] The Phase I PDI visual bank and structures inspections documented observations for outfalls that were visible from the inspection vessel and did not locate every known outfall previously identified in the upper reach. The Phase II PDI inspection was focused on





### 2.4.2   Phase II Detailed Inspection

The Phase II inspection included a more detailed investigation of the structures and outfalls located in the areas with RAL exceedances, based on Phase I PDI data, and their immediate vicinity. The inspections were conducted during low and high tides the mornings of July 12, July 14, and July 29, 2021, from the boat and/or on the riverbank where it was possible and safe to disembark. Information collected included the following:

- Close observation of condition, visible damage, or defects
- Impact or sounding of relevant concrete/rigid member components to verify soundness and lack of cavity
- Spike/nail penetration of wood, rubber, or soft materials to verify soundness and/or depth of decay or deterioration
- Vertical/horizontal measurement of clearances around the structures for accessibility
- Diameter measurements of outfall, invert elevation (where available), and support condition, including aprons and/or pipe protection

Information from the observations and survey notes supplement the Phase I reports and is included on Maps 2-7a and 2-7b and Appendix F for the structures and outfalls. Some outfalls could not be closely observed or located due to heavy vegetated embankment and unfavorable tide conditions. The contents of the facility condition assessment reports for these outfalls are based on alternative photographs or data collected by the team during Phases I and II. These outfalls include 2076, 2097, BDC-2, and BDC-5.

## 2.5   Surveying

### 2.5.1   Phase I Bathymetric Surveying

To complete bathymetric survey coverage of the upper reach, a 2020 bathymetric survey was performed to fill data gaps remaining from the Phase I 2019 bathymetric survey. No bathymetry coverage data gaps remain for the upper reach. The 2019 bathymetric survey results were presented in the QAPP (Windward and Anchor QEA 2020). Northwest Hydro's report for the supplemental 2020 bathymetric survey was provided in Attachment B of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

The 2020 bathymetric survey was performed on June 15 and 16, 2020, by Northwest Hydro, which also performed the 2019 bathymetric survey. The equipment and methods used to perform the 2020 survey were the same as those used for the 2019 bathymetric survey, per the approved Survey QAPP

---

outfalls near areas with RAL exceedances. Information for outfalls not included in Appendix F is available in the *Lower Duwamish Waterway Outfall Inventory Update: January 2012 – February 2014* (Leidos 2014).



FINAL

(Anchor and Windward 2019). The precision and accuracy of the two surveys are the same and yielded compatible data. There were no deviations from the Survey QAPP. The key targets and related data for the 2019 and 2020 surveys are summarized in Table 2-8.

**Table 2-8**
**Key Targets and Related Datums for Bathymetric Surveying**

| Description | Quantity or Datum |
|---|---|
| Horizontal positioning accuracy | 1.6 ft minimum |
| Horizontal survey accuracy | 3 ft at a 95% confidence interval |
| Horizontal datum | North American Datum of 1983/1991 Washington North Zone |
| Vertical survey accuracy | +/- 0.5 ft at a 95% confidence interval |
| Vertical datum | MLLW |

Notes:
Source: Table 3 of the Survey QAPP (Anchor and Windward 2019).
MLLW: mean lower low water

An updated three-dimensional bathymetric surface for the upper reach was created by combining the 2019 and 2020 Northwest Hydro bathymetric surveys and part of the January 2020 US Army Corps of Engineers (USACE) FNC survey. USACE conducted maintenance dredging within the FNC from approximately RM 4.05 to RM 4.71 from December 2019 to January 2020. The January 2020 survey results reflect the post-dredge condition within the dredged portion of the FNC. The combined bathymetric survey limits of each of the three surveys are presented in Map 2-8. The results of the 2022 USACE bathymetric survey of the FNC will be included in 30% RD.

The three-dimensional bathymetric surface and elevation contours were presented in the Phase II QAPP Addendum prior to performing the topographic survey as part of the Phase II PDI (Anchor QEA and Windward 2021a). One survey anomaly was noted in the 2020 Northwest Hydro survey at the head of Slip 6, where the surveyor interpreted an underwater log with a root ball to be floating above the sediment bed. The bathymetric survey data from 2019 did not show this underwater feature; therefore, the 2019 survey data were retained in this Slip 6 area instead of being replaced by the 2020 data, as the presence of an underwater tree and root ball is judged to represent a transient condition.

## 2.5.2   Phase II Topographic Surveying

Topographic surveying was performed to complete data gathering to address Survey DQO 3 (revised) and Survey DQO 4 (Table 1-4) following the methods in Survey QAPP Addendum (Anchor QEA and Windward 2021b). The specific areas where topographic surveying was performed are shown on Map 2-9. The topographic survey began on June 30, 2021, and was completed on August 10, 2021. The equipment and methods used to perform this survey were selected to obtain data with

FINAL

precision and accuracy at least comparable to that of the data from the bathymetric surveys. The key targets and related data for the topographic surveys are summarized in Table 2-9.

**Table 2-9**
**Key Targets and Related Datums for Topographic Surveying**

| Description | Quantity or Datum |
|---|---|
| GPS horizontal positioning accuracy | +/- 0.3 ft minimum |
| Total location horizontal survey accuracy | +/- 0.1 ft minimum |
| Horizontal datum | North American Datum of 1983/1991 Washington North Zone |
| GPS vertical survey accuracy | +/- 0.2 ft minimum |
| Total location vertical survey accuracy | +/- 0.02 ft minimum |
| Vertical datum | MLLW |

Notes:
Source: Table 2 of the Survey QAPP Addendum (Anchor QEA and Windward 2021b).
MLLW: mean lower low water

The report for True North Land Surveying's 2021 topographic survey is provided in Appendix G.

### 2.5.2.1    Field Deviations and Adjustments

In accordance with the Survey QAPP Addendum, the topographic survey generally extended approximately 50 ft landward of the mean higher high water (MHHW) elevation (Anchor QEA and Windward 2021b). The landward limit of the survey was reduced in two areas (near RM 4.7W and RM 4.9E) to minimize disturbance of restored habitat and due to the presence of a walkway structure that impeded access further upland. One other location where data coverage did not extend to the planned coverage extent included a point near RM 4.1E where the field surveyor was unable to determine their location in dense blackberry bushes. The field deviations and adjustments described above did not result in adverse effect to data quality or generate additional survey data gaps.

### 2.5.3    Phase II Bank Features Identification

The project engineers performed site visits on June 30 and July 13, 2021, to address Survey DQO 4 by documenting bank features of interest that will be relevant during 30% RD. The engineers spent the first visit working closely with the surveyors to communicate the features that needed to be documented during the surveying activity. The topographic surveyors noted locations and extents of bank features that were encountered during surveying activities. Features documented included horizontal extents of vegetation and armoring, locations of aboveground utilities (e.g., outfalls, storm drains), large surface debris, and structures (e.g., corner points of structures, fence lines, paved surface).

Bank features are presented in Attachment G-2 in Appendix G.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*



## 2.6    Sediment Thickness Over Armored Banks

Some areas with RAL exceedances were classified as armored banks during the Phase I PDI. In these areas, as noted in the Phase II QAPP Addendum, confirming the presence of armor, measuring the thickness of sediment over the armor layer, and determining the location of the buried toe of the armored bank are necessary to support RD (Anchor QEA and Windward 2021a). These measurements were part of addressing DQO 14 (Table 1-3). Sediment thickness over armored banks was measured from July 19 through July 23, 2021, in areas with RAL exceedances based on Phase I PDI results. The areas where sediment thickness was measured are referenced per river mile and survey location number in this report.

### 2.6.1    Methods

In most areas, the toe of bank armoring location was accessible by foot at low tide. The method to collect sediment thickness measurements involved hand probing the sediment in coordination with recording measurements and locations using differential GPS equipment. For this method, a rod marked with measurement ticks was used to determine the thickness of sediment over the armor layer.

In areas where the toe of bank armoring was located below the waterline during low tide, or was not accessible by foot, a sediment jet probe was deployed from a vessel during a moderate or high tide to measure sediment thickness and attempt to locate the toe of bank armoring. The sediment jet probe consisted of a push rod with a pneumatic jet nozzle and a penetrometer depth sensor.

Sediment probing occurred along transects extending perpendicular to the shoreline and spaced between 50 and 100 ft apart. Data were collected approximately every 5 ft along the transect from the top of the armored bank (if accessible) to the toe of the armored bank. Prior to probing at each location along the transect, descriptions were recorded to include the following (as applicable):

- Location identification
- Water depth measurement in feet and time of measurement (if applicable)
- Coordinates of each probe point
- Observed surface substrate type (e.g., rock, sand, silt, shell) and color
- Other observations of note (e.g., description of visible surface debris)

After documenting the surface conditions at the location, probing commenced. The field crew performing probing documented the following:

- Sediment thickness, depth of layers penetrated, refusal depth
- Subsurface debris or obstructions encountered during probing
- Any other relevant observations noted during probing



When obstructions were encountered during probing, the field crew considered surface debris in the surrounding area, the firmness of the obstruction, and the sound produced when the probe made contact with the obstruction. For example, there was a significantly different sound when the probe contacted a piece of wood than when it contacted riprap or armoring. Additionally, a compacted sand or gravel layer made a different sound than a solid object and could typically be penetrated with additional force.

No deviations from the proposed procedures in the Phase II QAPP Addendum (Anchor QEA and Windward 2021a) were required during this portion of the investigation.

### 2.6.2    Results

Hand probing was completed along transects in nine bank areas in the upper reach based on Phase I RAL exceedance areas, as shown on Map 2-10. Observations were noted from the top of the transect, typically at the top of the armored bank where accessible, and continuing downslope toward the water. The initial sediment thickness measurement at each transect was collected at the waterward extent of visible armoring or the vegetation line when no surface armoring was present. The depth to refusal and suspected reason for refusal were noted in the field forms, included in Appendix H. Typical reasons for refusal generally included the presence of buried dense material such as riprap, gravel, concrete debris, or wood. In some cases, it was suspected that consolidated layers of sand may have caused refusal, and such instances were noted in the field forms. At each transect, the first probe location where no refusal was encountered was noted as the toe of armoring. The toe of armor material was identified at all locations where armoring was present. Sediment over armoring and distance down the slope to the edge of armoring varied significantly.

Jet probing was completed at the transects within Slip 6. Two transects were completed within the area, both of which met refusal on a dense layer interpreted to be gravel and riprap. Within Slip 6, refusal was met at thicknesses ranging from 7.1 to 7.8 ft deep and more than 20 ft downgradient on the transect line.

Detailed results and field forms for the bank areas where sediment and jet probing was conducted are included as Appendix H.

## 2.7    Other Engineering Design Data

This section describes other data that were collected during the PDI to support engineering design, including vegetation and waste characterization data.

### 2.7.1    Vegetation

As part of the bank visual inspection conducted during Phase I (Section 2.3), information was collected regarding the presence of vegetation along the shoreline. During Phase II, additional



FINAL

information was documented for the banks of Phase I RAL exceedance areas using the same methodology as that used during Phase I. Vegetation species composition data in the areas inspected were similar to the information collected during Phase I. Several areas within the Phase I RAL exceedance areas lacked vegetation or had very sparse vegetation. Detailed information from the visual inspection of vegetation is documented in Appendix I.

## 2.7.2   Waste Characterization for Disposal

Commercial landfills typically require waste characterization testing to confirm that the material proposed for disposal meets any facility-specific design or permit limitations. Waste characterization testing will be performed after 30% RD using archived samples collected during the Phase II vertical extent delineation. Waste characterization for disposal will be conducted as follows:

- A minimum of two regional commercial landfills will be contacted by the design team to confirm their facility-specific testing requirements.
- Representative samples from within an RAA dredge prism will be selected to produce an average concentration for the RAA; samples will be selected based on spatial and concentration results. Not every RAA will be analyzed for waste characterization, but representative RAAs will be selected based on bulk chemistry results from the design dataset.
- The representative samples from a representative RAA will be composited into a single test sample, which will be tested for the suite of analytes identified by the landfill. The results of the testing will be documented in the Basis of Design Report.

The results of the testing will be evaluated to confirm compatibility with commercial landfill requirements. This information will be incorporated into the RD specifications as reference material to be used by the construction contractor.

## 2.8   Inadvertent Discovery Plan Implementation

An archaeological monitoring and inadvertent discovery plan was developed for Phase II PDI to address the potential for unanticipated discovery of cultural resources, artifacts, or other archaeological features during sampling activities. The plan, included as Attachment G of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a), described the locations where archaeological monitoring was required and provided direction, contact information, and procedures to follow should an inadvertent discovery occur.

Prior to implementation of the field program, Stell Environmental Enterprises conducted a literature review of the Washington Information System for Architectural and Archaeological Records Data, as well as other cultural and environmental documents. During this review, 11 cultural resource surveys, 7 archaeological sites, 5 cemeteries, 6 registered historic properties, and 3,083 structures were identified within 1 mile of the upper reach.



Lower Duwamish Waterway Group
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

During the Phase II PDI, archaeological monitoring was performed by Stell Environmental Enterprises from June 28 to August 3, 2021. No significant cultural resources were encountered during monitoring. Detailed information on the monitoring program and documentation of field oversight are included in Appendix J.



# 3   Data Evaluation

This section presents the data management rules used to derive the design dataset, a count of RAL exceedances in the design dataset, the final recovery category assessment, and the RAL exceedance areas based on the design dataset.

## 3.1   Data Management Rules for the Design Dataset

The LDW database includes all sediment data that have been collected for the LDW. The subset of the sediment chemistry data used in geostatistical models to delineate areas with RAL exceedances in the upper reach (see Section 3.3) is referred to as the design dataset. This dataset will be expanded throughout the design process as additional data become available (e.g., Phase III data).

The design dataset has been constructed in accordance with the data management rules provided in Appendix D of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). This dataset includes pre-PDI data (RI/FS data, post-FS data)[8] and the Phase I and II PDI data; it has been posted to https://ldwg.org. The steps followed in creating the design dataset are as follows:

1.  Identify all samples that have been analyzed for chemicals with RALs.
2.  Exclude any samples that are:

     • Located within early action areas[9]
     • Located within an area that has been dredged since the sample was collected
     • Collected as part of a monitoring program and superseded by newer data (e.g., data from monitoring year 1 are superseded by those from monitoring year 2)
     • Collected from a depth interval shallower than 5 cm (e.g., 0–2 cm)

3.  For subtidal locations with multiple sample depths within the 0–60-cm RAL interval, average the results to create a single concentration per contaminant that represents the 0–60-cm interval (i.e., results from a 0–30-cm sample and a 30–60-cm sample are averaged to represent the 0–60-cm interval).
4.  Exclude composite samples, as they do not provide location-specific information.

---

[8] The data management rules that were used to construct the RI/FS database are described in Appendix E of the LDW RI (Windward 2003). These rules have also been applied to the post-FS data.

[9] Monitoring data for early action areas were summarized in the PDI work plan (Windward and Anchor QEA 2019); an updated dataset has been provided to EPA and Ecology. Monitoring data from within early action areas were not included in developing RAL exceedance areas.



FINAL

5. Where sampling locations have been re-occupied, select more recent data (if collected within 10 ft[10]) to represent current conditions. If an older sample includes data for contaminants not analyzed in the newer sample, retain the older chemistry in the dataset. This rule has remained consistent since the establishment of the RI dataset (LDW RI Appendix E (Windward 2003)). The purpose of this rule is to include the most current result available for the 0–10-cm interval for comparison to RALs, since surface sediments can change over time as new sediment is deposited. In rare instances, subsurface sample locations have also been re-occupied to address specific questions. These data have been included on a case-by-case basis in consultation with EPA.

The only data rules that are new for the design dataset since the RI/FS involve field duplicates and PCBs. With respect to field duplicates, parent sample results are selected when both parent and field duplicate results are reported, except when a RAL exceedance occurs only in the field duplicate and not in the parent. In such a case, the field duplicate results are selected for all analytes. For PCBs, both PCB Aroclor and congener sums are compared to the PCB RAL. When a sample is analyzed for both, the greater of the two sums is selected for the design dataset.

Table 3-1 shows how many sampling locations were contributed by the RI/FS, post-FS, and Phase I and II PDI to the design dataset for each of the RAL sediment depth intervals.

**Table 3-1**
**Number of Upper Reach Design Dataset Locations with RAL Intervals by Data Source**

| Dataset | Date Range | No. of Surface Sediment Locations (0–10 cm) | Subsurface Sediment Locations | | No. of Shoal Core Locations |
|---|---|---|---|---|---|
| | | | No. of Intertidal (0–45 cm) | No. of Subtidal (0–60 cm) | |
| RI/FS | 1990–2010 | 354 | 0 | 15 | 0 |
| Post-FS | 2010–2019 | 230 | 0 | 0 | 7[1] |
| PDI (Phase I)[2] | 2020 | 178 | 92 | 71 | 29[3] |
| PDI (Phase II)[2] | 2021 | 80 | 54 | 63 | 13[4] |
| **Total** | | **842** | **146** | **149** | **49** |

Notes:
1. The 7 post-FS shoal locations include a total of 18 discrete depth interval samples. Six of these cores were collected in 2012 as part of the USACE sampling effort and one core was collected in 2016 as part of sampling done at South Park Marina.
2. PDI location counts presented here are not intended to match those in Section 2. This table presents counts of locations where various RAL intervals were analyzed; Table 2-1 presents counts of locations where samples were collected (i.e., not necessarily analyzed) and Table 2-2 presents sample counts, which may be higher than the values presented here because, in some cases, there are multiple samples per location.

---

[10] The 10-ft rule is consistent with inherent measurement inaccuracies in the differential global positioning systems (GPSs) used in sampling surveys for the Phase I PDI and past sampling efforts. The differential GPS used for Phase I surface sediment sampling has a measurement accuracy of approximately 3–6 ft. Given the inherent measurement accuracy, it is not possible to definitively distinguish different sampling locations within 10 ft of one another for samples collected after 2001. Prior to 2001, GPS technology was less accurate, so measurement inaccuracies may have been greater. If a re-occupied location was more than 10 ft away from the old location, it was considered a separate sample location and the older data were retained.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*



FINAL

3. PDI Phase I shoal locations have a total of 52 discreet depth interval samples.
4. PDI Phase II shoal locations have a total of 26 discreet depth interval samples.
PDI: Pre-Design Investigation
RAL: remedial action level
RI/FS: Remedial Investigation/Feasibility Study
USACE: US Army Corps of Engineers

## 3.2   Comparison of Design Dataset with RALs

Sediment data in the design dataset were compared with RALs presented in ROD Table 28 (EPA 2014), and cPAH results were compared with RALs presented in the cPAH ESD (EPA 2021), in order to delineate RAL exceedance areas. A summary of RAL exceedances in the design dataset is presented in Table 3-2. RAL exceedances are shown by location on Maps 2-4a through 2-4j. The design dataset includes the Phase I and Phase II PDI data as well as the pre-PDI data from the RI/FS and post-FS sampling events.

**Table 3-2**
**Summary of RAL Exceedances in the Design Dataset**

| COC | Counts by Interval[1] | | | | | | | | Total Counts | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Surface (0–10 cm) | | Subsurface (0–45 cm) | | Subsurface (0–60 cm) | | Shoal Intervals (depth varies)[2] | | | |
| | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % | No. > RAL/ Total | % |
| **Human Health COCs** | | | | | | | | | | |
| PCBs | 67/767 | 9 | 18/139 | 13 | 39/145 | 27 | 4/96 | 4 | 128/1147 | 11 |
| Dioxin/furan TEQ | 3/137 | 2 | 5/50 | 10 | 0/9 | 0 | 0/22 | 0 | 8/218 | 4 |
| Arsenic | 8/569 | 1 | 1/94 | 1 | 0/38 | 0 | 0/39 | 0 | 9/740 | 1 |
| cPAHs[3] | 1/507 | 0.2 | 0/61 | 0 | 0/36 | 0 | 0/36 | 0 | 1/640 | 0.2 |
| **Benthic COCs (with RAL Exceedances)[4]** | | | | | | | | | | |
| Lead | 1/562 | 0.2 | 0/9 | 0 | 0/32 | 0 | 0/39 | 0 | 1/642 | 0.2 |
| Mercury | 3/567 | 0.5 | 0/9 | 0 | 0/37 | 0 | 1/40 | 3 | 4/653 | 0.6 |
| Zinc | 1/531 | 0.2 | 0/9 | 0 | 0/35 | 0 | 0/39 | 0 | 1/614 | 0.2 |
| PAHs | 3/513 | 0.6 | 1/10 | 10 | 0/37 | 0 | 1/36 | 3 | 5/596 | 0.8 |
| 4-Methylphenol | 1/463 | 0.2 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 1/537 | 0.2 |
| Benzoic acid | 2/465 | 0.4 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 2/539 | 0.4 |
| Phenol | 1/471 | 0.2 | 0/9 | 0 | 0/30 | 0 | 0/35 | 0 | 1/545 | 0.2 |
| BBP | 8/474 | 2 | 0/9 | 0 | 1/41 | 2 | 0/35 | 0 | 9/559 | 2 |

Notes:
1. The design dataset includes samples from the pre-PDI and PDI datasets; counts are updated as of April 2022. Sample counts include PDI samples submitted for analysis through January 24, 2022.
2. Shoal interval samples consisted of shoaled material from the FNC (i.e., sediment above -15 ft MLLW in this reach of the LDW) and sediment from the -15 to -17-ft interval (see Map 2-3).
3. cPAH results are compared with the RALs presented in the cPAH ESD (EPA 2021). See Appendix B for a comparison of cPAH results with the 2014 ROD RALs.

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



4. PCBs and arsenic are also benthic COCs but are counted separately under human health COCs. Benthic COCs shown here are those with RAL exceedances in the design dataset.
BBP: butyl benzyl phthalate
COC: contaminant of concern
cPAH: carcinogenic polycyclic aromatic hydrocarbon
EPA: US Environmental Protection Agency
ESD: explanation of significant differences
LDW: Lower Duwamish Waterway
MLLW: mean lower low water
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PDI: Pre-Design Investigation
RAL: remedial action level
RAO: remedial action objective
ROD: Record of Decision
TEQ: toxic equivalent

Key takeaways from Table 3-2 include the following:

- **PCBs** – PCBs were the primary COC in the upper reach with the most RAL exceedances. Concentrations of PCBs were greater than the RAL in 11% of samples in the design dataset across all sample types.
- **Other COCs** – Additional COCs with at least one RAL exceedance in the design dataset include dioxins/furans, arsenic, cPAHs, lead, mercury, zinc, polycyclic aromatic hydrocarbons (PAHs), 4-methylphenol, benzoic acid, phenol, and butyl benzyl phthalate (BBP). These COCs exceeded the RAL in 0.2% to 4% of the design dataset samples. No PDI locations had cPAH TEQs greater than the RALs in the EPA ESD (EPA 2021); one pre-PDI surface sediment sample had a concentration exceeding the ESD RAL at a location where other PAHs and BBP also exceeded their respective RALs.
- **Surface samples** – The majority of surface RAL exceedances were for PCBs; there were PCB RAL exceedances in 9% of surface sediment samples in the design dataset. Other COCs exceeded the RAL in surface sediment in 0% to 2% of the design dataset.
- **Subsurface samples** – The majority of subsurface RAL exceedances were for PCBs; there were PCB RAL exceedances in 20% of the subsurface samples (both intertidal and subtidal areas, not including shoaling cores). Dioxins/furans exceeded the RAL in 9% of subsurface samples (all exceedances in intertidal areas). Other COCs exceeded the subsurface RALs in 0% to 2% of the design dataset. Other COCs with concentrations greater than subsurface RALs were arsenic (one intertidal subsurface sample), PAHs (one intertidal subsurface sample), and BBP (one subtidal subsurface sample).
- **Shoaling samples** – There were no RAL exceedances in the majority of the shoaling samples. The exceptions were for PCBs (four samples from three locations), mercury (one sample), and PAHs (one sample).

In addition, there were some Z-sample results from shoaling locations in the FNC at depth intervals below where ROD RALs apply (i.e., -17 to -18 ft MLLW in this reach of LDW). Locations with



FINAL

Z-samples (or deeper intervals) with concentrations greater than shoaling RALs are shown in purple on Map 2-3. These data provide vertical extent of contamination information to be used in 30% RD within RAL exceedance areas. Outside of RAL exceedance areas, remedial action is not required for contamination buried deeper than the subsurface RAL intervals, according to the ROD (EPA 2014). The ROD requirements are based on analyses presented in a supplemental technical memorandum to the LDW FS (AECOM 2012) that determined that buried contamination at these depths is stable and will not be exposed. As discussed in the LDW FS (Section 5 and Appendix G), the maximum depth of scour from high-flow events in the LDW is 22 cm (approximately 9 in.) at a single location and up to 36 cm (approximately 14 in.) in isolated spots from propeller wash from vessels. Maintenance dredging in the navigation channel, if performed, may expose the Z-layer (-17 to -18 ft MLLW in the upper reach) in portions of the FNC where the contractor removes the full allowable overdredge depth of 2 ft. Post-construction monitoring will be conducted throughout the LDW following the remedy, as will be described in the Long-Term Maintenance and Monitoring Plan, with contingency actions if needed.

## 3.3 Recovery Category Assessment

This section presents the final recovery category assessment using the design dataset. Recovery categories are used as one of the conditions for the spatial application of RALs and remedial technologies (EPA 2014). Recovery category areas were developed in the FS (AECOM 2012) and subsequently re-assessed and revised, as new information became available, in the *Recovery Category Recommendations Report* (Integral et al. 2019), in Appendix B of the PDI QAPP (Anchor and Windward 2019), and most recently in Attachment C of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a). The most recent recovery category assessment recommended a re-occupation of three locations between RM 3.9 to RM 4.0 on the east side of the LDW. This sampling was conducted as part of Phase II PDI sampling to further evaluate the recovery category designation for this area. This section presents the results of re-occupied locations in this area (two re-occupied in the Phase I PDI and three re-occupied in the Phase II PDI) and reassesses the recovery category designations in this area.

### 3.3.1 Methodology

The LDW ROD (EPA 2014) describes the recovery category definitions and how areas are delineated. Recovery categories are defined as follows:

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- Category 1: Recovery presumed to be limited
- Category 2: Recovery less certain
- Category 3: Predicted to recover

Recovery category areas were delineated in the ROD based on the following physical and chemical criteria:

1. Identification of vessel-induced scour areas based on a visual review of sun-illuminated bathymetric survey maps
2. Identification of berthing areas based on berthing area information and documentation
3. Identification of sediment transport model-predicted 100-year high-flow event high-scour areas and net-scour areas
4. Empirical contaminant trends over time, used on a case-by-case basis to adjust recovery categories based on physical criteria (1 through 3)

The purpose of the analysis presented herein is to assess whether any recovery category modifications from RM 3.9 to RM 4.0 on the east side of the LDW are warranted based on a comparison of Phase I and II PDI chemistry data to pre-PDI data (i.e., criterion 4). Surface sediment (0–10 cm) data from the PDI are compared with pre-PDI surface sediment data at re-occupied locations (i.e., locations within 10 ft of each other) using the methodology previously employed in the *Recovery Category Recommendations Report* (Integral et al. 2019) and Attachment C of the Phase II QAPP Addendum (Anchor QEA and Windward 2021a).

Concentration changes for PCBs, cPAHs, arsenic, and bis(2-ethylhexyl)phthalate (BEHP) in each location were mapped in one of four color categories:

- **Red**: Contaminant concentration **increased** more than 50% over previous concentration.
- **Gray**: **No concentration trend** (defined as less than a 50% change relative to previous concentration).
- **Blue**: Contaminant concentration **decreased** more than 50% from previous concentration.
- **Green**: Concentrations in both samples in the pair **were less than** the SMS benthic SCO or lowest ESD RAL for cPAHs and were considered too low to assess any trend.[11]

Next, the data for the re-occupied locations were interpreted in the context of potential recovery category modifications consistent with the ROD:

- Areas with increasing concentrations of PCBs or increasing concentrations of other detected COCs (red) are considered for adjustment to Recovery Category 1.

---

[11] Assessing trends at re-occupied locations was discussed in Section F.4.1.1 of Appendix F of the FS (AECOM 2012).



**FINAL**

- Areas with mixed results by COC or concentration changes less than 50% are considered for adjustment to Recovery Category 2.
- Areas with more than 50% decreases or a mix of 50% decreases and changes of less than 50% are considered for adjustment to Recovery Category 3.
- Areas with concentrations less than the benthic SCO or RAL (green) are considered for adjustment to Recovery Category 3, because these areas have historically recovered or have not been historically impacted by concentrations exceeding the benthic SCO or RAL.

The final recovery category designations are made considering all lines of evidence, including surrounding sediment concentration data and physical site conditions. Additionally, point sample comparisons are interpreted in light of potential sources of variability, such as spatial heterogeneity; different sampling and analytical events; and analytical variance, which can be up to 25% in a concentration measurement (an acceptability criterion in data validation).

### 3.3.2    Recovery Category Evaluation RM 3.9 to RM 4.0 (East)

Five locations were re-occupied between RM 3.9 and RM 4.0 on the east side of the waterway in recovery category 2. For PCBs, two locations showed increasing concentrations (SS257 and SS266, coded red), two locations showed decreasing concentrations (SS631 and SS633, coded blue), and one location was in equilibrium (SS645, coded gray) (Table 3-3 and Map 3-1). For arsenic, cPAHs and BEHP, all samples were less than RALs (coded green).

**Table 3-3**
**Re-occupied Surface Sediment Locations RM 3.9 to RM 4.0**

| Current Location | Location Identification | Year | PCBs (µg/kg) | Arsenic (mg/kg) | cPAHs TEQ (µg/kg) | BEHP (µg/kg) |
|---|---|---|---|---|---|---|
| SS257 | AN-019 | 2006 | 770 | 8.6 | 67 | 86 U |
| | **SS257** | **2020** | **3,380 J** | **10.5** | **46.8 J** | **84.3** |
| SS631 | LDW-B9b | 2004 | 210 | 8.85 J | 94 | 69 J |
| | **SS631** | **2021** | **93.2** | **8.12** | **65.7** | **121** |
| SS633 | AN-018 | 2006 | 350 J | 8.1 | 310 | 210 |
| | **SS633** | **2021** | **146** | **7.34** | **125** | **11.9 J** |
| SS266 | EST145 | 1997 | 170 | na | na | na |
| | **SS266** | **2020** | **271** | **8.26** | **177** | **247** |
| SS645 | AN-011 | 2006 | 250 | 8.3 | 120 J | 120 U |
| | **SS645** | **2021** | **151** | **13** | **54.1** | **67.4** |

Notes:
**Bold:** Resampled location
For context, surface sediment RALs are as follows: 12 mg/kg OC PCBs (or 130 µg/kg if TOC is < 0.5 or > 3.5%), 57 mg/kg arsenic, 5,500 µg/kg cPAH TEQ, and 47 and 94 mg/kg OC BEHP in Recovery Category 1 and 2 areas, respectively (or 1,300 and 3,100 µg/kg if TOC is < 0.5 or > 3.5%).
**Red:** Contaminant concentration increased more than 50% over previous concentration.



FINAL

Gray: No trend occurred in concentration (defined as less than a 50% change relative to previous concentration).
Blue: Contaminant concentration decreased more than 50% from previous concentration.
Green: Both samples in the pair were less than the SMS benthic SCO or lowest ESD RAL for cPAHs.
BEHP: bis(2-ethylhexyl)phthalate
cPAH: carcinogenic polycyclic aromatic hydrocarbon
ESD: Explanation of significant differences
J: estimated concentration
na: not analyzed
OC: organic carbon
PCB: polychlorinated biphenyl
RAL: remedial action level
RM: river mile
ROD: Record of Decision
SCO: sediment cleanup objective
SMS: Washington State Sediment Management Standards
TOC: total organic carbon
U: non-detected

The broad area shows mixed trends, consistent with the current Recovery Category 2 designation. Location 257 had the greatest increase in surface sediment PCB concentrations and coincided with a localized area of deepening bathymetry (>6 in. over 16 years; Appendix B of the Phase I QAPP, Map B-3 (Anchor QEA and Windward 2021a)). In this localized area, the recovery category designation has been changed to Recovery Category 1. Outside of this localized area, no recovery category modifications are recommended. The recovery category designations are shown on Map 3-2.

## 3.4    Areas with RAL Exceedances and Preliminary Technology Assignments

This section presents a summary of the updated data interpolation process used to identify areas with RAL exceedances in the upper reach. It also presents the preliminary technology assignment options for each area that will be considered in 30% RD. Details of the data interpolation and the technology assignment options are presented in Appendices K and L, respectively.

### 3.4.1    Defining Areas with RAL Exceedances

Spatial data interpolation methods were used to delineate areas with RAL exceedances to serve as the foundation for 30% design to establish the initial horizontal extent of the RD footprint. RAL interval data in the design dataset were used in the data interpolations. Interpolation uses a local neighborhood of surrounding data points to estimate the values at all unsampled points in the map domain. Interpolation is a standard method used in RD to define areas requiring remedial action (e.g., Anchor QEA 2014; Anchor QEA and Tetra Tech 2016; City of Tacoma 2002; Thornburg et al. 2005). Interpolation method selection and application were developed through a series of technical meetings with LDWG and EPA statisticians. This section provides a summary of the interpolation analyses and results.

**FINAL**

Appendix K provides a detailed presentation of statistical data characteristics, spatial correlation structures, interpolation method evaluation and selection, RAL exceedance area maps, and uncertainty analysis using multiple lines-of-evidence to assess the uncertainty in the RAL exceedance area boundaries. Section 4.3.2 in Appendix K also discusses why the interpolation was not extrapolated into the intertidal ENR/activated carbon (AC) pilot plot, where approximately 25 cm of clean ENR material was placed in 2017. In brief, the pilot study PCB monitoring data (Wood et al. 2021) and PDI Phase II data indicated that COC concentrations in surface (0–10-cm) and subsurface (0–45-cm) sediment are less than RALs in the areas with ENR material, and three years of chemical and physical monitoring have demonstrated that ENR has been effective during that time. This area, like other areas where ENR technology is applied, will be monitored as will be described in the Long-Term Maintenance and Monitoring Plan.

This rest of this section provides a summary of the analyses and results detailed in Appendix K.

### 3.4.1.1    Interpolation Methods

PCBs were selected as the primary COC for detailed numerical data interpolation because PCBs delineate a large majority[12] of the RAL exceedance areas in the upper reach. Other COCs exceeding RALs in localized areas were evaluated separately, and the results for all COCs were combined with the PCB results in the final RAL exceedance area footprint.

Interpolations were performed on two sediment depth-defined datasets applicable to RALs: surface sediment, defined as 0 to 10 cm; and subsurface sediment, defined as 0 to 45 cm in intertidal areas, 0 to 60 cm in subtidal areas, and shoaling intervals in the FNC.[13] Using a GIS raster computation, the interpolations of surface and subsurface sediment were merged into a single map showing the combined exceedance footprint of both surface and subsurface layers.

Several interpolation methods were evaluated for use in the upper reach using exploratory spatial data analysis, including ordinary kriging, indicator kriging, inverse distance weighting (IDW), and Thiessen polygons. Based on these evaluations, two interpolation methods were selected by the EPA/LDWG technical team to define areas of RAL exceedances for use in RD:

- Indicator Kriging (PCBs)
- Thiessen Polygons (Other COCs)

---

[12] Based on the results of the interpolation work described in this section, PCBs were estimated to account for 88% of the RAL exceedance area in the upper reach. This percentage was calculated as the ratio of interpolated RAL exceedance area circumscribed by PCBs (in acres or square ft) to the total RAL exceedance area circumscribed by all COCs (see Map K-4a).

[13] The maximum concentration in any shoaling interval or the -15 to -17 ft MLLW interval (i.e., 2 ft below authorized FNC depth in this reach of LDW) was selected for each shoaling core location.



FINAL

Ordinary kriging, like other kriging methods, provides useful information regarding underlying data correlation structure and estimation uncertainty, and it provides a direct assessment of concentration distributions. However, ordinary kriging is complicated by: a) high skewness of concentration data, which must be log-transformed and back-transformed to control the effects of extreme values; and b) mixture of OC-normalized and dry weight measurement units.

IDW is another viable method to assess concentration distributions. However, IDW is subject to many of the same limitations as ordinary kriging. In addition, a laborious cross-validation analysis is generally required to calibrate an optimal IDW weighting parameter.

**Indicator Kriging**. Indicator kriging was selected as the preferred method for PCB interpolation for several reasons: a) indicator kriging provides quantitative estimates of the uncertainty of the RAL exceedance area boundaries; b) indicator kriging is a nonparametric method that does not require the data to conform to a normal distribution; c) indicator kriging can readily accommodate mixed units, specifically, mixed OC-normalized and dry weight concentrations and RALs; and d) indicator kriging has been successfully applied to support RD and remedial action on other large sediment sites (Anchor QEA and Tetra Tech 2016; Thornburg et al. 2005).

**Thiessen Polygons**. Although PCB exceedances delineate the majority of contamination in the upper reach, in localized areas the PCB RAL exceedance area boundaries were expanded where other COCs exceeded RALs but PCBs did not. Because these areas are small and more localized, the RAL exceedance area boundaries for COCs other than PCBs were established using Thiessen polygons, a simpler geometric and deterministic interpolation method. Other COCs that locally determine the RAL exceedance area boundary include metals, polycyclic aromatic hydrocarbons (PAHs), other semivolatile organic compounds (BBP, benzoic acid, 4-methylphenol, phenol), and dioxins/furans, depending on the area.

### 3.4.1.2     Interpolation Results and Uncertainty Analysis

RAL exceedance area maps based on indicator kriging for PCBs and Thiessen polygons for other COCs are presented on Map 3-3, Maps 3-4a through 3-4j, and Appendix K. In Appendix K, Maps K-3a through K-3c show the surface sediment, subsurface sediment, and combined surface and subsurface sediment PCB RAL exceedance areas. The indicator kriging contours represent the probabilities of exceeding the applicable RALs, expressed in units of percent. The 50% probability of exceedance contour represents the median or central tendency estimate of the horizontal RAL exceedance boundary. Other contours are provided for comparison, including the 20%, 30%, 40%, 50% (median), 60%, 70%, and 80% probabilities of exceedance. Maps K4-a through K-4d show the median (50%) PCB RAL exceedance boundary overlain with Thiessen polygons for other COCs that extend beyond the median PCB boundary.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

Indicator kriging provides quantitative, probabilistic information directly in the interpolation output, and it is the primary line of evidence for assessing the uncertainty of the PCB RAL boundary. In addition, the uncertainty of the PCB RAL exceedance area boundary is being assessed using three independent lines of evidence, which include, in order of priority: (1) indicator kriging probability contours, (2) cross-validation prediction errors, and (3) kriging standard errors. These lines of evidence, which are further discussed in Appendix K, show that the interpolations are unbiased and more precise in areas of more dense sample coverage, and that spatial correlations among neighboring samples help to control variance and uncertainty in the interpolated values.

The median indicator kriging boundary, corresponding to the 50% probability of exceedance, is recommended as the beginning basis for RD. On the Fox River and Hudson River sediment cleanup sites (Anchor QEA and Tetra Tech 2016; Kern et al. 2008; Wolfe and Kern 2008; QEA 2007), the median kriging estimate was used to define the remediation boundary for RD and was shown to provide a reasonable balance between effectively removing contaminated sediment with concentrations above the RALs and excluding sediment with concentrations below the RALs. During the design process, the remediation footprint can be expanded beyond the median boundary to address engineering and constructability considerations. Thus, a greater level of confidence will be achieved after design.

Locations with greater uncertainty may be addressed through the application of best professional engineering judgment to adjust RAA boundaries during RD and/or by identifying the need for Phase III data to reduce uncertainties in particular areas. Additional spatial analysis of cross-validation errors will be performed and summarized in a technical memorandum. This analysis will be used in the Phase III QAPP Addendum to help identify particular areas of greater uncertainty, where additional sampling may be warranted to help refine the delineation of the remediation boundary. Additional sampling may be conducted in areas where significant overprediction, underprediction, or classification errors (i.e., false negative or false positive errors) tend to occur. Specifically, the following maps and tables will be prepared as part of the technical memorandum to support the Phase III QAPP Addendum in determining Phase III sampling locations to reduce the uncertainty of the RAL exceedance area boundary:

- **Summary tables of cross-validation errors**. Cross-validation errors—including root mean squared errors, mean absolute deviations, prediction biases, and classification errors—will be calculated in surface and subsurface sediment in RAL=12 mg/kg OC and RAL=65 mg/kg OC areas. False negative (i.e., sensitivity) and false positive (i.e., efficiency) error rates, as well as other reliability metrics, will be calculated for various probability thresholds (p=0.5, 0.4, 0.3, and 0.2). A balanced RD will strive to control both types of errors and maximize the percentage of correct predictions.

FINAL

- **Maps of cross-validation errors**. The cross-validation errors at each sample location will be mapped, including positive or negative errors representing a tendency toward overprediction or underprediction, respectively.

- **Maps of classification errors**. Cross-validation output files will be processed to flag the locations of false positive and false negative errors at the 50%, 40%, 30%, and 20% probability of exceedance boundaries. False positive and false negative errors will be mapped to their corresponding sampling locations to identify particular areas that may be more susceptible to misclassification.

In total, as a result of interpolation, 35 RAL exceedance areas were identified (Map 3-3); these areas are shown relative to the design dataset in Maps 3-4a through 3-4j. These areas include areas with RAL exceedances and interpolation-only areas.[14]

### 3.4.2   Preliminary Remedial Technology Assignments

Figures 19 and 20[15] in the ROD describe the process by which remedial technologies are to be assigned during the design process. A variety of factors govern the preliminary selection of applicable remedial technologies, including mudline elevation, RAL EF, depth of contamination, and recovery category designation.

As described in Appendix L, more than one remedial technology may be applicable in an area with RAL exceedances, and these may conflict with each other from a constructability standpoint. Therefore, the final remedial technology assignment within each area without data gaps will be determined during 30% and 60% RD by factoring in engineering and constructability considerations, in order to develop a constructable, stable, and protective design. There are other areas that have not yet been vertically bounded, so a final technology cannot be selected at this time. For these seven areas (Areas 1, 3, 11, 16, 18, 22, and 31; see Table L-1), the final remedial technology assignment will be determined during 90% RD based on Phase III data. Additional vertical data will help determine if the remedy will be dredging or partial dredge and cap. For 30% RD, a single technology will be assumed for each area (or subarea) based on available data, site condition information, and engineering considerations.

Potential remedial technologies identified in the ROD for intertidal and subtidal areas include the following:

---

[14] Included interpolation-only areas are defined as areas greater than 250 sq ft that do not include a sample location with a RAL exceedance.

[15] Figure 20 was corrected after the ROD had been published. Reference to Figure 20 herein refers to the corrected version, which was published in a memorandum from EPA dated August 26, 2015.


**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

- Intertidal:
  - Monitored natural recovery (MNR) to benthic SCO
  - Area-specific technology[16]
  - ENR
  - Partial dredge and cap
  - Dredge and backfill
- Subtidal:
  - MNR
  - Area-specific technology
  - ENR
  - Dredge (with backfill in habitat areas)[17]
  - Cap or armored cap

Preliminary technology assignments for each area with RAL exceedances are shown on Maps 3-5a and 3-5b. Technology assignments for the majority of RAL exceedance areas are well defined, although some areas still have more than one technology option that may be applied (dredging vs. partial dredge and cap). In addition, some areas may have subareas with different technology assignments. Details are presented in Appendix L.

Section 4 discusses the data gaps that have been identified for all applicable remedial technologies in each RAL exceedance area. Engineering considerations evaluated during 30% and 60% RD and additional data collected during the Phase III PDI will be used to select final remedial technologies.

---

[16] In areas with structural or access restrictions, location-specific cleanup technologies will be applied in accordance with ROD Section 13.2.1.3 (EPA 2014).

[17] Habitat areas were defined in the FS as all areas above -10 ft MLLW.



**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



# 4    Initial Identification of Phase III Data Gaps

This section identifies initial types of data gaps to be filled by Phase III PDI to address data needed for RD. Additional data gaps will be identified during 30% design, as some data gaps are expected to be encountered while making design decisions and during design review. The approach for data gaps identification in this document is discussed generally for each type of data needed. Three types of data have been identified to support the DQOs presented in Table 1-3.

- Further horizontal delineation (DQOs 9 and 10)
- Further vertical delineation (DQO 12)
- Other engineering data (DQO 14)

Detailed information regarding sediment sampling locations, depth intervals, and analytes to support DQOs 10 and 12 will be provided in a Phase III QAPP Addendum, which will combine the data gaps identified in this DER with any data gaps identified during the preparation and review of 30% design. The Phase III QAPP Addendum will also include any updates to the inadvertent discovery plan to describe actions that will be performed during the Phase III investigations related to cultural resources. The Phase III sampling event will occur in late 2022 following receipt of EPA comments on the 30% design and EPA approval of the Phase III QAPP Addendum.

## 4.1    Further horizontal delineation (DQOs 9 and 10)

The results of the Phase I and II PDI, in combination with pre-PDI data, delineate where a remedy will be needed. Following 30% RD, to further refine some remediation areas, focused data gaps will be identified in the Phase III QAPP Addendum. The data gaps fall into the following general categories:

- In select areas, bound RAL exceedances identified in Phase II sampling (e.g., west of locations 705 and 706 at RM 4.9 W [Map 3-4j]).
- Investigate areas that are > 250 sq ft where RAL exceedances are defined using only the PCB data interpolation (e.g., RM 3.19 W of the FNC [Map 3-4a]).
- Investigate areas with greater uncertainty in the data interpolation (see Appendix K for a description of the uncertainty analysis).
- Investigate "MNR to benthic SCO" areas as needed (i.e., areas with chemical concentrations greater than the benthic SCO but less than the RAL for Recovery Category 2/3).

With respect to "MNR to benthic SCO" areas, Map 4-1 shows the 33 locations where benthic risk driver concentrations are > SCO and < RAL. Of these locations, 24 are either within RAL exceedance areas or immediately adjacent to such areas. Locations within RAL exceedance areas will be remediated; MNR to benthic SCO locations immediately adjacent to exceedance areas may also be remediated depending on the RAA boundaries to be identified in 30% RD. The remaining nine surface sediment locations are not within or immediately adjacent to a RAL exceedance area; they

FINAL

are summarized in Table 4-1. As stated in the ROD, "Areas with MNR would require the most monitoring to determine if surface sediment COC concentrations are reducing over time as projected by the natural recovery model...should MNR not achieve RAO 3 cleanup levels or progress sufficiently toward achieving them in 10 years, additional actions (dredging, capping, or ENR) will be implemented" (EPA 2014).

**Table 4-1**
**Locations with surface sediment COC concentrations > Benthic SCO and < RAL that are not within or immediately adjacent to RAL exceedance areas**

| Sample (Year Sampled) | Location | COC | EF Relative to Benthic SCO | EF Relative to RAL[1] |
|---|---|---|---|---|
| DR203 (1998) | RM 3.28 W | Phenol | 1.7 | 0.85 |
| LDW20-SS156 (2020) | RM 3.4 in FNC | Mercury | 1.1 | 0.56 |
| DR209 (1998) | RM 3.71 W | Phenol | 1.0 | 0.51 |
| 04-intsed-3 (1996) | Slip 6 N | Mercury | 1.6 | 0.8 |
| LDWSS383 (2020) | West side of Turning Basin | Dibenzofuran | 1.3 | 0.67 |
| LDWSS384 (2020) | West side of Turning Basin | Individual PAHs | 1.2–1.3 | 0.58–0.63 |
| R79 (1997) | East side of Turning Basin | Individual PAH | 1.3 | 0.63 |
| DR254 (1998) | East side of Turning Basin | Lead | 1.4 | 0.69 |
| NFK005 (1994) | RM 4.94 E | BEHP | 1.4 | 0.71 |

Notes:
1. The RAL is twice the benthic SCO in Recovery Category 2/3 areas, so the exceedance factor relative to the RAL is one-half that relative to the benthic SCO.
BEHP: bis(2-ethylhexyl) phthalate
COC: chemical of concern
EF: exceedance factor
FNC: federal navigation channel
PAH: polycyclic aromatic hydrocarbon
RAL: remedial action level
RM: river mile
SCO: sediment cleanup objective

In the Phase III QAPP Addendum, an analysis will be presented to determine if data are needed in the vicinity of or at the locations listed in Table 4-1 (and any others not included in RAAs in 30% design). The weight-of-evidence analysis will consider the density and years of data in these areas, temporal trends based on these data, and information related to sedimentation rates (e.g., bathymetry comparisons, sediment transport model-predicted rates) and potential sources. Additional data at these locations will be used to determine if surface sediment COC concentrations are reducing over time as projected by natural recovery models.

With respect to DQO 9 (sampling under overwater structures), the QAPP Addendum identified two upper reach overwater structures as having RAL exceedance areas (based on Phase I data) extending into the footprint of the structure: the South Park Bridge and one of the piers in Slip 6. The decision was made to collect samples under the South Park Bridge and reassess the need for additional

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

sampling under overwater structures following the Phase II PDI. The Phase II PDI data collected in Slip 6 and the RAL exceedance area interpolation indicated that the contamination of adjacent sediments does not extend to the edge of the structure.

In addition to reviewing COC concentrations in adjacent sediment, LDWG has previously evaluated the types of structures in the upper reach, their uses, and the potential presence of outfalls under existing overwater structures. Based on this review, none of the overwater structures in the upper reach have a pathway (e.g., open hatches in the decking, older creosote piling, outfalls or storm drains located under the overwater structure) to a potential discrete contaminant source; more information on each upper reach overwater structure is presented in Table 4-2. Because upper reach overwater structures do not have a discrete contaminant source pathway, the results from sediment sampling locations close to the overwater structure are considered representative of the under-structure sediment condition. Thus, no additional sampling under an overwater structure is needed. Photographs associated with overwater structures are included in Table 4-2.

Table 4-2
Over-water Structures in the Upper Reach

| | WUS Information[1] | | | | | Other Information | | | | Phase I/Phase II PDI | | | | |
| Over-water Structure | River Mile | WUS ID | Phase I ID | Over-Water Structure Description | Operational History | Overwater Coverage (sf) | Accessibility | Structure Condition Assessment | Armoring Under structure? | Reference Photographs for Visual Bank/Under-pier Observation[2] | Debris or Waste Identified Based on Visual Observations | RAL Exceedance Area that Extends to Over-water structure Footprint? | Are Samples Near Under-structure Sediment? | Under-structure Sample(s) Collected? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| South Park Bridge | 3.3–3.4 | 57 | ST02 | Bascule bridge | Current bridge built in 2014, just north of the former bridge alignment | 44,565 | Elements around the bascule piers are accessible but may be limited outside the navigable channel. | Good | No |  | None (naturally occurring logs) | Yes | Yes, see Map 3-4b | Yes, additional samples were collected as part of Phase II PDI |
| South Park Marina floats | 3.4 | 39 | ST20 | Marina with timber floating docks and timber guide piles | Moorage of commercial and recreational vessels | 17,404 | Floating docks are accessible on all sides. Access to under-float areas is only by diver. | Fair | No |  | None observable | No, but adjacent | Yes, see Maps 3-4b and 3-4c | No, considered similar to surrounding sediments |
| National Industrial Holdings pier | 4.0 | 40 | ST16 | Concrete pile, concrete-decked finger pier | Dock used to load and berth barges | 3,634 | Accessible on south and north sides (but limited depth); access to east side is obstructed by fender piles. | Fair | Yes |  | Mound of debris (Photo 150) | No | Yes, see Map 3-4e | No, considered similar to surrounding sediments |
| Duwamish Yacht Club floats | 4.1 | 42 | ST15 | Marina with covered moorage, timber guide piles, and concrete floats | Moorage of recreational vessels | 68,354 | Limited space between floats; clearance width limited, and overhead covers on floats. Access to under-float areas is only by diver. | Fair | Discontinuous/non-engineered |  | None observable | No | Yes, see Map 3-4f | No, considered similar to surrounding sediments |

FINAL

FINAL

| Over-water Structure | WUS Information[1] | | | | | Other Information | | Structure Condition Assessment | Armoring Under structure? | Phase I/Phase II PDI | | RAL Exceedance Area that Extends to Over-water structure Footprint? | Are Samples Near Under-structure Sediments? | Under-structure Sample(s) Collected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | River Mile | WUS ID | Phase I ID | Over-Water Structure Description | Operational History | Overwater Coverage (sf) | Accessibility | | | Reference Photographs for Visual Bank/Under-pier Observation? | Debris or Waste Identified Based on Visual Observations | | | |
| Delta Marine Industries floats | 4.2 | 43 | ST12 | Floating dock with steel guide piles | Mooring vessels for outfitting and repair; fiberglass vessels manufactured on site | 4,901 | Floating docks are generally accessible from all sides except when large vessels are present. Access to under-float areas is only by diver. | Good | No |  | None observable | No | Yes, see Map 3-4f | No, considered similar to surrounding sediments |
| The Boeing Company Seattle Wharf (Slip 6) | 4.3 | 44 | ST05 | Six concrete pile, concrete-decked, asphalt surfaced loading piers | Barge moorage | 11,089 | Each of the piers are accessible along the east and west sides; access to the north sides is obstructed by fender piles. | Fair to poor | Yes |  | None (naturally occurring sticks and logs, rope in use) | No | Yes, see Map 3-4g | No, considered similar to surrounding sediments |
| Boeing Platform | 4.7 | 66 | ST07 | Timber pile-supported concrete wharf | Unknown | 794 | There is limited access to areas under the wharf. | Poor | No |  | Concrete slabs, naturally occurring logs | No, but adjacent | Yes, see Map 3-4i | No, considered similar to surrounding sediments; access and safety concerns exist |
| S 98th Street Bridge | 4.8 | na | ST08 | Bridge | Unknown | 14,222 | There is limited accessibility between piers and abutments. | Good | Yes |  | Concrete slabs | No | Yes, see Map 3-4j | No, considered similar to surrounding sediments |

Notes:
1. Information from Table 3 of the WUS (Integral et al. 2018); information confirmed during Phase I and Phase II PDI for the LDW upper reach.
2. Photographs were also submitted as part of the Phase II data package and posted on https://ldwg.org.
ID: identification
LDW: Lower Duwamish Waterway
na: not applicable
PDI: Pre-Design Investigation

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company

FINAL

RAL: remedial action level
WUS: Waterway User Survey

**Lower Duwamish Waterway Group**
Port of Seattle / City of Seattle / King County / The Boeing Company



## 4.2    Further vertical delineation (DQO 12)

Information from the Phase II PDI on the vertical extent of contamination, presented in vertical core diagrams in Maps 3-4a through 3-4i, provides most of the data needed to design the remedy where dredging is needed. However, some focused data gaps remain that will be addressed in the Phase III PDI. Specifically, additional vertical data may need to be collected in RAL exceedance areas that will likely require dredging if the data interpolation expanded the preliminary RAL exceedance area footprint, resulting in portions of the interpolated RAL exceedance areas with insufficient vertical data coverage (e.g., west side of RAL exceedance area at RM 3.12 as shown on Map 3-4a). Additional vertical data will also be collected in the vicinity of shoaling cores collected by USACE in 2012 (LDW13, LDW14, LDW17)[18] and near shoaling location 148 within RAL exceedance area 11,[19] where data could not be collected previously to define the vertical extent of contamination. Additional vertical data needs may be identified during 30% RD in unarmored bank areas within interpolated RAL exceedance areas.

## 4.3    Other engineering data (DQO 14)

Data for the RAL exceedance areas shown on Map 3-3 were reviewed to determine if there are any new data gaps for geotechnical data, topography, sediment thickness, or detailed structural inspection since Phase I RAL exceedance area boundaries were delineated. No data gaps were identified. However, engineering data gaps may potentially be identified during 30% design. Examples of engineering data gaps that could be identified during 30% design review include:

- Supplemental topographic bank data
- Supplemental utility location information
- Supplemental habitat and vegetation information, particularly in areas where bank construction may have occurred following Phase I and II PDI and where remedial actions include removal on or near such banks
- Supplemental design criteria data for cap design
- Supplemental data to support quantification and/or limits of debris
- Supplemental geotechnical and/or structural condition data to support structural stability and/or demolition evaluations

---

[18] See Map 3-4b for the location of LDW13 and SC558, Map 3-4c for the location of LDW14 and SC564, and Map 3-4d for the location of LDW17 and SC629.

[19] This location is the only shoaling location in the FNC where contaminant concentrations exceeded RALs only at depths below the top 2 ft (60 cm). At these locations, cleanup may be deferred if USACE determines it is not currently an impediment to navigation, but must be dredged in the future if USACE determines that the area has become an impediment to navigation, per the ROD (EPA 2014).



FINAL

In addition, the RDWP (Anchor QEA and Windward 2019) stated that if specific dredged material treatment studies were determined to be necessary, a QAPP addendum for treatment studies would be developed for the Phase III PDI and summarized in the Phase III PDI Data Evaluation Report to be appended to the 90% design document. Based on the chemistry results in the design dataset, dredged material treatment studies are not anticipated to be necessary, and thus, this element is not considered to be a data gap. The chemistry results in the design dataset are consistent with the range of concentrations and analytes that have been disposed of at commercial landfills during other regional dredging projects without requiring treatment.

## 4.3.1   Elutriate Testing

Dredge elutriate testing (DRET) is a laboratory-scale simulation of the release of chemicals into the water column that occurs during dredging of contaminated sediments. In some cases, DRET can inform the specific needs of the water quality monitoring program during construction. The potential need for DRET (DiGiano et al. 1995) was also evaluated as a potential data gap.

In place of DRET, contaminant partitioning calculations will be used during 30% design to calculate dissolved phase concentrations, similar to the calculation procedures outlined in the *Sediment Evaluation Framework for the Pacific Northwest* (RSET 2016) (SEF). The SEF developed elutriate test triggers based on general partitioning assumptions; these triggers can be used to approximate water quality impacts at the point of dredging and identify the potential need for elutriate testing (SEF Table 9-2). Additional transport and mixing calculations can be used to estimate concentrations at the water quality point of compliance.

Recent projects have favored partitioning calculations over DRET (e.g., LDW early action areas) because partitioning calculations have provided reasonable estimates of dissolved concentrations. There is also a great deal of project experience of monitoring the actual water quality effects of dredging in Puget Sound, and that experience will directly inform the water quality monitoring approach. Therefore, elutriate testing is not considered a data gap.

## 4.3.2   Debris

In areas with RAL exceedances, large surface debris may need to be removed and disposed of during remedial construction. The photographs collected during the Phase I bank visual inspection provide useful information regarding the general locations of shoreline debris above the water line at the time the photographs were taken. During the Phase II PDI topographic survey, location data for large debris (e.g., concrete rubble) observed during low tides in the intertidal areas were collected. The general description of observed debris is presented on Maps 2-6a through 2-6f. The topographic surveyor provided general location and extent information for observed debris in the surveyor's notes; this information has been translated into approximate locations and is shown on the Maps 2-6. However, individual locations were only identified for large debris that may require special

FINAL

construction methods to remove. 60% RD will include a drawing indicating the locations of large debris within or adjacent to RAAs that require specific call out.

Multibeam bathymetric data collected during the Phase I PDI (Section 2.4) are of sufficient resolution to allow for the identification and location of large surface debris for 30% RD in areas where remedial action will occur below MLLW. The bathymetric survey did not indicate any large surface debris below MLLW. Therefore, identification of large surface debris below the MLLW elevation is not considered a data gap. Buried debris may be encountered in any dredge area, and the design specifications will require the contractor be prepared with equipment and procedures to handle debris wherever it is encountered during the remedial action.



# 5   Next Steps

Per the schedule outlined in the RDWP (Anchor QEA and Windward 2019), 30% RD has begun and is expected to be submitted to EPA in August 2022. The 30% RD will include preliminary designs for remediation technologies to be used in each RAL exceedance area. The 30% RD will also delineate RAA boundaries, including those adjacent to early action areas, restoration areas, and upland cleanup areas, and those within, overlapping, or adjacent to the FNC and its 10-ft buffer. Cross sections will be prepared as needed for design and will also depict the interface between remedial actions and adjacent areas.

The DER identified general data gaps to be addressed in the Phase III PDI. During 30% design, additional data gaps may be identified that will also be addressed in the Phase III PDI and incorporated into the Phase III QAPP Addendum. Specific details regarding this data collection, including chemistry and other engineering information, will be described in the Phase III QAPP Addendum following EPA comments on the 30% design.

After the Phase III QAPP Addendum is approved by EPA, LDWG will conduct the Phase III PDI. Phase III PDI data collection is planned for November 2022. Following the Phase III PDI, the design dataset will be supplemented with the Phase III data and used in RD. The Phase III data will be incorporated into 90% design and presented in an appendix to the 90% design document.[20]

---

[20] The PDI work plan (Windward and Anchor QEA 2019) stated that if Phase III design sampling is conducted, a Phase III DER will be submitted to EPA 45 days after submittal of all Phase III data. Because the validated Phase III data will not be available until mid-March 2023 at the earliest, they will not be available for 60% design, which will be submitted in February 2023, and comments on a Phase III DER (if one were prepared) would not be available prior to 90% design, which will be submitted in June 2023. Therefore, the Phase III DER elements describing the results of and deviations from the Phase III PDI will be appended to the 90% design, and a separate Phase III DER will not be submitted. In addition, when validated Phase III chemistry data are submitted to EPA, preliminary maps will also be included to facilitate the review and a meeting will be scheduled to discuss how the results may affect design.

**Lower Duwamish Waterway Group**
*Port of Seattle / City of Seattle / King County / The Boeing Company*

FINAL

# 6   References

AECOM. 2012. Final feasibility study, Lower Duwamish Waterway. Prepared for Lower Duwamish Waterway Group. AECOM, Seattle, WA.

Anchor, Windward. 2019. Quality assurance project plan: pre-design surveys of the Lower Duwamish Waterway upper reach. Final. Submitted to EPA April 11, 2019. Anchor QEA and Windward Environmental LLC, Seattle, WA.

Anchor QEA. 2014. Draft remedial action plan/ basis of design report, A/B Jetty sediment remediation, Esquimalt Harbour, British Columbia, prepared for Public Works and Government Services Canada, Department of National Defence, and Defence Construction Canada.

Anchor QEA, Tetra Tech. 2016. Localized remodeling of contamination in OUs 4 and 5 of the Lower Fox River, prepared for Boldt Oversight Team, Wisconsin Department of Natural Resources, and Kern Statistical. Document Control No. LFRR-15-0345A-R1.

Anchor QEA, Windward. 2019. Remedial design work plan for the Lower Duwamish Waterway upper reach. Final. Submitted to EPA December 16, 2019. Anchor QEA, Inc. and Windward Environmental LLC, Seattle, WA.

Anchor QEA, Windward. 2021a. Quality assurance project plan addendum for the Lower Duwamish Waterway Upper Reach: Pre-Design Investigation Phase II. Final. Submitted to EPA June 25, 2021. Anchor QEA and Windward Environmental LLC, Seattle, WA.

Anchor QEA, Windward. 2021b. Quality assurance project plan addendum: pre-design surveys of the Lower Duwamish Waterway upper reach. Final. Submitted to EPA June 25, 2021. Anchor QEA and Windward Environmental LLC, Seattle, WA.

City of Tacoma. 2002. Final design analysis report, Thea Foss and Wheeler-Osgood Waterways.

DiGiano FA, Miller CT, Yoon J. 1995. Dredging elutriate test (DRET) development. Contract Report D-95-1. US Army Corps of Engineers.

Ecology. 2017. Sediment cleanup user's manual II. Guidance for implementing the cleanup provisions of the sediment management standards, Chapter 173-204 WAC. Draft for review and comment through July 7, 2017. Pub. No. 12-09-057. Revised April 2017. Toxics Cleanup Program, Washington State Department of Ecology, Olympia, WA.

EPA. 2014. Record of Decision. Lower Duwamish Waterway Superfund Site. US Environmental Protection Agency.

EPA. 2021. Proposed explanation of significant differences. Draft for public comment. Lower Duwamish Waterway Superfund site. US Environmental Protection Agency Region 10, Seattle, WA.

Integral, Anchor QEA, Windward. 2019. Recovery category recommendations report. Final. Integral Consulting Inc., Anchor QEA, and Windward Environmental LLC, Seattle, WA.

Integral, Moffat & Nichol, Windward. 2018. Waterway user survey and assessment of in-water structures - data report. Integral Consulting Inc., Moffan & Nichol, and Windward Environmental LLC, Seattle, WA.

Kern J, Wolfe J, Barabas N. 2008. Evaluation of increased sampling density for refinement of 30% dredge prism design in Upper OU3 in Attachment C to Appendix D. Lower Fox River remedial design 100 percent design report. Construction quality assurance project plan for 2009 remedial actions. For submittal to Wisconsin Department of Natural Resources and US Environmental Protection Agency. Kern Statistical Services and LimnoTech.

Leidos. 2014. Lower Duwamish Waterway outfall inventory update, January 2012 - February 2014. Leidos, Bothell, WA. SC_00035548.

Leidos. 2020. Lower Duwamish Waterway outfall inventory update August 2020. Prepared for Washington State Department of Ecology. Leidos, Bothell, WA.



FINAL

PSEP. 1995. Recommended guidelines for conducting laboratory bioassays on Puget Sound sediments. Final Report. Prepared for the Puget Sound Estuary Program, U.S. Environmental Protection Agency, Region 10, Office of Puget Sound, and U.S. Army Corps of Engineers, Seattle District, Seattle, WA. PTI Environmental Services, Inc., Seattle, WA.

QEA. 2007. Hudson River PCBs site Phase 2 dredge area delineation report. Prepared for General Electric Company. Quantitative Environmental Analysis, LLC, Glen Falls, NY.

RSET. 2016. Sediment evaluation framework for the Pacific Northwest. Northwest Regional Sediment Evaluation Team.

Thornburg T, Wolfe J, Barabas N. 2005. Comparative Evaluation of Geostatistical Methods for delineating PCB Remediation Areas and Volumes, Lower Fox River. Society of Environmental Toxicologists and Chemists, 26th Annual North American Meeting, Baltimore, MD, November 13-17, 2005.

Windward. 2003. Lower Duwamish Waterway remedial investigation. Phase 1 remedial investigation report. Prepared for Lower Duwamish Waterway Group. Windward Environmental LLC, Seattle, WA.

Windward. 2010. Lower Duwamish Waterway remedial investigation. Remedial investigation report. Final. Prepared for Lower Duwamish Waterway Group. Windward Environmental LLC, Seattle, WA.

Windward, Anchor QEA. 2019. Pre-design investigation work plan for the Lower Duwamish Waterway upper reach. Final. Submitted to EPA December 16, 2019. Windward Environmental LLC and Anchor QEA, Seattle, WA.

Windward, Anchor QEA. 2020. Lower Duwamish Waterway quality assurance project plan for remedial design of Upper Reach: pre-design investigation. Final. Submitted to EPA May 19, 2020. Windward Environmental LLC and Anchor QEA, Seattle, WA.

Wolfe J, Kern J. 2008. Ground rules for evaluating extent of vertical and horizontal remedial coverage. Attachment A-8 to Appendix A. Dredging and materials handling design support documentation in the Lower Fox River remedial design 100 percent design report for 2009 remedial actions. For submittal to Wisconsin Department of Natural Resources and US Environmental Protection Agency. Kern Statistical Services and LimnoTech.

Wood, Ramboll, Floyd|Snider, GeoSyntec, Integral. 2021. Draft Year 3 monitoring report enhanced natural recovery/activated carbon pilot study, Lower Duwamish Waterway. Prepared for Lower Duwamish Waterway Group for submittal to the US EPA and WA State Dept of Ecology. . Wood Environment & Infrastructure Solutions, Inc., Ramboll, Floyd|Snider, Geosyntec Consultants, and Integral Consulting.