THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | No. 2:22-cv-00993-RAJ<br><br>MINUTE ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR BOEING'S ANSWER AND THE PARTIES' FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT |

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

    This matter comes before the Court on Plaintiff and Defendant's Stipulated Motion to Extend Deadlines for Boeing's Answer and the Parties' FRCP 26(f) Conference, Initial Disclosures and Joint Status Report (Dkt. # 16).  Having considered the motion, and for good cause shown, the Court hereby GRANTS the parties' stipulated motion and extends the deadlines as follows:

| Event | New Deadlines |
|---|---|
| Answer | (1) if the Court grants the motion to stay, 14 days after stay expires or is lifted by the Court; or (2) if the Court denies the motion to stay, 14 days after Court's denial |
| FRCP 26(f) Conference Deadline | 28 days after answer deadline |
| Initial Disclosure Deadline | 35 days after answer deadline |
| Joint Status Report | 42 days after answer deadline |

1

2      DATED this 11th day of September, 2022.

3

4                                    RAVI SUBRAMANIAN,
                                     Clerk of the Court
5
                                      /s/ Victoria Ericksen
6                                    Deputy Clerk to Hon. Richard A. Jones

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES
(NO. 2:22-cv-00993-RAJ) – 2