UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>           Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>           Defendant. | CASE NO. C22-0993JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In August 2022, Defendant The Boeing Company ("Boeing") filed a motion to stay this case for eight months. (Mot. (Dkt. # 10); *see also* Resp. (Dkt. # 13); Reply (Dkt. # 15).) Boeing asks the court to stay the case until April 2023 so that it may finalize cash-out settlements with the other Duwamish Allocation Participating Parties (the "Participating Parties"), which will, in turn, allow the Participating Parties to negotiate a consent decree with the Environmental Protection Agency ("EPA"). (*See* Mot. at 1-2,

MINUTE ORDER - 1

6-7, 10 n.5.)  Relevant to the duration of the requested stay, Boeing states that the "EPA has told the participants that it will issue special notice letters to the Duwamish Allocation parties in October 2022," which "starts a 120-day settlement negotiation period with the EPA." (*Id.* at 6.)

Accordingly, the court ORDERS Boeing to submit a statement regarding (1) the status of the cash-out settlement process with other Participating Parties, and (2) whether the EPA has issued special notice letters to the Participating Parties.  If the EPA has not yet issued special notice letters, Boeing shall also include any new information it has regarding the EPA's plans to issue special notice letters.  Boeing shall submit its statement no later than November 9, 2022.

Filed and entered this 2nd day of November, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2