UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>     Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>     Defendant. | CASE NO. C22-0993JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant The Boeing Company's ("Boeing") motion to stay this case. (Mot. (Dkt. # 10); *see also* Resp. (Dkt. # 13); Reply (Dkt. # 15).) The court ORDERS Boeing to submit a declaration that includes the following exhibits: (1) the administrative order on consent that the Lower Duwamish Waterway Group parties entered into with the Environmental Protection Agency ("EPA") and the Washington Department of Ecology ("Ecology") in 2000; and (2) each subsequent amendment to the

MINUTE ORDER - 1

2000 administrative order on consent.  Boeing shall submit its declaration no later than November 14, 2022.

Filed and entered this 10th day of November, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2