THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PORT OF SEATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:22-cv-00993-JLR     **JLR**<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED MOTION TO EXTEND STAY** |

This matter comes before the Port of Seattle and The Boeing Company's stipulated motion to extend the stay in this case. Having considered the motion the relevant record, the Court GRANTS the parties' motion and STAYS all proceedings until July 31, 2023. Boeing shall file its answer to the Port's complaint by no later than August 14, 2023, and the parties shall hold a Federal Rule of Civil Procedure 26(f) conference by no later than September 11, 2023; exchange initial disclosures by no later than September 18, 2023; and file a joint status report by no later than September 25, 2023.

Dated this 13th day of April, 2023

_James L. Robart_
James L. Robart
United States District Judge

Presented By:

s/ Meredith R. Weinberg
Mark W. Schneider, WSBA No. 14105
Kathleen M. O'Sullivan, WSBA No. 27850
Meredith R. Weinberg, WSBA No. 45713
Katherine E. Page, WSBA No. 32903
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
MWSchneider@perkinscoie.com
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
KPage@perkinscoie.com
MKing@perkinscoie.com

Attorneys for Defendant
The Boeing Company

ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY
(No. 2:22-cv-00993-JLR) – 2